1   WILLIAM FAULKNER (83385)
    SHARON KIRSCH (157157)
2   GEOFFREY BENTZEL (250073)
    McMANIS FAULKNER & MORGAN
3   A Professional Corporation
    50 West San Fernando Street, 10th Floor
4   San Jose, California 95113
    Telephone:    408-279-8700
5   Facsimile:    408-279-3244
    Email:    wfaulkner@mfmlaw.com
6         skirsch@mfmlaw.com
          gbentzel@mfmlaw.com
7
    Attorneys for Defendant,
8   CIPC WORLDWIDE HOLDINGS
    CORPORATION
9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13   NETSUITE, INC., a California corporation,

          Plaintiff,                        No. 07    5235

14

     vs.
15                                          **NOTICE OF REMOVAL OF CIVIL
     CIPC WORLDWIDE HOLDINGS                ACTION UNDER 28 U.S.C. § 1441(b)
16   CORPORATION, a corporation, and DOES   (DIVERSITY)**
     One through Ten inclusive,
17
          Defendants.
18

19        TO THE CLERK OF THE ABOVE ENTITLED COURT:

20        PLEASE TAKE NOTICE THAT defendant CIPC WORLDWIDE HOLDINGS

     CORPORATION ("CIPC") hereby removes to this Court the state court action described below
21
     pursuant to 28 United States Code sections 1332, 1441, and 1446.
22
          1.   On August 29, 2007, an action was commenced in the Superior Court of the State of
23
     California in and for the County of San Mateo, entitled Netsuite, Inc., a California corporation,
24
     Plaintiff, v. CIPC Worldwide Holdings Corporation, a corporation, and DOES One through Ten
25
     inclusive, Defendants, as case number CIV465719. A copy of the complaint is attached hereto
26
     as Exhibit "A".
27

28

     NETSUITE, INC. v. CIPC WORLDWIDE HOLDINGS CORP., NO. _____
     NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (b) (DIVERSITY)

1      2.  The first date upon which defendant received a copy of the said complaint was September

2  12, 2007, when defendant was served with a copy of the complaint and a summons from the said

3  state court. A copy of the summons is attached hereto as Exhibit "B".

4      3.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

5  section 1332, and is one which may be removed to this Court by defendant pursuant to the

6  provisions of 28 U.S.C. section 1441(b), in that it is a civil action between citizens of different

7  states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs

8  because plaintiff, at page 6, paragraph 31, of the complaint, claims $498,266.46, plus interest, is

9  owed plaintiff by defendant. Additionally, on page 7, paragraph 40, of the complaint, plaintiff

10  also seeks to recover from defendant the sum of $20,000.00, plus interest.

11      4.  According to page 3, paragraph 2 of the complaint, plaintiff Netsuite, Inc. is a California

12  corporation with its principal place of business in San Mateo County, California. Defendant

13  CIPC was, at the time of the filing of this action, and still is, a corporation incorporated under the

14  laws of the state of Delaware, with its principal place of business at 108 West 13th Street,

15  Wilmington, Delaware 19801, and is therefore, for purposes of diversity jurisdiction, a citizen of

16  the state of Delaware. CIPC is the only defendant that has been named in the complaint and

17  served with the summons and complaint in this action.

18

DATED: October 12, 2007                          McMANIS FAULKNER & MORGAN

19

20

21                                               WILLIAM FAULKNER
                                                 SHARON KIRSCH
22                                               GEOFFREY BENTZEL

23                                               Attorneys for Defendant,
                                                 CIPC Worldwide Holdings, Corp.
24

25

26

27

28                                               2
   NETSUITE, INC. v. CIPC WORLDWIDE HOLDINGS CORP., NO.
   NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

1   PETER C. McMAHON (California State Bar No. 161841)
    PAMELA L. KELLY (California State Bar No. 230721)
2   McMAHON SEREPCA LLP
    100 Marine Parkway, Suite 305
3   Redwood Shores, CA 94065-1046
    Tel: 650-637-0600
4   Fax: 650-637-0700

5   Attorneys for Plaintiff
    NETSUITE, INC.

6

**ENDORSED FILED**
SAN MATEO COUNTY

AUG 2 9 2007

Clerk of the Superior Court
By ___ R. Montgomery ___
      DEPUTY CLERK

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                       COUNTY OF SAN MATEO

9                       UNLIMITED JURISDICTION

10

11   NETSUITE, INC., a California corporation,      CASE NO. **CIV 4 6 5 7 1 9**

12              Plaintiff,                          **COMPLAINT FOR (1) BREACH OF
                                                    CONTRACT; (2) BREACH OF THE**
13        v.                                        **IMPLIED COVENANT OF GOOD
                                                    FAITH AND FAIR DEALING; AND**
14   CIPC WORLDWIDE HOLDINGS                        **(3) WORK, LABOR, AND SERVICES**
     CORPORATION, a corporation, and DOES           (*QUANTUM MERUIT*)
15   One through Ten inclusive,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

1

1
## NATURE OF ACTION

2          1.      This is an action for damages arising out of Defendant's unlawful actions

3   against plaintiff NetSuite, Inc. ("NetSuite" or "Plaintiff") in violation of California state laws,

4   including but not limited to, those pertaining to breach of contract, breach of the implied

5   covenant of good faith and fair dealing, and the common count of Work, Labor, and Services

6   (quantum meruit).

7
## PARTIES

8          2.      NetSuite is a California corporation, with its principal place of business in

9   San Mateo County, California.

10         3.      On information and belief, CIPC Worldwide Holdings Corporation

11  ("CIPC" or "Defendant"), with its principle place of business at 1560-555 West Hastings,

12  Vancouver, British Columbia, Canada V5B 4N4.

13         4.      Plaintiff is ignorant of the true names or capacities of defendants sued

14  herein under the fictitious names DOES One through Ten inclusive. Plaintiff will seek leave of

15  court to amend this Complaint to allege such names and capacities as soon as they are

16  ascertained.

17         5.      Plaintiff is informed and believes and thereon alleges that all relevant

18  times, each of the named Defendants, and DOES One through Ten inclusive, and each of them,

19  was the agent or employee of each of the remaining defendants and, in doing the things alleged,

20  was acting in the agency or scope of that employment, and are jointly and severally liable for the

21  actions of each other.

22
## JURISDICTION

23         6.      The Court has jurisdiction over this action pursuant to California Code of

24  Civil Procedure Section 410.40.

25         7.      The Court has jurisdiction over this action by virtue of the fact that this is

26  a civil action wherein the matter in controversy, exclusive of interest, exceeds $25,000.

27
## VENUE

28

1    8.    Venue is properly laid in this county pursuant to California Code of Civil

2    Procedure Section 395.5, and pursuant to an agreement between the parties.

3                          **GENERAL ALLEGATIONS**

4    9.    NetSuite through its hosted software application provides a comprehensive

5    solution for businesses that integrates Enterprise Resource Planning ("ERP"), Customer

6    Relationship Management ("CRM"), E-commerce (web site hosting, web store transactions) and

7    partner collaboration capabilities ("Online Application"). In addition, NetSuite provides

8    professional services to customers to assist them with the implementation and/or integration of its

9    Online Application with each Customer's systems ("Professional Services").

10    10.    Defendant CIPC and NetSuite entered into negotiations for the purchase of

11    NetSuite's Online Application and Professional Services. After extensive communications

12    between the parties, which included, but were not limited to, "on-line demonstrations" and

13    extensive oral and written communications, Defendant indicated its satisfaction with NetSuite's

14    product.

15    11.    NetSuite and CIPC executed several documents which form the

16    contractual relationship between the parties. The centrally controlling document is the "NetSuite

17    License Agreement," which was executed on March 31, 2007 by CIPC and by NeSuite on April

18    23, 2007 ("License Agreement") (Attached hereto as **Exhibit A** is a true and correct copy of said

19    License Agreement, and is herein incorporated by reference). Under the terms of the License

20    Agreement, Estimate No. 58636, which was executed by the parties on March 30, 2007, was

21    "incorporated by reference," and it set forth the features and functionality initially purchased by

22    CIPC. The parties also executed a document entitled "April 19, 2007 Statement of Work ("April

23    19, 2007 SOW") (Attached hereto as **Exhibit B** is a true and correct copy of said April 19, 2007

24    SOW, and is herein incorporated by reference), which set forth the "Professional Services" that

25    NetSuite was to provide to CIPC in conjunction with the implementation of NetSuite's Online

26    Application assistance from CIPC. The SOW was also "incorporated by reference" into the

27    License Agreement. Subsequently, although required to provide assistance under the SOW,

28    CIPC missed several meetings related to the implantation. CIPC then informed NetSuite that it

1  wanted to perform a different implementation to focus on another of CIPC business

2  opportunities. Accordingly, on or about May 31, 2007, the parties executed Estimate No. 62644

3  and a "May 24, 2007 Statement of Work ("May 24, 2007 SOW") (Attached hereto as **Exhibit C**

4  is a true and correct copy of said May 24, 2007 SOW, and is herein incorporated by reference).

5  Thereafter, CIPC indicated that it wanted to add 300 additional users under the License

6  Agreement. Accordingly, on or about June 27, 2007, CIPC executed Estimate No. 64289

7  (Attached hereto as **Exhibit D** are true and correct copies of Estimate Nos. 62644 and 64289,

8  which are herein incorporated by reference), On June 29, 2007, the parties executed an

9  amendment to Estimate No. 64289 (Attached hereto as **Exhibit E** is a true and correct copy of

10  said Amendment, which is herein incorporated by reference).

11  12.  The License Agreement, the SOWs, the Estimates, and the Amendment

12  will hereinafter collectively be referred to as the "**Agreement**."

13  13.  According to the Agreement, CIPC was to pay a total fee of $498,266.46

14  for the license fees, support, and Professional Services described in the in the Estimates

15  Numbered 58630, 62644 and 64289)  The fee to be paid was due as follows:

16  a.  Estimate 58630 - $115,810.51(due net 30 days);

17  b.  Estimate 62644 - $21,200.00 (due net 30 days);

18  c.  Estimate 64289 - $361,255.95 (due 1/3 net 60 days; 1/3 due net 210

19  days: 1/3 270 days).

20  14.  Thereafter, NetSuite sent CIPC Invoice 78559 (which pertained to

21  Estimate 58630) for $115,810.51

22  15.  NetSuite commenced performance on the Agreement, and continued to

23  actively perform through July 2007.

24  16.  In addition NetSuite sent CIPC Invoice 81320 (which pertained to

25  Estimate 62644) for $21,200.00

26  17.  On May 25, 2007, CIPC failed to pay NetSuite $115,810.51 as required

27  under the Agreement. This constituted a breach of the Agreement.

28

COMPLAINT

4

18.    Shortly thereafter, on or about June 5, 2007, NetSuite contacted CIPC's Chief Technology Officer, Josh Truesdale, regarding the missed payments. Truesdale informed NetSuite that NetSuite's invoice was "in the system" and told NetSuite to contact Gretta Vermuellen regarding the details of payment.

19.    On or about June 12, 2007, NetSuite contacted Vermuellen, however, Vermuellen did not return NetSuite's calls.

20.    On or about June 18, 2007, NetSuite contacted Truesdale and Vermuellen. Vermuellen responded assuring NetSuite that payment had been sent but that it was being held up due to certain banking regulations.

21.    On June 25, 2007, CIPC failed to pay NetSuite $21,200.00 as required under the Agreement. This constituted a breach of the Agreement.

22.    On or about June 26, 2007, NetSuite again contacted Vermuellen. On July 5, 2007, Vermuellen responded again informing NetSuite that the payment is simply hung up because of banking regulations.

23.    On July 9, 2007, NetSuite again contacted Vermuellen regarding non-payment. This time CIPC informed NetSuite that it would not pay NetSuite anything under the Agreement.

24.    On or about August 27, 2007, CIPC further breached the Agreement by failing to pay $120,406.61 to NetSuite.

25.    During the period from April 25, 2007 throughout July 2007, NetSuite continued to expend resources and work diligently to perform under the contract.

26.    Since that time, Defendants have continued to refuse to pay NetSuite.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

27.    NetSuite repeats, realleges and incorporates herein by this reference the allegations contained in paragraphs 1 through 26, inclusive, of this Complaint as though set forth here.

28    Under the essential terms of the Agreement, NetSuite was to license its Online Application to CIPC for its internal use and was to provide Professional Services,

1    including, but not limited to, consulting services, implementation and minor customization

2    services at agreed to amounts.

3              29.    NetSuite has duly performed all terms, conditions, covenants required

4    under the Agreement, except those terms, conditions, and/or covenants the performance of which

5    were waived, excused or prevented by CIPC.

6              30.    CIPC breached its obligations under the Agreement, including, but not

7    limited to, by its failure to meet with NetSuite as required under the SOW's, and its failure and

8    refusal to pay NetSuite in accordance with the Agreement for its purchase of the Online

9    Application and the Professional Services supplied by NetSuite.

10             31.    As a direct and proximate result of CIPC's breaches of the Agreement,

11   NetSuite has suffered, and will continue to suffer, damages in excess of $498,266.46, plus

12   interest.

13                              **SECOND CAUSE OF ACTION**
                                **(Breach of The Implied Covenant**
14                              **of Good Faith & Fair Dealing)**

15             32.    NetSuite repeats, realleges and incorporates herein by this reference the

16   allegations contained in paragraphs 1 through 26, inclusive, of this Complaint as though set forth

17   here.

18             33.    The Agreement constitutes a valid and binding written contract between

19   NetSuite and CIPC. NetSuite performed all of its obligations under said contract, by performing

20   Professional Services to the extent permitted by CIPC, and by making its Online Application

21   available to Defendant.

22             34.    At the time that CIPC entered into the Agreement, Defendant knew of its

23   obligations under the terms of the contract, including to work with NetSuite and to pay NetSuite

24   in accordance with the Agreement.

25             35.    During the period of from April 23, 2007 through July 31, 2007, CIPC

26   breached the covenant of good faith and fair dealing by intentionally and falsely accusing

27   NetSuite of breaching the Agreement, intentionally misleading NetSuite that it was interested in

28   performing under the Agreement, purposely avoiding NetSuite's good faith efforts to perform

COMPLAINT

6

1    above and beyond its obligations under the Agreement, intentionally engaging in efforts to

2    thwart NetSuite's performance under the Agreement, intentionally sabotaging NetSuite's efforts

3    to "cure" the false breaches which CIPC had alleged against NetSuite, and by intentionally

4    engaging in various other acts to disrupt the business relationship between NetSuite and CIPC

5    (collectively "Bad Faith Conduct").

6              36.     As a direct and proximate cause of CIPC's breaches of the Agreement and

7    its Bad Faith Conduct NetSuite has suffered damages in an amount to be proven at trial.

8
### THIRD CAUSE OF ACTION
### (Work, Labor, and Online Applications)
9
#### (Quantum Meruit)

10            37.     Plaintiff repeats, realleges and incorporates herein by this reference the

11    allegations contained in paragraphs 1 through 26, inclusive, of this Complaint as though set forth

12    here.

13            38.     Within the last two years, Plaintiff rendered work, labor, and services to

14    Defendant at the special request of Defendant for which Defendant, then and there, promised to

15    pay Plaintiff the reasonable value of such services.  Defendant knew that these services were

16    being provided, and Defendant accepted, used, and enjoyed the services provided by Plaintiff.

17            39.     At all times herein mentioned, NetSuite provided approximately 50 hours

18    of Professional Services to CIPC, which have the reasonable value in excess of $300.00 per hour.

19    In addition, NetSuite expended other employee time and other resources at the request of CIPC

20    and with the knowledge of CIPC, in an amount to be determined at trial, plus interest.

21            40.     Defendant has refused to pay NetSuite the amounts due, notwithstanding

22    that Plaintiff has demanded payment therefore, and there is now due, owing, and unpaid from

23    Defendant to Plaintiff the sum of not less than $20,000.00 dollars, plus interest.

24
### PRAYER FOR RELIEF

25    *WHEREFORE*, Plaintiff prays for relief as follows:

26            1.     For damages against Defendant in the sum of approximately $498,266.46

27    dollars, that were sustained by Plaintiff as a result of the acts and transgressions complained of in

28    the First Cause of Action herein, plus contractual attorney's fees and costs;

2.       For damages against Defendant in a sum exceeding $498,266.46 dollars, that were sustained by Plaintiff as a result of the acts and transgressions complained of in the Second Cause of Action herein

3.       For damages against Defendant in the sums of not less than $20,000.00 dollars, for the reasonable value of the work, labor, and services that NetSuite provided, or according to proof, plus interest, late charges, costs of collection and other damages in an amount according to proof, as stated in the Third Cause of Action herein;

4.       For prejudgment interest on all sums found to be due and owing, at the maximum legal rate;

5.       For attorney's fees and costs incurred in this action; and

6.       For such other and further relief as the Court may deem just and proper

Dated this 21 day of August, 2007.                MCMAHON SEREPCA LLP

Peter C. McMahon
Attorneys for Plaintiff
NETSUITE, INC.

# EXHIBIT A

## NetSuite License Agreement

This License Agreement ("Agreement") is entered into as of the date set forth below between NetSuite Inc., a California corporation ("NetSuite"), and CIPC WORLDWIDE HOLDINGS ("Customer").

1.  **Product.** NetSuite will provide Customer with an online business application and any new features that augment or enhance the current business application (the "Service"). NetSuite shall host the Service and may update the content, functionality, and user interface of the Service from time to time in its sole discretion and in accordance with this Agreement.

2.  **License Grant.** Subject to the terms and conditions of this Agreement, NetSuite grants Customer during the Term of this Agreement the non-exclusive, non-transferable (except in connection with an assignment under Section 12 herein) and terminable license to use the Service and to display content solely for Customer's internal business operations, provided such operations shall not include service bureau use, outsourcing, renting, or time-sharing the Service. Customer acknowledges and agrees that the license granted herein is not a concurrent user license and that the rights granted to Customer are provided to Customer on the condition that Customer does not (and does not allow any third party to) copy, modify, create a derivative work of, reverse engineer, reverse assemble, disassemble, or decompile the Service or any part thereof or otherwise attempt to discover any source code, modify the Service in any manner or form, or use unauthorized modified versions of the Service, including (without limitation) for the purpose of building a similar or competitive product or service or for the purpose of obtaining unauthorized access to the Service.  Customer is expressly prohibited from sub-licensing use of the Service to any third parties. Customer acknowledges and agrees that NetSuite shall own all rights, title and interest in and to all intellectual property rights in the Service. Except as provided in this Agreement, the license granted to Customer does not convey any rights in the Service, express or implied, or ownership in the Service or any intellectual property rights thereto. Any rights not expressly granted herein are reserved by NetSuite.

3.  **License From Customer.** Subject to the terms and conditions of this Agreement, Customer grants NetSuite the non-exclusive, non-transferable (except in connection with an assignment under Section 12 herein) license to copy, store, record, transmit, maintain, display, view, print, or otherwise use Customer Data to the extent necessary to provide the Service to Customer. Customer agrees that the license to Customer Data shall survive the termination of this Agreement for one year, solely for the purpose of storing backup Customer Data at an offsite storage facility.

4.  **License Term, Fee and Payment.**
The initial term of this Agreement is for 12 months from 4/23/2007 ("Start Date") to 4/22/2008 ("End Date") ("Initial Term" which shall include extension thereof as provided by any subsequent agreement of the parties).
Customer shall pay a total fee of  $115,810.91 for the services listed on the attached Estimate Number 58630, which is hereby fully incorporated here in by reference.  The fee is due as follows: NET30.

After the Initial Term, this Agreement shall be automatically renewed for successive one year periods ("Renewal Term"), unless Customer provides NetSuite with notice of intent not to renew the Agreement by the End Date (or the end of any Renewal Term). Such notice shall be sent to billing@netsuite.com.

NetSuite reserves the right to change the amount of the fee for the Service to list prices generally applicable to other customers at the start of each Renewal Term.  Any late payments shall be subject to a service charge equal to 1.5% of the amount due (calculated on a monthly basis) or the maximum amount allowed by law, whichever is less.  In the event that NetSuite incurs any costs (including reasonable attorney's fees) for efforts in collecting overdue fees from Customer, Customer agrees to pay such costs. Customer further agrees to pay all foreign, federal, state, and local taxes, if applicable, as Customer's access to, use, or receipt of the Service.

5.  **Terms of Service.**  Customer acknowledges and agrees to the following terms of service.  In addition, Customer agrees that unless explicitly stated otherwise, any new features that augment or enhance the Service, and/or any new service(s) subsequently purchased by the Customer, will be subject to this Agreement.

  5.1.  **Customer Must Have Internet Access.**  In order to use the Service, Customer must have or must obtain access to the World Wide Web, either directly or through devices that access Web-based content. Customer must also provide all equipment necessary to make such (and maintain such) connection to the World Wide Web.

  5.2.  **Accuracy Of Customer's Registration Information.**  Customer agrees to provide accurate, current and complete information ("Registration Data") about Customer as prompted by the registration form, which Customer will fill out on line in order to gain access to the Service. Customer further agrees to use commercially reasonable efforts to maintain and promptly update the Registration Data to keep it accurate, current and complete. Customer acknowledges and agrees that if Customer provides information that is intentionally inaccurate, not current or incomplete in a material way, or NetSuite has reasonable grounds to believe that such information is untrue, inaccurate, not current or complete in a material way, NetSuite has the right to suspend Customer's account.

  5.3.  **Email And Notices.**  Customer agrees to provide NetSuite with Customer's e-mail address, to promptly provide NetSuite with any changes to Customer's e-mail address, and to accept emails (or other electronic communications) from NetSuite at the e-mail address Customer specifies. Customer further agrees that NetSuite may provide any and all notices,

## NetSuite License Agreement

statements, and other communications to Customer through either e-mail, posting on the Service (or other electronic transmission) or by mail or express delivery service.

5.4.   **Passwords, Access, And Notification.** Customer may designate up to the number of users under Customer's account, which corresponds to the number of Seats purchased by Customer, and Customer may provide and assign unique passwords and user names to each authorized user for each Seat purchased. Customer acknowledges and agrees that Customer is prohibited from sharing passwords and/or user names with unauthorized users. Customer will be responsible for the confidentiality and use of Customer's (including its employees') passwords and user names. Customer will also be responsible for all Electronic Communications, including those containing business information, account registration, account holder information, financial information, Customer Data, and all other data of any kind contained within emails or otherwise entered electronically through the Service or under Customer's account. NetSuite will act as though any Electronic Communications it receives under Customer's passwords, user name, and/or account number will have been sent by Customer. Customer agrees to immediately notify NetSuite if Customer becomes aware of any loss or theft or unauthorized use of any of Customer's passwords, user names, and/or account number.

5.5.   **Customer's Lawful Conduct.** The Service allows Customer to send Electronic Communications directly to NetSuite and to third-parties. Customer agrees to comply with all applicable local, state, federal, and foreign laws, treaties, regulations, and conventions in connection with its use of the Service, including without limitation those related to privacy, electronic communications, and anti-spam legislation. Customer will not send any Electronic Communications from the Service that: is unlawful, harassing, libelous, defamatory, or threatening. Except as permitted by this Agreement, no part of the Service may be copied, reproduced, distributed, republished, displayed, posted or transmitted in any form or by any means. Customer agrees not to access the Service by any means other than through the interfaces that are provided by NetSuite. Customer shall not license, rent, sell, lease, transfer, assign, distribute, display, host, outsource, disclose, or otherwise commercially exploit or make the Service available to any third party other than an authorized user, including but not limited to, creating Internet Links to the Service which include log-in information, including but not limited to, user names, passwords, secure cookies, and/or an "in-routing" or "framing" any part of the Service. Customer will not upload, post, reproduce or distribute any information, software or other material protected by copyright or any other intellectual property right (including rights of publicity and privacy) without first obtaining the permission of the owner of such rights. Customer will not in any way express or imply that any opinions contained in Customer's Electronic Communications are endorsed by NetSuite. Neither Customer, nor someone acting on Customer's behalf, will use the Service to target for solicitation any NetSuite customers for purposes of providing any competitive product. Customer will ensure that any use of the Service by Customer's employees (or users) is in accordance with the terms and conditions of this Agreement.

5.6.   **Third-Party Software.** Customer agrees to use software produced by third parties, including, but not limited to, "browser" software that supports a data security protocol compatible with the protocol used by NetSuite. Until notified otherwise by NetSuite, Customer agrees to use software that supports the Secure Socket Layer (SSL) protocol or other protocols accepted by NetSuite and to follow logon procedures for services that support such protocols. Customer acknowledges that NetSuite is not responsible for notifying Customer of any upgrades, fixes or enhancements to any such software or for any compromise of data transmitted across computer networks not owned or operated by NetSuite or telecommunications facilities, including, but not limited to, the Internet.

5.7.   **Transmission Of Data.** Customer understands that the technical processing and transmission of Customer's Electronic Communications is fundamentally necessary to Customer's use of the Service. Customer expressly consents to NetSuite's interception and storage of Electronic Communications and/or Customer Data, and Customer acknowledges and understands that Customer's Electronic Communications will involve transmission over the Internet, and over various networks, only part of which may be owned and/or operated by NetSuite. Customer acknowledges and understands that changes to Customer's Electronic Communications may occur in order to conform and adapt such data to the technical requirements of connecting networks or devices. Customer further acknowledges and understands that Electronic Communications may be accessed by unauthorized parties when communicated across the Internet, network communications facilities, telephone, or other electronic means. Customer agrees that NetSuite is not responsible for any Electronic Communications and/or Customer Data which are lost, altered, intercepted or stored without authorization during the transmission of any data whatsoever across networks not owned and/or operated by NetSuite.

5.8.   **Links.** The Service may provide, or third parties may provide, links to other World Wide Web sites or resources. Because NetSuite has no control over such sites and resources, Customer acknowledges and agrees that NetSuite is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any content, advertising, products, or other materials on or available from such sites or resources.

5.9.   **NetSuite's Support.** NetSuite will make commercially reasonable efforts to promote Customer's successful utilization of the Service, including but not limited to providing Customer with User Guides, Knowledge Base and online help, as well as optional and "for fee" training classes. NetSuite also offers Customer Support and Professional Services consultation. Customer acknowledges that NetSuite has extensive experience helping Customers improve utilization and realization of benefits of the Service, and that not following the advice of NetSuite in these areas may substantially undermine Customer's successful utilization of the Service.

## NetSuite License Agreement

5.10   Proprietary Rights.   Customer acknowledges and agrees that the Service and any necessary software used in connection with the Service contain proprietary and confidential information that is protected by applicable intellectual property and other laws. Customer further acknowledges and agrees that content or information presented to Customer through the Service or by advertisers may be protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws.

5.11   Trademark Information.   NetSuite™, the NetSuite logo™, NetCRM™, NetERP™, NetFlex, the NetCRM logo™ and other NetSuite service marks, logos and product and service names are marks of NetSuite (the "NetSuite Marks") Customer agrees not to display or use the NetSuite Marks in any manner without the owner's express prior written permission.

5.12.   Confidential Information.   For purposes of this Agreement, confidential information shall include the terms of this Agreement, Customer Data, and any information that is clearly identified in writing at the time of disclosure as confidential ("Confidential Information"). Each party agrees: (a) to keep confidential all Confidential Information disclosed to it by the other party or by a third-party; (b) not to use the Confidential Information of the other party except to the extent necessary to perform its obligations hereunder; and (c) to protect the confidentiality thereof in the same manner as it protects the confidentiality of similar information and data of its own (at all times exercising at least a reasonable degree of care in the protection of such Confidential Information). NetSuite will restrict its employees' access to Customer's Confidential Information to only those employees necessary to successfully provide the Service. NetSuite may disclose Confidential Information on a need-to-know basis to its contractors who have executed written agreements requiring them to maintain such information in strict confidence and use it only to facilitate the performance of their services for NetSuite in connection with the performance of this Agreement. Confidential Information shall not include information which: (1) is known publicly; (2) is generally known in the industry before disclosure; (3) has become known publicly, without fault of the recipient, subsequent to disclosure by the disclosing party; or (4) the recipient becomes aware of from a third party not bound by non-disclosure obligations to the disclosing party and with the lawful right to disclose such information to the recipient. This Section 5.12 will not be construed to prohibit the disclosure of Confidential Information to the extent that such disclosure is required by law or order of a court or other governmental authority. The parties agree to give the other party prompt notice of the receipt of any subpoena or other similar request for such disclosure. With respect to any information received by either party from the other as a result of any other relationship between the parties other than as licensor and licensee under this Agreement (i.e., business development, partnership, alliance, etc.), the parties will abide by the terms and conditions of any Nondisclosure Agreement (or similar agreement) executed between the parties.

5.13.   Provisioning Of Account.   After execution of this Agreement, and subsequent to the time that Customer is provided a user name and password for the purpose of provisioning Customer's account, Customer will be required to agree to a "click wrap" agreement pertaining to "Terms of Service" before Customer can begin use of the Service. NetSuite hereby expressly agrees that to the extent that such click wrap Terms of Service differ from the terms of this Agreement, that the verbiage of this Agreement exclusively controls the obligations of the parties.

6.   Suspension/Termination.

6.1   Suspension For Delinquent Account.   NetSuite reserves the right to suspend Customer's access and/or use of the Service for any accounts for which any payment is due but unpaid but only after NetSuite has provided Customer three (3) email notices over no less than a thirty (30) day period. Customer agrees that NetSuite shall not be liable to Customer nor to any third party for any suspension of the Service resulting from Customer's nonpayment of fees as described in this Section 6.1.

6.2   Suspension For Ongoing Harm.   Customer agrees that NetSuite may with reasonably contemporaneous telephonic notice to Customer suspend Customer's access to the Service if NetSuite reasonably concludes that Customer use of the Service is causing immediate and ongoing harm to NetSuite or others. In the extraordinary event that NetSuite suspends Customer's access to the Service, NetSuite will use commercially reasonable efforts to resolve the issues causing the suspension of Service. Customer agrees that NetSuite shall not be liable to Customer or to any third party for any suspension of the Service under such circumstances as described in this Section 6.2.

6.3   In The Event of Breach.   Either party may terminate this Agreement upon thirty (30) days written notice to the other party in the event of a breach of any provision of this Agreement by the other party, provided that, during the thirty (30) day period, the breaching party fails to cure such breach. Upon termination or expiration of this Agreement, Customer shall have no rights to continue use of the Service. If this Agreement is terminated as a result of a breach on NetSuite's part, NetSuite shall refund the pro rata portion of any fee that may have been paid by Customer for the portion of the Service not furnished to Customer.

6.4   Handling Of Customer Data In The Event Of Termination.   Customer acknowledges and agrees that following termination of Customer's account and/or use of the Service, NetSuite may immediately deactivate Customer's account and that following a reasonable period of no less than 90 days shall be able to delete Customer's account and related Customer Data. However, in the event that NetSuite terminates, NetSuite will grant Customer temporary, limited access to the Service for the sole purpose of permitting Customer to retrieve lawful Customer Data, provided that

# NetSuite License Agreement

Customer has paid in full all good faith undisputed amounts owed to NetSuite. Customer further agrees that NetSuite shall not be liable to Customer or to any third party for any termination of Customer access to the Service or deletion of Customer Data, provided that NetSuite is in compliance with the terms of this Section 6.4.

7.    Modification To Or Discontinuation Of The Service.  NetSuite reserves the right at any time and from time to time to modify, temporarily or permanently, the Service (or any part thereof). In the event that NetSuite modifies the Service in a manner which removes or disables a feature or functionality on which Customer materially relies, NetSuite, at Customer's request, shall use commercially reasonable efforts to substantially restore such functionality to Customer. In the event that NetSuite is unable to substantially restore such functionality, Customer shall have the right to terminate the Agreement and receive a pro-rata refund of the license fees paid under the Agreement for use of the Service which was paid for by Customer but not yet furnished by NetSuite as of the date of such termination. Customer acknowledges that NetSuite reserves the right to discontinue offering the Service at the conclusion of Customer's then current Term. Customer agrees that NetSuite shall not be liable to Customer or to any third party for any modification of the Service as described in this Section 7.

## 8.    Warranties

8.1.    Warranty Of Functionality.  NetSuite warrants to Customer during the Term of this Agreement that the Service will achieve in all material respects the functionality described in the User Guides and in other related documentation available at www.netsuite.com or successor Web site) and that such functionality will be maintained in all material respects in subsequent upgrades to the Service. NetSuite does not warrant that the Service will be error-free. Customer's sole and exclusive remedy for NetSuite's breach of this warranty shall be that NetSuite shall be required to use commercially reasonable efforts to modify the Service to achieve in all material respects the functionality described in the User Guides and other related documentation and if NetSuite is unable to restore such functionality Customer shall be entitled to terminate the Agreement and shall be entitled to receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination. NetSuite shall have no obligation with respect to a warranty claim unless notified of such claim within sixty (60) days of the first instance of any material functionality problem, and such notice must be sent to billing@NetSuite.com.

8.2.    Service Level Warranty.  NetSuite warrants during the Term of this Agreement that the Service will meet the service levels outlined in Exhibit A hereto in any month. In the event that NetSuite fails to meet the service levels outlined in Exhibit A hereto, Customer's sole and exclusive remedy is that NetSuite will provide Customer with a credit as described in Exhibit A, which is hereby incorporated by reference. Any credit is expressly conditioned upon Customer providing NetSuite written notice of such failure sent to billing@NetSuite.com by the tenth day of the month following such service level failure.

8.3.    Security, Data Maintenance And Backup Warranty.  NetSuite warrants during the Term of this Agreement that NetSuite will use commercially reasonable efforts to ensure that Customer's Data will be safeguarded and maintained accurately. NetSuite also warrants that it will, at a minimum, utilize and maintain security and backup procedures as listed in Exhibit B hereto (and hereby incorporated by reference) to protect Customer Data. In the event of a breach of this provision, NetSuite will use commercially reasonable efforts to correct the Customer's Data or restore the Customer's Data within three (3) business days. In the event NetSuite is unable to correct or restore Customers Data as provided in this Section 8.3, Customer's sole and exclusive remedy shall be it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

8.4.    Non-Infringement Warranty.  NetSuite warrants that it is the sole owner and has full power and authority to grant the license and use of the Service and other rights granted by the Agreement to Customer with respect to the Service and that neither the performance by Customer in its utilization of the Service, nor the license of and authorized use by Customer of the Service as described herein will in any way constitute an infringement or other violation of any copyright, trade secret, trademark, patent, invention, proprietary information, nondisclosure, or other rights of any third party.

8.5.    Other Warranty.  NetSuite warrants that the Service shall be free of viruses, Trojan horses, worms, spyware, or other malicious code or components.

9.    Disclaimer Of Warranties.  EXCEPT AS STATED IN SECTION 8 ABOVE, NETSUITE DOES NOT REPRESENT THAT CUSTOMER'S USE OF THE SERVICE WILL BE SECURE, TIMELY, UNINTERRUPTED OR ERROR-FREE OR THAT THE SERVICE WILL MEET CUSTOMER'S REQUIREMENTS OR THAT ALL ERRORS IN THE SERVICE AND/OR DOCUMENTATION WILL BE CORRECTED OR THAT THE SYSTEM THAT MAKES THE SERVICE AVAILABLE WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE WARRANTIES STATED IN SECTION 8 ABOVE ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE EXCEPT AS STATED IN SECT ON 8 ABOVE, THE SERVICE IS PROVIDED TO CUSTOMER ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND IS FOR COMMERCIAL USE ONLY. CUSTOMER ASSUMES ALL RESPONSIBILITY FOR DETERMINING WHETHER THE SERVICE OR THE INFORMATION GENERATED THEREBY IS ACCURATE OR SUFFICIENT FOR CUSTOMER'S PURPOSES.

## NetSuite License Agreement

10.  Limitations Of Liability.  CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, OR NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT. The maximum liability of either party to any person, firm or corporation whatsoever arising out of or in the connection with any license, use or other employment of the Service, whether such liability arises from any claim based on breach or repudiation of contract, breach of warranty, tort, or otherwise, shall in no case exceed the equivalent of 12 months in license fees applicable at the time of the event. The essential purpose of this provision is to limit the potential liability of the parties arising from this Agreement. The parties acknowledge that the limitations set forth in this Section are integral to the amount of consideration levied in connection with the license of the Service and that, were NetSuite to assume any further liability other than as set forth herein, such consideration would of necessity be set substantially higher. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer. THE LIMITATION OF LIABILITY SET FORTH IN THIS SECTION SHALL NOT APPLY TO EITHER PARTY'S INDEMNITY OBLIGATIONS SET FORTH IN SECTION 11 BELOW.

11.  Indemnification.

11.1.  Infringement.  NetSuite will indemnify, defend and hold Customer harmless from and against any and all costs, liabilities, losses, and expenses (including, but not limited to, reasonable attorneys' fees) (collectively, "Losses") arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against Customer which arise out of or result from the infringement of any copyright, patent, trademark, or misappropriation of a trade secret relating to the Service; provided that Customer (a) promptly gives NetSuite notice of the claim, suit, action, or proceeding; (b) gives NetSuite sole control of the defense and related settlement negotiations; and (c) provides NetSuite with all reasonably available information and assistance necessary to perform NetSuite's obligations under this paragraph. If the Service is held to infringe any intellectual property right, NetSuite may, in its sole discretion and at its own expense, either procure a license that will protect Customer against such claim without cost to Customer or replace the Service with a non-infringing Service. Provided that NetSuite complies with this Section 11.1, Customer shall have no remedy against NetSuite, except it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

11.2.  Disclosure Of Customer Data.  NetSuite will fully indemnify, defend and hold Customer harmless from and against any Losses arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against Customer which arise out of or result from NetSuite's gross negligence in preventing unauthorized access to confidential Customer Data or NetSuite's willful disclosure of such confidential Customer Data, as determined by a court of competent jurisdiction in connection with a claim by a third party alleging a breach of confidentiality. In addition, NetSuite will indemnify Customer up to an amount equal to five (5) times the equivalent of 12 months of license fees applicable at the time of the event, from and against any Losses incurred by Customer with respect to any third party claim, suit, action, or proceeding arising out of or relating to NetSuite's breach of Section 5.12 of this Agreement (which breach that does not rise to the level of gross negligence in preventing unauthorized access to confidential Customer Data or NetSuite's willful disclosure of such confidential Customer Data as described in Section 11.2). NetSuite's indemnification obligations under this Section 11.2 are expressly premised upon Customer (a) promptly giving NetSuite notice of any such third party claim, suit, action, or proceeding; (b) giving NetSuite sole control of the defense and related settlement negotiations; and (c) promptly providing NetSuite with all reasonably available information and assistance necessary to perform NetSuite's obligations under this Section 11.2. Provided that NetSuite complies with this Section 11.2, Customer shall have no remedy against NetSuite, except it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

11.3  Customer's Indemnity.  Customer shall defend and hold NetSuite harmless from and against any and all Losses arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against NetSuite which arise out of or result from a claim by a third-party (i) alleging that the Customer Data or any Trademarks, or any use thereof, infringes the intellectual property rights or other rights, or has caused harm to a third party, or (ii) arising out of Customer's breach of Section 5.5 and 5.12 above, provided that NetSuite (a) promptly provides Customer notice of the claim, suit, action or proceeding; (b) gives Customer sole control of the defense and related settlement negotiations; and (c) provides Customer with all reasonably available information and assistance necessary to perform Customer's obligations under this paragraph.

11.4.  Survival.  The indemnification obligations contained in this Section 11 shall survive termination of this Agreement for one year.

12.  Miscellaneous.  This Agreement shall inure to benefit and bind the parties hereto, their successors and assigns, but

## NetSuite License Agreement

neither party may assign this Agreement without written consent of the other, except such consent is not required to the successor of all or substantially all of the assignor's business or assets. This Agreement does not create any joint venture, partnership, agency, or employment relationship between the parties, although NetSuite reserves the right to name Customer as a user of the Service. This Agreement (and any Exhibits hereto) represent the entire agreement of the parties and supercedes all prior discussions and/or agreements between the parties and is intended to be the final expression of their Agreement. It shall not be modified or amended except in writing signed by both parties. In the event of an express conflict between the terms of this Agreement and the terms of any Exhibit, the verbiage of this Agreement controls. This Agreement shall be governed in accordance with the laws of the State of California and any controlling U.S. federal law. Any disputes, actions, claims or causes of action arising out of or in connection with this Agreement (or the Service) shall be subject to the exclusive jurisdiction of the state and federal courts located in California. If any provision is held by a court of competent jurisdiction to be contrary to law, such provision shall be limited or eliminated to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect. In the event of any litigation of any controversy or dispute arising out of or in connection with this Agreement, its interpretations, its performance, or the like, the prevailing party shall be awarded reasonable attorneys' fees and/or costs. Neither party shall be liable for any loss or delay resulting from any force majeure event, including, but not limited to, acts of God, fire, natural disaster, terrorism, labor stoppage, war or military hostilities, criminal acts of third parties, and any payment date or delivery of Service date shall be extended to the extent of any delay resulting from any force majeure event. Sections 5.12, 8.4, 9, 10, and 12 shall survive the termination or expiration of this Agreement.

13. Definitions.
A.  "Customer Data" shall mean any data, information, or other materials of any nature whatsoever, provided to NetSuite by Customer in the course of implementing and/or using the Service.
B.  "Electronic Communications" shall mean any transfer of signs, signals, text, images, sounds, data or intelligence of any nature transmitted in whole or part electronically.
C.  "Knowledge Base" means the online application known as "Knowledge Base" which is designed to present timely information that addresses more sophisticated questions that often apply to more specific circumstances. It currently contains more than 2,000 solutions that are available 24 hours a day/7 days a week
D.  "Seat(s)" means a unique login for each general access user.
E.  "Term" means any Initial Term and/or Renewal Term as defined in Section 4 of this Agreement.
F.  "User Guides" means the detailed guides that explain the workflow and setup of features like SFA and Marketing, Customer Service and Web Store.

THE PARTIES ACKNOWLEDGE THAT THEY HAVE READ THIS AGREEMENT, UNDERSTAND IT AND AGREE TO BE BOUND BY ITS TERMS, AND THE PERSON SIGNING ON BEHALF OF EACH HAS BEEN AUTHORIZED TO DO SO.

ACKNOWLEDGED AND AGREED:

CUSTOMER

By:

Print Name: Shea Trowbridge

Title: CTO

Company: CIK Worldwide

Date: 3/31/07

NETSUITE, INC.

By:

Print Name: Zach Gunhm

Title: RM

Date: 4/25/07

## NetSuite License Agreement

### Exhibit A – SERVICE LEVEL AGREEMENT

NetSuite conducts maintenance and upgrades during scheduled times. The scheduled time for maintenance and upgrades is Friday and Saturday nights from 10 p.m. to 3 a.m. PST/PDT. NetSuite does not perform these upgrades during the first or last weekends of each month. Outside of this time NetSuite, Inc. guarantees 99.5% uptime. If in a calendar month these uptime commitments are not met, NetSuite shall credit Customer with one month of fees. Credit or refund shall include amounts for License fees and Customer Support.

NetSuite reserves the right on approximately a quarterly basis to issue new releases in which NetSuite adds functionality to the Service. Customer acknowledges that these periodic major releases can take several hours to complete.

In the event that NetSuite in its sole discretion determines that any unscheduled maintenance is necessary, NetSuite will use commercially reasonable efforts to notify Customer.

# NetSuite License Agreement

## Exhibit B – SECURITY

### Security Overview

NetSuite's security strategy is to protect Customer Data at multiple levels, which includes data security, data integrity, and data privacy. NetSuite currently uses products by Oracle, Cisco Systems, Trend Micro, Veritas, and Network Associates.

To ensure the privacy, security, and availability of Customer Data and transactions, NetSuite employs the following technologies in delivering its service.

*   Secure Data Center
*   Encrypted User Authentication
*   Internet Firewalls
*   Network Translation and Proxy Services
*   Secure Socket Layer Data Encryption (SSL)
*   Redundant, Highly Available Routers and Switches
*   Redundant, Highly Available, and Secure Web and Application Servers
*   Redundant, Highly Available Power
*   Redundant, Highly Available Data Access
*   Regularly Scheduled Backups, Offsite Storage
*   Highly Available Application
*   Secure Operating Systems
*   Data Security

### Data Center Security

NetSuite's production systems are located in one of the leading co-location facilities in the United States. Production web, application, and database servers along with network equipment are housed in a suite at the co-location facility which provides 24x7security. To access the suite there are several levels of security that must be passed where each entry point provides state of the art card readers, scanners, and other access devices. Access to the facilities requires photo, encoded ID, and palm print.

### Network Security

NetSuite's network is protected by redundant firewalls and monitored for unauthorized access. Firewall logs are constantly monitored, and the logs are reviewed on a regular basis. Leading-edge firewall equipment has been chosen to protect the network. The network has been architected to be highly reliable and redundant. If a router, load balancer, or firewall should fail, there is redundancy built in that would allow failover to take place, without causing a loss of service to our customers.

### Data Security and Availability

NetSuite uses 128-bit domestic and 64 bit international SSL encryption to protect the customer's data as it leaves our site. NetSuite uses ssh encryption via RSA (ssh1) and DSA (ssh2) public keys for communication between servers. Oracle databases are protected by firewalls against unauthorized usage.

NetSuite's OS and databases do not share the same passwords. Database users are restricted to a controlled list; individual activities are restricted, logged and monitored.

Data is stored on highly redundant storage systems. The Oracle DB servers are configured in either a RAID 5 or RAID 1 (mirror) configuration. The main data, and archive and redo logs are written not only to this primary storage sub-system on the server, but also written to network attached storage. The network attached storage has its own redundancy and is configured for cluster failover.

Each customer owns his/her data and can export it from NetSuite, and the administrator user can export at any time. Customers can export their data from NetSuite by doing a CSV or IIF export.

### Secure Application Access

NetSuite's users access the application using password authentication which is encrypted via 128-bit SSL. The robust design of the application prevents a customer from accessing another customer's data. There are several layers of protected servers that stand between the web page where the customer logs in and the actual data.

### System Security

NetSuite uses tightly controlled passwords on its servers and network equipment. NetSuite limits access to production systems to authorized personnel only. Passwords are changed on a regular basis. Security updates to the operating systems are tracked and upgraded as necessary.



## NetSuite License Agreement

**System Reliability**

NetSuite looks at its application as well as the infrastructure as a tightly integrated system. All aspects of the system are designed to be reliable to ensure continued availability in the event that a component fails. All web and application servers are configured in a redundant manner. NetSuite has spare servers ready to deploy at a moments notice in the event of an equipment failure. The networking equipment is also configured in a manner to permit replacement equipment to be available within a few hours. NetSuite chooses equipment of the highest quality to power our application.

NetSuite has in place an expert team to provide services for server and network management, monitoring, backups, and other necessary maintenance. System administrators respond to monitoring alerts 24x7 and repair critical failures immediately.

**Data and Backups**

Customer data is stored on a server that is configured with RAID 5 or RAID 1 (mirror) redundancy. In the event of a disk failure, the customer will not experience an interruption of service. In addition to the server configured with RAID 5 or RAID 1, data is also stored on network attached storage which has its own built in redundancy, thus providing an extra layer of data protection.

All customer data is automatically backed up daily to a tape library system. Tapes are taken offsite to a secure location that is designed to safeguard tapes under almost any environmental condition. The offsite facility exceeds industry storage requirements and is 100 miles away from the data center. Unless Customer provides written approval, NetSuite shall not update or provide any maintenance upgrades or updates to the systems during the last week or first week of any calendar quarter.

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/ewa?ae=Item&t=IPM.Note&id=RgAAAABBx...



## FW: Estimate #58630 from NetSuite, Inc.

Gether, Errol [egether@netsuite.com]

In help protect your privacy, Outlook Web Access has blocked some images, sounds, or items that can communicate your information to other web sites. If you are sure that this message is from a trusted sender and you want to re-enable the blocked features, click here.

**Sent:** Monday, April 23, 2007 4:14 AM
**To:** Joshua Turnbull, Andrea Trousdale
**Attachments:** NetSuite - CIPC Enterprise License Agreement.doc (119 kb) [Open as web page]

Good Day Josh:

We were very glad to receive your email to learn that you have agreed to adopt the NetSu solution.

I have amended the Estimate (below) which I believe reflects the initial changes that you suggested. I am attaching the revised Enterprise License Agreement to reflect these changes

To execute the transaction, kindly sign the:

- Estimate
- SoW
- License Agreement

*Please Fax* all documents to:

480.993.8989

With kindest regards,

Errol

PS: You will note that the advanced workshop in the Estimate is scheduled for San Mateo (instead of Toronto as requested). I believe there is a discrepancy between my choices in estimate and the dates online.

We will find out which is correct and advise ... it appears that the Toronto Intro Workshop is May 14-17 and Advanced will be May 22-24 but I will confirm and get back with you.

Cheers,

E

-----Original Message-----
**From:** Billing
**Sent:** Monday, April 23, 2007 4:17 AM
**To:** Gether, Errol
**Subject:** Estimate #58630 from NetSuite, Inc.

# Estimate

| | |
|---|---|
| Date | 3/23/2007 |
| Estimate # | 58630 |

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

Deleted Items (035)
Drafts [30]
Inbox (0)
Junk E-Mail [20]
Sent Items

Conversation History (3)

Personal (1)

Miscellaneous

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com
**Bill To**
Joshua Trousdale, Ph.D
CIFC Worldwide Holdings
555 West Hastings
Vancouver BC V5P 1X7
Canada

Acct. No        684475
Expires        4/30/2007
Sales Rep      GETNER, ERROL M
Terms          Net 30
Partner
Affiliate Code
PO Number

| Item | Qty | Description | Term Mos. | Amount |
|------|-----|-------------|-----------|--------|
| NetSuite | 1 | NetSuite License includes<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated UPS or FedEx shipping<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Productivity tools including contacts/calendar/events<br>** NetCommerce publishing engine with integrated catalog, secure shopping cart and customer self-service<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer Center and Partner Center logins<br>** 5 Employee Self-Service Users<br>** 30,000 integrated mail/merges per month<br>** 120,000 emails per year with no single blast exceeding 20,000 recipients<br>** 100 GB/month Webstore/Site Bandwidth<br>** 10 GB of data storage<br>** 500 integrated Web store items<br>** 6,000 Webstore orders per year. Additional Webstore orders will be charged $0.50 per order, billed quarterly in arrears.<br>** All Oracle Database & Application Server O/S, licenses | 12 | 5,988.00 |
| NetSuite User | 15 | General access user for NetSuite | 12 | 17,820.00 |
| NetCARE Gold Customer Support Package | 1 | The NetCARE Gold Customer Support Package provides support during normal business hours, and priority queuing of calls and emails. Telephone support is provided via a toll free line. An unlimited number of cases, including weekend e-mail support, is included. NetSuite's goal is to respond to all NetCARE Gold Customer Support email cases within 1 business day. Integration Support is included. | 12 | 6,547.20 |

FW: Estimate #55530 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

| | | | | |
|---|---|---|---|---|
| Suite Foundations - Intro 4 Day - (May07) - Toronto | 2 | ENTER NAME OF PERSON ATTENDING This four-day introductory course is designed to provide NetSuite Super-Users with an overview of NetSuite, including setup and configuration, users and roles, and an intro to CRM, ERP and Customization. Through hands-on exercises, you will gain an understanding of the basic system set-up and an overview of the CRM and ERP functionality. Class will be held at NetSuite headquarters in Toronto, ON - May 14th - 17th, 2007 By acceptance of this Order, Training attendees acknowledge and accept NetSuite's training cancellation policies, detailed below: Cancellation of attendance within 14 days of Day 1 of the class, or failure of attendee to attend without cancellation 14 days prior to Day 1 of the class, will result in a 50% cancellation penalty. Attendance at a future class will require pre-payment of the remaining 50% balance due prior to seat confirmation . | 1 | 6,400.00 |
| Suite Foundations - Advanced 3 Day - (Jun07) - San Mateo | 2 | ENTER NAME OF PERSON ATTENDING This three-day course is a follow-on to Part I and is designed to provide NetSuite Super-Users with a deeper view of NetSuite. Through hands-on exercises, you will gain an understanding of advanced concepts in the area of CRM and ERP functionality as well as Customization. Class will be held at NetSuite headquarters in San Mateo, CA - June 12th-14th, 2007 By acceptance of this Order, Training attendees acknowledge and accept NetSuite's training cancellation policies, detailed below. Cancellation of attendance within 14 days of Day 1 of the class, or failure of attendee to attend without cancellation 14 days prior to Day 1 of the class, will result in a 50% cancellation penalty. Attendance at a future class will require pre-payment of the remaining 50% balance due prior to seat confirmation. | 1 | 4,800.00 |
| Implementation Service | 1 | The price for the Implementation Service is a FIXED BID per the Statement of Work dated April 19, 2007 | 3 | 67,700.00 |
| | | | Subtotal | 109,255.20 |
| | | | Tax (Canadian GST 6%) | 6,555.31 |
| | | | Total | $115,810.51 |

FW. Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://mfonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABDx...

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE:

3/30/2007

Print _____ Joshua Ruesch (Signature)    Date

CS connected to Microsoft Ex

EXHIBIT B

Fm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584236)    01:07 04/24/07GMT-5:00 Pg 01-22

 **NETSUITE**

# Statement of Work for

## CIPC Worldwide Holdings

## Netsuite Implementation – Phase I

## April 19, 2007

 **NETSUITE**

**Statement of Work**

# Statement of Work
# Table of Contents

1. PROJECT SCOPE .............................................................................3

2. PROJECT APPROACH.........................................................................9

3. PROJECT SCHEDULE..........................................................................12

4. PROJECT TEAM ...............................................................................13

5. PROJECT ASSUMPTIONS ....................................................................18

6. PRICING.........................................................................................20

7. WARRANTIES, DISCLAIMERS, LIMITATION OF LIABILITY ..............21

8. SIGNATURES ..................................................................................22

**Confidentiality Notice**

The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished in delivering a successful project at Customer. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.

Fm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584235)    01:07 04/24/07GMT-6:00 Pg 03-22

 **NETSUITE**

Statement of Work

# 1. Project Scope

This Statement of Work ("SOW") dated **January 1, 2007** describes the services to be performed by NetSuite Inc. ("NetSuite") for **CIPC Worldwide Holdings** ("Customer") (collectively "Parties") in conjunction with the License Agreement (the "License Agreement") executed between the Parties. Once executed by the Parties this SOW shall be incorporated by reference into the License Agreement.

## 1.1. Purpose of this Section

This section of the SOW details the functional scope of this phase to the Customer's implementation project. The relevant functions within the NetSuite application are listed, with constraints identified for certain portions of the product. Only those functional areas listed within the section are considered in-scope for this phase of the implementation project.

## 1.2. Process Mapping

As a first step in the implementation project, NetSuite will perform a detailed Process Mapping exercise with the Customer, to more fully understand and document the Customer requirements in each functional area.

NetSuite will provide process mapping sessions using NetSuite best practices as the model. These sessions will be conducted via a web conference and will be scheduled as necessary.

The deliverable of these process mapping sessions is a 'Business Requirements Document' that describes in detail the Customer's business processes. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.

## 1.3. Data Migration

NetSuite will import the following data from Customer's legacy systems into the NetSuite Application.

| Entity Data Element or System of Record | Current System of Record (fromData) | Number of List Records to be imported |
|---|---|---|
| Chart of Accounts | | Up to 0 List Records |
| Customers | | Up to 0 List Records |
| Leads | | Up to 0 List Records |
| Prospects | | Up to 0 List Records |
| Vendors | | Up to 0 List Records |
| Employees | | Up to 0 List Records |
| Partners | | Up to 0 List Records |
| Contacts | | Up to 0 List Records |
| Items | | Up to 50000 List Records |
| Sales Tax Items | | Up to 0 List Records |
| Notes | | Up to 0 List Records |
| Tasks | | Up to 0 List Records |
| Events | | Up to 0 List Records |
| Cases | | Up to 0 List Records |
| Knowledge Base Topics | | Up to 0 List Records |

Fm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153684236)    01:07 04/24/07GMT-5:00 Pg 04-22



**Statement of Work**

| Knowledge Base Solutions | | Up to 0 List Records |
|---|---|---|
| Custom Records | | Up to 0 List Records |
| Transactional Data Element | Current System (Record for Data) | Number of line items to be imported |
| Opportunities | | Up to 0 Line Items |
| Sales Orders (open) | | Up to 0 Line Items |
| Invoices and Cash Sales (std.) | | Up to 0 Line Items |
| Invoices (with Rev Rec) | | Up to 0 Line Items |
| Customer Payments | | Up to 0 Line Items |
| Return Authorizations | | Up to 0 Line Items |
| Purchase Orders (open) | | Up to 0 Line Items |
| Vendor Bills | | Up to 0 Line Items |
| Credit Memos | | Up to 0 Line Items |
| Journal Entries | | Up to 0 Line Items |

## 1.4. Data Migration Responsibility

Customer will be responsible for the necessary data extraction, data consolidation and data cleansing
work required for all data migration outlined above. NetSuite will provide Customer with templates for
each data type to be migrated and will advise Customer on best practices for data consolidation and data
planning.

Fm:MyFlax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584236)    01:07 04/24/07GMT-6:00 Pg 06-22

 **NETSUITE**

Statement of Work

## 1.5. System Configuration

### 1.5.1. Front Office: CRM

| Functional Area | Description/Constraints |
|---|---|
| Customer Relationship Management | • Customer record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• CRM forms and fields customization overview<br>• Activity management<br>    ○ Messages<br>    ○ Tasks<br>    ○ Phone Calls<br>    ○ Calendar Events<br>    ○ Email<br>• Duplicate detection |
| Sales Force Automation | • Sales Stage/Customer Status management<br>• SFA Forms and Fields Customization Overview<br>• Online Lead forms setup and configuration<br>• Sales Territory management/Lead routing rules<br>• Estimate management<br>• Opportunity management<br>• Quota management<br>• Sales reporting |
| Incentive Compensation | • Commissions setup, configuration, and management<br>    ○ Creation of up to 2 Schedules<br>    ○ Creation of up to 2 Plans<br>• Partner Commissions/Royalties<br>• Commissions reporting |
| Partner Relationship Management (PRM) | • Partner record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• Activity management:<br>    ○ Messages<br>    ○ Tasks<br>    ○ Phone Calls<br>    ○ Calendar Events<br>    ○ Email<br>• Partner Center setup |
| Advanced Partner Center | • Advanced Partner Center setup and role management |

 **NETSUITE**

**Statement of Work**

| CRM Configuration | • Customize up to 1 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Customize up to 1 CRM forms (example: task, case)<br>• Customize up to 1 Transaction forms (example: opportunity, estimate, sales order)<br>• Creation of up to 1 Entity fields<br>• Creation of up to 1 CRM fields<br>• Creation of up to 1 Item fields<br>• Creation of up to 1 Transaction Body fields<br>• Creation of up to 1 Transaction Column fields |
| --- | --- |

© 2007 NetSuite Inc.
Proprietary and Confidential

Fm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584236)    01:07 04/24/07GMT-5:00 Pg 07-22



**Statement of Work**

1.5.2.  Back Office: ERP

| Functional Area | Description/Constraints |
|---|---|
| Accounting | • General Ledger/COA<br>    ○  Accounting Period Management<br>    ○  Setup and configuration of Opening Account Balances<br>    ○  Financial Reporting<br>• Accounts Receivable<br>    ○  Invoicing<br>    ○  Payments<br>    ○  Customer Credits<br>• Accounts Payable<br>    ○  Bills<br>    ○  Checks<br>    ○  Vendor Credits<br>• Departments, Classes, and Locations<br>• Accounting Forms and Fields Customization Overview<br>• Accounting reporting |
| Multi-currency | • Multi-currency setup and configuration<br>    ○  Conversion adjustment account setup<br>    ○  Multi-currency Item pricing setup |
| Item Management | • Item record setup, configuration, and management<br>    ○  Item pricing setup and configuration<br>• Item Forms and Fields Customization Overview<br>• Item/Inventory reporting |
| Order Management | • Order Entry process management<br>• Order Forms and Fields Customization Overview<br>• Fulfillment management<br>• Drop ship and Special Order management |
| Purchasing | • Purchase Order record setup, configuration, and management<br>• Purchasing/Vendor management<br>• Purchasing reporting |
| ERP Configuration | • Customize up to 1 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Customize up to 1 Transaction forms (example: sales order, invoice, credit memo, cash sale)<br>• Customize up to 1 Item forms<br>• Creation of up to 1 Entity fields<br>• Creation of up to 1 Item fields<br>• Creation of up to 1 Transaction Body fields<br>• Creation of up to 1 Transaction Column fields |

'm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/07GMT-6:00 Pg 08-22



**Statement of Work**

## 1.6. Administrator Set-up Training

NetSuite will provide ongoing training on how to administer the NetSuite application to the Customer Implementation Lead throughout the implementation process. This training will primarily take place via web conferencing and will focus on the areas summarized in Section 1.5, System Configuration.



**Statement of Work**

# 2. Project Approach



This implementation approach overview is intended to be a guide, and not all components will apply to each project.

## 2.1. Implementation Approach Overview – Shared Responsibility

The NetSuite implementation approach is based on the concept of shared project responsibility. NetSuite works with a customer to plan the implementation – its functional scope, the schedule, the resources, and the budget. Upon completion of the plan, each party has a set of project responsibilities, which must be completed in a timely manner, to ensure the project meets its objectives.

Additionally, NetSuite consultants will teach a customer how to configure and maintain the system in order for a customer to become self-sufficient with the functionality. For example, NetSuite will show a customer how to create a billing schedule in order for Customer to enter their remaining billing schedules into the application. This is a fundamental principle of the NetSuite approach – shared project responsibility.

All implementations at NetSuite follow three phases as outlined in the figure above:

1) Planning Phase
2) Configuration Phase
3) Deployment Phase

## 2.2. The Planning Phase

### 2.2.1. Introductory Administrator / Sponsor Meeting

NetSuite will conduct a 1 to 2 hour introductory session with Customer Team via web conference. The purpose of this session is for the NetSuite implementation team to introduce itself to the Customer Executive Sponsor and Administrator and to introduce the people and processes involved in this NetSuite implementation. It will serve as the foundation for the project.



**Statement of Work**

### 2.2.2. Implementation Kickoff

NetSuite will conduct a kick off session with Customer Team. This session will be delivered via web conferencing and will last between one and two hours and will set and prioritize the goals of the implementation project.

### 2.2.3. Project Planning

NetSuite will provide a standard format project plan as a framework for all implementations. This project plan will highlight the tasks that must be executed and resources that must be assigned in order to complete your NetSuite Implementation.

### 2.2.4. Requirements Gathering, Business Process Mapping and Gap Analysis

NetSuite will build upon the solution(s) presented in the pre-sales process and gather the complete requirements for this implementation as outlined in Section 1.2, Process Mapping.

NetSuite will interview key business process owners and provide some business process questionnaires and business process flow diagrams to help facilitate this endeavor. In all cases, these requirements will be synthesized into a final Business Requirements Document.

The purpose of this exercise is

1) To develop a detailed understanding of Customer's business processes prior to starting the Implementation. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.
2) To identify gaps and document requirements between Customer's needs and NetSuite capabilities and to agree on solutions and workarounds.

NetSuite will require sign-off by the Customer Implementation Project Lead / Administrator on the finished Business Requirements Document prior to proceeding with the Implementation.

Best Practice Note: Implementation overruns are frequently caused by insufficient business requirements specifications.

## 2.3. Configuration Phase

### 2.3.1. NetSuite Configuration

NetSuite will work with the Customer's System Administrator to configure and customize the application through the user interface. This will be a combined effort, where NetSuite will provide best practices guidance and knowledge transfer based upon the business process mapping in the planning stage, and the Customer will take the primary role in configuring the application.

### 2.3.2. Testing

Customer is responsible for all testing; user, system and regression testing of all configurations and customizations within their NetSuite system.

### 2.3.3. Administrator Setup

Training of the Customer's System Administrator on NetSuite best practices will occur throughout this phase and will specifically focus on how to implement and configure the application.

© 2007 NetSuite, Inc.
Proprietary and Confidential

m MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584236)      01:07 04/24/07GMT-5:00 Pg 12-22

 **NETSUITE**

**Statement of Work**

## 3. Project Schedule

### 3.1. Creation of a Project Work Plan

Customer will be contacted within ten (10) business days to schedule the start of this project after the final signature on this SOW. The project start date will be determined in a collaborative manner as one of the first project milestones upon the initiation of the project. NetSuite resources will be scheduled according to the agreed upon project plan and will remain on the project for that duration. Any additional need of NetSuite resources will be handled through the Change Management process outlined in the Assumptions section of this document.

The project work plan will drive the schedule of the Customer Implementation. It will highlight key milestones, assign resources to tasks, identify dependencies between tasks, and provide deadlines when work must be completed.

Fm MyFax - Canadian Internet Phone Company Ltd. To NetSuite [14163584235]    01:07 04/24/07GMT-5:00 Pg 13-22



**Statement of Work**

# 4. Project Team

It is our experience that when NetSuite and the Customer share responsibility for implementation, the project is successful. More importantly, this joint ownership greatly enhances the Customer's ability to manage the NetSuite application after the implementation project is completed.

This SOW is created with the assumption of joint staffing and joint ownership of the implementation project. The pricing and schedule reflect this important assumption. In the event the Customer is not able to fulfill their staffing obligation on the project, this will result in a Change Order to this SOW, as outlined in the Change Management Process outlined in the Assumptions section of this document.

The primary contact from NetSuite for the scheduled duration of this project will be an assigned Project Manager. NetSuite provides project support to the Customer Project Manager, however, Customer will manage their resources and expected project tasks.

## 4.1. NetSuite Resources – Project Team Roles

NetSuite will work with Customer Team to assist with the delivery of this implementation.

| Role | Responsibilities |
|---|---|
| Project Manager | NetSuite will provide a Project Manager (PM) to the implementation. The PM will provide a leadership role on project team to serve as escalation point for the Customer and project team. Responsible for managing NetSuite resources and adherence to project plan as well as any risk and implementation issues that might need to be addressed |
| Consultant | Primary contact for duration of Implementation Project. Will work extensively with the Customer Implementation Project Lead to develop the processes, system configuration and customizations necessary to meet the business requirements. Although NetSuite has a shared services model, this resource is the key point of contact for all implementation concerns – administrator meetings, deliverable production, training services coordination, project planning, administration and monitoring. |
| Trainer | Resource to the implementation which will facilitate the training delivery for all end-users. Works with the Implementation Manager in terms of understanding the business requirements, system configuration and level of customization to tailor their training delivery specific to each Customer |
| Executive Sponsor | Vertical lead for Professional Services team; second level of escalation point for all project issue |

+ MyFax - Canadian Internet Phone Company Ltd. To NetSuite (14153584235)    01:07 04/24/07GMT-5:00 Pg 14-22



**Statement of Work**

### 4.2. Customer Roles

Customer is responsible for providing and ensuring the committed participation of all Customer resources required during this effort, including, but not limited to, the following personnel. Any person identified by Customer to work with NetSuite shall be considered by NetSuite to be a duly authorized representative of Customer fully capable of making decisions on business practices.

Below each list of responsibilities is the expected time each role will need to spend on the project. Please note that it is vital that each resource allocate adequate time to this project.

It is important to understand this is a list of project roles, not individuals, required to complete a NetSuite implementation project. Depending of the size of the Customer, a single individual may take responsibility for any number of roles.

| Customer Implementation Project Lead / NetSuite Administrator |
|---|
| **Responsibilities** |
| Responsible for overseeing the implementation and working with the NetSuite Professional Services Team on scheduling and planning guidance. Should have an understanding of the overall goals of the implementation and be able to make and or act upon most implementation decisions. This role will be responsible for all configuration tasks when implementation is completed. |
| Tactical Responsibilities: <br> • Attend all meetings <br> • Point of contact for all day to day project operations <br> • Coordinate subject matter experts and Customer project team <br> • Manage decision making resources <br> • Serve as gatekeeper for project issues log <br> • Point of contact for project status <br> • Manage Customer system requirements <br> • Learn Customer specific configuration <br> • Manage configuration decisions |
| **Estimated Time Commitment** |
| 3 to 4 days/week for the duration of the project |

 **NETSUITE**

Statement of Work

## Sales Business Process Owner
### Responsibilities

Responsible for designing and approving business process flows for the entire sales process from lead routing to the close of a sale.

Tactical Responsibilities:
- Decision making on configuration
- Lead routing including the definition of sales territories
- Forecasting rules
- Sales reporting relationships
- Quota management
- Commissions management
- Sales processes and approvals
- Sales Reporting

### Estimated Time Commitment
1 to 3 days/week, depending on project phase

## Customer Service/Support Process Owner
### Responsibilities

## Accounting Business Process Owner
### Responsibilities

Responsible for designing and approving business process flows for the entire accounting department.

Tactical Responsibilities:
- Decision making on configuration
- General Ledger structure
- Accounting processes and approvals
- Accounting and financial reporting

### Estimated Time Commitment
1 to 3 days/week, depending on project phase

Fm:MyFax - Canadian Internet Phone Company Ltd To:NetSuite (14153584235)          01:07 04/24/07GMT-5:00 Pg 18-22

 **NETSUITE**

**Statement of Work**

| Inventory / Service / Accounting Item Business Process Owner |
| --- |
| Responsibilities |

Responsible for designing and approving business needs around item and item inventory needs.

Tactical Responsibilities:
- Decision making on configuration
- Item record creation
- Inventory accounting
- Fulfillment Processes

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week depending on project phase |

| Training Coordinator |
| --- |
| Responsibilities |

Responsible for providing training on the NetSuite application and utilization of the NetSuite application in Customer team.

Tactical Responsibilities:
- Learn application functions and features
- Provide training on application
- Provide training materials

| Estimated Time Commitment |
| --- |
| 1 day/week in Planning, near full-time during Go-Live |

| Technical Coordinator |
| --- |
| Responsibilities |

Data migration import and export resource responsible for all aspects of data and customization. Especially, migration tasks of cleansing data, considerations of merging data from all sources, determining master data source and compiling like data into one concise data file, ready for import.

- Drive decisions on data cleansing and integration into NetSuite
- Web development resource
- SuiteFlex™

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week, depending on project phase |

© 2007 NetSuite, Inc.
Proprietary and Confidential

Fm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584235)    01:07 04/24/07GMT-5:00 Pg 17-22



**Statement of Work**

---

**Customer Extended Team**

**Responsibilities**

Responsible for approving and testing the NetSuite functionality.

Tactical Responsibilities:
- Learn NetSuite application ahead of rollout
- Test configuration for usability
- Test processes against business processes and day to day management of organization
- Responsible for first line of defense for support questions

**Estimated Time Commitment**

1 to 3 days/week, depending on project phase

---

**Executive Sponsor**

**Responsibilities**

Responsible for providing resources needed for successful implementation.

Tactical Responsibilities:
- Attend critical checkpoint meetings
- Promote process changes
- Serve as escalation point for project issues

**Estimated Time Commitment**

.5 day/week to monitor project status

---

## 4 3.  Document sign off

Customer is responsible for acknowledging and responding to documents relating to this implementation project. These documents could be requirements documents, escalation issues or end- of-project notices. Some documents will require Customer's signature / e-signature before we can continue with the implementation and Customer is responsible for responding in a timely and collaborative fashion.

## 4.4.  Export of Customer Data

Customer acknowledges that certain software and technical data ("Restricted Data") which may be in Customer's possession, custody, and/or control may be subject to export controls under the laws and regulations of the United States, the European Union and other jurisdictions. Customer will not provide NetSuite with any Restricted Data nor shall Customer cause or request NetSuite to export or re-export any such Restricted Data or to undertake any transaction in violation of any such laws or regulations. For avoidance of doubt, Customer's failure to abide by this item shall be considered a material breach of this SOW for which Customer will indemnify and hold NetSuite harmless.

Fm My Fax - Canadian Internet Phone Company Ltd. To NetSuite (14163584236)        01:07 04/24/07GMT-5:00 Pg 18-22



**Statement of Work**

## 5 Project Assumptions

a. SOW Expiration: Unless otherwise agreed upon, the obligation of NetSuite to provide assistance to the Customer expires 12 months from the SOW date.

b. Item updates: It was decided that in Phase 1 of the implementation would not include any integration to update 3rd party vendor quantities for non-inventory items.

c. Customer Resources Availability: Project timeline estimates are based on availability of Customer resources and key decision makers. Lack of access to project stakeholders will impact project timelines and costs if decisions cannot be made in timely fashion.

d. Report Customization: NetSuite will provide training on how the standard reports function and on how to customize or create new reports; however, Customer is responsible for the generation of customized or modified reports.

e. Search Customization: NetSuite will provide training on how the standard searches function and on how to customize or create new searches, however, Customer is responsible for the generation of customized or modified searches, unless identified specifically for searches in the Configuration Section of 1.5.

f. Customization Overview: NetSuite will provide an overview on the general customization aspects of the forms and fields related to the functional areas being implemented as indicated in the SOW by the (Area) Customization Overview). This overview is a knowledge transfer for the primary Administrator and included as a part of the Administrator Set-up Training indicated in Section 1.7. Specific form and/or field customizations related to specific business processes that are necessary and required deliverables of the project will be called out in detail within the Customization Sections of each of the major areas.

g. SuiteFlex™ Customization: Any SuiteFlex™ customization deliverables and/or requirements not identified in this SOW and discovered during the implementation process will be subject to a change order, priced according to complexity, and the Change Management Process outlined in the Assumption section of this document will be followed.

   1) Any SuiteFlex™ functionality delivered under this SOW will be supported by NetSuite Professional Services for a period of ten (10) days after such SuiteScript is accepted by Customer or ten (10) after project go-live. Beyond this period, any changes to the business processes supported by this code or to the level of functionality supplied will be subject to additional fees under a separate statement of work.

   2) In the event that NetSuite is required to create certain standard development tools, client-side and/or server-side SuiteScripts, and/or standard modules and routines for processing, developing and/or creating any deliverables under this SOW ("Tool(s)"). NetSuite reserves the right to reuse, copy and distribute, in its sole discretion, and without royalty or other obligation, such Tool(s). To the extent required, Customer hereby grants NetSuite a non-exclusive, worldwide, perpetual, irrevocable license to use and reuse any such Tool(s) in its discretion.

h. Integration/Web Services: Integration/Web Services is not covered by this SOW. In the event that requirements surface for this functionality during the implementation, the project team will scope the additional requirements and a separate SOW will be developed and the Change Management Process in the Assumptions section of this document.

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-5:00 Pg 19-22



**Statement of Work**

- Web Store HTML/CSS/JavaScript: Although NetSuite directs the specifics of what needs to be configured for the implementation of the Web Store, NetSuite does not deliver programming (HTML/CSS/JavaScript) and/or graphic design services related to its completion. The Customer will be responsible to leverage the resources responsible to deliver these elements and coordinate them with the NetSuite Implementation Team.

- Training Materials: Any training materials will be the responsibility of the Customer to develop as part of the rollout plan. NetSuite will work with Customer to determine the training agenda and training content for the end user training sessions to support training from Customer's account.

- Right to Developed Materials: NetSuite hereby grants Customer a perpetual, non-transferable, non-exclusive royalty-free license to use the developed materials mutually agreed to be developed by NetSuite and provided to Customer under this SOW. This license grant is for the same term and territory that NetSuite provides the Service under the License Agreement, including any extension, amendment or replacement thereof. All copyrights, patent rights, and any other intellectual property rights in such developed materials are retained by NetSuite.

- Change Management Process: In the event the Customer or NetSuite requests a Change in any of the specifications, requirements, or scope (including drawings and designs):

  1) The party seeking the change shall, by written notice, propose the applicable changes. Within forty-eight (48) hours of receipt of the written notice, each party's Project Leads shall meet, either in person or via telephone conference, to discuss the proposed changes ("Change Meeting"). The parties must mutually agree on any such changes and the changes shall be documented, in writing, and signed by both parties. In some cases a Change Request for additional funding may be required.

  2) In the event that the parties disagree about the proposed changes to the general scope, the parties shall, within forty-eight (48) hours from the date of the Change Meeting, identify a senior management officer who has decision-making authority for each of the respective Parties. The officers shall confer and work to reach a mutually agreeable conclusion that shall be documented, in writing, and signed by both parties.

m MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-5:00 Pg 20-22

**Statement of Work**

 **NETSUITE**

## 6 Pricing

The professional services described in this SOW are bid on a Fixed Price Implementation Basis. In the event there is a change in scope that impacts the fees below, the Change Management Process as outlined in the Assumptions section of this document, will be adhered to. The total fees for this Statement of Work are:

| Implementation: | $55,100 |
| --- | --- |
| Training: | $12,600 |
| Total: | $67,700 |

Any travel and living expenses incurred during travel to and from the Customer site will be the responsibility of the Customer in addition to this fee and will be billed as actual charges.

It is essential to NetSuite's ability to adhere to the schedule contemplated by this SOW that the Customer cooperates and responds promptly to NetSuite's requests for information relevant to the Implementation described in this document.

Customer acknowledges and agrees to provide NetSuite with prompt and adequate responses to NetSuite's requests for information and other requests related to the services to be performed under this SOW. In the event that NetSuite has made a request and Customer has not responded promptly with the requested information, the NetSuite Consultant may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer. If Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW. In addition, all professional services fees associated with the SOW shall be considered earned in full as of the expiration of the thirty (30) day period. Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional professional services fees contemplated there under, even if listed in the original SOW.

NetSuite reserves the right to use third-parties (who are under a strict covenant of confidentiality with NetSuite) including, but not limited to, offshore sub-contractors to assist with the data migration, configuration, implementation and custom code development processes.

in MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584236)        01:07 04/24/07GMT-5:00 Pg 21-22

 **NETSUITE**

**Statement of Work**

# 7. Warranties, Disclaimers, Limitation of Liability

## 7.1. Warranties

NetSuite warrants that (a) it and each of its employees, consultants and subcontractors, if any, that it uses to provide and perform Professional Services has the necessary knowledge, skills, experience, qualifications, rights and resources to provide and perform the services in accordance with this Agreement and (b) the Professional Services will be performed for and delivered to Customer in a good, diligent, workmanlike manner in accordance with industry standards, laws and governmental regulations applicable to the performance of such services. If the Professional Services do not conform to the forgoing warranty, and Customer notifies NetSuite within ninety (90) days of the completion of the Professional Services, Customer's sole and exclusive remedy is to have NetSuite re-perform the non-conforming portions of the Professional Service. NetSuite will work diligently to correct any deficiencies and non-conformities until such deficiencies and non-conformities are corrected. NetSuite further warrants that its "best practices" referred to in Section 2.3 of this SOW meet or exceed the standards for practices generally prevailing in the CRM software Industry.

## 7.2. Disclaimers

THE WARRANTIES STATED IN SECTION 7.1 (AND IN SECTION 8 OF THE LICENSE AGREEMENT) ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE PROFESSIONAL SERVICES PROVIDED TO CUSTOMER ARE ON AN "AS IS" AND "AS AVAILABLE" BASIS

## 7.3. Limitations of Liability

CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, OR NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT. The maximum liability of NetSuite to any person, firm or corporation whatsoever arising out of or in the connection with any Professional Services shall be governed by Section 10 of the License Agreement. The essential purpose of this provision is to limit the potential liability of the parties arising from this SOW. The parties acknowledge that the limitations set forth in this Section are integral to the amount of consideration levied in connection with the Professional Services and that, were NetSuite to assume any further liability other than as set forth herein, such consideration would of necessity be set substantially higher. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer

Page 21 of 22 (v10)
© 2007 NetSuite, Inc.
Proprietary and Confidential

From My Fax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-5:00 Pg 22-22

**Statement of Work**

 **NETSUITE**

## 8. Signatures

The Parties acknowledge that they have had previous discussions related to the performance by NetSuite of Professional Services for Customer and the possible strategies which may be used by NetSuite to implement the functionality described in NetSuite's User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer. This SOW (including any Exhibits hereto) (and the License Agreement) shall constitute the entire understanding between Customer and NetSuite. This SOW expressly revokes and supersedes all prior agreements, understandings, verbal and/or written communications related to the Professional Services to be provided by NetSuite, and is intended as the final expression of the Parties agreement regarding the Professional Services to be provided by NetSuite. Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification (i) is a written instrument duly executed by the authorized representatives of both parties and (ii) references this SOW and identifies the specific Sections contained herein which are to be amended or modified.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives in one or more counterparts, each of which shall be deemed an original, and it shall be effective as of the last date executed below:

| Customer | NetSuite Inc. |
|---|---|
| Name: _Shua Krausdao_ | Name: _Idd E Guerrieri_ |
| Title: _Chief Technology Officer_ | Title: _Prof Serv._ |
| Signature: | Signature: |
| Date: _April 19, 2007_ | Date: _4/24/07_ |

# EXHIBIT C

JUN-21-2007 05:10    From:                    To:19668999451            Page:4/29

 **NET**SUITE

# Statement of Work for

## CIPC

## JIFFY WIRELESS

## 5/24/07

 **NETSUITE**

**Statement of Work**

# Statement of Work
# Table of Contents

1. PROJECT SCOPE ...........................................................................3

2. PROJECT APPROACH.... .............................. .......... ..................11

3. PROJECT SCHEDULE.......................................................................15

4. PROJECT TEAM....... ........................... ...............................................16

5. PROJECT ASSUMPTIONS ...............................................................22

6. PRICING.................................... ......... .............................................24

7. WARRANTIES, DISCLAIMERS, LIMITATION OF LIABILITY ..............25

8. SIGNATURES ......... .. ......... ......... ..................................................26


Confidentiality Notice

The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished in delivering a successful project at Customer. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.



**Statement of Work**

# 1. Project Scope

This Statement of Work ("SOW") dated **January 1, 2007** describes the services to be performed by NetSuite Inc. ("NetSuite") for CIPC/Jiffy Wireless ("Customer") (collectively "Parties") in conjunction with the License Agreement (the "License Agreement") executed between the Parties. Once executed by the Parties, this SOW shall be incorporated by reference into the License Agreement.

The terms and conditions and pricing listed in this SOW shall be valid for a period of thirty (30) days from the date that this SOW is provided by NetSuite to Customer and will expire unless executed by the Parties.

## 1.1. Purpose of this Section

This section of the SOW details the functional scope of this phase to the Customer's implementation project. The relevant functions within the NetSuite application are listed, with constraints identified for certain portions of the product. Only those functional areas listed within the section are considered in-scope for this phase of the implementation project.

## 1.2. Process Mapping

As a first step in the implementation project, NetSuite will perform a detailed Process Mapping exercise with the Customer, to more fully understand and document the Customer requirements in each functional area.

NetSuite will provide process mapping sessions using NetSuite best practices as the model. These sessions will be conducted via a web conference and will be scheduled as necessary.

The deliverable of these process mapping sessions is a "Business Requirements Document" that describes in detail the Customer's business processes. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.

## 1.3. Data Migration

NetSuite will import the following data from Customer's legacy systems into the NetSuite Application:

| Entity Data Element | Current System of Record for Data | Number of List Records To be Imported |
|---|---|---|
| Chart of Accounts | | Up to 0 List Records |
| Customers | | Up to 0 List Records |
| Leads | | Up to 0 List Records |
| Prospects | | Up to 0 List Records |
| Vendors | | Up to 0 List Records |
| Employees | | Up to 0 List Records |
| Partners | | Up to 0 List Records |
| Contacts | | Up to 0 List Records |
| Items | | Up to 0 List Records |
| Sales Tax Items | | Up to 0 List Records |
| Notes | | Up to 0 List Records |

Case 3:07-cv-05235-SI    Document 1    Filed 10/12/2007    Page 52 of 81

 **NETSUITE**

| Tasks | | Up to 0 List Records |
|---|---|---|
| Events | | Up to 0 List Records |
| Messages | | Up to 0 List Records |
| Cases | | Up to 0 List Records |
| Knowledge Base Topics | | Up to 0 List Records |
| Knowledge Base Solutions | | Up to 0 List Records |
| Custom Records | | Up to 0 List Records |
| **Transactional Data Element** | **Current System of Record for Data** | **Number of line items to be imported** |
| Opportunities | | Up to 0 Line Items |
| Sales Orders (open) | | Up to 0 Line Items |
| Invoices and Cash Sales (std.) | | Up to 0 Line Items |
| Invoices (with Rev Rec) | | Up to 0 Line Items |
| Customer Payments | | Up to 0 Line Items |
| Return Authorizations | | Up to 0 Line Items |
| Purchase Orders (open) | | Up to 0 Line Items |
| Vendor Bills | | Up to 0 Line Items |
| Credit Memos | | Up to 0 Line Items |
| Journal Entries | | Up to 0 Line Items |
| **Data Element** | **Current System of Record for Data** | **Number of Megabytes in your QBW file** |
| Under 50 MB Quick Books .QBW File | QuickBooks | Customer's file size is # MB |
| Over 50 MB Quick Books .QBW File | QuickBooks | Customer's file size is # MB |
| Under 50 MB Quick Books .QBW File (QB Online) | QuickBooks Online can be back-converted to QuickBooks Pro / Premiere to generate a one-time .QBW file for import | Customer's file size is # MB |

## 1.4. Data Migration Responsibility

Data migration was not initially identified as a requirement for this project. Customer will be responsible for the necessary data extraction, data consolidation, data cleansing, and data importation work required for all data migration. If such a requirement develops during this project and NetSuite data services are required, data migration work will need to be scoped and added to the project via authorized Change Order in which case the Change Management Process outlined in the Assumptions section of this document will be followed.

Case 3:07-cv-05235-SI    Document 1    Filed 10/12/2007    Page 53 of 81



## 1.5. System Configuration

### 1.5.1. Front Office: CRM

| Functional Area | Description/Constraints |
|---|---|
| Customer Relationship Management | • Customer record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• CRM forms and fields customization overview<br>• Activity management<br>   o  Messages<br>   o  Tasks<br>   o  Phone Calls<br>   o  Calendar Events<br>   o  Email |
| Marketing Campaign Automation | • Campaign setup, configuration, and management<br>   o  Audience configuration and management<br>   o  HTML template creation (HTML provided by Customer)<br>• Campaign tracking and reporting |
| Sales Force Automation | • Sales Stage/Customer Status management<br>• SFA Forms and Fields Customization Overview<br>• Online Lead forms setup and configuration<br>• Sales Territory management/Lead routing rules<br>• Sales reporting |
| Issue Management | • Issue record setup, configuration, and management<br>   o  Issue role and status management<br>   o  Issue routing and review<br>• Issue tracking and reporting |
| CRM Configuration | • Configure up to 2 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Configure up to # CRM forms (example: task, case)<br>• Configure up to # Transaction forms (example: opportunity, estimate, sales order)<br>• Creation of up to 2 Entity fields<br>• Creation of up to 2 Transaction Body fields<br>• Creation of up to 2 Transaction Column fields<br>• |

 **NET**SUITE

**Statement of Work**

### 1.5.2. Back Office: ERP

| Functional Area | Description/Constraints |
|---|---|
| Accounting | • General Ledger/COA<br>   ○ Accounting Period Management<br>   ○ Setup and configuration of Opening Account Balances<br>   ○ Financial Reporting<br>• Accounts Receivable<br>   ○ Invoicing<br>   ○ Payments<br>   ○ Customer Credits<br>• Accounts Payable<br>   ○ Bills<br>   ○ Checks<br>   ○ Vendor Credits<br>• Departments, Classes, and Locations<br>• Accounting Forms and Fields Customization Overview<br>• Accounting reporting |
| Item Management | • Item record setup, configuration, and management<br>   ○ Item pricing setup and configuration<br>• Item Forms and Fields Customization Overview<br>• |
| Order Management | • Order Entry process management<br>• Order Forms and Fields Customization Overview<br>• Fulfillment management<br>• Drop ship and Special Order management<br>• |
| Purchasing | • Purchase Order record setup, configuration, and management<br>• Purchasing/Vendor management |

### 1.5.3. Custom SuiteFlex™ Script Automation



**Statement of Work**

NetSuite will create the following custom script functionality using the NetSuite Tool "SuiteFlex™" "within Customer's main instance. For avoidance of doubt, Customer understands and agrees that during the scope of its work under this Section, NetSuite will not be altering or writing any source code whatsoever within the NetSuite application in an effort to achieve Customer's desired functionality.

### 1.5.4. Custom Records

NetSuite will create the following Custom Records within the account:

Customization Notes for Sections 1.5.3 and 1.5.4.

- The functionality and detail outlined in this Section are general requirements and do not represent a technical design specification.
- Definition of the complete, detailed requirements and design related to this functionality will be finalized as soon as possible after the Implementation Kickoff.
- Customer is responsible to test all customizations and scripts.
- Scripts will not impact existing data in the NetSuite application.
- Any resulting modifications to the custom code functionality -- naming conventions, increase in forms or fields, or workflow process - will result in a Change Order to this SOW as outlined in Change Management Process in the Assumptions section of this document.

## 1.6. Administrator Set-up Training

NetSuite will provide ongoing training on how to administer the NetSuite application to the Customer Implementation Lead throughout the implementation process. This training will primarily take place via web conferencing and will focus on the areas summarized in Section 1.5, System Configuration.

## 1.7. End User Training

NetSuite will train end users on the implemented NetSuite functionality in the areas listed below. This training will take place via on-line web conferencing.

To maintain a productive learning environment, NetSuite recommends training sessions no larger than 10 participants per session. If training is required for more than 10 participants, an additional session may need to be created under the Change Management process outlined in Assumptions section of this document.

### 1.7.1. ERP End User Training

1.7.1.1. Accounting End User Training Session

© 2007 NetSuite, Inc.
Proprietary and Confidential

**Statement of Work**



| Accounting related roles: AP/AR/GL | Examples of topics covered: |
|---|---|
| • Accounts Payable<br>• Accounts Receivable<br>• General Accounting<br>• CFO | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Accounts Payable process<br>• Accounts Receivable process<br>• General Ledger and general accounting processes<br>• Order Management<br>• Searches/Reporting |

1.7.1.2   Warehouse/Shipping End User Training Session

| Warehouse/Shipping related roles: | Examples of topics covered |
|---|---|
| • Warehouse Manager | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Receiving<br>• Shipping<br>• Inventory<br>• Searches/Reporting |

© 2007 NetSuite, Inc.
Proprietary and Confidential

 **NETSUITE**

**Statement of Work**

### 1.7.2. CRM End User Training

#### 1.7.2.1  Sales Force Automation End User Training Session

| Sales Force Automation related roles. | Examples of topics covered: |
|---|---|
| • Sales Rep<br>• Sales Manager<br>• Sales Administrator | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Contacts versus Leads/Prospects/Customers<br>• Quote/Estimate and Sales Order Entry and Tips<br>• Searches/Reporting |

#### 1.7.2.2  Marketing End User Training Session

| Marketing related roles. | Examples of topics covered: |
|---|---|
| • Marketing Assistant<br>• Marketing Manager<br>• Marketing Administrators | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Developing a marketing Campaign<br>• Managing Documentation and Communication<br>• Searches/Reporting<br>• Up Sell Manager |

© 2007 NetSuite, Inc.
Proprietary and Confidential

 **NETSUITE**

**Statement of Work**

### 1.7.3. Other End User Training

| Executive roles: | Examples of topics covered: |
|---|---|
| • CEO | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc.<br>• Searches/Reporting |



**Statement of Work**

# 2 Project Approach



This implementation approach overview is intended to be a guide, and not all components will apply to each project.

## 2.1. Implementation Approach Overview – Shared Responsibility

The NetSuite implementation approach is based on the concept of shared project responsibility. NetSuite works with a customer to plan the implementation – its functional scope, the schedule, the resources, and the budget. Upon completion of the plan, each party has a set of project responsibilities, which must be completed in a timely manner, to ensure the project meets its objectives.

Additionally, NetSuite consultants will teach a customer how to configure and maintain the system in order for a customer to become self-sufficient with the functionality. For example, NetSuite will show a customer how to create a billing schedule in order for Customer to enter their remaining billing schedules into the application. This is a fundamental principle of the NetSuite approach – shared project responsibility.

All implementations at NetSuite follow three phases as outlined in the figure above.

1) Planning Phase
2) Configuration Phase
3) Deployment Phase

## 2.2. The Planning Phase

### 2.2.1. Introductory Administrator / Sponsor Meeting

NetSuite will conduct a 1 to 2 hour introductory session with Customer Team via web conference. The purpose of this session is for the NetSuite implementation team to introduce itself to the Customer Executive Sponsor and Administrator and to introduce the people and processes involved in this NetSuite implementation will serve as the foundation for the project.



**Statement of Work**

### 2.2.2. Implementation Kickoff

NetSuite will conduct a kick off session with Customer Team. This session will be delivered via web conferencing and will last between one and two hours and will set and prioritize the goals of the implementation project.

### 2.2.3. Project Planning

NetSuite will provide a standard format project plan as a framework for all implementations. This project plan will highlight the tasks that must be executed and resources that must be assigned in order to complete your NetSuite Implementation.

### 2.2.4. Requirements Gathering, Business Process Mapping and Gap Analysis

NetSuite will build upon the solution(s) presented in the pre-sales process and gather the complete requirements for this implementation as outlined in Section 1.2, Process Mapping.

NetSuite will interview key business process owners and provide some business process questionnaires and business process flow diagrams to help facilitate this endeavor. In all cases, these requirements will be synthesized into a final Business Requirements Document.

The purpose of this exercise is:

1) To develop a detailed understanding of Customer's business processes prior to starting the implementation. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified;

2) To identify gaps and document requirements between Customer's needs and NetSuite capabilities and to agree on solutions and workarounds.

NetSuite will require sign-off by the Customer Implementation Project Lead / Administrator on the finished Business Requirements Document prior to proceeding with the implementation.

**Best Practice Note:** Implementation overruns are frequently caused by insufficient business requirements specifications.

## 2.3. Configuration Phase

### 2.3.1. NetSuite Configuration

NetSuite will work with the Customer's System Administrator to configure and customize the application through the User Interface. This will be a combined effort, where NetSuite will provide best practices guidance and knowledge transfer based upon the business process mapping in the planning stage, and the Customer will take the primary role in configuring the application.

### 2.3.2. Testing

Customer is responsible for all testing, user, system and regression testing of all configurations and customizations within their NetSuite system.

### 2.3.3. Administrator Setup

Training of the Customer's System Administrator on NetSuite best practices will occur throughout this phase and will specifically focus on how to implement and configure the application.

CIN-21-2007 05:14    From    To:18668995451    Page:16/29



**Statement of Work**

*Note – for Non Quickbooks import, use Section 2.3.4 and for QB import, use Section 2.3.5*

### 2.3.4.  Data Migration Overview

Data migration involves three (3) steps.

> Step 1: Extraction, Consolidation and Cleansing
> Step 2. Transformation and Loading
> Step 3: Error Resolution

#### 2.3.4.1    Phase 1: Data Extraction, Consolidation and Cleansing:

The Customer is responsible for the timely data extraction, data consolidation and data cleansing work required for all data migration outlined in this document in Section 1.3 Data Migration. NetSuite will provide Customer with Comma Separated Value (CSV) templates early in the implementation phase for each data type to be migrated and will advise Customer on best practices for data consolidation.

Although the data may come from multiple sources, the Customer is responsible for consolidating the cleaned source data into one set of files for import.

#### 2.3.4.2    Phase 2 – Data Transformation and Loading:

NetSuite will convert the Customer's data, one (1) record type at a time, from Comma Separated Value (CSV) format into Small-to-Medium Business eXtensible Markup Language (smbXML) to facilitate the migration of the data. Prior to the final loading of each record type, a small test of around ten (10) records will be performed.

All additional test data loads into the primary (or other) NetSuite account must be explicitly negotiated and described within the Statement of Work (SOW) in order to be performed.

#### 2.3.4.3    Phase 3 – Data Error Resolution:

Any errors that occur following the primary data load are consolidated by NetSuite into a concise data error report which is then sent to Customer's primary data migration contact. It is the responsibility of the primary data migration contact to quickly and accurately resolve these errors in order for the data migration to be completed in a timely fashion. NetSuite will not make any changes to the raw data set without written confirmation from the Customer.

Best Practice Note: A large number of delays in implementation are caused by delays in data migration. Please allocate adequate resources and time to this task.

OR

**Statement of Work**



#### 2.3.5. Data Migration Overview - QuickBooks

QuickBooks ( QBW file) data migrations are comprehensive and require a fresh NetSuite account to accomplish the migration.  Each Quickbooks migration purchased comes with two (2) full imports, to be completed by the NetSuite Customer Support staff, one (1) for initial load and one (1) for re-load if there are any issues with that initial load.  Some Customers elect to use their initial load as a test data load, and their reload as a final initial load of their Quickbooks data.

Though this can be an effective strategy, there are potential risks associated with this process that you must be aware of:

   i)   If there are any issues with the data after the second load, there will be additional fees associated with any subsequent loading of the .QBW file.

   ii)   Once there is data in a NetSuite account, a "Delete All Data" process must be run to wipe out *all* data and configuration work from the account in order to initiate the new QuickBooks (.QBW) data file load.  Consequently, your account will need to be configured and customized *again* by our professional services staff and we will need to charge you accordingly.

#### 2.3.6. End User Training

A member of the NetSuite training team will conduct role based end user training to your employees/users, as outlined in Section 1.8. This training is intended to ensure your users fully understand the NetSuite application and can perform their daily tasks utilizing your fully configured NetSuite application.

### 2.4. Deployment

Prior to the completion of the NetSuite implementation and the Go-Live process, the Deployment phase can begin.  During this phase, NetSuite Professional Services will assist the Customer with the transition to the support organization for a period of up to two (2) weeks.  NetSuite Professional Services may be contacted subsequently for additional billable work as required by Customer.  At this point, the Netsuite application is configured and able to operate in a production mode and the project is completed.



**Statement of Work**

# 3. Project Schedule

## 3.1. Creation of a Project Work Plan

Customer will be contacted within ten (10) business days to schedule the start of this project after the final signature on this SOW. The project start date will be determined in a collaborative manner as one of the first project milestones upon the initiation of the project. NetSuite resources will be scheduled according to the agreed upon project work plan and will remain on the project for that duration. Any additional need of NetSuite resources will be handled through the Change Management process outlined in the Assumptions section of this document.

The project work plan will drive the schedule of the Customer Implementation. It will highlight key milestones, assign resources to tasks, identify dependencies between tasks, and provide deadlines when work must be completed.

© 2007 NetSuite, Inc.
Proprietary and Confidential

**Statement of Work**

 **NETSUITE**

# 4. Project Team

It is our experience that when NetSuite and the Customer share responsibility for implementation, the project is successful. More importantly, this joint ownership greatly enhances the Customer's ability to manage the NetSuite application after the implementation project is completed.

This SOW is created with the assumption of joint staffing and joint ownership of the implementation project. The pricing and schedule reflect this important assumption. In the event the Customer is not able to fulfill their staffing obligation on the project, this will result in a Change Order to this SOW, as outlined in the Change Management Process outlined in the Assumptions section of this document.

The primary contact from NetSuite for the scheduled duration of this project will be an assigned Project Manager. NetSuite provides project support to the Customer Project Manager; however, Customer will manage their resources and expected project tasks.

## 4.1. NetSuite Resources – Project Team Roles

NetSuite will work with Customer Team to assist with the delivery of this implementation. NetSuite resources are not dedicated to any single implementation and are shared across many implementation projects.

| Role | Responsibilities |
|------|------------------|
| Project Manager | NetSuite will provide a Project Manager (PM) to the implementation. The PM will provide a leadership role on project team to serve as escalation point for the Customer and project team. Responsible for managing NetSuite resources and adherence to project plan as well as any risk and implementation issues that might need to be addressed. |
| Consultant | Primary contact for duration of Implementation Project. Will work extensively with the Customer Implementation Project Lead to develop the processes, system configuration and customizations necessary to meet the business requirements. Although NetSuite has a shared services model, this resource is the key point of contact for all implementation concerns – administrator meetings, deliverable production, training services coordination, project planning, administration and monitoring. |
| Trainer | Resource to the implementation which will facilitate the training delivery for all end-users. Works with the Implementation Manager in terms of understanding the business requirements, system configuration and level of customization to tailor their training delivery specific to each Customer. |



**Statement of Work**

| Executive Sponsor | Vertical lead for Professional Services team, second level of escalation point for all project issue |
|---|---|

## 4.2. Customer Roles

Customer is responsible for providing and ensuring the committed participation of all Customer resources required during this effort, including, but not limited to, the following personnel. Any person identified by Customer to work with NetSuite shall be considered by NetSuite to be a duly authorized representative of Customer fully capable of making decisions on business practices.

Below each list of responsibilities is the expected time each role will need to spend on the project. Please note that it is vital that each resource allocate adequate time to this project.

It is important to understand this is a list of project roles, not individual's, required to complete a NetSuite implementation project. Depending of the size of the Customer, a single individual may take responsibility for any number of roles.

### Customer Implementation Project Lead / NetSuite Administrator

#### Responsibilities

Responsible for overseeing the implementation and working with the NetSuite Professional Services Team on scheduling and planning guidance. Should have an understanding of the overall goals of the implementation and be able to make and or act upon most implementation decisions. This role will be responsible for all configuration tasks when implementation is completed.

Tactical Responsibilities
- Attend all meetings
- Point of contact for all day to day project operations
- Coordinate subject matter experts and Customer project team
- Manage decision making resources
- Serve as gatekeeper for project issues log
- Point of contact for project status
- Manage Customer system requirements
- Learn Customer specific configuration
- Manage configuration decisions

#### Estimated Time Commitment

3 to 4 days/week for the duration of the project

### Marketing Business Process Owner

#### Responsibilities

Responsible for designing and approving business process flows for the entire marketing process from lead generation to lead routing

Tactical Responsibilities
- Decision making on configuration
- Marketing campaign design and implementation
- Marketing channel and lead source definition
- Email template creation
- Marketing reporting

**Statement of Work**



| Estimated Time Commitment |
| --- |
| 1 to 3 days/week, depending on project phase |

## Sales Business Process Owner

| Responsibilities |
| --- |

Responsible for designing and approving business process flows for the entire sales process from lead routing to the close of a sale.

Tactical Responsibilities:
- Decision making on configuration
- Lead routing including the definition of sales territories
- Forecasting rules
- Sales reporting relationships
- Quota management
- Commissions management
- Sales processes and approvals
- Sales Reporting

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week, depending on project phase |

## Customer Service/Support Process Owner

| Responsibilities |
| --- |

Responsible for designing and approving business process flows for the entire customer service/support process from case inception to closing.

Tactical Responsibilities
- Decision making on configuration
- Case management and reporting
- Case routing and escalation rules

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week, depending on project phase |

## Accounting Business Process Owner

| Responsibilities |
| --- |

Responsible for designing and approving business process flows for the entire accounting department.

Tactical Responsibilities:
- Decision making on configuration
- General Ledger structure
- Accounting processes and approvals
- Accounting and financial reporting

JUN-01-2007 05:16    From:                    To:18656599451                    Page:22/29

 **NETSUITE**

**Statement of Work**

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week, depending on project phase |

## Inventory / Service / Accounting Item Business Process Owner

| Responsibilities |
| --- |

Responsible for designing and approving business needs around item and item inventory needs.

Tactical Responsibilities
- Decision making on configuration
- Item record creation
- Inventory accounting
- Fulfillment Processes

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week depending on project phase |

## Training Coordinator

| Responsibilities |
| --- |

Responsible for providing training on the NetSuite application and utilization of the NetSuite application in Customer team.

Tactical Responsibilities.
- Learn application functions and features
- Provide training on application
- Provide training materials

| Estimated Time Commitment |
| --- |
| 1 day/week in Planning; near full-time during Go-Live |

## Technical Coordinator

| Responsibilities |
| --- |

Data migration import and export resource responsible for all aspects of data and customization. Especially, migration tasks of cleansing data, considerations of merging data from all sources, determining master data source and compiling like data into one concise data file, ready for import:

- Drive decisions on data cleansing and integration into NetSuite
- Web development resource
- SuiteFlex™

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week, depending on project phase |



**Statement of Work**

| Customer Extended Team |
| --- |
| **Responsibilities** |

Responsible for approving and testing the NetSuite functionality.

Tactical Responsibilities:
* Learn NetSuite application ahead of rollout
* Test configuration for usability
* Test processes against business processes and day to day management of organization
* Responsible for first line of defense for support questions

| **Estimated Time Commitment** |
| --- |
| 1 to 3 days/week, depending on project phase |

| Executive Sponsor |
| --- |
| **Responsibilities** |

Responsible for providing resources needed for successful implementation.

Tactical Responsibilities:
* Attend critical checkpoint meetings
* Promote process changes
* Serve as escalation point for project issues

| **Estimated Time Commitment** |
| --- |
| 5 days/week to monitor project status |

## 4.3. Document sign off

Customer is responsible for acknowledging and responding to documents relating to this Implementation project. These documents could be requirements documents, escalation issues or end- of-project notices. Some documents will require Customer's signature / e-signature before we can continue with the implementation and Customer is responsible for responding in a timely and collaborative fashion.

## 4.4. Export of Customer Data

**Statement of Work**



Customer acknowledges that certain software and technical data ("Restricted Data"), which may be in Customer's possession, custody, and/or control may be subject to export controls under the laws and regulations of the United States, the European Union and other jurisdictions. Customer will not provide NetSuite with any Restricted Data nor shall Customer cause or request NetSuite to export or re-export any such Restricted Data or to undertake any transaction in violation of any such laws or regulations. For avoidance of doubt, Customer's failure to abide by this item shall be considered a material breach of this SOW for which Customer will indemnify and hold NetSuite harmless

JUN-21-2007 05:17    From:                    To:18669999451                    Page:25/29

**Statement of Work**



## 5. Project Assumptions

a.  **SOW Expiration.** Unless otherwise agreed upon, the obligation of NetSuite to provide assistance to the Customer expires 12 months from the SOW date.

b.  **Customer Resources Availability:** Project timeline estimates are based on availability of Customer resources and key decision makers. Lack of access to project stakeholders will impact project timelines and costs if decisions cannot be made in timely fashion.

c.  **Report Customization.** NetSuite will provide training on how the standard reports function and on how to customize or create new reports; however, Customer is responsible for the generation of customized or modified reports.

d.  **Search Customization:** NetSuite will provide training on how the standard searches function and on how to customize or create new searches; however, Customer is responsible for the generation of customized or modified searches, unless identified specifically for searches in the Configuration Section of 1.5.

e.  **Customization Overview:** NetSuite will provide an overview on the general customization aspects of the forms and fields related to the functional areas being implemented as indicated in the SOW by the "(Area) Customization Overview". This overview is a knowledge transfer for the primary Administrator and included as a part of the Administrator Set-up Training indicated in Section 1.7. Specific form and/or field customizations related to specific business processes that are necessary and required deliverables of the project will be called out in detail within the Customization Sections of each of the major areas.

f.  **SuiteFlex™ Customization.** Any SuiteFlex™ customization deliverables and/or requirements not identified in this SOW and discovered during the implementation process will be subject to a change order, priced according to complexity, and the Change Management Process outlined in the Assumption section of this document will be followed.

    1)  Any SuiteFlex™ functionality delivered under this SOW will be supported by NetSuite Professional Services for a period of ten (10) days after such SuiteScript is accepted by Customer or ten (10) after project go-live. Beyond this period, any changes to the business processes supported by the code or to the level of functionality supplied will be subject to additional fees under a separate statement of work.

    2)  In the event that NetSuite is required to create certain standard development tools, client-side and/or server-side SuiteScripts, and/or standard modules and routines for processing, developing and/or creating any deliverables under this SOW ("Tool(s)") NetSuite reserves the right to reuse, copy, and distribute, in its sole discretion, and without royalty or other obligation, such Tool(s). To the extent required, Customer hereby grants NetSuite a non-exclusive, worldwide perpetual, irrevocable license to use and reuse any such Tool(s) in its discretion.

g.  **Integration/Web Services:** Integration/Web Services is not covered by this SOW. In the event that requirements surface for this functionality during the implementation, the project team will scope the additional requirements and a separate SOW will be developed and the Change Management Process in the Assumptions section of this document.

JUN-21-2027 25:17    From:                To:18668999451                Page:26/29



**Statement of Work**

h. **Web Store HTML/CSS/JavaScript:** Although NetSuite directs the specifics of what needs to be configured for the implementation of the Web Store, NetSuite does not deliver programming (HTML/CSS/JavaScript) and/or graphic design services related to its completion. The Customer will be responsible to leverage the resources responsible to deliver these elements and coordinate them with the NetSuite Implementation Team.

i. **Training Materials:** Any training materials will be the responsibility of the Customer to develop as part of the rollout plan. NetSuite will work with Customer to determine the training agenda and training content for the end user training sessions to support training from Customer's account.

j. **Right to Developed Materials:** NetSuite hereby grants Customer a perpetual, non-transferable, non-exclusive, royalty-free license to use the developed materials mutually agreed to be developed by NetSuite and provided to Customer under this SOW. This license grant is for the same term and territory that NetSuite provides the Service under the License Agreement, including any extension, amendment or replacement thereof. All copyrights, patent rights, and any other intellectual property rights in such developed materials are retained by NetSuite.

k. **Change Management Process:** In the event the Customer or NetSuite requests a Change in any of the specifications, requirements, or scope (including drawings and designs):

　1) The party seeking the change shall, by written notice, propose the applicable changes. Within forty-eight (48) hours of receipt of the written notice, each party's Project Leads shall meet, either in person or via telephone conference, to discuss the proposed changes ("Change Meeting"). The parties must mutually agree on any such changes and the changes shall be documented, in writing, and signed by both parties. In some cases a Change Request for additional funding may be required.

　2) In the event that the parties disagree about the proposed changes to the general scope, the parties shall, within forty-eight (48) hours from the date of the Change Meeting, identify a senior management officer who has decision-making authority for each of the respective Parties. The officers shall confer and work to reach a mutually agreeable conclusion that shall be documented, in writing, and signed by both parties.

l. **Financial Consolidation:** This SOW includes services for the implementation of a single company in a single NetSuite product or instance and does not include any financial consolidation of multiple subsidiaries (ei. Single Instance Consolidation") In the event the Customer requires this functionality, a Change Order or separate SOW will be created.

**Statement of Work**



# 6. Pricing

The professional services described in this SOW are bid on a Fixed Price Implementation Basis. In the event there is a change in scope that impacts the fees below, the Change Management Process as outlined in the Assumptions section of this document, will be adhered to. The total fees for this Statement of Work are:

| Implementation: | $31,613 |
|---|---|
| Training: | $5,750 |
| Total: | $37,363 |

Any travel and living expenses incurred during travel to and from the Customer site will be the responsibility of the Customer in addition to this fee and will be billed as actual charges.

It is essential to NetSuite's ability to adhere to the schedule contemplated by this SOW that the Customer co-operates and responds promptly to NetSuite's requests for information relevant to the implementation described in this document.

Customer acknowledges and agrees to provide NetSuite with prompt and adequate responses to NetSuite's requests for information and other requests related to the services to be performed under this SOW. In the event that NetSuite has made a request and Customer has not responded promptly with the requested information, the NetSuite Consultant may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer. If Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW. In addition, all professional services fees associated with the SOW shall be considered earned in full as of the expiration of the thirty (30) day period. Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional professional services fees contemplated there under, even if listed in the original SOW.

NetSuite reserves the right to use third-parties (who are under a strict covenant of confidentiality with NetSuite), including, but not limited to, offshore sub-contractors to assist with the data migration, configuration, implementation and custom code development processes.



**Statement of Work**

# 7. Warranties, Disclaimers, Limitation of Liability

## 7.1. Warranties

NetSuite warrants that (a) it and each of its employees, consultants and subcontractors, if any, that it uses to provide and perform Professional Services has the necessary knowledge, skills, experience, qualifications, rights and resources to provide and perform the services in accordance with this Agreement; and (b) the Professional Services will be performed for and delivered to Customer in a good, diligent, workmanlike manner in accordance with industry standards, laws and governmental regulations applicable to the performance of such services. If the Professional Services do not conform to the forgoing warranty, and Customer notifies NetSuite within ninety (90) days of the completion of the Professional Services, Customer's sole and exclusive remedy is to have NetSuite re-perform the non-conforming portions of the Professional Service. NetSuite will work diligently to correct any deficiencies and non-conformities until such deficiencies and non-conformities are corrected. NetSuite further warrants that its "best practices" referred to in Section 2.3 of this SOW meet or exceed the standards for practices generally prevailing in the CRM software industry.

## 7.2. Disclaimers

THE WARRANTIES STATED IN SECTION 7.1 (AND IN SECTION 8 OF THE LICENSE AGREEMENT) ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE PROFESSIONAL SERVICES PROVIDED TO CUSTOMER ARE ON AN "AS IS" AND "AS AVAILABLE" BASIS.

## 7.3. Limitations of Liability

CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE) ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, OR NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT. The maximum liability of NetSuite to any person, firm or corporation whatsoever arising out of or in the connection with any Professional Services shall be governed by Section 10 of the License Agreement. The essential purpose of this provision is to limit the potential liability of the parties arising from this SOW. The parties acknowledge that the limitations set forth in this Section are integral to the amount of consideration levied in connection with the Professional Services and that, were NetSuite to assume any further liability other than as set forth herein, such consideration would of necessity be set substantially higher. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer.

JUN-21-2007 05:19    From:                    To:18668999451              Page:28/29



**Statement of Work**

## 8. Signatures

The Parties acknowledge that they have had previous discussions related to the performance by NetSuite of Professional Services for Customer and the possible strategies which may be used by NetSuite to implement the functionality described in NetSuite's User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer. This SOW (including any Exhibits hereto) (and the License Agreement) shall constitute the entire understanding between Customer and NetSuite. This SOW expressly revokes and supersedes all prior agreements, understandings, verbal and/or written communications related to the Professional Services to be provided by NetSuite, and is intended as the final expression of the Parties agreement regarding the Professional Services to be provided by NetSuite. Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification (i) is a written instrument duly executed by the authorized representatives of both parties and (ii) references this SOW and identifies the specific Sections contained herein which are to be amended or modified.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives in one or more counterparts, each of which shall be deemed an original, and it shall be effective as of the last date executed below.

| Customer | NetSuite, Inc. |
|---|---|
| Name: Gretta P. Vermeulen | Name: Dr Angela Mage |
| Title: Chief of Finance | Title: |
| Signature: | Signature: |
| Date: May 31 /2007 | Date: 5/31/2007 |

**EXHIBIT D**

JUN-01-2027 05:44    From:                      To:18688999451                Page:1/1
    Untitled Message                                                         Page 1 of 1


Joshua CTO CIPC

**Sent:** Thursday, May 31, 2007 5:37 PM

**To:** Gretta P. Vermeulen

---

 **NETSUITE**

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 9524
www.netsuite.com

**Bill To**
Joshua Trousdale, Ph.D
CIPC Worldwide Holdings

555 West Hastings
Vancouver BC V5P 1X7
Canada

## Estimate

| | |
|---|---|
| Date | 5/25/2007 |
| Estimate # | 62644 |
| Acct. No. | 684475 |
| Expires | 6/1/2007 |
| Sales Rep | GETNER, ERROL M |
| Terms | Net 30 |
| Partner | |
| Subsidiary | NetSuite |
| Affiliate Code | |
| PO Number | |

| Item | Qty | Description | Term Mos. | Amount | Tax |
|---|---|---|---|---|---|
| Implementation Service | 1 | The price for the Implementation Service for the Jiffy Wireless brand is FIXED as per the Statement of Work dated May 24, 2007. | 2 | 20,000.00 | Yes |
| | | | Subtotal | 20,000.00 | |
| | | | Tax (Canadian GST 6%) | 1,200.00 | |
| | | | **Total** | **$21,200.00** | |

Please sign and fax this along with the signed SoW to 4803936969

I AGREE TO THE SERVICE AND TERMS OF THIS ESTIMATE

Print  *Gretta P. Vermeulen*  Signature            5/31/2007   Date

## Joshua CTO CIPC

From:       billing@netsuite.com
Sent:       Tuesday, June 19, 2007 4 47 PM
To:         Joshua CTO CIPC  EGetner@NetSuite.com
Subject:    Estimate #64289 from NetSuite, Inc.

### Estimate

2355 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 782 0524
www.netsuite.com
**Bill To**
Joshua Tuesdale, PH D
CIPC Worldwide Holdings
505 West Hastings
Vancouver BC V5R 1X7
Canada

| | |
|---|---|
| Date | 6/19/2007 |
| Estimate # | 64289 |
| Acct  No. | 684475 |
| Expires | 5/28/2007 |
| Sales Rep | GETNER, ERROL M |
| Terms | See Notes |
| Partner | |
| Subsidiary | NetSuite |
| Affiliate Code | |
| PO Number | |

| | | | |
|---|---|---|---|
| NetSuite User | 300 General access user for NetSuite | 9 | 267,000.00 res |
| NetCARE Gold | 1 The NetCARE Gold Customer Support Package provides support during normal business hours, and priority queuing of calls and e-mails. Telephone support is provided via a toll free line. An unlimited number of cases, including weekend e-mail support, is included. NetSuite's goal is to respond to all NetCARE Gold Customer Support email cases within 1 business day. Integration Support is included. | 9 | 73 507 50 res |

Subtotal  310 607 50

Tax (Canadian GST 6%)   20 409 45

**Total** $361,255 95

The license for these 300 additional users would start on July 25 for 9  months having a co-terminus with all other  licenses

PAYMENT TERMS  1/3 each due  Sept 24, Dec 24, Feb 24

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE

_Curtis K Vancouver_____  _____  ___ June 24, 2007
Print                          Signature           Date

FILE COPY

FAXED

cc: File
    Partner
    IT

EXHIBIT E

 

## Amendment to Estimate # 64289 dated June 19, 2007

Payment terms are to be changed as follows (all other conditions remain the same)

From: 1/3 each Sept 24, Dec 24, Feb 24

To: 1/3 Net 60, 1/3 Net 210, 1/3 Net 270 days from date of this amendment.

Please signify your agreement by signing below:

X _____
Joshua Truigdale
Chief Technology Officer

X _____
Todd Gunlini
NetSuite Inc
RM
6/29/07

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTA DEMANDANDO EL DEMANDANTE):

ENDORSED FILED
SAN MATEO COUNTY

AUG 2 9 2007

Clerk of the Superior Court
By ___R. Montgomery___
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California.
(www.courtinfo.ca.gov/selfhelp/espanol), o poniéndose en contacto con la corte o el colegio de abogados locales.

CASE NUMBER: **CIV 4 6 5 7 1 9**

AUG 2 9 2007     JOHN C. FITTON

P. MONTGOMERY

NOTICE TO THE PERSON SERVED: You are served

SUMMONS