| Attorney or Party without Attorney: William Faulkner<br>McMannis Faulkner & Morgan<br>50 W. San Fernando Street, 10th fl.<br>San Jose, CA 95113<br>Telephone No: 408-279-8700   FAX No: 408-279-3244 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>SAN MATEO COUNTY SUPERIOR COURT | |
| Plaintiff: NetSuite, Inc. | |
| Defendant: CIPC Worldwide Holdings Corp. | |

| PROOF OF SERVICE NOTICE OF REMOVAL TO | Hearing Date: | Time: | Dept/Div: | Case Number: CIV465719 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the NOTICE OF REMOVAL TO FEDERAL COURT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE CONFERENCE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:          Peter C. McMahon
   b. Person served:         Slipped under door

4. Address where the party was served:   McMahon & Serpeca
                                         100 Marine Parkway #350
                                         Redwood City, CA 94065

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Oct. 12, 2007 at: 4:45PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
      Slipped under door
      (1) **(Business)** I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**
   a. Robert Dollen
   b. **S&R Services**
      851 Cherry Avenue #27-105
      San Bruno, CA 94066
   c. (650) 794-1923, FAX (650) 794-1943

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:** $195.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    665
      (iii) County:             San Francisco
      (iv) Expiration Date:     Thu, Oct. 02, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Sat, Oct. 13, 2007

(Robert Dollen)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
NOTICE OF REMOVAL TO

wtfau.1531