# EXHIBIT B



FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

**FW: Estimate #58630 from NetSuite, Inc.**
Getner, Errol [egetner@netsuite.com]

Sent: Monday, April 23, 2007 4:34 AM
To: Joshua Trousdale; Joshua Trousdale
Attachments: NetSuite - CIPC Enterprise license agreement.doc (109 KB)

Good Day Josh:

We were very glad to receive your email to learn that you have agreed to adopt the NetSuite solution.

I have amended the Estimate (below) which I believe reflects the initial changes that you suggested. I am attaching the revised Enterprise License Agreement to reflect these changes.

To execute the transaction, kindly sign the:

- Estimate
- SoW
- License Agreement

Please Fax all documents to:

480.393.8989

With kindest regards,

Errol

PS: You will note that the advanced workshop in the Estimate is scheduled for San Mateo (instead of Toronto as requested). I believe there is a discrepancy between my choices for estimate and the dates online.

We will find out which is correct and advise...It appears that the Toronto Intro Workshop is May 14-17 and Advanced will be May 22-24 but I will confirm and get back with you.

Cheers,

E

-----Original Message-----
From: Billing
Sent: Monday, April 23, 2007 4:17 AM
To: Getner, Errol
Subject: Estimate #58630 from NetSuite, Inc.

**Estimate**

Date       3/23/2007
Estimate # 58630

FW: Estimate #58030 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

- Deleted Items (035)
- Drafts [10]
- Inbox (0)
- Junk E-Mail [20]
- Sent Items

Click to view all folders

- Personal (15)
- Manage Folders

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com
**Bill To**
Joshua Trousdale, Ph.D
CIPC Worldwide Holdings
555 West Hastings
Vancouver BC V5P 1X7
Canada

Acct. No.        684475
Expires          4/30/2007
Sales Rep        GETNER, ERROL M
Terms            Net 30
Partner
Affiliate Code
PO Number

| Item | Qty | Description | Term Mos. | Amount | T |
|---|---|---|---|---|---|
| NetSuite | 1 | NetSuite License Includes<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated UPS or FedEx shipping<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Productivity tools including contacts/calendar/events<br>** NetCommerce publishing engine with integrated catalog, secure shopping cart and customer self-service<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer Center and Partner Center logins<br>** 5 Employee Self-Service Users<br>** 30,000 integrated mail/merges per month<br>** 120,000 emails per year with no single blast exceeding 20,000 recipients<br>** 100 GB/month Webstore/Site Bandwidth<br>** 10 GB of data storage<br>** 500 integrated Web store items<br>** 6,000 Webstore orders per year. Additional Webstore orders will be charged $0.50 per order, billed quarterly in arrears.<br>** All Oracle Database & Application Server O/S, licenses | 12 | 5,988.00 | Y |
| NetSuite User | 15 | General access user for NetSuite. | 12 | 17,820.00 | Y |
| NetCARE Gold Customer Support Package | 1 | The NetCARE Gold Customer Support Package provides support during normal business hours, and priority queuing of calls and emails. Telephone support is provided via a toll free line. An unlimited number of cases, including weekend e-mail support, is included. NetSuite's goal is to respond to all NetCARE Gold Customer Support email cases within 1 business day. Integration Support is included. | 12 | 6,547.20 | Y |

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

| | | | | |
|---|---|---|---|---|
| Suite Foundations - Intro 4 Day - (May07) - Toronto | 2 | ENTER NAME OF PERSON ATTENDING This four-day introductory course is designed to provide NetSuite Super-Users with an overview of NetSuite, including setup and configuration, users and roles, and an intro to CRM, ERP and Customization. Through hands-on exercises, you will gain an understanding of the basic system set-up and an overview of the CRM and ERP functionality. Class will be held at NetSuite headquarters in Toronto, ON - May 14th - 17th, 2007 By acceptance of this Order, Training attendees acknowledge and accept NetSuite's training cancellation policies, detailed below: Cancellation of attendance within 14 days of Day 1 of the class, or failure of attendee to attend without cancellation 14 days prior to Day 1 of the class, will result in a 50% cancellation penalty. Attendance at a future class will require pre-payment of the remaining 50% balance due prior to seat confirmation. | 1 | 6,400.00 Y |
| Suite Foundations - Advanced 3 Day - (Jun07) - San Mateo | 2 | ENTER NAME OF PERSON ATTENDING This three-day course is a follow-on to Part I and is designed to provide NetSuite Super-Users with a deeper view of NetSuite. Through hands-on exercises, you will gain an understanding of advanced concepts in the area of CRM and ERP functionality as well as Customization. Class will be held at NetSuite headquarters in San Mateo, CA - June 12th-14th, 2007 By acceptance of this Order, Training attendees acknowledge and accept NetSuite's training cancellation policies, detailed below: Cancellation of attendance within 14 days of Day 1 of the class, or failure of attendee to attend without cancellation 14 days prior to Day 1 of the class, will result in a 50% cancellation penalty. Attendance at a future class will require pre-payment of the remaining 50% balance due prior to seat confirmation. | 1 | 4,800.00 Y |
| Implementation Service | 1 | The price for the Implementation Service is a FIXED BID per the Statement of Work dated April 19, 2007 | 3 | 67,700.00 Y |
| | | | Subtotal | 109,255.20 |
| | | | Tax (Canadian GST 6%) | 6,555.31 |
| | | | Total | $115,810.51 |

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE:

Print: Joshua Tresser    Signature    Date: 3/30/2007