# EXHIBIT C

**NETSUITE**
ONE SYSTEM. NO LIMITS.

ome | Products | Customers | Industries | Services | Partners | Developers | News & Events | Resources

Home > Services > **Support**

ofessional Services

pport

aining

## SUPPORT



NetSuite offers three levels of support. To ensure that all our customers are always able to contact our support team and get assistance, we include our NetCARE 60 Day Free support package for with every purchase of NetSuite. And because we host your application at our world-class data center, all maintenance, version upgrades, and data back-ups are also included free of charge. For those customers who seek additional levels of support, we offer the NetCARE Gold and NetCARE Silver customer support options.

**NetCARE Gold**
This package offers you unparalleled service and responsiveness. Customers who choose this package can always be assured of the fastest response times, as well as leading-edge tools and services.

- Extended hours of support
- Access to a dedicated, toll-free phone line that is password-protected and restricted to NetCARE Gold Customer Support members
- Access to NetAnswers online knowledge base, giving you over 1,000 self-service solutions, 24 hours a day, 7 days a week
- To keep you well informed of new functionalities or functionality improvements, we offer Web-based training classes with every major new release

**NetCARE Silver**
This premier package offers fast response times, priority queuing of calls, and support for an unlimited number of cases, whether by phone or e-mail.

- Support team on hand to help you resolve technical, set-up or how-to questions
- Access to NetAnswers online knowledge base, giving you over 1,000 self-service solutions, 24 hours a day, 7 days a week

For more information on these support packages, including pricing, please have a NetSuite representative contact you.

**FREE TRIAL**

**SCHEDULE A DEMO**

**CONTACT ME**

**Related Links**
**NetSuite Data Sheet**
**Compare Products**

out Us | Careers | Privacy | Contact Us | Site Map |

| :ounting / ERP Software | CRM Software | Ecommerce Software | Business Intelligence |
|---|---|---|---|
| - Financials / Accounting | CRM - Sales Force Automation (SFA) | Ecommerce - Web Store | Executive Dashboards |
| - Time & Billing | CRM - Marketing Automation | Ecommerce - Web Analytics | Key Performance Indicators (KPIs) |
| - Order Management & Fulfillment | CRM - Customer Service & Support | Ecommerce - Web Site | Real-Time Analytics & Reporting |
| - Purchasing Management | CRM - Partner Relationship Management | Ecommerce - SEO | KPI Scorecards |
| - Inventory Management | CRM - Customer Self-Service | Ecommerce - Site Building | Customer Dashboards |
| - Front & Back Office Integration | CRM - Front & Back Office Integration | Ecommerce - Front & Back Office Integration | Front & Back Office Integration |

pyright © 1998 - 2007 NetSuite Inc. All rights reserved. View Trademark Information