EXHIBIT  D

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)     01:07 04/24/07GMT-5:00 Pg 01-22



**NETSUITE**

# Statement of Work for

CIPC Worldwide Holdings

Netsuite Implementation – Phase I

April 19, 2007

© 2007 NetSuite, Inc.
Proprietary and Confidential

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584235)        01:07 04/24/07GMT-5:00 Pg 02-22

Statement of Work

 **NETSUITE**

# Statement of Work
# Table of Contents

1. PROJECT SCOPE ............................................................................. 3

2. PROJECT APPROACH ....................................................................... 9

3. PROJECT SCHEDULE........................................................................ 12

4. PROJECT TEAM ............................................................................... 13

5. PROJECT ASSUMPTIONS .................................................................. 18

6. PRICING........................................................................................... 20

7. WARRANTIES, DISCLAIMERS, LIMITATION OF LIABILITY .............. 21

8. SIGNATURES ................................................................................... 22

**Confidentiality Notice**

The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished in delivering a successful project at Customer. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584235)        01:07 04/24/07GMT-5:00 Pg 03-22

Statement of Work

 **NETSUITE**

## 1. Project Scope

This Statement of Work ("SOW") dated **January 1, 2007** describes the services to be performed by NetSuite Inc. ("NetSuite") for CIPC **Worldwide Holdings** ("Customer") (collectively "Parties") in conjunction with the License Agreement (the "License Agreement") executed between the Parties. Once executed by the Parties, this SOW shall be incorporated by reference into the License Agreement.

### 1.1. Purpose of this Section

This section of the SOW details the functional scope of this phase to the Customer's implementation project. The relevant functions within the NetSuite application are listed, with constraints identified for certain portions of the product. Only those functional areas listed within the section are considered in-scope for this phase of the implementation project.

### 1.2. Process Mapping

As a first step in the implementation project, NetSuite will perform a detailed Process Mapping exercise with the Customer, to more fully understand and document the Customer requirements in each functional area.

NetSuite will provide process mapping sessions using NetSuite best practices as the model. These sessions will be conducted via a web conference and will be scheduled as necessary.

The deliverable of these process mapping sessions is a "Business Requirements Document" that describes in detail the Customer's business processes. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.

### 1.3. Data Migration

NetSuite will import the following data from Customer's legacy systems into the NetSuite Application:

| Entity Data Element | Current System of Record for Data | Number of List Records to be imported |
|---|---|---|
| Chart of Accounts | | Up to 0 List Records |
| Customers | | Up to 0 List Records |
| Leads | | Up to 0 List Records |
| Prospects | | Up to 0 List Records |
| Vendors | | Up to 0 List Records |
| Employees | | Up to 0 List Records |
| Partners | | Up to 0 List Records |
| Contacts | | Up to 0 List Records |
| Items | | Up to 50000 List Records |
| Sales Tax Items | | Up to 0 List Records |
| Notes | | Up to 0 List Records |
| Tasks | | Up to 0 List Records |
| Events | | Up to 0 List Records |
| Cases | | Up to 0 List Records |
| Knowledge Base Topics | | Up to 0 List Records |

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)        01:07 04/24/07GMT-5:00 Pg 04-22

**Statement of Work**

 **NETSUITE**

| Knowledge Base Solutions | | Up to 0 List Records |
|---|---|---|
| Custom Records | | Up to 0 List Records |
| Transactional Data Element | Current System of Record for Data | Number of line items to be imported |
| Opportunities | | Up to 0 Line Items |
| Sales Orders (open) | | Up to 0 Line Items |
| Invoices and Cash Sales (std.) | | Up to 0 Line Items |
| Invoices (with Rev Rec) | | Up to 0 Line Items |
| Customer Payments | | Up to 0 Line Items |
| Return Authorizations | | Up to 0 Line Items |
| Purchase Orders (open) | | Up to 0 Line Items |
| Vendor Bills | | Up to 0 Line Items |
| Credit Memos | | Up to 0 Line Items |
| Journal Entries | | Up to 0 Line Items |

## 1.4. Data Migration Responsibility

Customer will be responsible for the necessary data extraction, data consolidation and data cleansing work required for all data migration outlined above. NetSuite will provide Customer with templates for each data type to be migrated and will advise Customer on best practices for data consolidation and data planning.

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)     01:07 04/24/07GMT-5:00 Pg 05-22

Statement of Work


**NETSUITE**

## 1.5. System Configuration

### 1.5.1. Front Office: CRM

| Functional Area | Description/Constraints |
|---|---|
| Customer Relationship Management | • Customer record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• CRM forms and fields customization overview<br>• Activity management<br>  o  Messages<br>  o  Tasks<br>  o  Phone Calls<br>  o  Calendar Events<br>  o  Email<br>• Duplicate detection |
| Sales Force Automation | • Sales Stage/Customer Status management<br>• SFA Forms and Fields Customization Overview<br>• Online Lead forms setup and configuration<br>• Sales Territory management/Lead routing rules<br>• Estimate management<br>• Opportunity management<br>• Quota management<br>• Sales reporting |
| Incentive Compensation | • Commissions setup, configuration, and management<br>  o  Creation of up to 2 Schedules<br>  o  Creation of up to 2 Plans<br>• Partner Commissions/Royalties<br>• Commissions reporting |
| Partner Relationship Management (PRM) | • Partner record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• Activity management<br>  o  Messages<br>  o  Tasks<br>  o  Phone Calls<br>  o  Calendar Events<br>  o  Email<br>• Partner Center setup |
| Advanced Partner Center | • Advanced Partner Center setup and role management |

Statement of Work

 **NETSUITE** ONE SYSTEM. NO LIMITS.

| CRM Configuration | • Customize up to 1 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Customize up to 1 CRM forms (example: task, case)<br>• Customize up to 1 Transaction forms (example: opportunity, estimate, sales order)<br>• Creation of up to 1 Entity fields<br>• Creation of up to 1 CRM fields<br>• Creation of up to 1 Item fields<br>• Creation of up to 1 Transaction Body fields<br>• Creation of up to 1 Transaction Column fields |
|---|---|

© 2007 NetSuite, Inc.
Proprietary and Confidential

Statement of Work

 **NETSUITE**

### 1.5.2. Back Office: ERP

| Functional Area | Description/Constraints |
|---|---|
| Accounting | • General Ledger/COA<br>   ○ Accounting Period Management<br>   ○ Setup and configuration of Opening Account Balances<br>   ○ Financial Reporting<br>• Accounts Receivable<br>   ○ Invoicing<br>   ○ Payments<br>   ○ Customer Credits<br>• Accounts Payable<br>   ○ Bills<br>   ○ Checks<br>   ○ Vendor Credits<br>• Departments, Classes, and Locations<br>• Accounting Forms and Fields Customization Overview<br>• Accounting reporting |
| Multi-currency | • Multi-currency setup and configuration<br>   ○ Conversion adjustment account setup<br>   ○ Multi-currency item pricing setup |
| Item Management | • Item record setup, configuration, and management<br>   ○ Item pricing setup and configuration<br>• Item Forms and Fields Customization Overview<br>• Item/Inventory reporting |
| Order Management | • Order Entry process management<br>• Order Forms and Fields Customization Overview<br>• Fulfillment management<br>• Drop ship and Special Order management |
| Purchasing | • Purchase Order record setup, configuration, and management<br>• Purchasing/Vendor management<br>• Purchasing reporting |
| ERP Configuration | • Customize up to 1 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Customize up to 1 Transaction forms (example: sales order, invoice, credit memo, cash sale)<br>• Customize up to 1 Item forms<br>• Creation of up to 1 Entity fields<br>• Creation of up to 1 Item fields<br>• Creation of up to 1 Transaction Body fields<br>• Creation of up to 1 Transaction Column fields |

'm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-6:00 Pg 08-22

Statement of Work



## ˉ1.6.  Administrator Set-up Training

NetSuite will provide ongoing training on how to administer the NetSuite application to the Customer Implementation Lead throughout the implementation process. This training will primarily take place via web conferencing and will focus on the areas summarized in Section 1.5, System Configuration.

Statement of Work



# 2. Project Approach



This implementation approach overview is intended to be a guide, and not all components will apply to each project.

## 2.1. Implementation Approach Overview – Shared Responsibility

The NetSuite implementation approach is based on the concept of shared project responsibility. NetSuite works with a customer to plan the implementation – its functional scope, the schedule, the resources, and the budget. Upon completion of the plan, each party has a set of project responsibilities, which must be completed in a timely manner, to ensure the project meets its objectives.

Additionally, NetSuite consultants will teach a customer how to configure and maintain the system in order for a customer to become self-sufficient with the functionality. For example, NetSuite will show a customer how to create a billing schedule in order for Customer to enter their remaining billing schedules into the application. This is a fundamental principle of the NetSuite approach – shared project responsibility.

All implementations at NetSuite follow three phases as outlined in the figure above:

1) Planning Phase
2) Configuration Phase
3) Deployment Phase

## 2.2. The Planning Phase

### 2.2.1. Introductory Administrator / Sponsor Meeting

NetSuite will conduct a 1 to 2 hour introductory session with Customer Team via web conference. The purpose of this session is for the NetSuite implementation team to introduce itself to the Customer Executive Sponsor and Administrator and to introduce the people and processes involved in this NetSuite implementation will serve as the foundation for the project.

Statement of Work

 **NETSUITE**

### 2.2.2. Implementation Kickoff

NetSuite will conduct a kick off session with Customer Team. This session will be delivered via web conferencing and will last between one and two hours and will set and prioritize the goals of the implementation project.

### 2.2.3. Project Planning

NetSuite will provide a standard format project plan as a framework for all implementations. This project plan will highlight the tasks that must be executed and resources that must be assigned in order to complete your NetSuite Implementation.

### 2.2.4. Requirements Gathering, Business Process Mapping and Gap Analysis

NetSuite will build upon the solution(s) presented in the pre-sales process and gather the complete requirements for this implementation as outlined in Section 1.2, Process Mapping.

NetSuite will interview key business process owners and provide some business process questionnaires and business process flow diagrams to help facilitate this endeavor. In all cases, these requirements will be synthesized into a final Business Requirements Document.

The purpose of this exercise is:

1) To develop a detailed understanding of Customer's business processes prior to starting the implementation. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.
2) To identify gaps and document requirements between Customer's needs and NetSuite capabilities and to agree on solutions and workarounds.

NetSuite will require sign-off by the Customer Implementation Project Lead / Administrator on the finished Business Requirements Document prior to proceeding with the implementation.

Best Practice Note: Implementation overruns are frequently caused by insufficient business requirements specifications.

## 2.3. Configuration Phase

### 2.3.1. NetSuite Configuration

NetSuite will work with the Customer's System Administrator to configure and customize the application through the User Interface. This will be a combined effort, where NetSuite will provide best practices guidance and knowledge transfer based upon the business process mapping in the planning stage, and the Customer will take the primary role in configuring the application.

### 2.3.2. Testing

Customer is responsible for all testing; user, system and regression testing of all configurations and customizations within their NetSuite system.

### 2.3.3. Administrator Setup

Training of the Customer's System Administrator on NetSuite best practices will occur throughout this phase and will specifically focus on how to implement and configure the application.

m:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584235)          01:07 04/24/07GMT-5:00 Pg 12-22

Statement of Work



# 3. Project Schedule

## 3.1. Creation of a Project Work Plan

Customer will be contacted within ten (10) business days to schedule the start of this project after the final signature on this SOW. The project start date will be determined in a collaborative manner as one of the first project milestones upon the initiation of the project. NetSuite resources will be scheduled according to the agreed upon project plan and will remain on the project for that duration. Any additional need of NetSuite resources will be handled through the Change Management process outlined in the Assumptions section of this document.

The project work plan will drive the schedule of the Customer Implementation. It will highlight key milestones, assign resources to tasks, identify dependencies between tasks, and provide deadlines when work must be completed.

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14163584235)          01:07 04/24/07GMT-5:00 Pg 13-22

Statement of Work

 **NETSUITE**



## 4. Project Team

It is our experience that when NetSuite and the Customer share responsibility for implementation, the project is successful. More importantly, this joint ownership greatly enhances the Customer's ability to manage the NetSuite application after the implementation project is completed.

This SOW is created with the assumption of joint staffing and joint ownership of the implementation project. The pricing and schedule reflect this important assumption. In the event the Customer is not able to fulfill their staffing obligation on the project, this will result in a Change Order to this SOW, as outlined in the Change Management Process outlined in the Assumptions section of this document,

The primary contact from NetSuite for the scheduled duration of this project will be an assigned Project Manager. NetSuite provides project support to the Customer Project Manager; however, Customer will manage their resources and expected project tasks.

### 4.1. NetSuite Resources – Project Team Roles

NetSuite will work with Customer Team to assist with the delivery of this implementation.

| Role | Responsibilities |
|------|------------------|
| Project Manager | NetSuite will provide a Project Manager (PM) to the implementation. The PM will provide a leadership role on project team to serve as escalation point for the Customer and project team. Responsible for managing NetSuite resources and adherence to project plan as well as any risk and implementation issues that might need to be addressed. |
| Consultant | Primary contact for duration of Implementation Project. Will work extensively with the Customer Implementation Project Lead to develop the processes, system configuration and customizations necessary to meet the business requirements. Although NetSuite has a shared services model, this resource is the key point of contact for all implementation concerns – administrator meetings, deliverable production, training services coordination, project planning, administration and monitoring. |
| Trainer | Resource to the implementation which will facilitate the training delivery for all end-users. Works with the Implementation Manager in terms of understanding the business requirements, system configuration and level of customization to tailor their training delivery specific to each Customer. |
| Executive Sponsor | Vertical lead for Professional Services team, second level of escalation point for all project issue |

Statement of Work



## 4.2. Customer Roles

Customer is responsible for providing and ensuring the committed participation of all Customer resources required during this effort, including, but not limited to, the following personnel. Any person identified by Customer to work with NetSuite shall be considered by NetSuite to be a duly authorized representative of Customer fully capable of making decisions on business practices.

Below each list of responsibilities is the expected time each role will need to spend on the project. Please note that it is vital that each resource allocate adequate time to this project.

It is important to understand this is a list of project roles, not individuals, required to complete a NetSuite implementation project. Depending of the size of the Customer, a single individual may take responsibility for any number of roles.

| Customer Implementation Project Lead / NetSuite Administrator |
|---|
| **Responsibilities** |
| Responsible for overseeing the implementation and working with the NetSuite Professional Services Team on scheduling and planning guidance. Should have an understanding of the overall goals of the implementation and be able to make and or act upon most implementation decisions. This role will be responsible for all configuration tasks when implementation is completed. |

Tactical Responsibilities:
- Attend all meetings
- Point of contact for all day to day project operations
- Coordinate subject matter experts and Customer project team
- Manage decision making resources
- Serve as gatekeeper for project issues log
- Point of contact for project status
- Manage Customer system requirements
- Learn Customer specific configuration
- Manage configuration decisions

| **Estimated Time Commitment** |
|---|
| 3 to 4 days/week for the duration of the project |

m:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)   01:07 04/24/07GMT-5:00 Pg 15-22

Statement of Work

 **NETSUITE**

## Sales Business Process Owner
### Responsibilities

Responsible for designing and approving business process flows for the entire sales process from lead routing to the close of a sale.

Tactical Responsibilities:
- Decision making on configuration
- Lead routing including the definition of sales territories.
- Forecasting rules
- Sales reporting relationships
- Quota management
- Commissions management
- Sales processes and approvals
- Sales Reporting

### Estimated Time Commitment
1 to 3 days/week, depending on project phase

## Customer Service/Support Process Owner
### Responsibilities

## Accounting Business Process Owner
### Responsibilities

Responsible for designing and approving business process flows for the entire accounting department.

Tactical Responsibilities:
- Decision making on configuration
- General Ledger structure
- Accounting processes and approvals
- Accounting and financial reporting

### Estimated Time Commitment
1 to 3 days/week, depending on project phase

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-5:00 Pg 16-22

Statement of Work


NETSUITE

### Inventory / Service / Accounting Item Business Process Owner

**Responsibilities**

Responsible for designing and approving business needs around item and item inventory needs.

Tactical Responsibilities:
- Decision making on configuration
- Item record creation
- Inventory accounting
- Fulfillment Processes

**Estimated Time Commitment**

1 to 3 days/week depending on project phase

### Training Coordinator

**Responsibilities**

Responsible for providing training on the NetSuite application and utilization of the NetSuite application in Customer team.

Tactical Responsibilities:
- Learn application functions and features
- Provide training on application
- Provide training materials

**Estimated Time Commitment**

1 day/week in Planning, near full-time during Go-Live

### Technical Coordinator

**Responsibilities**

Data migration import and export resource responsible for all aspects of data and customization. Especially, migration tasks of cleansing data, considerations of merging data from all sources, determining master data source and compiling like data into one concise data file, ready for import:

- Drive decisions on data cleansing and integration into NetSuite
- Web development resource
- SuiteFlex™

**Estimated Time Commitment**

1 to 3 days/week, depending on project phase

© 2007 NetSuite, Inc.
Proprietary and Confidential

Statement of Work

 **NETSUITE**

| Customer Extended Team |
| --- |
| **Responsibilities** |
| Responsible for approving and testing the NetSuite functionality.<br><br>Tactical Responsibilities:<br>• Learn NetSuite application ahead of rollout<br>• Test configuration for usability<br>• Test processes against business processes and day to day management of organization<br>• Responsible for first line of defense for support questions |
| **Estimated Time Commitment** |
| 1 to 3 days/week, depending on project phase |

| Executive Sponsor |
| --- |
| **Responsibilities** |
| Responsible for providing resources needed for successful implementation.<br><br>Tactical Responsibilities:<br>• Attend critical checkpoint meetings<br>• Promote process changes<br>• Serve as escalation point for project issues |
| **Estimated Time Commitment** |
| .5 day/week to monitor project status |

## 4.3. Document sign off

Customer is responsible for acknowledging and responding to documents relating to this implementation project. These documents could be requirements documents, escalation issues or end- of-project notices. Some documents will require Customer's signature / e-signature before we can continue with the implementation and Customer is responsible for responding in a timely and collaborative fashion.

## 4.4. Export of Customer Data

Customer acknowledges that certain software and technical data ("Restricted Data"), which may be in Customer's possession, custody, and/or control may be subject to export controls under the laws and regulations of the United States, the European Union and other jurisdictions. Customer will not provide NetSuite with any Restricted Data nor shall Customer cause or request NetSuite to export or re-export any such Restricted Data or to undertake any transaction in violation of any such laws or regulations. For avoidance of doubt, Customer's failure to abide by this item shall be considered a material breach of this SOW for which Customer will indemnify and hold NetSuite harmless.

Fm:MyFax -Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-5:00 Pg 18-22

Statement of Work



# 5 Project Assumptions

a.  **SOW Expiration:** Unless otherwise agreed upon, the obligation of NetSuite to provide assistance to the Customer expires 12 months from the SOW date.

b.  **Item updates:** It was decided that in Phase 1 of the implementation would not include any integration to update 3rd party vendor quantities for non-inventory items.

c.  **Customer Resources Availability:** Project timeline estimates are based on availability of Customer resources and key decision makers. Lack of access to project stakeholders will impact project timelines and costs if decisions cannot be made in timely fashion.

d.  **Report Customization:** NetSuite will provide training on how the standard reports function and on how to customize or create new reports; however, Customer is responsible for the generation of customized or modified reports.

e.  **Search Customization:** NetSuite will provide training on how the standard searches function and on how to customize or create new searches; however, Customer is responsible for the generation of customized or modified searches, unless identified specifically for searches in the Configuration Section of 1.5.

f.  **Customization Overview:** NetSuite will provide an overview on the general customization aspects of the forms and fields related to the functional areas being implemented as indicated in the SOW by the "(Area) Customization Overview". This overview is a knowledge transfer for the primary Administrator and included as a part of the Administrator Set-up Training indicated in Section 1.7. Specific form and/or field customizations related to specific business processes that are necessary and required deliverables of the project will be called out in detail within the Customization Sections of each of the major areas.

g.  **SuiteFlex™ Customization:** Any SuiteFlex™ customization deliverables and/or requirements not identified in this SOW and discovered during the implementation process will be subject to a change order, priced according to complexity, and the Change Management Process outlined in the Assumption section of this document will be followed.

    1)  Any SuiteFlex™ functionality delivered under this SOW will be supported by NetSuite Professional Services for a period of ten (10) days after such SuiteScript is accepted by Customer or ten (10) after project go-live. Beyond this period, any changes to the business processes supported by the code or to the level of functionality supplied will be subject to additional fees under a separate statement of work.

    2)  In the event that NetSuite is required to create certain standard development tools, client-side and/or server-side SuiteScripts, and/or standard modules and routines for processing, developing and/or creating any deliverables under this SOW ("Tool(s)"), NetSuite reserves the right to reuse, copy, and distribute, in its sole discretion, and without royalty or other obligation, such Tool(s). To the extent required, Customer hereby grants NetSuite a non-exclusive, worldwide perpetual, irrevocable license to use and reuse any such Tool(s) in its discretion.

h.  **Integration/Web Services:** Integration/Web Services is not covered by this SOW. In the event that requirements surface for this functionality during the implementation, the project team will scope the additional requirements and a separate SOW will be developed and the Change Management Process in the Assumptions section of this document.

Statement of Work



i.   **Web Store HTML/CSS/JavaScript:** Although NetSuite directs the specifics of what needs to be configured for the implementation of the Web Store, NetSuite does not deliver programming (HTML/CSS/JavaScript) and/or graphic design services related to its completion. The Customer will be responsible to leverage the resources responsible to deliver these elements and coordinate them with the NetSuite Implementation Team.

j.   **Training Materials:** Any training materials will be the responsibility of the Customer to develop as part of the rollout plan. NetSuite will work with Customer to determine the training agenda and training content for the end user training sessions to support training from Customer's account.

k.   **Right to Developed Materials:** NetSuite hereby grants Customer a perpetual, non-transferable, non-exclusive, royalty-free license to use the developed materials mutually agreed to be developed by NetSuite and provided to Customer under this SOW. This license grant is for the same term and territory that NetSuite provides the Service under the License Agreement, including any extension, amendment or replacement thereof. All copyrights, patent rights, and any other intellectual property rights in such developed materials are retained by NetSuite.

l.   **Change Management Process:** In the event the Customer or NetSuite requests a Change in any of the specifications, requirements, or scope (including drawings and designs):

1)   The party seeking the change shall, by written notice, propose the applicable changes. Within forty-eight (48) hours of receipt of the written notice, each party's Project Leads shall meet, either in person or via telephone conference, to discuss the proposed changes ("Change Meeting"). The parties must mutually agree on any such changes and the changes shall be documented, in writing, and signed by both parties. In some cases a Change Request for additional funding may be required

2)   In the event that the parties disagree about the proposed changes to the general scope, the parties shall, within forty-eight (48) hours from the date of the Change Meeting, identify a senior management officer who has decision-making authority for each of the respective Parties. The officers shall confer and work to reach a mutually agreeable conclusion that shall be documented, in writing, and signed by both parties.

m;MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-6:00 Pg 20-22

Statement of Work

 NETSUITE

## 6. Pricing

The professional services described in this SOW are bid on a Fixed Price Implementation Basis. In the event there is a change in scope that impacts the fees below, the Change Management Process as outlined in the Assumptions section of this document, will be adhered to. The total fees for this Statement of Work are:

| Implementation: | $55,100 |
| Training: | $12,600 |
| Total: | $67,700 |

Any travel and living expenses incurred during travel to and from the Customer site will be the responsibility of the Customer in addition to this fee and will be billed as actual charges.

It is essential to NetSuite's ability to adhere to the schedule contemplated by this SOW that the Customer co-operates and responds promptly to NetSuite's requests for information relevant to the implementation described in this document.

Customer acknowledges and agrees to provide NetSuite with prompt and adequate responses to NetSuite's requests for information and other requests related to the services to be performed under this SOW. In the event that NetSuite has made a request and Customer has not responded promptly with the requested information, the NetSuite Consultant may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer, if Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW. In addition; all professional services fees associated with the SOW shall be considered earned in full as of the expiration of the thirty (30) day period. Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional professional services fees contemplated there under, even if listed in the original SOW.

NetSuite reserves the right to use third-parties (who are under a strict covenant of confidentiality with NetSuite), including, but not limited to, offshore sub-contractors to assist with the data migration, configuration, implementation and custom code development processes.

© 2007 NetSuite, Inc.
Proprietary and Confidential

Statement of Work



# 7. Warranties, Disclaimers, Limitation of Liability

## 7.1. Warranties

NetSuite warrants that (a) it and each of its employees, consultants and subcontractors, if any, that it uses to provide and perform Professional Services has the necessary knowledge, skills, experience, qualifications, rights and resources to provide and perform the services in accordance with this Agreement; and (b) the Professional Services will be performed for and delivered to Customer in a good, diligent, workmanlike manner in accordance with industry standards, laws and governmental regulations applicable to the performance of such services. If the Professional Services do not conform to the forgoing warranty, and Customer notifies NetSuite within ninety (90) days of the completion of the Professional Services, Customer's sole and exclusive remedy is to have NetSuite re-perform the non-conforming portions of the Professional Service. NetSuite will work diligently to correct any deficiencies and non-conformities until such deficiencies and non-conformities are corrected. NetSuite further warrants that its "best practices" referred to in Section 2.3 of this SOW meet or exceed the standards for practices generally prevailing in the CRM software industry.

## 7.2. Disclaimers

THE WARRANTIES STATED IN SECTION 7.1 (AND IN SECTION 8 OF THE LICENSE AGREEMENT) ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE PROFESSIONAL SERVICES PROVIDED TO CUSTOMER ARE ON AN "AS IS" AND "AS AVAILABLE" BASIS.

## 7.3. Limitations of Liability

CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, OR NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT. The maximum liability of NetSuite to any person, firm or corporation whatsoever arising out of or in the connection with any Professional Services shall be governed by Section 10 of the License Agreement. The essential purpose of this provision is to limit the potential liability of the parties arising from this SOW. The parties acknowledge that the limitations set forth in this Section are integral to the amount of consideration levied in connection with the Professional Services and that, were NetSuite to assume any further liability other than as set forth herein, such consideration would of necessity be set substantially higher. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer.

Statement of Work



## 8. Signatures

The Parties acknowledge that they have had previous discussions related to the performance by NetSuite of Professional Services for Customer and the possible strategies which may be used by NetSuite to implement the functionality described in NetSuite's User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer. This SOW (including any Exhibits hereto) (and the License Agreement) shall constitute the entire understanding between Customer and NetSuite. This SOW expressly revokes and supersedes all prior agreements, understandings, verbal and/or written communications related to the Professional Services to be provided by NetSuite, and is intended as the final expression of the Parties agreement regarding the Professional Services to be provided by NetSuite. Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification (i) is a written instrument duly executed by the authorized representatives of both parties and (ii) references this SOW and identifies the specific Sections contained herein which are to be amended or modified.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives in one or more counterparts, each of which shall be deemed an original, and it shall be effective as of the last date executed below:

| Customer: | NetSuite, Inc. |
|---|---|
| Name: | Name: Todd E Guerrieri |
| Title: Chief Technology Officer | Title: Prof. Serv. |
| Signature: | Signature: |
| Date: April 19th, 2007 | Date: 4/24/07 |

© 2007 NetSuite, Inc.
Proprietary and Confidential