# EXHIBIT F

JUN-01-2007 05:44  From:  To:18668999451  Page:1/1
Untitled Message
Page 1 of 1

**Joshua CTO CIPC**

Sent: Thursday, May 31, 2007 5:37 PM
To: Gretta P. Vermeulen

---



2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com

**Bill To**
Joshua Trousdale, Ph.D
CIPC Worldwide Holdings

555 West Hastings
Vancouver BC V5P 1X7
Canada

## Estimate

| | |
|---|---|
| Date | 5/25/2007 |
| Estimate # | 62644 |
| Acct. No. | 684475 |
| Expires | 6/1/2007 |
| Sales Rep | GETNER, ERROL M |
| Terms | Net 30 |
| Partner | |
| Subsidiary | NetSuite |
| Affiliate Code | |
| PO Number | |

| Item | Qty | Description | Term Mos. | Amount | Tax |
|---|---|---|---|---|---|
| Implementation Service | 1 | The price for the Implementation Service for the Jiffy Wireless brand is FIXED as per the Statement of Work dated May 24, 2007. | 2 | 20,000.00 | Yes |
| | | | Subtotal | 20,000.00 | |
| | | | Tax (Canadian GST 6%) | 1,200.00 | |
| | | | Total | $21,200.00 | |

Please sign and fax this along with the signed SoW to 4803938989

I AGREE TO THE PRICES AND TERMS OF THIS ESTIMATE

Print: Gretta P. Vermeulen   Signature: [signed]   Date: 5/31/2007