# EXHIBIT  G

Joshua CTO CIPC

| From: | billing@netsuite.com |
|---|---|
| Sent: | Tuesday, June 19, 2007 4:47 PM |
| To: | Joshua CTO CIPC; EGetner@NetSuite.com |
| Subject: | Estimate #64289 from NetSuite, Inc. |

# Estimate

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com
**Bill To**
Joshua Truesdale, Ph.D
CIPC Worldwide Holdings
535 West Hastings
Vancouver BC V5P 1X7
Canada

| Date | 6/19/2007 |
|---|---|
| Estimate # | 64289 |
| Acct. No. | 684475 |
| Expires | 6/29/2007 |
| Sales Rep | GETNER, ERROL M |
| Terms | See Notes |
| Partner | |
| Subsidiary | NetSuite |
| Affiliate Code | |
| PO Number | |

| Item | Qty | Description | Term Mos. | Amount | Tax |
|---|---|---|---|---|---|
| NetSuite User | 300 | General access user for NetSuite. | 9 | 267,300.00 | Yes |
| NetCARE Gold Customer Support Package | 1 | The NetCARE Gold Customer Support Package provides support during normal business hours, and priority queuing of calls and emails. Telephone support is provided via a toll free line. An unlimited number of cases, including weekend e-mail support, is included. NetSuite's goal is to respond to all NetCARE Gold Customer Support email cases within 1 business day. Integration Support is included. | 9 | 73,507.50 | Yes |

|  | Subtotal | 340,807.50 |
|---|---|---|
|  | Tax (Canadian GST 6%) | 20,448.45 |
|  | **Total** | **$361,255.95** |

The license for these 300 additional users would start on July 25 for 9 months having a co-terminus with all other licenses.

PAYMENT TERMS: 1/3 each due: Sept 24, Dec 24, Feb 24

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE

Gretta V. Vamewen _____ Signature _____ June 27, 2007 Date
Print

FILE COPY

FAXED

cc: File
Partner
IT

1



## Amendment to Estimate # 64289 dated June 19, 2007

Payment terms are to be changed as follows (all other conditions remain the same)

From: 1/3 each Sept 24, Dec 24, Feb 24

To: 1/3 Net 60, 1/3 Net 210, 1/3 Net 270 days from date of this amendment.

Please signify your agreement by signing below:

X

Joshua Truesdale
Chief Technology Officer

X

Todd Giontini
NetSuite Inc
RM
6/29/07