WILLIAM FAULKNER (83385)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  408-279-8700
Facsimile:  408-279-3244
Email:  wfaulkner@mfmlaw.com, skirsch@mfmlaw.com, gbentzel@mfmlaw.com

Attorneys for Defendant,
CIPC WORLDWIDE HOLDINGS
CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten inclusive.<br><br>    Defendants. | Case No. 3:07-cv-05235-JL<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>DATE:  December 12, 2007<br>TIME:  9:30 a.m.<br>COURTROOM: F, 15th Floor<br>JUDGE: Hon. James Larson |

TO PLAINTIFF AND DEFENDANT:

PLEASE TAKE NOTICE that on December 12, 2007, at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom F, 15th Floor, in the above-entitled court, located at 450 Golden Gate Ave., San Francisco, California 94102, McManis, Faulkner & Morgan, counsel for Defendant and Counterclaimant CIPC Worldwide Holdings Corporation ("CIPC"), hereby files this Motion to Withdraw as Counsel for CIPC.  By the filing of this motion with supporting papers, McManis, Faulkner & Morgan moves this Court for leave to withdraw as counsel of record in the above-referenced matter, pursuant to Northern District Civil Local Rule 11-5.

This motion is based on this Notice of Motion, the Declaration of William Faulkner, the Declaration of Sharon Kirsch, the Declaration of Geoffrey Bentzel and all documents filed in this action.

---
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL      CASE NO. 3:07-cv-05235-JL

1
2
3   DATED: November 2, 2007                McMANIS FAULKNER & MORGAN
4
                                           /s/ William Faulkner
5                                          _____
                                           WILLIAM FAULKNER
6                                          SHARON KIRSCH
                                           GEOFFREY BENTZEL
7
                                           Attorneys for Defendant,
8                                          CIPC WORLDWIDE HOLDINGS
                                           CORPORATION
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                        2
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL       CASE NO. 3:07-cv-05235-JL