```
1  WILLIAM FAULKNER (83385)
   SHARON KIRSCH (157157)
2  GEOFFREY BENTZEL (250073)
   McMANIS FAULKNER & MORGAN
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:  408-279-8700
5  Facsimile:  408-279-3244
   Email:      wfaulkner@mfmlaw.com, skirsch@mfmlaw.com, gbentzel@mfmlaw.com
6
   Attorneys for Defendant,
7  CIPC WORLDWIDE HOLDINGS
   CORPORATION
8
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and Does One through Ten inclusive.<br><br>Defendants. | Case No. 3:07-cv-05235-JL<br><br>**DECLARATION OF WILLIAM FAULKNER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>DATE: December 12, 2007<br>TIME: 9:30 a.m.<br>COURTROOM: F, 15th Floor<br>JUDGE: Hon. James Larson |

I, William Faulkner, declare:

1. I am an attorney at law duly licensed to practice law in California and am a partner with the law firm of McManis, Faulkner & Morgan, attorneys of record for Defendant and Counterclaimant CIPC Worldwide Holdings Corporation ("CIPC"), in this matter.

2. I submit this declaration in support of the motion to withdraw as counsel for CIPC, filed by McManis, Faulkner & Morgan. This declaration is based upon my own personal knowledge. I could and would competently testify to the matters herein if called as a witness.

3. On October 9, 2007, I was contacted by Joshua T. Truesdale, Chief Technology Officer of CIPC regarding <u>NetSuite, Inc. v. CIPC Worldwide Holdings Corporation</u>, Case No. CIV465719, Santa Clara County Superior Court (the "NetSuite Action").

---
DECLARATION OF WILLIAM FAULKNER IN SUPPORT OF MOTION TO WITHDRAW
CASE NO. 3:07-cv-05235-JL

4. On October 9, 2007, McManis, Faulkner & Morgan agreed to represent CIPC in the NetSuite Action. On October 9, 2007, I signed and sent by e-mail and regular mail a legal services agreement to CIPC. The legal services agreement required payment of a retainer by CIPC and signature by CIPC.

5. CIPC confirmed receipt and execution of the legal services agreement and that CIPC would pay my firm's retainer fee by wire transfer.

6. A Notice of Removal of the State Court Action was filed with this Court on October 12, 2007. On October 17, 2007 an answer to the complaint and counterclaim by CIPC against NetSuite were filed by McManis, Faulkner & Morgan on behalf of CIPC.

7. On October 18, 2007, my firm had not received either the signed legal services agreement or the agreed-upon retainer fee. I sent Mr. Truesdale an e-mail requesting that the signed legal services agreement and retainer fee be sent by the next day. I sent another e-mail to Mr. Truesdale about the agreement and retainer fee on October 28, 2007 neither of which had been received. Mr. Truesdale did not respond. Finally, I sent a third e-mail to Mr. Truesdale about the agreement and retainer on November 1, 2007. Mr. Truesdale did not respond.

8. My firm has not received from CIPC the signed the legal services agreement or my firm's required retainer fee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Jose, California.

DATED: November 2, 2007

_____
WILLIAM FAULKNER