1  WILLIAM FAULKNER (83385)
   SHARON KIRSCH (157157)
2  GEOFFREY BENTZEL (250073)
   McMANIS FAULKNER & MORGAN
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:     408-279-8700
5  Facsimile:     408-279-3244
   Email:          wfaulkner@mfmlaw.com, skirsch@mfmlaw.com, gbentzel@mfmlaw.com
6
   Attorneys for Defendant,
7  CIPC WORLDWIDE HOLDINGS
   CORPORATION
8

9                         UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

11

12  NETSUITE, INC., a California corporation,        Case No. 3:07-cv-05235-JL

13          Plaintiff,                               **DECLARATION OF SHARON KIRSCH
                                                     IN SUPPORT OF MOTION TO
    vs.                                              WITHDRAW**
14
    CIPC WORLDWIDE HOLDINGS
15  CORPORATION, a corporation, and Does             DATE:  December 12, 2007
    One through Ten inclusive.                       TIME:   9:30 a.m.
16                                                   COURTROOM: F, 15th Floor
            Defendants.                              JUDGE: Hon. James Larson
17

18          I, Sharon Kirsch, declare:

19          1.      I am an attorney at law duly licensed to practice law in California and a partner

20  with the law firm of McManis, Faulkner & Morgan, attorneys of record for Defendant CIPC

21  Worldwide Holdings Corporation ("CIPC"), in this matter.

22          2.      I submit this declaration in support of the motion to withdraw as counsel for

23  CIPC, filed by McManis, Faulkner & Morgan.  This declaration is based upon my own personal

24  knowledge.  I could and would competently testify to the matters herein if called as a witness.

25          3.      Our firm was contacted by Joshua T. Truesdale, Chief Technology Officer of

26  CIPC, regarding NetSuite, Inc. v. CIPC Worldwide Holdings Corporation, Case No. CIV465719,

27  Santa Clara County Superior Court (the "NetSuite Action").

28

1    4.    My firm filed a Notice of Removal of the NetSuite Action with this Court on

2    October 12, 2007. On October 17, my firm filed an answer to the complaint and counterclaim on

3    behalf of CIPC against NetSuite.

4    5.    On October 31, 2007, I attempted to telephone Mr. Truesdale using the telephone

5    number at which I had reached him previously. I received a message indicating that his mailbox

6    was full. I then called the mobile number at which I had reached him previously and left a

7    message on his voicemail asking him to call me immediately. I have not received any response

8    from him.

9    6.    Following my attempts to contact Mr. Truesdale by telephone, on October 31,

10    2007, I sent an e-mail to Mr. Truesdale, asking him about the status of my firm's legal services

11    agreement and retainer. Mr. Truesdale did not respond.

12    I declare under penalty of perjury under the laws of the United States of America that the

13    foregoing is true and correct and that this declaration was executed in San Jose, California.

14

15    DATED: November 2, 2007    _Sharon Kirsch_____

16    SHARON KIRSCH

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SHARON KIRSCH IN SUPPORT OF MOTION TO WITHDRAW
CASE NO. 3:07-cv-05235-JL