WILLIAM FAULKNER (83385)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:        wfaulkner@mfmlaw.com, skirsch@mfmlaw.com, gbentzel@mfmlaw.com

Attorneys for Defendant,
CIPC WORLDWIDE HOLDINGS
CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and Does One through Ten inclusive.<br><br>    Defendants. | Case No. 3:07-cv-05235-JL<br><br>**DECLARATION OF GEOFFREY BENTZEL IN SUPPORT OF MOTION TO WITHDRAW**<br><br>DATE:  December 12, 2007<br>TIME:   9:30 a.m.<br>COURTROOM: F, 15th Floor<br>JUDGE: Hon. James Larson |

I, Geoffrey Bentzel, declare:

1.    I am an attorney at law duly licensed to practice law in California and an associate with the law firm of McManis, Faulkner & Morgan, attorneys of record for Defendant CIPC Worldwide Holdings Corporation ("CIPC"), in this matter.

2.    I submit this declaration in support of the motion to withdraw as counsel for CIPC, filed by McManis, Faulkner & Morgan.  This declaration is based upon my own personal knowledge.  I could and would competently testify to the matters herein if called as a witness.

3.    A Notice of Removal of the State Court Action was filed with this Court on October 12, 2007.  On October 17, an answer to the complaint and counterclaim by CIPC against NetSuite were filed by McManis, Faulkner & Morgan on behalf of CIPC.

4.    On October 18, 2007, I sent an e-mail to Mr. Truesdale in an effort to receive

1  additional information from him.  Mr. Truesdale did not respond.  On October 25, I called Mr.

2  Truesdale and left a voicemail.  Mr. Truesdale did not respond.

3       I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct and that this declaration was executed in San Jose, California.

5

6  DATED:  November 2, 2007

                          GEOFFREY BENTZEL

DECLARATION OF GEOFFREY BENTZEL IN SUPPORT OF MOTION TO WITHDRAW
CASE NO. 3:07-cv-05235-JL