**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Honorable James Larson                                                     Chambers
US Chief Magistrate Judge                                              415.522-2112


November 5, 2007


Peter Collins McMahon
McMahon Serepca
100 Marine Parkway, Suite 350
Redwood City, CA 94065

Geoffrey Matthew Bentzel
Sharon S. Kirsch
William Faulkner
McManis Faulkner & Morgan
Fairmont Plaza - 10th Floor
50 West San Fernando Street
San Jose, California 95113


          Re:    NetSuite, Inc. v. CIPC Worldwide Holdings Corp
                 U.S. District Court Case No. C 07-5235 JL

Dear Counsel:


          At the time that you filed your first pleading in this case, you should have been notified
that the matter had been assigned to the undersigned magistrate judge for all purposes including
trial.  You should have received a form stating that the magistrate judges of this district have
been designated to conduct any and all proceedings in a civil case including a jury or nonjury
trial and to order the entry of a final judgment, upon the consent of all parties.

          You should have been notified that you had the right to have the case reassigned to a United
States District Court judge for trial and disposition if you wish, or to consent to the jurisdiction of
this Court.  You should have received a form in two parts, the top part consenting to assignment of
your case to a United States Magistrate Judge; and the second part declining to consent to the
assignment to a magistrate judge and requesting reassignment to a United States District Court
Judge.

          We have not received a signed form from you.  Two forms are enclosed, the consent form
and the request for reassignment.  If you wish to have the matter reassigned to a District Court
Judge, then you should sign the appropriate request. You are free to withhold consent to this Court
and request reassignment to a district judge without any adverse consequences.

Please sign and return *one* of the enclosed forms as soon as possible.  If we do not hear from you by **November 13, 2007** we will request reassignment of your case to a United States District Court Judge.

Thank you.

Very truly yours,

James Larson
Chief Magistrate Judge