UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETSUITE, INC,

        Plaintiff,

    v.

CIPC WORLDWIDE HOLDINGS CORPORATION, ET AL.,

        Defendants.

_____/

No. C 07-5235 JL

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____          _____

                                                               Signature

                                                              Counsel for _____

                                                             _____