UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSUITE, INC., | No. C 07-5235 JL |
| Plaintiff, | |
| v. | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |
| CIPC WORLDWIDE HOLDINGS CORPORATION, ET AL., | |
| Defendants. | |
| _____/ | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____     _____

　　　　　　　　　　　　　　　　　Signature


　　　　　　　　　　　　　　　　　Counsel for _____

　　　　　　　　　　　　　　　　　_____

REQUEST　　　　　　　　　　1