UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETSUITE INC.

        Plaintiff(s),                           No. 07-05235 JL

    v.                                 NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

CIPC WORLDWIDE HOLDINGS CORPORATION

        Defendant(s).

_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

         (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for January 16, 2008 at 10:30 a.m. and the December 12, 2007 motion on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: November 15, 2007

                                                         Richard W. Wieking, Clerk
                                                         United States District Court

                                                         _____
                                                         By: Wings Hom, Deputy Clerk