IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETSUITE INC.,                                     No. C 07-05235SI

      Plaintiff,                              **NOTICE**

  v.

CIPC WORLDWIDE HOLDINGS CORPORATION,

      Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to withdraw will be scheduled for oral argument on Friday, January 18, 2007, at 9:00 a.m. and the initial case management has been scheduled to occur on Friday, February 8, 2008, at 2:00 p.m. Counsel shall comply with the attached order when preparing for the conference.

Dated: November 20, 2007                                  RICHARD W. WIEKING, Clerk

                                                                        Tracy Sutton
                                                                        Deputy Clerk

**United States District Court**
For the Northern District of California