```
WILLIAM FAULKNER (83385)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  408-279-8700
Facsimile:  408-279-3244
Email:      wfaulkner@mfmlaw.com, skirsch@mfmlaw.com, gbentzel@mfmlaw.com
```

Attorneys for Defendant,
CIPC WORLDWIDE HOLDINGS CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and Does One through Ten inclusive,<br><br>  Defendant. | Case No. 3:07-cv-05235-SI<br><br>**AMENDED NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the hearing date for McManis Faulkner & Morgan's Motion to Withdraw as Counsel in the above-captioned matter has been changed. The hearing, previously scheduled for December 12, 2007, at 9:30 a.m., in Courtroom F, 15th Floor, before The Honorable James Larson is now set for:

  Date: January 18, 2007

  Time: 9:00 a.m.

  Dept.: Courtroom 10, 19th Floor

  Judge: The Honorable Susan Illston

  Location: Federal Building, United States District Court, San Francisco

---
AMENDED NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL
CASE NO. 3:07-CV-05235-SI

1  A proposed order granting the motion to withdraw is attached to this amended notice of
2  hearing and served on Defendant and Counterclaimant CIPC Worldwide Holdings Corporation.

4  DATED: December 4, 2007                    McMANIS FAULKNER & MORGAN

6                                              WILLIAM FAULKNER
7                                              SHARON KIRSCH
                                               GEOFFREY BENTZEL

                                               Attorneys for Defendant,
9                                              CIPC WORLDWIDE HOLDINGS
                                               CORPORATION

AMENDED NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL
CASE NO. 3:07-CV-05235-SI

WILLIAM FAULKNER (83385)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:    wfaulkner@mfmlaw.com, skirsch@mfmlaw.com, gbentzel@mfmlaw.com

Attorneys for Defendant,
CIPC WORLDWIDE HOLDINGS
CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten inclusive,<br><br>    Defendant. | Case No. 3:07-cv-05235-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

After hearing on January 18, 2008, this Court, having considered McManis Faulkner & Morgan's motion to withdraw as counsel for Defendant and Counterclaimant CIPC Worldwide Holdings Corporation, orders that the motion is GRANTED.

DATED: _____    _____
                                                                                           The Hon. Susan Illston