| | |
|---|---|
| 1 | PETER C. McMAHON (State Bar No. 161841) |
| | PAMELA L. KELLY (State Bar No. 230721) |
| 2 | McMAHON SEREPCA LLP |
| | 100 Marine Parkway, Suite 350 |
| 3 | Redwood Shores, CA 94065-1046 |
| | Tel: 650-637-0600 |
| 4 | Fax: 650-637-0700 |
| 5 | Attorneys for Plaintiff |
| | NETSUITE, INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation, | CASE NO: 3:07-cv-05235-JL |
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten, inclusive, | |
| Defendants. | |

NOTICE OF UNAVAILABILITY OF COUNSEL

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

YOU ARE HEREBY NOTIFIED that Thursday, December 13, 2007 through Monday, December 17, 2007, Monday, December 24 through Thursday, December 27, 2007, and Monday, December 31, 2007 through Wednesday, January 2, 2008, PETER C. McMAHON and PAMELA L. KELLY will be unavailable for any purpose whatsoever, including but not limited to, receiving notice of any kind, appearing in court, responding to *ex parte* applications, or attending hearings, conferences or depositions.

You are hereby advised to read *Tenderloin Housing Clinic v. Sparks*, 8 Cal. App. 4th 299 (1992), regarding the availability of sanctions for purposefully scheduling a conflict proceeding without good cause.

DATED: December 6, 2007

McMAHON SEREPCA LLP

_____
Pamela L. Kelly, Esq.
Attorneys for Plaintiff
NETSUITE, INC.

## DECLARATION OF SERVICE BY MAIL

I am older than eighteen years of age and not a party to this action. My business address is McMahon Serepca LLP, 100 Marine Parkway, Suite 350, Redwood Shores, California. On December 6, 2007, I served the following document:

- **NOTICE OF UNAVAILABILITY OF COUNSEL**

by placing true and correct copies of the above-listed document envelopes addressed to:

**William Faulkner, Esq.**
**Sharon Kirsch, Esq.**
**Geoffrey Bentzel, Esq.**
McManis Faulkner & Morgan
Fairmont Plaza - 10th Floor
50 West San Fernando Street
San Jose, CA 95113

**Mr. Jerry L. Freedman**
Jerry L. Freedman, A Professional Corporation
15315 Magnolia Boulevard, Suite 408
Sherman Oaks, CA 91403-1175

and then sealing the envelopes, affixing sufficient first-class postage, and depositing them into the U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2007, at Redwood City, California.

_____
Pamela L. Kelly, Esq.