1  PETER C. McMAHON (State Bar No. 161841)
   PAMELA L. KELLY (State Bar No. 230721)
2  McMAHON SEREPCA LLP
   100 Marine Parkway, Suite 350
3  Redwood Shores, CA 94065-1046
   Tel: 650-637-0600
4  Fax: 650-637-0700

5  Attorneys for Plaintiff
   NETSUITE, INC
6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11 NETSUITE, INC., a California corporation,    )   CASE NO: 3:07-cv-05235-JL
                                                )
12         Plaintiff,                           )
                                                )
13                                              )   **NOTICE OF CHANGE OF ADDRESS**
       vs.                                      )
14                                              )
                                                )
15 CIPC WORLDWIDE HOLDINGS                      )
   CORPORATION, a corporation, and DOES         )
16 One through Ten, inclusive,                  )
                                                )
17         Defendants.                          )
                                                )
18

19

20

21

22

23

24

25

26

27

28

1                          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS

2 ACTION:

3           YOU ARE HEREBY NOTIFIED that effective December 15, 2007, McMahon

4 Serepca LLP, counsel for plaintiff NetSuite, Inc. ("NetSuite" or "Plaintiff"), has changed its

5 address. McMahon Serepca LLP's new address is:

6         985 Industrial Road, Suite 201
        San Carlos, CA 94070-4157
7         Tel: 650-637-0600
        Fax: 650-637-0700
8

9 All notices and documents regarding the above-entitled action should be sent to the above

10 address.

11

12 DATED: December 17, 2007                             McMAHON SEREPCA LLP

13

14                                                                                 /s/
15                                                             Peter C. McMahon, Esq.
                                                           Attorneys for Plaintiff
16                                                              NETSUITE, INC.

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SERVICE BY MAIL**

I am older than eighteen years of age and not a party to this action. My business address is McMahon Serepca LLP, 100 Marine Parkway, Suite 350, Redwood Shores, California. On December 14, 2007, I served the following document:

- **NOTICE OF CHANGE OF ADDRESS**

by placing a true and correct copy of the above-listed document an envelope addressed to:

**William Faulkner, Esq.**
**Sharon Kirsch, Esq.**
**Geoffrey Bentzel, Esq.**
McManis Faulkner & Morgan
Fairmont Plaza - 10th Floor
50 West San Fernando Street
San Jose, CA 95113

and then sealing the envelope, affixing sufficient first-class postage, and depositing it into the U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2007, at Redwood City, California.

Pamela L. Kelly, Esq.