PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
McMAHON SEREPCA LLP
100 Marine Parkway, Suite 350
Redwood Shores, CA 94065-1046
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Plaintiff
NETSUITE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten, inclusive, <br><br> Defendants. | CASE NO: 3:07-cv-05235-JL <br><br> **PLAINTIFF NETSUITE, INC.'S NON-OPPOSITION TO MOTION TO MOTION TO WITHDRAW** |

IN THIS ACTION BY NETSUITE, INC. ("NetSuite") to collect from defendant CIPC Worldwide Holdings Corporation ("CIPC") based upon CIPC's *failure to pay* NetSuite approximately $500,000 dollars – NetSuite has no objection to esteemed counsel's Motion to Withdraw based upon CIPC's *failure to pay* counsel.

MCMAHON SEREPCA LLP

_____
Peter C. McMahon, Esq.
Attorneys for Plaintiff
NETSUITE, INC.

PLAINTIFF NETSUITE, INC.'S NON-OPPOSITION TO MOTION TO WITHDRAW

1