1  PETER C. McMAHON (State Bar No. 161841)
   PAMELA L. KELLY (State Bar No. 230721)
2  McMAHON SEREPCA LLP
   985 Industrial Road, Suite 201
3  San Carlos, CA  94070-4157
   Tel: 650-637-0600
4  Fax: 650-637-0700

5  Attorneys for Plaintiff
   NETSUITE, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten, inclusive,<br><br>Defendants. | CASE NO: 3:07-cv-05235-SI<br><br>**CERTIFICATE OF SERVICE:** PLAINTIFF NETSUITE, INC.'S NON-OPPOSITION TO MOTION TO WITHDRAW |

**CERTIFICATE OF SERVICE**

I, Pamela L. Kelly, hereby certify that on December 27, 2007, McMahon Serepca LLP electronically filed *Plaintiff NetSuite, Inc.'s Non-Opposition To Motion To Withdraw* with the Clerk of the Court using CM/ECF, which sent notification of such filing to the following:

Geofrey Matthew Bentzel – gbentzel@mfmlaw.com
William Faulkner – wfaulkner@mfmlaw.com, eschneider@mfmlaw.com
Sharon S. Kirsch – skirsch@mfmlaw.com, hanger@mfmlaw.com
Peter C. McMahon – peter@mcmahonserepca.com, peter@mcmahonlawgroup.com, pmcmahon@pmcmahonlaw.com

Dated: December 31, 2007                                McMAHON SEREPCA LLP

                                                        Pamela L. Kelly, Esq.
                                                        Attorneys for Plaintiff
                                                        NETSUITE, INC.

CERTIFICATE OF SERVICE

1

**EXHIBIT A**

**Other Supporting Documents**
3:07-cv-05235-SI NetSuite, Inc. v. CIPC Worldwide Holdings Corporation
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by McMahon, Peter entered on 12/27/2007 7:51 PM PST and filed on 12/27/2007
**Case Name:**       NetSuite, Inc. v. CIPC Worldwide Holdings Corporation
**Case Number:**     3:07-cv-5235
**Filer:**           NetSuite, Inc.
**Document Number:** 19

**Docket Text:**
**Statement of Non-Opposition** *to Motion to Withdraw by counsel for CIPC* **filed byNetSuite, Inc.. (McMahon, Peter) (Filed on 12/27/2007)**

**3:07-cv-5235 Notice has been electronically mailed to:**

Geoffrey Matthew Bentzel   gbentzel@mfmlaw.com

William Faulkner   wfaulkner@mfmlaw.com, eschneider@mfmlaw.com

Sharon S. Kirsch   skirsch@mfmlaw.com, hanger@mfmlaw.com

Peter Collins McMahon   peter@mcmahonserepca.com, peter@mcmahonlawgroup.com, pmcmahon@pmcmahonlaw.com

**3:07-cv-5235 Notice has been delivered by other means to:**

Pamela Lynne Kelly
McMahon Serepca LLP
100 Marine Pkwy Ste 350
Redwood City, CA 94065

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\SCANNED DOCS - PK\NS v CIPC - Non-Opposition to Motion to Withdraw [12-27-2007].pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/27/2007] [FileNumber=4015521-0]
[5c2d090e0f6c985be4658ac8acb67a7b36e9fef91854a7a06d6151e09e4aeb9f44f7
90252f4df023f03d9a84f8bad9f4d89df865dd16022b6abbea24fe74088b]]

PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
McMAHON SEREPCA LLP
100 Marine Parkway, Suite 350
Redwood Shores, CA 94065-1046
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Plaintiff
NETSUITE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation, | CASE NO: 3:07-cv-05235-JL |
| Plaintiff, | **PLAINTIFF NETSUITE, INC.'S NON-OPPOSITION TO MOTION TO MOTION TO WITHDRAW** |
| vs. | |
| CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten, inclusive, | |
| Defendants. | |

IN THIS ACTION BY NETSUITE, INC. ("NetSuite") to collect from defendant CIPC Worldwide Holdings Corporation ("CIPC") based upon CIPC's *failure to pay* NetSuite approximately $500,000 dollars – NetSuite has no objection to esteemed counsel's Motion to Withdraw based upon CIPC's *failure to pay* counsel.

MCMAHON SEREPCA LLP

*/s/ Peter C. McMahon*
Peter C. McMahon, Esq.
Attorneys for Plaintiff
NETSUITE, INC.

PLAINTIFF NETSUITE, INC.'S NON-OPPOSITION TO MOTION TO WITHDRAW

1