WILLIAM FAULKNER (83385)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  408-279-8700
Facsimile:  408-279-3244
Email:      wfaulkner@mfmlaw.com
            skirsch@mfmlaw.com
            gbentzel@mfmlaw.com

Attorneys for Defendant,
CIPC WORLDWIDE HOLDINGS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten inclusive.<br><br>    Defendants. | No. 3:07-cv-05235-JL<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 50 West San Fernando Street, 10th Floor, San Jose, California, 95113. I am employed in the County of Santa Clara, where this mailing occurs. I am over the age of 18 years, and not a party to the within action. On the date shown below, following ordinary business practices, I served the foregoing document(s) described as:

1. **LETTER DATED JANUARY 18, 2008 TO JOSHUA TRUESDALE FROM SHARON KIRSCH**

on the following person(s) in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Joshua T. Truesdale, Ph.D., CCNA, CNE
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE 19801

☒ (BY OVERNIGHT MAIL) I am readily familiar with my firm's practice for collection and processing of correspondence for mailing by placing the document listed above in a sealed envelope and transmitting via overnight delivery addressed as set forth above.

☒ (BY E-MAIL or ELECTRONIC MEDIA) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses were as follows: josh@cipccorp.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 18, 2008, at San Jose, California.

HILARY L. ANGER