WILLIAM FAULKNER (83385)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:    408-279-3244
Email:          wfaulkner@mfmlaw.com
                    skirsch@mfmlaw.com
                    gbentzel@mfmlaw.com

Attorneys for Defendant,
CIPC WORLDWIDE HOLDINGS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten inclusive.<br><br>    Defendants. | No. 3:07-cv-05235-JL<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 50 West San Fernando Street, 10th Floor, San Jose, California, 95113. I am employed in the County of Santa Clara, where this mailing occurs. I am over the age of 18 years, and not a party to the within action. On **December 5, 2007**, following ordinary business practices, I served the foregoing document(s) described as:

1. AMENDED NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL.

on the following person(s) in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Joshua T. Truesdale, Ph.D., CCNA, CNE
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE 19801

☒ (BY OVERNIGHT MAIL) I am readily familiar with my firm's practice for collection and processing of correspondence for mailing by placing the document listed above in a sealed envelope and transmitting via overnight delivery addressed as set forth above.

☒ (BY E-MAIL or ELECTRONIC MEDIA) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses were as follows: josh@cipccorp.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 18, 2008, at San Jose, California.

*[signature]*
HILARY L. ANGER

2



Close Window

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Print

| | | | |
|---|---|---|---|
| **Tracking number** | 790888261050 | **Reference** | CIPCW-0701043 |
| **Signed for by** | L.MALLOX | **Destination** | WILMINGTON, DE |
| **Ship date** | Dec 6, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Dec 10, 2007 9:37 AM | **Service type** | FedEx 2Day Pak |
| | | **Weight** | 1.0 lbs. |

**Status**     Delivered

**Signature image available**     Yes

**Signature Proof of Delivery**
Click **Request copy of signature** to view delivery information for this shipment.

[ x ]  Signature Image

[ Request copy of signature ]

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Dec 10, 2007 | 9:37 AM | Delivered | WILMINGTON, DE | |
| | 8:26 AM | On FedEx vehicle for delivery | NEW CASTLE, DE | |
| Dec 8, 2007 | 8:01 AM | At local FedEx facility | NEW CASTLE, DE | Package not due for delivery |
| | 6:44 AM | At dest sort facility | PHILADELPHIA, PA | |
| | 3:43 AM | Departed FedEx location | MEMPHIS, TN | |
| Dec 6, 2007 | 10:58 PM | Arrived at FedEx location | OAKLAND, CA | |
| | 8:04 PM | Left origin | SANTA CLARA, CA | |
| | 5:26 PM | Picked up | SANTA CLARA, CA | |
| Dec 5, 2007 | 11:56 AM | Package data transmitted to FedEx | | |

[ E-mail results ]   [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your Name:**      **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | · | ☐ |
| | English | · | ☐ |
| | English | · | ☐ |
| | English | · | ☐ |

**Select format:** ⦿ HTML   ○ Text   ○ Wireless