```
 1  WILLIAM FAULKNER (83385)
    SHARON KIRSCH (157157)
 2  GEOFFREY BENTZEL (250073)
    McMANIS FAULKNER & MORGAN
 3  A Professional Corporation
    50 West San Fernando Street, 10th Floor
 4  San Jose, California 95113
    Telephone:   408-279-8700
 5  Facsimile:   408-279-3244
    Email:       wfaulkner@mfmlaw.com
 6               skirsch@mfmlaw.com
                 gbentzel@mfmlaw.com
 7
    Attorneys for Defendant,
 8  CIPC WORLDWIDE HOLDINGS
    CORPORATION
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETSUITE, INC., a California corporation, | |
|---|---|
| Plaintiff, | No. 3:07-cv-05235-JL |
| vs. | |
| CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten inclusive. | **PROOF OF SERVICE** |
| Defendants. | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a citizen of the United States. My business address is 50 West San Fernando |
| 3 | Street, 10th Floor, San Jose, California, 95113. I am employed in the County of Santa Clara, |
| 4 | where this mailing occurs. I am over the age of 18 years, and not a party to the within action. |
| 5 | On **November 2, 2007**, following ordinary business practices, I served the foregoing |
| 6 | document(s) described as: |

1. NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL;
2. DECLARATION OF WILLIAM FAULKNER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL;
3. DECLARATION OF SHARON KIRSCH IN SUPPORT OF MOTION TO WITHDRAW;
4. DECLARATION OF GEOFFREY BENTZEL IN SUPPORT OF MOTION TO WITHDRAW.

on the following person(s) in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Joshua T. Truesdale, Ph.D., CCNA, CNE
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE  19801

☒ (BY OVERNIGHT MAIL) I am readily familiar with my firm's practice for collection and processing of correspondence for mailing by placing the document listed above in a sealed envelope and transmitting via overnight delivery addressed as set forth above.

☒ (BY E-MAIL or ELECTRONIC MEDIA) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses were as follows: josh@cipccorp.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 18, 2008, at San Jose, California.

_____
HILARY L. ANGER