IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETSUITE, INC.,            No. C 07-5235 SI

    Plaintiff,            **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

  v.

CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten inclusive,

    Defendants.
                                           /

On January 18, 2008, the Court held a hearing on the motion to withdraw filed by McManus, Faulkner & Morgan, attorneys for defendant CIPC Worldwide Holdings Corporation. As stated at the hearing, the Court GRANTS the motion effective February 29, 2008. (Docket No. 6). Counsel shall inform CIPC in writing of the following: (1) the Court has granted the motion to withdraw effective February 29, 2008; (2) the necessity for defendant to secure new representation, and the consequences of the failure to do so; and (3) the next case management conference is scheduled for March 28, 2008 at 2:00 p.m. Counsel shall copy plaintiff's counsel and the Court on the letter, and shall file a copy of the letter with the Court.

**IT IS SO ORDERED.**

Dated: January 22, 2008

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California