1  WILLIAM FAULKNER (83385)
   SHARON KIRSCH (157157)
2  GEOFFREY BENTZEL (250073)
   McMANIS FAULKNER & MORGAN
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:   408-279-8700
5  Facsimile:   408-279-3244
   Email:       wfaulkner@mfmlaw.com
6               skirsch@mfmlaw.com
                gbentzel@mfmlaw.com
7
   Attorneys for Defendant,
8  CIPC WORLDWIDE HOLDINGS
   CORPORATION
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | NETSUITE, INC., a California corporation, | No. 3:07-cv-05235-JL
15 |       Plaintiff,
16 | vs.                                        | **PROOF OF SERVICE**
17 | CIPC WORLDWIDE HOLDINGS
     CORPORATION, a corporation, and DOES
18 | One through Ten inclusive.
19 |       Defendants.

1

PROOF OF SERVICE, Case No. 3:07-CV-05235-JL

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 50 West San Fernando Street, 10th Floor, San Jose, California, 95113. I am employed in the County of Santa Clara, where this mailing occurs. I am over the age of 18 years, and not a party to the within action. On the date shown below, following ordinary business practices, I served the foregoing document(s) described as:

1. **LETTER DATED JANUARY 22, 2008 TO JOSHUA TRUESDALE FROM HILARY ANGER;**
2. **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL.**

on the following person(s) in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Joshua T. Truesdale, Ph.D., CCNA, CNE
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE  19801

☒ (BY OVERNIGHT MAIL) I am readily familiar with my firm's practice for collection and processing of correspondence for mailing by placing the document listed above in a sealed envelope and transmitting via overnight delivery addressed as set forth above.

☒ (BY E-MAIL or ELECTRONIC MEDIA) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses were as follows: josh@cipccorp.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 22, 2008, at San Jose, California.

_____
HILARY L. ANGER