**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 1/18/08

Case No.   C-07-5235 SI            Judge:   SUSAN ILLSTON

Title: NETSUITE INC., -v- CIPC WORLDWIDE HOLDINGS

Attorneys: S. Kirsch          n/a

Deputy Clerk:  Tracy Sutton   Court Reporter: B. Ball

**PROCEEDINGS**

1)   Motion to Withdraw - HELD

2)

3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( X )Court

Disposition :  ( X) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to    @ **2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: