

March 10, 2008

Yumiko Saito
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  NetSuite, Inc. v. CIPC Worldwide Holdings Corporation (07-cv-05235)

Dear Ms. Saito:

The Court's order of January 22, 2008 granted the motion of McManis Faulkner & Morgan to withdraw in the referenced matter, effective February 29, 2008. In that order the Court required McManis Faulkner & Morgan to notify CIPC Worldwide Holding Corporation ("CIPC") of the effective date of the order, the necessity of CIPC to obtain new representation and the consequences for failure to do so, and that the next case management conference is set for March 28, 2008. McManis Faulkner & Morgan has complied with this order. See Letter to Joshua Truesdale, CIPC dated January 18, 2008, which was electronically filed. Accordingly, please remove reference to McManis Faulkner & Morgan from the Court files and website as attorney of record for CIPC.

Thank you for your attention to this matter.

Respectfully submitted,

McMANIS FAULKNER & MORGAN

*Sharon Kirsch*

SHARON KIRSCH

SK/ha

A PROFESSIONAL CORPORATION    FAIRMONT PLAZA - 10TH FLOOR    TELEPHONE 408.279.8700
50 WEST SAN FERNANDO STREET    FACSIMILE 408.279.3244
SAN JOSE, CALIFORNIA 95113    www.mfmlaw.com