```
 1  PETER C. McMAHON (State Bar No. 161841)
    PAMELA L. KELLY (State Bar No. 230721)
 2  McMAHON SEREPCA LLP
    985 Industrial Road, Suite 201
 3  San Carlos, CA  94070-4157
    Tel: 650-637-0600
 4  Fax: 650-637-0700

 5  Attorneys for Plaintiff
    NETSUITE, INC.
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CIPC WORLDWIDE HOLDINGS )<br>CORPORATION, a corporation, and DOES )<br>One through Ten, inclusive, )<br>)<br>Defendants. ) | CASE NO: 3:07-cv-05235-SI<br><br>**NETSUITE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") 7.1(a), and Civil Local Rule 3-16, NetSuite hereby files this, its "Certification of Interested Entities or Persons."

 (1) There is no "parent corporation" that owns more than 10% of NetSuite's stock.

 (2) There is no "publicly traded" company that owns more than 10% of NetSuite's stock.

 (3) There are no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either:

  a. a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding, except for Mr. Errol Getner and Todd Giuntini, who

was (are) employees of NetSuite, and thus could receive a sales commission on the underlying "deal," which is the subject of the litigation; or

b. any other kind of interest that could be substantially affected by the outcome of the proceeding

Dated: March 20, 2008

McMAHON SEREPCA LLP

_____
Peter C. McMahon, Esq.
Attorneys for Plaintiff
NETSUITE, INC.