```
 1  PETER C. McMAHON (State Bar No. 161841)
    PAMELA L. KELLY (State Bar No. 230721)
 2  McMAHON SEREPCA LLP
    985 Industrial Road, Suite 201
 3  San Carlos, CA 94070-4157
    Tel: 650-637-0600
 4  Fax: 650-637-0700

 5  Attorneys for Plaintiff
    NETSUITE, Inc.
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| NETSUITE, INC., a California corporation, | CASE NO: 3:07-cv-05235-SI |
| Plaintiff, | **CERTIFICATE OF SERVICE:** NETSUITE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | |
| CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten, inclusive, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Pamela L. Kelly, hereby certify that on March 20, 2008, McMahon Serepca LLP electronically filed *NetSuite, Inc.'s Certification Of Interested Entities Or Persons* ("Certification") with the Clerk of the Court using CM/ECF. Prior to filing, I emailed the Certification to Joshua Truesdale ("Mr. Truesdale"), defendant CIPC Worldwide Holdings Corporation's Chief Technology Officer, at josh@cipc.com – the last address known by plaintiff NetSuite, Inc. for Mr. Truesdale.

Dated: March 20, 2008

McMAHON SEREPCA LLP

_____
Pamela L. Kelly, Esq.
Attorneys for Plaintiff
NETSUITE, INC.

CERTIFICATE OF SERVICE

1