PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
McMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Plaintiff
NETSUITE, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| NETSUITE, INC., a California corporation, | CASE NO: 3:07-cv-05235-SI |
| Plaintiff, | **CERTIFICATE OF SERVICE:** NETSUITE, INC.'S SEPARATE CASE MANAGEMENT STATEMENT AND DECLARATION OF PETER C. McMAHON REGARDING CASE MANAGEMENT CONFERENCE |
| vs. | |
| CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten, inclusive, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Pamela L. Kelly, hereby certify that on March 21, 2008, I emailed a copy of the following documents to Joshua Truesdale ("Mr. Truesdale"), defendant CIPC Worldwide Holdings Corporation's Chief Technology Officer, at **josh@cipc.com** – the last address known by plaintiff NetSuite, Inc. for Mr. Truesdale.

- Separate Case Management Statement
- Declaration Of Peter C. McMahon Regarding Case Management Conference
- Certificate of Service

Dated: March 21, 2008

McMAHON SEREPCA LLP

Pamela L. Kelly, Esq.
Attorneys for Plaintiff
NETSUITE, INC.

CERTIFICATE OF SERVICE

1