# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/28/08

Case No.   C-07-5235 SI          Judge:   SUSAN ILLSTON

Title: NETSUITE INC., -v- CIPC WORLDWIDE HOLDINGS

Attorneys: McMahon          (No appearance by deft)

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED PART

Case continued to __ @ 2:30 p.m. for Further Case Management Conference

Case continued to  7/18/08  @ 9:00 a.m.  for Motion to Dismiss
(Motion due 6/15/08 , Opposition 6/28/08   Reply 7/4/08 )

Case continued to __ @ 3:30 p.m.  for Pretrial Conference

Case continued to __ @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Plaintiff shall send out requests for admissions.