1  PETER C. McMAHON (State Bar No. 161841)
   PAMELA L. KELLY (State Bar No. 230721)
2  McMAHON SEREPCA LLP
   985 Industrial Road, Suite 201
3  San Carlos, CA  94070-4157
   Tel: 650-637-0600
4  Fax: 650-637-0700

5  Attorneys for Plaintiff
   NETSUITE, INC.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11 NETSUITE, INC., a California corporation,  )  CASE NO: **3:07-cv-05235-SI**
                                              )
12         Plaintiff,                         )
                                              )
13     vs.                                    )  **NOTICE OF MOTION AND**
                                              )  **NETSUITE, INC.'S MOTION FOR**
14                                            )  **TERMINATING AND MONETARY**
   CIPC WORLDWIDE HOLDINGS                    )  **SANCTIONS AGAINST CIPC**
15 CORPORATION, a Delaware corporation,       )  **WORLDWIDE HOLDINGS**
   and DOES One through Ten, inclusive,       )  **CORPORATION OR IN THE**
16                                            )  **ALTERNATIVE FOR SUMMARY**
                                              )  **JUDGMENT**
17         Defendants.                        )
                                              )
18 _____        )
                                              )
19 CIPC WORLDWIDE HOLDINGS                    )
   CORPORATION                                )  **Hearing**
20                                            )  Date:       July 18, 2008
                                              )  Time:       9:00 a.m.
21         Counter-claimant,                  )  Courtroom:  10, 19th Floor
                                              )  Judge:      Honorable Susan Illston
22     vs.                                    )
                                              )
23 NETSUITE, INC.                             )
                                              )
24                                            )
           Counter-defendant.                 )
25                                            )

26

27

28

                    NOTICE OF MOTION AND MOTION

                                1

TO DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION:

**PLEASE TAKE NOTICE** that on July 18, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10, 19th Floor, in the United States District Court, Northern District of California (San Francisco Division), located at 450 Golden Gate Avenue, San Francisco, CA 94102 (this "Court"), plaintiff NetSuite, Inc. ("NetSuite"), will move this Court for terminating sanctions (including striking Defendant's answer and entering defaults against Defendant as to NetSuite's complaint and Defendant's counterclaim) as well as $5,737.74 in monetary sanctions against defendant CIPC Worldwide Holdings, Inc. ("Defendant"), pursuant to Federal Rules of Civil Procedure Rules 16 and 37 and this Court's Local Rule 1-4 and on the grounds that Defendant has willfully and repeatedly failed to comply with the Federal Rules of Civil Procedure and this Court's local rules and orders. In the alternative, NetSuite will move this court for summary judgment in favor of NetSuite and against Defendant on NetSuite's complaint and Defendant's counterclaim, pursuant to Federal Rules of Civil Procedure Rule 56.

NetSuite's motions are based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declaration of Pamela L. Kelly, NetSuite's Request for Judicial Notice, and all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: June 12, 2008

McMAHON SEREPCA LLP

_____
Pamela L. Kelly, Esq.
Attorneys for Plaintiff
NETSUITE, INC.