**EXHIBIT B**

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Peter C. McMahon (SBN 161841)<br>McMahon Serepca LLP<br>100 Marine Parkway, Suite 350<br>Redwood Shores, CA 94065-1046<br>TELEPHONE NO.: 650-637-0600     FAX NO. *(Optional):* 650-637-0700<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* NetSuite, Inc. | FOR COURT USE ONLY<br><br>ENDORSED FILED<br>SAN MATEO COUNTY<br><br>SEP 1 7 2007<br><br>Clerk of the Superior Court<br>By ___ DANIEL SHEA<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Mateo
STREET ADDRESS:   400 County Center
MAILING ADDRESS:
CITY AND ZIP CODE:   Redwood City, CA 94063-1655
BRANCH NAME:   Hall of Justice and Records

| | |
|---|---|
| PLAINTIFF/PETITIONER: NetSuite, Inc.<br><br>DEFENDANT/RESPONDENT: CIPC Worldwide Holdings Corporation, et al. | CASE NUMBER:<br><br>CIV465719 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a. [✓] summons
    b. [✓] complaint
    c. [✓] Alternative Dispute Resolution (ADR) package
    d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ] cross-complaint
    f. [✓] other *(specify documents):* Notice of Case Management Conference, CM Statement, & CourtCall Info

3.  a. Party served *(specify name of party as shown on documents served):*
       CIPC Worldwide Holding Corporation

    b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
       Scott LaScala      of Business Filings Incorporated (CIPC's Registered Agent)

4.  Address where the party was served:
    Business Filings Incorporated, 108 West 13th Street, Wilmington, DE 19801-1055

5.  I served the party *(check proper box)*
    a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 09/12/2007     (2) at *(time):* 1:40 p.m.
    b. [ ] **by substituted service.** On *(date):*      at *(time):*      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

       (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

       (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

       (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

       (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*      from *(city):*      or [ ] a declaration of mailing is attached.

       (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: NetSuite, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CIPC Worldwide Holdings Corporation, et al. | CIV465719 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*        (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*  CIPC Worldwide Holdings Corporation
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name:  Daniel Newcomb
  b. Address: Delaware Attorney Service, 2000 Pennsylvania Avenue, Suite 207, Wilmington, DE  19806
  c. Telephone number:  (302) 429-0657 or (800) 457-9560
  d. **The fee** for service was: $ 60.00
  e. I am:

    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  September 12, 2007

Daniel Newcomb, Process Server
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶        (SIGNATURE)

# AFFIDAVIT OF PROCESS SERVER

In The Superior Court of the State of California in and for the County of San Mateo

NetSuite, Inc.
Plaintiff(s)

v

CIPC Worldwide Holdings Corporation, et al
Defendant(s)

Case No:  CIV465719

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:**  I served CIPC Worldwide Holdings Corporation

with the document(s):  Summons; Complaint with Exhibit A-E; Civil Case Cover Sheet; Notice of Case Management Conference; Case Management Statement [blank form]; ADR Package with Stipulation and Order to Appropriate Dispute Resolution [blank form]; Chapter 1. Form and Service of Papers of Division II Court Management - Superior Court; and CourtCall Package with Request for CourtCall Telephonic Appearance [blank form]

Person Served:  Scott LaScala of Business Filings Incorporated,  Registered Agent

Service Address:  Business Filings Incorporated, 108 W. 13th St., Wilmington, DE  19801

Date of Service:  September 12, 2007          Time of Service:  1:40 p.m.

**Manner of Service:**  (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading           ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist    ( ) Service canceled by Litigant   ( ) Unable to serve in a timely fashion

**Service Attempts:**  Service was attempted on _____ at _____ , _____ at _____ ,
_____ at _____ , _____ at _____ , _____ at _____ .

**Description:**  Age: 40's   Sex: M   Race: W    Hgt: 5'10"   Wgt: 170   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

September 12, 2007       at  Wilmington,    Delaware
Date                City          State

State of Delaware
County of New Castle

Daniel Newcomb, Process Server
Delaware Attorney Services
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806  (302) 429-0657

Subscribed and sworn before me a Notary Public of the State of Delaware on September 12, 2007

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

**EXHIBIT C**



SAN CARLOS BUSINESS PARK
985 INDUSTRIAL ROAD, SUITE 201
SAN CARLOS, CA 94070

MCMAHON SEREPCA LLP

TEL 650-637-0600
FAX 650-637-0700
www.msllp.com

February 20, 2008

***VIA U.S. MAIL & FACSIMILE (818-784-4968)***

Jerry L. Freedman, Esq.
15315 Magnolia Blvd, Suite 408
Sherman Oaks, California 91403-1175

Re:   *NetSuite, Inc. v. CIPC Worldwide Holdings Corporation (Removed to Northern District of California Case No. C 07-05235SI)*

Dear Mr. Freedman:

It has come to my attention that you may have taken over representation of CIPC from McManis Faulkner & Morgan in the above-referenced matter. Please confirm as soon as possible if you are indeed currently representing (or intending to represent) CIPC in this matter.

As you may be aware, there is an upcoming Case Management Conference on March 28, 2008, which means that the Parties are required to submit a Joint Case Management Conference Statement at least 21 days in advance of such Conference. Accordingly, the Parties must meet and confer as soon as possible.

If you are not representing CIPC but you do know who is, please convey same to me. If you do not contact me by February 29, 2008, I shall assume that you are not representing CIPC and I shall thereafter endeavor to contact CIPC directly.

If you have any questions or comments, please do not hesitate to contact me at 650-637-0600.

Very truly yours,

Peter C. McMahon

## ✳✳ Transmit Conf. Report ✳✳

P.1                                                      Feb 20 2008  14:39

| Telephone Number | Mode | Start | Time | Pages | Result | Note |
|---|---|---|---|---|---|---|
| 18187844968 | NORMAL | 20,14:38 | 0'22" | 2 | # O K | |



**MCMAHON SEREPCA LLP**
**100 Marine Parkway, Suite 350**
**Redwood Shores, CA 94065-1046**
**Tel:    650-637-0600**
**Fax:    650-637-0700**

### FACSIMILE COVER SHEET

*Date:* **February 20, 2008**

| Fax To | Company | Fax Number |
|---|---|---|
| Jerry L. Freedman | GCA Partners | 818-784-4968 |

*From:* **Peter C. McMahon**
*Pages Transmitted:* **2** (including cover)

### COMMENTS

Letter

**NOTICE TO THE RECIPIENT:** THIS FACSIMILE AND ANY DOCUMENTS ACCOMPANYING IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS DOCUMENT IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY. THANK YOU IN ADVANCE FOR YOUR COOPERATION.



**MCMAHON SEREPCA LLP**
**100 Marine Parkway, Suite 350**
**Redwood Shores, CA 94065-1046**
**Tel:    650-637-0600**
**Fax:   650-637-0700**

## FACSIMILE COVER SHEET

*Date:* **February 20, 2008**

| Fax To | Company | Fax Number |
|---|---|---|
| **Jerry L. Freedman** | **GCA Partners** | **818-784-4968** |

*From:* **Peter C. McMahon**
*Pages Transmitted:* **2** (including cover)

## COMMENTS

Letter

**NOTICE TO THE RECIPIENT**: THIS FACSIMILE AND ANY DOCUMENTS ACCOMPANYING IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS DOCUMENT IS STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY.  THANK YOU IN ADVANCE FOR YOUR COOPERATION.

**EXHIBIT D**



SAN CARLOS BUSINESS PARK
985 INDUSTRIAL ROAD, SUITE 201          MCMAHON SEREPCA LLP
SAN CARLOS, CA 94070

TEL 650-637-0600
FAX 650-637-0700
www.msllp.com

March 3, 2008

***VIA FACSIMILE (604-683-0570)***

Mr. Shafik Bhalloo
Kornfeld Mackoff Silber LLP
Suite 1100, One Bentall Centre, 505 Burrard Street
Vancouver, British Columbia V7X 1M5

Re:   *NetSuite, Inc.* v. *CIPC Worldwide Holdings Corporation (United States Federal
      District, Northern District of California - Court Case No. C07-05235SI)*

Dear Mr. Bhalloo:

This Firm represents NetSuite, Inc. in the above referenced matter, which is currently
pending in the United States District Court for the Northern District of California. The
District Court recently granted CIPC Worldwide Holdings Corporation's ("CIPC")
former local counsel's Motion to Withdraw As Counsel, which was effective February
29, 2008, based upon CIPC's failure to pay.

I recently read an article by Gillian Shaw of Canwest News Service (published February
1, 2008), wherein you were identified as potentially representing CIPC. I write to you to:
(1) inquire if that is accurate; and (2) to inform you that certain important procedural
matters must be completed before March 21, 2008, which require the Parties to "meet and
confer."

Under the Federal Rules of Civil Procedure, CIPC must be represented by counsel. If
you are aware of CIPC's current local counsel, please inform me immediately. If you
have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Peter C. McMahon

## ✳✳ Transmit Conf. Report ✳✳

P.1                                                                    Mar  3 2008  11:44

| Telephone Number | Mode | Start | Time | Pages | Result | Note |
|---|---|---|---|---|---|---|
| 16046830570 | NORMAL | 3,11:43 | 0'28" | 2 | # O K | |



**MCMAHON SEREPCA LLP**
**100 Marine Parkway, Suite 350**
**Redwood Shores, CA 94065-1046**
**Tel:    650-637-0600**
**Fax:    650-637-0700**

### FACSIMILE COVER SHEET

*Date:*  **March 3, 2008**

| Fax To | Company | Fax Number |
|---|---|---|
| **Shafik Bhalloo** | **Kornfeld Mackoff Silber LLP** | **604-683-0570** |

*From:*  **Peter C. McMahon**
*Pages Transmitted:*  **2** (including cover)

### COMMENTS

Letter

**NOTICE TO THE RECIPIENT**: THIS FACSIMILE AND ANY DOCUMENTS ACCOMPANYING IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS DOCUMENT IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY. THANK YOU IN ADVANCE FOR YOUR COOPERATION.



**MCMAHON SEREPCA LLP**
**100 Marine Parkway, Suite 350**
**Redwood Shores, CA 94065-1046**
**Tel:    650-637-0600**
**Fax:    650-637-0700**

## FACSIMILE COVER SHEET

*Date:* **March 3, 2008**

| *Fax To* | *Company* | *Fax Number* |
|---|---|---|
| **Shafik Bhalloo** | **Kornfeld Mackoff Silber LLP** | **604-683-0570** |

*From:* **Peter C. McMahon**
*Pages Transmitted:* **2** (including cover)

## COMMENTS

Letter

**NOTICE TO THE RECIPIENT**: THIS FACSIMILE AND ANY DOCUMENTS ACCOMPANYING IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS DOCUMENT IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

**EXHIBIT E**

# KORNFELD MACKOFF SILBER LLP

*Barristers & Solicitors*

1100 ONE BENTALL CENTRE, 505 BURRARD STREET, BOX 11
VANCOUVER, B.C., CANADA, V7X 1M5
TELEPHONE: 604-331-8300   FACSIMILE: 604-683-0570
www.kmslawyers.com

THIS MESSAGE IS CONFIDENTIAL AND MAY CONTAIN PRIVILEGED INFORMATION. THE READER OF THIS MESSAGE, IF NOT THE INTENDED RECIPIENT, IS STRICTLY PROHIBITED FROM ANY REVIEW, DISSEMINATION, DISTRIBUTION, USE OR COPYING OF THIS MATERIAL. IF IT HAS BEEN RECEIVED IN ERROR, PLEASE NOTIFY US PROMPTLY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AT THE ABOVE ADDRESS. THANK YOU FOR YOUR COOPERATION.

| | | | |
|---|---|---|---|
| **DATE:** | 5 March 2008 | **FILE NO:** | CIP001.HOU801 |
| **TO:** | Peter C. McMahon | **FAX NUMBER:** | **650 637 0700** |
| **FROM:** | Shafik Bhalloo<br>604 331 8308<br>sbhalloo@kmslawyers.com | **TOTAL PAGES INCLUDING THIS COVER PAGE** | 1 |

**RE:** ***NetSuite, Inc. v. CIPC Worldwide Holdings Corporation***

Mr. McMahon,

We are in receipt of your correspondence of March 3, 2008.

Please be advised that I do not, at present, act for CIPC. I have, however, forwarded your correspondence to CIPC and asked that their representative contact you directly.

Shafik Bhalloo

If you experience problems receiving this fax, please call 604-331-8300

**EXHIBIT F**



SAN CARLOS BUSINESS PARK
985 INDUSTRIAL ROAD, SUITE 201
SAN CARLOS, CA 94070

MCMAHON SEREPCA LLP

TEL 650-637-0600
FAX 650-637-0700
www.msllp.com

March 3, 2008

**VIA U.S. MAIL & EMAIL (josh@cipccorp.com)**

Mr. Joshua T. Truesdale
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE 19801

Re:    _NetSuite, Inc._ v. _CIPC Worldwide Holdings Corporation_ (United States Federal
District, Northern District of California - Court Case No. C07-05235SI)

Dear Mr. Truesdale:

This Firm represents NetSuite, Inc. in the above referenced matter, which is currently
pending in the United States District Court for the Northern District of California. As
you know, the District Court recently granted CIPC Worldwide Holdings Corporation's
("CIPC") former local counsel's Motion to Withdraw As Counsel, which was effective
February 29, 2008.

Under the Federal Rules of Civil Procedure, and the local rules of Court, CIPC must be
represented by counsel and must engage in a "meet and confer" process prior to March
21, 2008, with my office, for the purpose of preparing a Joint Case Management
Statement.

Please immediately inform me of CIPC's current counsel in this matter, so that I may
conduct the "meet and confer" process. If you have any questions or comments, please
do not hesitate to contact me.

Very truly yours,

Peter C. McMahon

US POSTAGE

$0 41

Mr. Joshua T. Truesdale
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE 19801



MCMAHON SEREPCA LLP
985 INDUSTRIAL ROAD, SUITE 201
SAN CARLOS, CA 94070

**Pamela L. Kelly**

| | |
|---|---|
| From: | Pamela L. Kelly [pam@msllp.com] |
| Sent: | Monday, March 03, 2008 11:33 AM |
| To: | 'josh@cipccorp.com' |
| Subject: | NetSuite, Inc. v. CIPC Worldwide Holdings Corporation: US Federal District Court, No. District of California, Case No. C07-05235SI |

Importance:    High

Mr. Truesdale,

Please see attached for a letter from Peter C. McMahon of McMahon Serepca LLP, counsel for NetSuite, Inc., regarding the above-entitled action.



NS v CIPC - Letter
to Joshua T...

Regards,
Pam Kelly

Pamela L. Kelly, Esq.
McMahon Serepca LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: (650) 637-0600 - Fax: (650) 637-0700
E-mail: pam@msllp.com
www.msllp.com

NOTICE TO THE RECIPIENT: THIS EMAIL AND ANY DOCUMENTS ATTACHED TO IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS EMAIL OR ITS ATTACHMENTS IS STRICTLY PROHIBITED.  PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY.  THANK YOU IN ADVANCE FOR YOUR COOPERATION.

IN ACCORDANCE WITH TREASURY REGULATIONS CIRCULAR 230, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER ADDRESSED HEREIN.



SAN CARLOS BUSINESS PARK
985 INDUSTRIAL ROAD, SUITE 201
SAN CARLOS, CA 94070

MCMAHON SEREPCA LLP

TEL 650-637-0600
FAX 650-637-0700
www.msllp.com

March 3, 2008

**VIA U.S. MAIL & EMAIL (josh@cipccorp.com)**

Mr. Joshua T. Truesdale
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE 19801

Re:    *NetSuite, Inc. v. CIPC Worldwide Holdings Corporation (United States Federal*
       *District, Northern District of California - Court Case No. C07-05235SI)*

Dear Mr. Truesdale:

This Firm represents NetSuite, Inc. in the above referenced matter, which is currently
pending in the United States District Court for the Northern District of California. As
you know, the District Court recently granted CIPC Worldwide Holdings Corporation's
("CIPC") former local counsel's Motion to Withdraw As Counsel, which was effective
February 29, 2008.

Under the Federal Rules of Civil Procedure, and the local rules of Court, CIPC must be
represented by counsel and must engage in a "meet and confer" process prior to March
21, 2008, with my office, for the purpose of preparing a Joint Case Management
Statement.

Please immediately inform me of CIPC's current counsel in this matter, so that I may
conduct the "meet and confer" process. If you have any questions or comments, please
do not hesitate to contact me.

Very truly yours,

Peter C. McMahon

**EXHIBIT G**

## Resignation Notice

BizFilings has resigned with the state as registered agent for this company.

Company Name: CIPC Worldwide Holdings Corporation

Effective Date: 1/14/2008

We are returning the enclosed documents to you.

BizFilings
Registered Agent Department



SAN CARLOS BUSINESS PARK
985 INDUSTRIAL ROAD, SUITE 201
SAN CARLOS, CA 94070

MCMAHON SEREPCA LLP

TEL 650-637-0600
FAX 650-637-0700
*www.msllp.com*

March 3, 2008

***VIA U.S. MAIL & EMAIL (josh@cipccorp.com)***

Mr. Joshua T. Truesdale
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE 19801

Re:     *NetSuite, Inc.* v. *CIPC Worldwide Holdings Corporation (United States Federal
         District, Northern District of California - Court Case No. C07-05235SI)*

Dear Mr. Truesdale:

This Firm represents NetSuite, Inc. in the above referenced matter, which is currently
pending in the United States District Court for the Northern District of California. As
you know, the District Court recently granted CIPC Worldwide Holdings Corporation's
("CIPC") former local counsel's Motion to Withdraw As Counsel, which was effective
February 29, 2008.

Under the Federal Rules of Civil Procedure, and the local rules of Court, CIPC must be
represented by counsel and must engage in a "meet and confer" process prior to March
21, 2008, with my office, for the purpose of preparing a Joint Case Management
Statement.

Please immediately inform me of CIPC's current counsel in this matter, so that I may
conduct the "meet and confer" process. If you have any questions or comments, please
do not hesitate to contact me.

Very truly yours,

Peter C. McMahon