**EXHIBIT H**

# Pamela L. Kelly

| | |
|---|---|
| From: | Pamela L. Kelly [pam@msllp.com] |
| Sent: | Thursday, April 17, 2008 1:06 PM |
| To: | 'josh@cipccorp.com' |
| Cc: | 'peter@msllp.com' |
| Subject: | NetSuite, Inc. v. CIPC Worldwide Holdings Corporation: Requests for Admissions |

Importance:     High

Mr. Truesdale,

Attached please find discovery requests related to the *NetSuite, Inc.* v. *CIPC Worldwide Holdings Corporation* matter. As you will see, the requests contain Document Identification Requests for Admissions as well as other Requests for Admissions. Please respond promptly.

If you have any questions or problems, please contact me at 650-637-0600 x3.



NetSuite v. CIPC -
   NetSuite's ...

Regards,
Pam Kelly

———————————————————

Pamela L. Kelly, Esq.
McMahon Serepca LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: (650) 637-0600 - Fax: (650) 637-0700
E-mail: pam@msllp.com
www.msllp.com

———————————————————

NOTICE TO THE RECIPIENT: THIS EMAIL AND ANY DOCUMENTS ATTACHED TO IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS EMAIL OR ITS ATTACHMENTS IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

IN ACCORDANCE WITH TREASURY REGULATIONS CIRCULAR 230, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER ADDRESSED HEREIN.



SAN CARLOS BUSINESS PARK
985 INDUSTRIAL ROAD, SUITE 201
SAN CARLOS, CA 94070

MCMAHON SEREPCA LLP

TEL 650-637-0600
FAX 650-637-0700
www.msllp.com

April 17, 2008

***VIA EMAIL (josh@cipccorp.com) and U.S. Mail***

Joshua Truesdale
Chief Technology Officer
CIPC Worldwide Holdings Corporation
Harbour Centre
555 West Hastings Street, Suite 1560
Vancouver, British Columbia  V6B 4N6
Canada

Re:    *NetSuite, Inc. v. CIPC Worldwide Holdings Corporation; US Federal District Court, No. District of California, Case No. C07-05235SI*

Mr. Truesdale:

Enclosed please find discovery requests related to the *NetSuite, Inc.* v. *CIPC Worldwide Holdings Corporation* matter.  As you will see, the discovery requests contain Document Identification Requests for Admissions as well as other Requests for Admissions.

Please do not hesitate to contact me at 650-637-0600 x3 should you have any comments or questions.

Regards,

Pamela L. Kelly, Esq.

1   PETER C. McMAHON (State Bar No. 161841)
    PAMELA L. KELLY (State Bar No. 230721)
2   McMAHON SEREPCA LLP
    985 Industrial Road, Suite 201
3   San Carlos, CA  94070-4157
    Tel:  650-637-0600
4   Fax:  650-637-0700

5   Attorneys for Plaintiff
    NETSUITE, INC.

6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9               SAN FRANCISCO DIVISION

10

| | |
|---|---|
| NETSUITE, INC., a California corporation, | **CASE NO**: 3:07-cv-05235-SI |
| Plaintiff, | |
| vs. | **PLAINTIFF NETSUITE, INC.'S REQUEST FOR ADMISSIONS TO DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 36** |
| CIPC WORLDWIDE HOLDINGS CORPORATION, a Delaware corporation, and DOES One through Ten, inclusive, | |
| Defendants. | |

18         Plaintiff NetSuite, Inc. requests that defendant CIPC Worldwide Holdings

19   Corporation within 30 days after service of this request to make the following admissions for the

20   purpose of this action only and subject to all pertinent objections to admissibility which may be

21   interposed at trial.

22                     **DEFINITIONS**

23         1.    "**YOU**," or "**YOUR**," or "**DEFENDANT**," and/or "**RESPONDING**

24   **PARTY**" mean and include defendant CIPC Worldwide Holdings Corporation.

25         2.    "**PLAINTIFF**," or "**NETSUITE**," "**NETSUITE'S**," and/or

26   "**PROPOUNDING PARTY**" mean and include plaintiff NetSuite, Inc.

27         3.    "**SERVICES**" means and includes license fees, support, and Professional

28   Services.

# REQUESTS FOR ADMISSIONS

1.     Admit that **YOU** entered into a NetSuite License Agreement with **NETSUITE** on or about April 23, 2007 ("License").

2.     Admit that the document hereto as **Exhibit A** is a genuine copy of the License that **YOU** entered into with **NETSUITE**.

3.     Admit that on or about March 30, 2007, **YOU** executed NetSuite Estimate No. 58630 ("Est. No. 58630").

4.     Admit that the document attached hereto as **Exhibit B** is a genuine copy of Est. No. 58630.

5.     Admit that on or about April 19, 2007, **YOU** entered into a Statement of Work with **NETSUITE** ("**April SOW**").

6.     Admit that the document attached hereto as **Exhibit C** is a genuine copy of the **April SOW**.

7.     Admit that on or about May 24, 2007, **YOU** entered into a Statement of Work with **NETSUITE** ("**May SOW**").

8.     Admit that the document attached hereto as **Exhibit D** is a genuine copy of the **May SOW**.

9.     Admit that on or about May 31, 2007, **YOU** executed NetSuite Estimate No. 62644 ("Est. No. 62644").

10.     Admit that the document attached hereto as **Exhibit E** is a genuine copy of Est. No. 62644.

11.     Admit that on or about June 27, 2007, **YOU** executed NetSuite Estimate No. 64289 ("Est. No. 64289").

12.     Admit that the document attached hereto as **Exhibit F** is a genuine copy of Est. 64289.

13.     Admit that on or about June 29, 2007, **YOU** executed an amendment to Est. No. 64289.

1    14.    Admit that the document attached hereto as **Exhibit G** is a genuine copy of

2    the amendment to Est. No. 64289.

3    15.    Admit that pursuant to the License, the **April SOW**, the **May SOW**, Est.

4    No. 58630, Est. No. 62644, Est. No. 64289, and the amendment to Est. No. 64289 (collectively,

5    "the **Contract**"), **YOU** were to pay **NETSUITE** a total fee of $498,266.46 for the **SERVICES**

6    described in Est. No. 58630, Est. No. 62644, and No. Est. 64289 (including the amendment to

7    Est. No. 64289).

8    16.    Admit that the **Contract** existing between **YOU** and **NETSUITE** is valid.

9    17.    Admit that **NETSUITE** commenced performance under the **Contract** by

10    making its online application available to **YOU**.

11    18.    Admit that **NETSUITE** continued to actively perform under the **Contract**

12    by performing professional services for **YOU**.

13    19.    Admit that **NETSUITE** fully performed under the **Contract**, to the extent

14    permitted by **YOU**, though July 2007.

15    20.    Admit that **NETSUITE** sent **YOU** Invoice No. 78559 (pertaining to Est.

16    No. 58630) for $115,810.51.

17    21.    Admit that **YOUR** payment of $115,810.51 was due to **NETSUITE** on May

18    25, 2007, pursuant to Invoice No. 78559.

19    22.    Admit that **YOU** never paid **NETSUITE** the $115,810.51 owed under

20    Invoice No. 78559.

21    23.    Admit that **NETSUITE** sent **YOU** Invoice No. 81320 (pertaining to Est.

22    No. 62644) for $21,200.00.

23    24.    Admit that **YOUR** payment of $21,200.00 was due to **NETSUITE** on June

24    25, 2007, pursuant to Invoice No. 62644.

25    25.    Admit that **YOU** never paid **NETSUITE** the $21,200.00 owed under

26    Invoice No. 62644.

27    26.    Admit that on or about July 9, 2007, **YOU** informed **NETSUITE** that **YOU**

28    would not pay **NETSUITE** what it was owed under the **Contract**.

27. Admit that on or about August 27, 2007, **YOU** further breached the **Contract** by failing to pay **NETSUITE** an additional $120,406.61 owed under the **Contract**.

28. Admit that **YOUR** failure to pay **NETSUITE** under the **Contract** constituted a material breach of the **Contract**.

29. Admit that **YOUR** refusal to pay **NETSUITE** under the **Contract** constituted a material breach of the **Contract**.

30. Admit that **NETSUITE** did not breach the **Contract**.

31. Admit that **YOUR** performance under the **Contract** was not excused.

32. Admit that **YOUR** failure to perform under the **Contract** is without justification.

33. Admit that **YOUR** failure to perform under the **Contract** is without excuse.

34. Admit that, pursuant to the **Contract**, **YOU** owe **NETSUITE** $498,266.46 for its **SERVICES**.

35. Admit that at the time **YOU** entered into the **Contract**, **YOU** knew of **YOUR** obligation to work with **NETSUITE** in accordance with the terms of the **Contract**.

36. Admit that at the time **YOU** entered into the **Contract**, **YOU** knew of **YOUR** obligation to pay **NETSUITE** in accordance with the terms of the **Contract**.

37. Admit that **YOU** intentionally deprived **NETSUITE** of the benefits of the **Contract**.

38. Admit that **YOU** breached the convenant of good faith and fair dealing by **YOUR** intentional acts, which rendered performance of the contract impossible.

39. Admit that **YOU** breached the convenant of good faith and fair dealing by misleading **NETSUITE** that **YOU** were interested in performing under the **Contract**.

40. Admit that **YOU** breached the convenant of good faith and fair dealing by purposely avoiding **NETSUITE'S** good faith efforts to perform above and beyond its obligations under the **Contract**.

41. Admit that **YOU** breached the convenant of good faith and fair dealing by intentionally engaging in efforts to thwart **NETSUITE'S** performance under the **Contract**.

1    42.    Admit that **YOU** breached the convenant of good faith and fair dealing by

2  falsely accusing **NETSUITE** of breaching the **Contract**.

3    43.    Admit that **YOU** breached the convenant of good faith and fair dealing by

4  intentionally sabotaging **NETSUITE'S** efforts to "cure" the false breaches alleged against

5  **NETSUITE** by **YOU**.

6    44.    Admit that **YOU** breached the convenant of good faith and fair dealing by

7  intentionally engaging in acts to disrupt the business relationship between **YOU** and

8  **NETSUITE**.

9    45.    Admit that **NETSUITE** rendered work to **YOU** at **YOUR** special request.

10    46.    Admit that **NETSUITE** rendered labor to **YOU** at **YOUR** special request.

11    47.    Admit that **NETSUITE** rendered services to **YOU** at **YOUR** special

12  request.

13    48.    Admit that **YOU** knew that **NETSUITE** was rendering the work specially

14  requested by **YOU**.

15    49.    Admit that **YOU** knew that **NETSUITE** was rendering the labor specially

16  requested by **YOU**.

17    50.    Admit that **YOU** knew that **NETSUITE** was rendering the services

18  specially requested by **YOU**.

19    51.    Admit that the work rendered to **YOU** by **NETSUITE** was not intended to

20  be gratuitous.

21    52.    Admit that the labor rendered to **YOU** by **NETSUITE** was not intended to

22  be gratuitous.

23    53.    Admit that the services rendered to **YOU** by **NETSUITE** were not intended

24  to be gratuitous.

25    54.    Admit that **YOU**, at the time of **YOUR** special request for the work

26  rendered by **NETSUITE**, promised to pay **NETSUITE** for the reasonable value of such work.

27    55.    Admit that **YOU**, at the time of **YOUR** special request for the labor

28  rendered by **NETSUITE**, promised to pay **NETSUITE** for the reasonable value of such labor.

56. Admit that **YOU**, at the time of **YOUR** special request for the services rendered by **NETSUITE**, promised to pay **NETSUITE** for the reasonable value of said services.

57. Admit that **YOU** refused to pay for the work rendered by **NETSUITE**.

58. Admit that **YOU** refused to pay for the labor rendered by **NETSUITE**.

59. Admit that **YOU** refused to pay for the services rendered by **NETSUITE**.

60. Admit that **YOU** accepted the work rendered by **NETSUITE**.

61. Admit that **YOU** accepted the services rendered by **NETSUITE**.

62. Admit that **YOU** accepted the labor rendered by **NETSUITE**.

63. Admit that **YOU** used the work rendered by **NETSUITE**.

64. Admit that **YOU** used the labor rendered by **NETSUITE**.

65. Admit that **YOU** used the services rendered by **NETSUITE**.

66. Admit that **YOU** enjoyed the work rendered by **NETSUITE**.

67. Admit that **YOU** enjoyed the labor rendered by **NETSUITE**.

68. Admit that **YOU** enjoyed the services rendered by **NETSUITE**.

69. Admit that **YOU** have no evidence whatsoever that **NETSUITE** made any false representations of material facts to **YOU**.

70. Admit that **YOU** have no evidence whatsoever that **NETSUITE** did not intend to perform any promises regarding any material matters made to **YOU**.

71. Admit that **YOU** have no evidence whatsoever that **NETSUITE** made any intentional misrepresentations of material facts to **YOU**.

72. Admit that **YOU** have no evidence whatsoever that **NETSUITE** made any negligent misrepresentations of material facts to **YOU**.

73. Admit that **YOU** have no evidence whatsoever that **NETSUITE** intended to defraud **YOU**.

74. Admit that **YOU** were not defrauded by **NETSUITE**.

75. Admit that **YOU** incurred no damages whatsoever as a result of any of **NETSUITE'S** representations to **YOU**.

76. Admit that **YOU** are not entitled to the remedy of recission of the **Contract**.

77. Admit that **NETSUITE** did not breach the contract alleged in **YOUR** Counter-Claim.

78. Admit that **NETSUITE** fulfilled all of its promises to **YOU**, to the extent allowed by **YOU**.

79. Admit that **NETSUITE** provided the level of customer support described in the contract alleged in **YOUR** Counter-Claim.

80. Admit that **NETSUITE** did nothing to deprive **YOU** of the benefits of the contract alleged in **YOUR** Counter-Claim.

81. Admit that **NETSUITE** did nothing to render performance under the contract alleged in **YOUR** Counter-Claim impossible.

82. Admit that **NETSUITE** did everything presupposed by the contract alleged in **YOUR** Counter-Claim to accomplish the purpose of the contract alleged in **YOUR** Counter-Claim.

83. Admit that **NETSUITE** did nothing to interfere with **YOU** in the performance of the contract alleged in **YOUR** Counter-Claim.

84. Admit that **YOU** incurred no damages whatsoever as a result of any of **NETSUITE'S** conduct.

Dated: April _17_, 2008

McMAHON SEREPCA LLP

Peter C. McMahon, Esq.
Attorneys for Plaintiff
NETSUITE, INC.

EXHIBIT A

# NetSuite License Agreement

This License Agreement ("Agreement") is entered into as of the date set forth below between NetSuite Inc., a California corporation ("NetSuite"), and CIPC WORLDWIDE HOLDINGS ("Customer").

1.   **Product.** NetSuite will provide Customer with an online business application and any new features that augment or enhance the current business application (the "Service"). NetSuite shall host the Service and may update the content, functionality, and user interface of the Service from time to time in its sole discretion and in accordance with this Agreement.

2.   **License Grant.** Subject to the terms and conditions of this Agreement, NetSuite grants Customer during the Term of this Agreement the non-exclusive, non-transferable (except in connection with an assignment under Section 12 herein) and terminable license to use the Service and to display content solely for Customer's internal business operations, provided such operations shall not include service bureau use, outsourcing, renting, or time-sharing the Service. Customer acknowledges and agrees that the license granted herein is not a concurrent user license and that the rights granted to Customer are provided to Customer on the condition that Customer does not (and does not allow any third party to) copy, modify, create a derivative work of, reverse engineer, reverse assemble, disassemble, or decompile the Service or any part thereof or otherwise attempt to discover any source code, modify the Service in any manner or form, or use unauthorized modified versions of the Service, including (without limitation) for the purpose of building a similar or competitive product or service or for the purpose of obtaining unauthorized access to the Service.  Customer is expressly prohibited from sublicensing use of the Service to any third parties. Customer acknowledges and agrees that NetSuite shall own all rights, title and interest in and to all intellectual property rights in the Service. Except as provided in this Agreement, the license granted to Customer does not convey any rights in the Service, express or implied, or ownership in the Service or any intellectual property rights thereto. Any rights not expressly granted herein are reserved by NetSuite.

3.   **License From Customer.**  Subject to the terms and conditions of this Agreement, Customer grants NetSuite the non-exclusive non-transferable (except in connection with an assignment under Section 12 herein) license to copy, store, record, transmit, maintain, display, view, print, or otherwise use Customer Data to the extent necessary to provide the Service to Customer. Customer agrees that the license to Customer Data shall survive the termination of this Agreement for one year, solely for the purpose of storing backup Customer Data at an offsite storage facility.

4.   **License Term, Fee and Payment.**
The initial term of this Agreement is for 12 months from 4/23/2007 ("Start Date") to 4/22/2008 ("End Date") ("Initial Term" which shall include extension thereof as provided by any subsequent agreement of the parties).
Customer shall pay a total fee of  $115,810.51 for the services listed on the attached Estimate Number 58630, which is hereby fully incorporated herein by reference.  The fee is due as follows: NET30.

After the Initial Term, this Agreement shall be automatically renewed for successive one year periods ("Renewal Term"), unless Customer provides NetSuite with notice of intent not to renew the Agreement by the End Date (or the end of any Renewal Term). Such notice shall be sent to billing@netsuite.com.

NetSuite reserves the right to change the amount of the fee for the Service to list prices generally applicable to other customers at the start of each Renewal Term. Any late payments shall be subject to a service charge equal to 1.5% of the amount due (calculated on a monthly basis) or the maximum amount allowed by law, whichever is less. In the event that NetSuite incurs any costs (including reasonable attorney's fees) for efforts in collecting overdue fees from Customer, Customer agrees to pay such costs. Customer further agrees to pay all foreign, federal, state, and local taxes, if applicable, to Customer's access to, use, or receipt of the Service.

5.   **Terms of Service.**  Customer acknowledges and agrees to the following terms of service. In addition, Customer agrees that unless explicitly stated otherwise, any new features that augment or enhance the Service, and/or any new service(s) subsequently purchased by the Customer will be subject to this Agreement.

5.1.   **Customer Must Have Internet Access.**  In order to use the Service, Customer must have or must obtain access to the World Wide Web, either directly or through devices that access Web-based content. Customer must also provide all equipment necessary to make such (and maintain such) connection to the World Wide Web.

5.2.   **Accuracy Of Customer's Registration Information.**  Customer agrees to provide accurate, current and complete information ("Registration Data") about Customer as prompted by the registration form, which Customer will fill out online in order to gain access to the Service. Customer further agrees to use commercially reasonable efforts to maintain and promptly update the Registration Data to keep it accurate, current and complete. Customer acknowledges and agrees that if Customer provides information that is intentionally inaccurate, not current or incomplete in a material way, or NetSuite has reasonable grounds to believe that such information is untrue, inaccurate, not current or complete in a material way, NetSuite has the right to suspend Customer's account.

5.3.   **Email And Notices.**  Customer agrees to provide NetSuite with Customer's e-mail address, to promptly provide NetSuite with any changes to Customer's e-mail address, and to accept emails (or other electronic communications) from NetSuite at the e-mail address Customer specifies. Customer further agrees that NetSuite may provide any and all notices,

## NetSuite License Agreement

statements, and other communications to Customer through either e-mail, posting on the Service (or other electronic transmission) or by mail or express delivery service.

5.4.  **Passwords, Access, And Notification.** Customer may designate up to the number of users under Customer's account, which corresponds to the number of Seats purchased by Customer, and Customer may provide and assign unique passwords and user names to each authorized user for each Seat purchased. Customer acknowledges and agrees that Customer is prohibited from sharing passwords and/or user names with unauthorized users. Customer will be responsible for the confidentiality and use of Customer's (including its employees') passwords and user names. Customer will also be responsible for all Electronic Communications, including those containing business information, account registration, account holder information, financial information, Customer Data, and all other data of any kind contained within emails or otherwise entered electronically through the Service or under Customer's account. NetSuite will act as though any Electronic Communications it receives under Customer's passwords, user name, and/or account number will have been sent by Customer. Customer agrees to immediately notify NetSuite if Customer becomes aware of any loss or theft or unauthorized use of any of Customer's passwords, user names, and/or account number.

5.5.  **Customer's Lawful Conduct.** The Service allows Customer to send Electronic Communications directly to NetSuite and to third-parties. Customer agrees to comply with all applicable local, state, federal, and foreign laws, treaties, regulations, and conventions in connection with its use of the Service, including without limitation those related to privacy, electronic communications, and anti-spam legislation. Customer will not send any Electronic Communications from the Service that is unlawful, harassing, libelous, defamatory, or threatening. Except as permitted by this Agreement, no part of the Service may be copied, reproduced, distributed, republished, displayed, posted or transmitted in any form or by any means. Customer agrees not to access the Service by any means other than through the interfaces that are provided by NetSuite. Customer shall not license, rent, sell, lease, transfer, assign, distribute, display, host, outsource, disclose, or otherwise commercially exploit or make the Service available to any third party other than an authorized user, including but not limited to, creating Internet Links to the Service which include log-in information, including but not limited to, user names, passwords, secure cookies, and/or "mirroring" or "framing" any part of the Service. Customer will not upload, post, reproduce or distribute any information, software or other material protected by copyright or any other intellectual property right (including rights of publicity and privacy) without first obtaining the permission of the owner of such rights. Customer will not in any way express or imply that any opinions contained in Customer's Electronic Communications are endorsed by NetSuite. Neither Customer, nor someone acting on Customer's behalf, will use the Service to target for solicitation any NetSuite customers for purposes of providing any competitive product. Customer will ensure that any use of the Service by Customer's employees (or users) is in accordance with the terms and conditions of this Agreement.

5.6.  **Third-Party Software.** Customer agrees to use software produced by third parties, including, but not limited to, "browser" software that supports a data security protocol compatible with the protocol used by NetSuite. Until notified otherwise by NetSuite, Customer agrees to use software that supports the Secure Socket Layer (SSL) protocol or other protocols accepted by NetSuite and to follow logon procedures for services that support such protocols. Customer acknowledges that NetSuite is not responsible for notifying Customer of any upgrades, fixes or enhancements to any such software or for any compromise of data transmitted across computer networks not owned or operated by NetSuite or telecommunications facilities, including, but not limited to, the Internet.

5.7.  **Transmission Of Data.** Customer understands that the technical processing and transmission of Customer's Electronic Communications is fundamentally necessary to Customer's use of the Service. Customer expressly consents to NetSuite's interception and storage of Electronic Communications and/or Customer Data, and Customer acknowledges and understands that Customer's Electronic Communications will involve transmission over the Internet, and over various networks, only part of which may be owned and/or operated by NetSuite. Customer acknowledges and understands that changes to Customer's Electronic Communications may occur in order to conform and adapt such data to the technical requirements of connecting networks or devices. Customer further acknowledges and understands that Electronic Communications may be accessed by unauthorized parties when communicated across the Internet, network communications facilities, telephone, or other electronic means. Customer agrees that NetSuite is not responsible for any Electronic Communications and/or Customer Data which are lost, altered, intercepted or stored without authorization during the transmission of any data whatsoever across networks not owned and/or operated by NetSuite.

5.8.  **Links.** The Service may provide, or third parties may provide, links to other World Wide Web sites or resources. Because NetSuite has no control over such sites and resources, Customer acknowledges and agrees that NetSuite is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any content, advertising, products, or other materials on or available from such sites or resources.

5.9  **NetSuite's Support.** NetSuite will make commercially reasonable efforts to promote Customer's successful utilization of the Service, including but not limited to providing Customer with User Guides, Knowledge Base and online help, as well as optional and "for fee" training classes. NetSuite also offers Customer Support and Professional Services consultation. Customer acknowledges that NetSuite has extensive experience helping Customers improve utilization and realization of benefits of the Service, and that not following the advice of NetSuite in these areas may substantially undermine Customer's successful utilization of the Service.

## NetSuite License Agreement

5.10   Proprietary Rights.  Customer acknowledges and agrees that the Service and any necessary software used in connection with the Service contain proprietary and confidential information that is protected by applicable intellectual property and other laws. Customer further acknowledges and agrees that content or information presented to Customer through the Service or by advertisers may be protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws.

5.11   Trademark Information.  NetSuite™, the NetSuite logo™, NetCRM™, NetERP™, NetFlex, the NetCRM logo™, and other NetSuite service marks, logos and product and service names are marks of NetSuite (the "NetSuite Marks"). Customer agrees not to display or use the NetSuite Marks in any manner without the owner's express prior written permission.

5.12.  Confidential Information.  For purposes of this Agreement, confidential information shall include the terms of this Agreement, Customer Data, and any information that is clearly identified in writing at the time of disclosure as confidential ("Confidential Information"). Each party agrees: (a) to keep confidential all Confidential Information disclosed to it by the other party or by a third-party; (b) not to use the Confidential Information of the other party except to the extent necessary to perform its obligations hereunder; and (c) to protect the confidentiality thereof in the same manner as it protects the confidentiality of similar information and data of its own (at all times exercising at least a reasonable degree of care in the protection of such Confidential Information). NetSuite will restrict its employees' access to Customer's Confidential Information to only those employees necessary to successfully provide the Service. NetSuite may disclose Confidential information on a need-to-know basis to its contractors who have executed written agreements requiring them to maintain such information in strict confidence and use it only to facilitate the performance of their services for NetSuite in connection with the performance of this Agreement. Confidential Information shall not include information which: (1) is known publicly; (2) is generally known in the industry before disclosure; (3) has become known publicly, without fault of the recipient, subsequent to disclosure by the disclosing party; or (4) the recipient becomes aware of from a third party not bound by non-disclosure obligations to the disclosing party and with the lawful right to disclose such information to the recipient. This Section 5.12 will not be construed to prohibit the disclosure of Confidential Information to the extent that such disclosure is required by law or order of a court or other governmental authority. The parties agree to give the other party prompt notice of the receipt of any subpoena or other similar request for such disclosure. With respect to any information received by either party from the other as a result of any other relationship between the parties other than as licensor and licensee under this Agreement (i.e., business development, partnership, alliance, etc.), the parties will abide by the terms and conditions of any Nondisclosure Agreement (or similar agreement) executed between the parties.

5.13.  Provisioning Of Account.  After execution of this Agreement, and subsequent to the time that Customer is provided a user name and password for the purpose of provisioning Customer's account, Customer will be required to agree to a "click wrap" agreement pertaining to "Terms of Service" before Customer can begin use of the Service. NotSuite hereby expressly agrees that to the extent that such click wrap Terms of Service differ from the terms of this Agreement, that the verbiage of this Agreement exclusively controls the obligations of the parties.

6.   Suspension/Termination.

6.1   Suspension For Delinquent Account.  NetSuite reserves the right to suspend Customer's access and/or use of the Service for any accounts for which any payment is due but unpaid but only after NetSuite has provided Customer three (3) email notices over no less than a thirty (30) day period. Customer agrees that NetSuite shall not be liable to Customer nor to any third party for any suspension of the Service resulting from Customer's nonpayment of fees as described in this Section 6.1.

6.2   Suspension For Ongoing Harm.  Customer agrees that NetSuite may with reasonably contemporaneous telephonic notice to Customer suspend Customer's access to the Service if NetSuite reasonably concludes that Customer use of the Service is causing immediate and ongoing harm to NetSuite or others. In the extraordinary event that NetSuite suspends Customer's access to the Service, NetSuite will use commercially reasonable efforts to resolve the issues causing the suspension of Service. Customer agrees that NetSuite shall not be liable to Customer or to any third party for any suspension of the Service under such circumstances as described in this Section 6.2.

6.3   In The Event of Breach.  Either party may terminate this Agreement upon thirty (30) days written notice to the other party in the event of a breach of any provision of this Agreement by the other party, provided that, during the thirty (30) day period, the breaching party fails to cure such breach. Upon termination or expiration of this Agreement, Customer shall have no rights to continue use of the Service. If this Agreement is terminated as a result of a breach on NetSuite's part, NetSuite shall refund the pro rata portion of any fee that may have been paid by Customer for the portion of the Service not furnished to Customer.

6.4   Handling Of Customer Data In The Event Of Termination.  Customer acknowledges and agrees that following termination of Customer's account and/or use of the Service, NetSuite may immediately deactivate Customer's account and that following a reasonable period of not less than 90 days shall be able to delete Customer's account and related Customer Data. However, in the event that Customer's Service with NetSuite terminates, NetSuite will grant Customer temporary, limited access to the Service for the sole purpose of permitting Customer to retrieve lawful Customer Data, provided that

NetSuite Enterprise License Agreement                                                              Page 3 of 9

## NetSuite License Agreement

Customer has paid in full all good faith undisputed amounts owed to NetSuite. Customer further agrees that NetSuite shall not be liable to Customer or to any third party for any termination of Customer access to the Service or deletion of Customer Data, provided that NetSuite is in compliance with the terms of this Section 6.4.

7.   Modification To Or Discontinuation Of The Service. NetSuite reserves the right at any time and from time to modify, temporarily or permanently, the Service (or any part thereof). In the event that NetSuite modifies the Service in a manner which removes or disables a feature or functionality on which Customer materially relies, NetSuite, at Customer's request, shall use commercially reasonable efforts to substantially restore such functionality to Customer. In the event that NetSuite is unable to substantially restore such functionality, Customer shall have the right to terminate the Agreement and receive a pro-rata refund of the license fees paid under the Agreement for use of the Service which was paid for by Customer but not yet furnished by NetSuite as of the date of such termination. Customer acknowledges that NetSuite reserves the right to discontinue offering the Service at the conclusion of Customer's then current Term. Customer agrees that NetSuite shall not be liable to Customer or to any third party for any modification of the Service as described in this Section 7.

8.   Warranties

8.1.   Warranty Of Functionality.  NetSuite warrants to Customer during the Term of this Agreement that the Service will achieve in all material respects the functionality described in the User Guides and in other related documentation available at www.netsuite.com or successor Web site) and that such functionality will be maintained in all material respects in subsequent upgrades to the Service. NetSuite does not warrant that the Service will be error-free. Customer's sole and exclusive remedy for NetSuite's breach of this warranty shall be that NetSuite shall be required to use commercially reasonable efforts to modify the Service to achieve in all material respects the functionality described in the User Guides and other related documentation and if NetSuite is unable to restore such functionality Customer shall be entitled to terminate the Agreement and shall be entitled to receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination. NetSuite shall have no obligation with respect to a warranty claim unless notified of such claim within sixty (60) days of the first instance of any material functionality problem, and such notice must be sent to billing@NetSuite.com.

8.2.   Service Level Warranty.  NetSuite warrants during the Term of this Agreement that the Service will meet the service levels outlined in Exhibit A hereto in any month. In the event that NetSuite fails to meet the service levels outlined in Exhibit A hereto, Customer's sole and exclusive remedy is that NetSuite will provide Customer with a credit as described in Exhibit A, which is hereby incorporated by reference. Any credit is expressly conditioned upon Customer providing NetSuite written notice of such failure sent to billing@NetSuite.com by the tenth day of the month following such service level failure.

8.3.   Security, Data Maintenance And Backup Warranty,  NetSuite warrants during the Term of this Agreement that NetSuite will use commercially reasonable efforts to ensure that Customer's Data will be safeguarded and maintained accurately. NetSuite also warrants that it will, at a minimum, utilize and maintain security and backup procedures as listed in Exhibit B hereto (and hereby incorporated by reference) to protect Customer Data. In the event of a breach of this provision, NetSuite will use commercially reasonable efforts to correct the Customer's Data or restore the Customer's Data within three (3) business days. In the event NetSuite is unable to correct or restore Customer's Data as provided in this Section 8.3, Customer's sole and exclusive remedy shall be it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

8.4.   Non-Infringement Warranty.  NetSuite warrants that it is the sole owner and has full power and authority to grant the license and use of the Service and other rights granted by the Agreement to Customer with respect to the Service and that neither the performance by Customer in its utilization of the Service, nor the license of and authorized use by Customer of the Service as described herein will in any way constitute an infringement or other violation of any copyright, trade secret, trademark, patent, invention, proprietary information, non-disclosure, or other rights of any third party.

8.5.   Other Warranty.  NetSuite warrants that the Service shall be free of viruses, Trojan horses, worms, spyware, or other malicious code or components.

9.   Disclaimer Of Warranties.  EXCEPT AS STATED IN SECTION 8 ABOVE, NETSUITE DOES NOT REPRESENT THAT CUSTOMER'S USE OF THE SERVICE WILL BE SECURE, TIMELY, UNINTERRUPTED OR ERROR-FREE OR THAT THE SERVICE WILL MEET CUSTOMER'S REQUIREMENTS OR THAT ALL ERRORS IN THE SERVICE AND/OR DOCUMENTATION WILL BE CORRECTED OR THAT THE SYSTEM THAT MAKES THE SERVICE AVAILABLE WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE WARRANTIES STATED IN SECTION 8 ABOVE ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT AS STATED IN SECTION 8 ABOVE, THE SERVICE IS PROVIDED TO CUSTOMER ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND IS FOR COMMERCIAL USE ONLY. CUSTOMER ASSUMES ALL RESPONSIBILITY FOR DETERMINING WHETHER THE SERVICE OR THE INFORMATION GENERATED THEREBY IS ACCURATE OR SUFFICIENT FOR CUSTOMER'S PURPOSES

## NetSuite License Agreement

'0. Limitations Of Liability. CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OR THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, OR NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT. The maximum liability of either party to any person, firm or corporation whatsoever arising out of or in the connection with any license, use or other employment of the Service, whether such liability arises from any claim based on breach or repudiation of contract, breach of warranty, tort, or otherwise, shall in no case exceed the equivalent of 12 months in license fees applicable at the time of the event. The essential purpose of this provision is to limit the potential liability of the parties arising from this Agreement. The parties acknowledge that the limitations set forth in this Section are integral to the amount of consideration levied in connection with the license of the Service and that, were NetSuite to assume any further liability other than as set forth herein, such consideration would of necessity be set substantially higher. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer. THE LIMITATION OF LIABILITY SET FORTH IN THIS SECTION SHALL NOT APPLY TO EITHER PARTY'S INDEMNITY OBLIGATIONS SET FORTH IN SECTION 11 BELOW.

11. Indemnification.

. 11.1. Infringement. NetSuite will indemnify, defend and hold Customer harmless from and against any and all costs, liabilities, losses, and expenses (including, but not limited to, reasonable attorneys' fees) (collectively, "Losses") arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against Customer which arise out of or result from the infringement of any copyright, patent, trademark, or misappropriation of a trade secret relating to the Service; provided that Customer (a) promptly gives NetSuite notice of the claim, suit, action, or proceeding; (b) gives NetSuite sole control of the defense and related settlement negotiations; and (c) provides NetSuite with all reasonably available information and assistance necessary to perform NetSuite's obligations under this paragraph. If the Service is held to infringe any intellectual property right, NetSuite may, in its sole discretion and at its own expense, either procure a license that will protect Customer against such claim without cost to Customer or replace the Service with a non-infringing Service. Provided that NetSuite complies with this Section 11.1, Customer shall have no remedy against NetSuite, except it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

11.2. Disclosure Of Customer Data. NetSuite will fully indemnify, defend and hold Customer harmless from and against any Losses arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against Customer which arise out of or result from NetSuite's gross negligence in preventing unauthorized access to confidential Customer Data, or NetSuite's willful disclosure of such confidential Customer Data, as determined by a court of competent jurisdiction in connection with a claim by a third party alleging a breach of confidentiality. In addition, NetSuite will indemnify Customer up to an amount equal to five (5) times the equivalent of 12 months of license fees applicable at the time of the event, from and against any Losses incurred by Customer with respect to any third party claim, suit, action, or proceeding arising out of or relating to NetSuite's breach of Section 5.12 of this Agreement (which breach that does not rise to the level of gross negligence in preventing unauthorized access to confidential Customer Data or NetSuite's willful disclosure of such confidential Customer Data as described in Section 11.2). NetSuite's indemnification obligations under this Section 11.2 are expressly premised upon Customer (a) promptly giving NetSuite notice of any such third party claim, suit, action, or proceeding; (b) giving NetSuite sole control of the defense and related settlement negotiations; and (c) promptly providing NetSuite with all reasonably available information and assistance necessary to perform NetSuite's obligations under this Section 11.2. Provided that NetSuite complies with this Section 11.2, Customer shall have no remedy against NetSuite, except it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

11.3 Customer's Indemnity. Customer shall defend and hold NetSuite harmless from and against any and all Losses arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against NetSuite which arise out of or result from a claim by a third-party (i) alleging that the Customer Data or any Trademarks, or any use thereof, infringes the intellectual property rights or other rights, or has caused harm to a third party, or (ii) arising out of Customer's breach of Section 5.5 and 5.12 above, provided that NetSuite (a) promptly provides Customer notice of the claim, suit, action, or proceeding; (b) gives Customer sole control of the defense and related settlement negotiations; and (c) provides Customer with all reasonably available information and assistance necessary to perform Customer's obligations under this paragraph.

11.4. Survival. The indemnification obligations contained in this Section 11 shall survive termination of this Agreement for one year.

12. Miscellaneous. This Agreement shall inure to benefit and bind the parties hereto, their successors and assigns, but

## NetSuite License Agreement

neither party may assign this Agreement without written consent of the other, except such consent is not required to the successor of all or substantially all of the assignor's business or assets. This Agreement does not create any joint venture, partnership, agency, or employment relationship between the parties, although NetSuite reserves the right to name Customer as a user of the Service. This Agreement (and any Exhibits hereto) represent the entire agreement of the parties and supercedes all prior discussions and/or agreements between the parties and is intended to be the final expression of their Agreement. It shall not be modified or amended except in writing signed by both parties. In the event of an express conflict between the terms of this Agreement and the terms of any Exhibit, the verbiage of this Agreement controls. This Agreement shall be governed in accordance with the laws of the State of California and any controlling U.S. federal law. Any disputes, actions, claims or causes of action arising out of or in connection with this Agreement (or the Service) shall be subject to the exclusive jurisdiction of the state and federal courts located in California. If any provision is held by a court of competent jurisdiction to be contrary to law, such provision shall be limited or eliminated to the minimum extent necessary so that this Agreement shall otherwise remain in full force and effect. In the event of any litigation of any controversy or dispute arising out of or in connection with this Agreement, its interpretations, its performance, or the like, the prevailing party shall be awarded reasonable attorneys' fees and/or costs. Neither party shall be liable for any loss or delay resulting from any force majeure event, including, but not limited to, acts of God, fire, natural disaster, terrorism, labor stoppage, war or military hostilities, criminal acts of third parties, and any payment date or delivery of Service date shall be extended to the extent of any delay resulting from any force majeure event. Sections 5.12, 6.4, 9, 10, and 12 shall survive the termination or expiration of this Agreement.

13. Definitions.

A. "Customer Data" shall mean any data, information, or other materials of any nature whatsoever, provided to NetSuite by Customer in the course of implementing and/or using the Service.

B. "Electronic Communications" shall mean any transfer of signs, signals, text, images, sounds, data or intelligence of any nature transmitted in whole or part electronically.

C. "Knowledge Base" means the online application known as "Knowledge Base" which is designed to present timely information that addresses more sophisticated questions that often apply to more specific circumstances. It currently contains more than 2,000 solutions that are available 24 hours a day/7 days a week.

D. "Seat(s)" means a unique login for each general access user.

E. "Term" means any Initial Term and/or Renewal Term as defined in Section 4 of this Agreement.

F. "User Guides" means the detailed guides that explain the workflow and setup of features like SFA and Marketing, Customer Service and Web Store.

THE PARTIES ACKNOWLEDGE THAT THEY HAVE READ THIS AGREEMENT, UNDERSTAND IT AND AGREE TO BE BOUND BY ITS TERMS, AND THE PERSON SIGNING ON BEHALF OF EACH HAS BEEN AUTHORIZED TO DO SO.

ACKNOWLEDGED AND AGREED:

| CUSTOMER | NETSUITE, INC. |
|---|---|
| By: | By: |
| Print Name: Joshua Troutdale | Print Name: Jong Giantini |
| Title: CTO | Title: JPM |
| Company: CIKC Worldwide | Date: 4/25/07 |
| Date: 3/31/07 | |

## NetSuite License Agreement

### Exhibit A – SERVICE LEVEL AGREEMENT

NetSuite conducts maintenance and upgrades during scheduled times. The scheduled time for maintenance and upgrades is Friday and Saturday nights from 10 p.m. to 3 a.m. PST/PDT. NetSuite does not perform these upgrades during the first or last weekends of each month. Outside of this time NetSuite, Inc. guarantees 99.5% uptime. If in a calendar month these uptime commitments are not met, NetSuite shall credit Customer with one month of fees. Credit or refund shall include amounts for License fees and Customer Support.

NetSuite reserves the right on approximately a quarterly basis to issue new releases in which NetSuite adds functionality to the Service. Customer acknowledges that these periodic major releases can take several hours to complete.

In the event that NetSuite in its sole discretion determines that any unscheduled maintenance is necessary, NetSuite will use commercially reasonable efforts to notify Customer.

## NetSuite License Agreement

### Exhibit B – SECURITY

**Security Overview**

NetSuite's security strategy is to protect Customer Data at multiple levels, which includes data security, data integrity, and data privacy. NetSuite currently uses products by Oracle, Cisco Systems, Trend Micro, Veritas, and Network Associates.

To ensure the privacy, security, and availability of Customer Data and transactions, NetSuite employs the following technologies in delivering its service.

* Secure Data Center
* Encrypted User Authentication
* Internet Firewalls
* Network Translation and Proxy Services
* Secure Socket Layer Data Encryption (SSL)
* Redundant, Highly Available Routers and Switches
* Redundant, Highly Available, and Secure Web and Application Servers
* Redundant, Highly Available Power
* Redundant, Highly Available Data Access
* Regularly Scheduled Backups, Offsite Storage
* Highly Available Application
* Secure Operating Systems
* Data Security

**Data Center Security**

NetSuite's production systems are located in one of the leading co-location facilities in the United States. Production web, application, and database servers along with network equipment are housed in a suite at the co-location facility which provides 24x7security. To access the suite there are several levels of security that must be passed where each entry point provides state of the art card readers, scanners, and other access devices. Access to the facilities requires photo, encoded ID, and palm print.

**Network Security**

NetSuite's network is protected by redundant firewalls and monitored for unauthorized access. Firewall logs are constantly monitored, and the logs are reviewed on a regular basis. Leading-edge firewall equipment has been chosen to protect the network. The network has been architected to be highly reliable and redundant. If a router, load balancer, or firewall should fail, there is redundancy built in that would allow failover to take place, without causing a loss of service to our customers.

**Data Security and Availability**

NetSuite's uses 128-bit domestic and 64 bit international SSL encryption to protect the customer's data as it leaves our site. NetSuite uses ssh encryption via RSA (sah1) and DSA (sah2) public keys for communication between servers. Oracle databases are protected by firewalls against unauthorized usage.

NetSuite's OS and databases do not share the same passwords. Database users are restricted to a controlled list; individual activities are restricted, logged and monitored.

Data is stored on highly redundant storage systems. The Oracle DB servers are configured in either a RAID 5 or RAID 1 (mirror) configuration. The main data, and archive and redo logs are written not only to this primary storage sub system on the server, but also written to network attached storage. The network attached storage has its own redundancy and is configured for cluster failover.

Each customer owns his/her data and can export it from NetSuite, and the administrator user can export at any time. Customers can export their data from NetSuite by doing a CSV or IIF export.

**Secure Application Access**

NetSuite's users access the application using password authentication which is encrypted via 128-bit SSL. The robust design of the application prevents a customer from accessing another customer's data. There are several layers of protected servers that stand between the web page where the customer logs in and the actual data.

**System Security**

NetSuite uses tightly controlled passwords on its servers and network equipment. NetSuite limits access to production systems to authorized personnel only. Passwords are changed on a regular basis. Security updates to the operating systems are tracked and updated as necessary.

# NetSuite License Agreement

## System Reliability

NetSuite looks at its application as well as the infrastructure as a tightly integrated system. All aspects of the system are designed to be reliable to ensure continued availability in the event that a component fails. All web and application servers are configured in a redundant manner. NetSuite has spare servers ready to deploy at a moments notice in the event of an equipment failure. The networking equipment is also configured in a manner to permit replacement equipment to be available within a few hours. NetSuite chooses equipment of the highest quality to power our application.

NetSuite has in place an expert team to provide services for server and network management, monitoring, backups, and other necessary maintenance. System administrators respond to monitoring alerts 24x7 and repair critical failures immediately.

## Data and Backups

Customer data is stored on a server that is configured with RAID 5 or RAID 1 (mirror) redundancy. In the event of a disk failure, the customer will not experience an interruption of service. In addition to the server configured with RAID 5 or RAID 1, data is also stored on network attached storage which has its own built in redundancy, thus providing an extra layer of data protection.

All customer data is automatically backed up daily to a tape library system. Tapes are taken offsite to a secure location that is designed to safeguard tapes under almost any environmental condition. The offsite facility exceeds industry storage requirements and is 100 miles away from the data center. Unless Customer provides written approval, NetSuite shall not update or provide any maintenance upgrades or updates to the systems during the last week or first week of any calendar quarter.

EXHIBIT B

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...



## FW: Estimate #58630 from NetSuite, Inc.

Getner, Errol [egetner@netsuite.com]

To help protect your privacy, Outlook Web Access has blocked some images, sounds, or forms that can communicate your information to other web sites. If you are sure that this message is from a trusted sender and you want to re-enable the blocked features, click here

| Sent: | Monday, April 23, 2007 4:34 AM |
| To: | Joshua Trousdale; Joshua Trousdale |
| Attachments: | NetSuite CIPC Enterprise license agreement.doc (109 KB) [Open as Web Page] |

Good Day Josh:

We were very glad to receive your email to learn that you have agreed to adopt the NetSu
solution.

I have amended the Estimate (below) which I believe reflects the initial changes that you
suggested. I am attaching the revised Enterprise License Agreement to reflect these
changes.

To execute the transaction, kindly sign the:

- Estimate
- SoW
- License Agreement

Please Fax all documents to:

480.393.8989

With kindest regards,


Errol


PS: You will note that the advanced workshop in the Estimate is scheduled for San Mateo
(instead of Toronto as requested). I believe there is a discrepancy between my choices fo
estimate and the dates online.

We will find out which is correct and advise...it appears that the Toronto Intro Workshop i
May 14-17 and Advanced will be May 22-24 but I will confirm and get back with you.

Cheers,

E


-----Original Message-----
From: Billing
Sent: Monday, April 23, 2007 4:17 AM
To: Getner, Errol
Subject: Estimate #58630 from NetSuite, Inc.

## Estimate

| Date | 3/23/2007 |
| Estimate # | 58630 |

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light     http://infonet.cipc.nix/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

- Deleted Items (035)
- Drafts (10)
- Inbox (0)
- Junk E-Mail (20)
- Sent Items

Click to view all folders at

- Personal (18)
- Manage Folders

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com
**Bill To**
Joshua Trousdale, Ph.D
CIPC Worldwide Holdings
555 West Hastings
Vancouver BC V5P 1X7
Canada

| | | |
|---|---|---|
| Acct. No. | 684475 | |
| Expires | 4/30/2007 | |
| Sales Rep | GETNER, ERROL M | |
| Terms | Net 30 | |
| Partner | | |
| Affiliate Code | | |
| PO Number | | |

| Item | Qty | Description | Term Mos. | Amount | T |
|---|---|---|---|---|---|
| NetSuite | 1 | NetSuite License includes<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated UPS or FedEx shipping<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Productivity tools including contacts/calendar/events<br>** NetCommerce publishing engine with integrated catalog, secure shopping cart and customer self-service<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer Center and Partner Center logins<br>** 5 Employee Self-Service Users<br>** 30,000 integrated mail/merges per month<br>** 120,000 emails per year with no single blast exceeding 20,000 recipients<br>** 100 GB/month Webstore/Site Bandwidth<br>** 10 GB of data storage<br>** 500 integrated Web store items<br>** 6,000 Webstore orders per year. Additional Webstore orders will be charged $0.50 per order, billed quarterly in arrears.<br>** All Oracle Database & Application Server O/S, licenses | 12 | 5,988.00 | Y |
| NetSuite User | 15 | General access user for NetSuite. | 12 | 17,820.00 | Y |
| NetCARE Gold Customer Support Package | 1 | The NetCARE Gold Customer Support Package provides support during normal business hours, and priority queuing of calls and emails. Telephone support is provided via a toll free line. An unlimited number of cases, including weekend e-mail support, is included. NetSuite's goal is to respond to all NetCARE Gold Customer Support email cases within 1 business day.<br>Integration Support is included. | 12 | 6,547.20 | Y |

4/23/2007 8:56 AM

FW: Estimate #55630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

| | | | | |
|---|---|---|---|---|
| Suite Foundations - Intro 4 Day - (May07) - Toronto | 2 | ENTER NAME OF PERSON ATTENDING This four-day introductory course is designed to provide NetSuite Super-Users with an overview of NetSuite, including setup and configuration, users and roles, and an intro to CRM, ERP and Customization. Through hands-on exercises, you will gain an understanding of the basic system set-up and an overview of the CRM and ERP functionality. Class will be held at NetSuite headquarters in Toronto, ON - May 14th - 17th, 2007 By acceptance of this Order, Training attendees acknowledge and accept NetSuite's training cancellation policies, detailed below: Cancellation of attendance within 14 days of Day 1 of the class, or failure of attendee to attend without cancellation 14 days prior to Day 1 of the class, will result in a 50% cancellation penalty. Attendance at a future class will require pre-payment of the remaining 50% balance due prior to seat confirmation . | 1 | 6,400.00 | Y |
| Suite Foundations - Advanced 3 Day - (Jun07) - San Mateo | 2 | ENTER NAME OF PERSON ATTENDING This three-day course is a follow-on to Part I and is designed to provide NetSuite Super-Users with a deeper view of NetSuite. Through hands-on exercises, you will gain an understanding of advanced concepts in the area of CRM and ERP functionality as well as Customization. Class will be held at NetSuite headquarters in San Mateo, CA - June 12th-14th, 2007 By acceptance of this Order, Training attendees acknowledge and accept NetSuite's training cancellation policies, detailed below: Cancellation of attendance within 14 days of Day 1 of the class, or failure of attendee to attend without cancellation 14 days prior to Day 1 of the class, will result in a 50% cancellation penalty. Attendance at a future class will require pre-payment of the remaining 50% balance due prior to seat confirmation. | 1 | 4,800.00 | Y |
| Implementation Service | 1 | The price for the Implementation Service is a FIXED BID per the Statement of Work dated April 19, 2007 | 3 | 57,700.00 | Y |

| | |
|---|---|
| Subtotal | 109,255.20 |
| Tax (Canadian GST 6%) | 6,555.31 |
| **Total** | **$115,810.51** |

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipe.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE:

Print                                    Signature                                    Date    3/30/2007

EXHIBIT C



# Statement of Work for

## CIPC Worldwide Holdings

## Netsuite Implementation – Phase I

## April 19, 2007

 **NETSUITE**
ONE SYSTEM. NO LIMITS.

**Statement of Work**

# Statement of Work
## Table of Contents

1. PROJECT SCOPE ................................................................................. 3

2. PROJECT APPROACH .......................................................................... 9

3. PROJECT SCHEDULE ......................................................................... 12

4. PROJECT TEAM .................................................................................. 13

*5. PROJECT ASSUMPTIONS .................................................................. 18

6. PRICING ............................................................................................... 20

7. WARRANTIES, DISCLAIMERS, LIMITATION OF LIABILITY .............. 21

8. SIGNATURES ...................................................................................... 22

**Confidentiality Notice:**

The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished in delivering a successful project at Customer. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.


**Statement of Work**

# 1. Project Scope

This Statement of Work ("SOW") dated **January 1, 2007** describes the services to be performed by NetSuite Inc. ("NetSuite") for **CIPC Worldwide Holdings** ("Customer") (collectively "Parties") in conjunction with the License Agreement (the "License Agreement") executed between the Parties. Once executed by the Parties, this SOW shall be incorporated by reference into the License Agreement.

## 1.1. Purpose of this Section

This section of the SOW details the functional scope of this phase to the Customer's implementation project. The relevant functions within the NetSuite application are listed, with constraints identified for certain portions of the product. Only those functional areas listed within the section are considered in-scope for this phase of the implementation project.

## 1.2. Process Mapping

As a first step in the implementation project, NetSuite will perform a detailed Process Mapping exercise with the Customer, to more fully understand and document the Customer requirements in each functional area.

NetSuite will provide process mapping sessions using NetSuite best practices as the model. These sessions will be conducted via a web conference and will be scheduled as necessary.

The deliverable of these process mapping sessions is a "Business Requirements Document" that describes in detail the Customer's business processes. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.

## 1.3. Data Migration

NetSuite will import the following data from Customer's legacy systems into the NetSuite Application:

| Entity Data Element | Current System of Record for Data | Number of List Records to be Imported |
|---|---|---|
| Chart of Accounts | | Up to 0 List Records |
| Customers | | Up to 0 List Records |
| Leads | | Up to 0 List Records |
| Prospects | | Up to 0 List Records |
| Vendors | | Up to 0 List Records |
| Employees | | Up to 0 List Records |
| Partners | | Up to 0 List Records |
| Contacts | | Up to 0 List Records |
| Items | | Up to 50000 List Records |
| Sales Tax Items | | Up to 0 List Records |
| Notes | | Up to 0 List Records |
| Tasks | | Up to 0 List Records |
| Events | | Up to 0 List Records |
| Cases | | Up to 0 List Records |
| Knowledge Base Topics | | Up to 0 List Records |

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/0; GMT-5:00 Pg 04-22

 **NETSUITE**
ONE SYSTEM NO LIMITS

**Statement of Work**

| Knowledge Base Solutions | | Up to 0 List Records |
| Custom Records | | Up to 0 List Records |
| Transactional Data Element | Current System of Record for Data | Number of line items to be imported |
| Opportunities | | Up to 0 Line Items |
| Sales Orders (open) | | Up to 0 Line Items |
| Invoices and Cash Sales (std.) | | Up to 0 Line Items |
| Invoices (with Rev Rec) | | Up to 0 Line Items |
| Customer Payments | | Up to 0 Line Items |
| Return Authorizations | | Up to 0 Line Items |
| Purchase Orders (open) | | Up to 0 Line Items |
| Vendor Bills | | Up to 0 Line Items |
| Credit Memos | | Up to 0 Line Items |
| Journal Entries | | Up to 0 Line Items |

## 1.4. Data Migration Responsibility

Customer will be responsible for the necessary data extraction, data consolidation and data cleansing work required for all data migration outlined above. NetSuite will provide Customer with templates for each data type to be migrated and will advise Customer on best practices for data consolidation and data planning.

© 2007 NetSuite, Inc.
Proprietary and Confidential



Statement of Work

## 1.5. System Configuration

### 1.5.1. Front Office: CRM

| Functional Area | Description/Constraints |
|---|---|
| Customer Relationship Management | <ul><li>Customer record setup, configuration, and management</li><li>Contact record setup, configuration, and management</li><li>CRM forms and fields customization overview</li><li>Activity management<ul><li>Messages</li><li>Tasks</li><li>Phone Calls</li><li>Calendar Events</li><li>Email</li></ul></li><li>Duplicate detection</li></ul> |
| Sales Force Automation | <ul><li>Sales Stage/Customer Status management</li><li>SFA Forms and Fields Customization Overview</li><li>Online Lead forms setup and configuration</li><li>Sales Territory management/Lead routing rules</li><li>Estimate management</li><li>Opportunity management</li><li>Quota management</li><li>Sales reporting</li></ul> |
| Incentive Compensation | <ul><li>Commissions setup, configuration, and management<ul><li>Creation of up to 2 Schedules</li><li>Creation of up to 2 Plans</li></ul></li><li>Partner Commissions/Royalties</li><li>Commissions reporting</li></ul> |
| Partner Relationship Management (PRM) | <ul><li>Partner record setup, configuration, and management</li><li>Contact record setup, configuration, and management</li><li>Activity management<ul><li>Messages</li><li>Tasks</li><li>Phone Calls</li><li>Calendar Events</li><li>Email</li></ul></li><li>Partner Center setup</li></ul> |
| Advanced Partner Center | <ul><li>Advanced Partner Center setup and role management</li></ul> |

© 2007 NetSuite, Inc.
Proprietary and Confidential



**Statement of Work**



| CRM Configuration | • Customize up to 1 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles) <br> • Customize up to 1 CRM forms (example: task, case) <br> • Customize up to 1 Transaction forms (example: opportunity, estimate, sales order) <br> • Creation of up to 1 Entity fields <br> • Creation of up to 1 CRM fields <br> • Creation of up to 1 Item fields <br> • Creation of up to 1 Transaction Body fields <br> • Creation of up to 1 Transaction Column fields |
|---|---|

© 2007 NetSuite, Inc.
Proprietary and Confidential

Statement of Work

 NETSUITE

### 1.5.2. Back Office: ERP

| Functional Area | Description/Constraints |
|---|---|
| Accounting | • General Ledger/COA<br>  ○ Accounting Period Management<br>  ○ Setup and configuration of Opening Account Balances<br>  ○ Financial Reporting<br>• Accounts Receivable<br>  ○ Invoicing<br>  ○ Payments<br>  ○ Customer Credits<br>• Accounts Payable<br>  ○ Bills<br>  ○ Checks<br>  ○ Vendor Credits<br>• Departments, Classes, and Locations<br>• Accounting Forms and Fields Customization Overview<br>• Accounting reporting |
| Multi-currency | • Multi-currency setup and configuration<br>  ○ Conversion adjustment account setup<br>  ○ Multi-currency Item pricing setup |
| Item Management | • Item record setup, configuration, and management<br>  ○ Item pricing setup and configuration<br>• Item Forms and Fields Customization Overview<br>• Item/Inventory reporting |
| Order Management | • Order Entry process management<br>• Order Forms and Fields Customization Overview<br>• Fulfillment management<br>• Drop ship and Special Order management |
| Purchasing | • Purchase Order record setup, configuration, and management<br>• Purchasing/Vendor management<br>• Purchasing reporting |
| ERP Configuration | • Customize up to 1 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Customize up to 1 Transaction forms (example: sales order, invoice, credit memo, cash sale)<br>• Customize up to 1 Item forms<br>• Creation of up to 1 Entity fields<br>• Creation of up to 1 Item fields<br>• Creation of up to 1 Transaction Body fields<br>• Creation of up to 1 Transaction Column fields |

© 2007 NetSuite, Inc.
Proprietary and Confidential

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/07C...i-5:00 Pg 08-22



Statement of Work

## 1.6. Administrator Set-up Training

NetSuite will provide ongoing training on how to administer the NetSuite application to the Customer Implementation Lead throughout the implementation process. This training will primarily take place via web conferencing and will focus on the areas summarized in Section 1.5, System Configuration.

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)     01:07 04/24/07 GMT-5:00 Pg 09-22



**Statement of Work**

## 2. Project Approach



This implementation approach overview is intended to be a guide, and not all components will apply to each project.

## 2.1. Implementation Approach Overview – Shared Responsibility

The NetSuite implementation approach is based on the concept of shared project responsibility. NetSuite works with a customer to plan the implementation – its functional scope, the schedule, the resources, and the budget. Upon completion of the plan, each party has a set of project responsibilities, which must be completed in a timely manner, to ensure the project meets its objectives.

Additionally, NetSuite consultants will teach a customer how to configure and maintain the system in order for a customer to become self-sufficient with the functionality. For example, NetSuite will show a customer how to create a billing schedule in order for Customer to enter their remaining billing schedules into the application. This is a fundamental principle of the NetSuite approach – shared project responsibility.

All Implementations at NetSuite follow three phases as outlined in the figure above:

1) Planning Phase
2) Configuration Phase
3) Deployment Phase

## 2.2. The Planning Phase

### 2.2.1. Introductory Administrator / Sponsor Meeting

NetSuite will conduct a 1 to 2 hour introductory session with Customer Team via web conference. The purpose of this session is for the NetSuite implementation team to introduce itself to the Customer Executive Sponsor and Administrator and to introduce the people and processes involved in this NetSuite implementation will serve as the foundation for the project.



**Statement of Work**

### 2.2.2.  Implementation Kickoff

NetSuite will conduct a kick off session with Customer Team. This session will be delivered via web conferencing and will last between one and two hours and will set and prioritize the goals of the implementation project.

### 2.2.3.  Project Planning

NetSuite will provide a standard format project plan as a framework for all implementations. This project plan will highlight the tasks that must be executed and resources that must be assigned in order to complete your NetSuite Implementation.

### 2.2.4.  Requirements Gathering, Business Process Mapping and Gap Analysis

NetSuite will build upon the solution(s) presented in the pre-sales process and gather the complete requirements for this implementation as outlined in Section 1.2, Process Mapping.

NetSuite will interview key business process owners and provide some business process questionnaires and business process flow diagrams to help facilitate this endeavor. In all cases, these requirements will be synthesized into a final Business Requirements Document.

The purpose of this exercise is:

1) To develop a detailed understanding of Customer's business processes prior to starting the implementation. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.
2) To identify gaps and document requirements between Customer's needs and NetSuite capabilities and to agree on solutions and workarounds.

NetSuite will require sign-off by the Customer Implementation Project Lead / Administrator on the finished Business Requirements Document prior to proceeding with the implementation.

**Best Practice Note:** Implementation overruns are frequently caused by insufficient business requirements specifications.

## 2.3.  Configuration Phase

### 2.3.1.  NetSuite Configuration

NetSuite will work with the Customer's System Administrator to configure and customize the application through the User Interface.  This will be a combined effort, where NetSuite will provide best practices guidance and knowledge transfer based upon the business process mapping in the planning stage, and the Customer will take the primary role in configuring the application.

### 2.3.2.  Testing

Customer is responsible for all testing; user, system and regression testing of all configurations and customizations within their NetSuite system.

### 2.3.3.  Administrator Setup

Training of the Customer's System Administrator on NetSuite best practices will occur throughout this phase and will specifically focus on how to implement and configure the application.

**Statement of Work**

 **NETSUITE**

*Note – for Non Quickbooks import, use Section 2.3.4 and for QB import, use Section 2.3.5*

### 2.3.4. Data Migration Overview

Data migration involves three (3) steps.

> Step 1: Extraction, Consolidation and Cleansing
> Step 2: Transformation and Loading
> Step 3: Error Resolution

### 2.3.4.1 Phase 1: Data Extraction, Consolidation and Cleansing:

The Customer is responsible for the timely data extraction, data consolidation and data cleansing work required for all data migration outlined in this document in Section 1.3 Data Migration. NetSuite will provide Customer with Comma Separated Value (CSV) templates early in the implementation phase for each data type to be migrated and will advise Customer on best practices for data consolidation.

Although the data may come from multiple sources, the Customer is responsible for consolidating the cleaned source data into one set of files for import.

### 2.3.4.2 Phase 2 – Data Transformation and Loading:

NetSuite will convert the Customer's data, one (1) record type at a time, from Comma Separated Value (CSV) format into Small-to-Medium Business eXtensible Markup Language (smbXML) to facilitate the migration of the data. Prior to the final loading of each record type, a small test of around ten (10) records will be performed.

All additional test data loads into the primary (or other) NetSuite account must be explicitly negotiated and described within the Statement of Work (SOW) in order to be performed.

### 2.3.4.3 Phase 3 – Data Error Resolution:

Any errors that occur following the primary data load are consolidated by NetSuite into a concise data error report which is then sent to Customer's primary data migration contact. It is the responsibility of the primary data migration contact to quickly and accurately resolve these errors in order for the data migration to be completed in a timely fashion. NetSuite will not make any changes to the raw data set without written confirmation from the Customer.

**Best Practice Note:** A large number of delays in implementation are caused by delays in data migration. Please allocate adequate resources and time to this task.

## 2.4. Deployment

Prior to the completion of the NetSuite implementation and the Go-Live process, the Deployment phase can begin. During this phase, NetSuite Professional Services will assist the Customer with the transition to the support organization for a period of up to two (2) weeks. NetSuite Professional Services may be contacted subsequently for additional billable work as required by Customer. At this point, the Netsuite application is configured and able to operate in a production mode and the project is completed.

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/07  ..T-5:00 Pg 12-22

Statement of Work



## 3. Project Schedule

### 3.1. Creation of a Project Work Plan

Customer will be contacted within ten (10) business days to schedule the start of this project after the final signature on this SOW. The project start date will be determined in a collaborative manner as one of the first project milestones upon the initiation of the project. NetSuite resources will be scheduled according to the agreed upon project plan and will remain on the project for that duration. Any additional need of NetSuite resources will be handled through the Change Management process outlined in the Assumptions section of this document.

The project work plan will drive the schedule of the Customer Implementation. It will highlight key milestones, assign resources to tasks, identify dependencies between tasks, and provide deadlines when work must be completed.



**Statement of Work**

## 4. Project Team

It is our experience that when NetSuite and the Customer share responsibility for implementation, the project is successful. More importantly, this joint ownership greatly enhances the Customer's ability to manage the NetSuite application after the implementation project is completed.

This SOW is created with the assumption of joint staffing and joint ownership of the implementation project. The pricing and schedule reflect this important assumption. In the event the Customer is not able to fulfill their staffing obligation on the project, this will result in a Change Order to this SOW, as outlined in the Change Management Process outlined in the Assumptions section of this document.

The primary contact from NetSuite for the scheduled duration of this project will be an assigned Project Manager. NetSuite provides project support to the Customer Project Manager; however, Customer will manage their resources and expected project tasks.

### 4.1. NetSuite Resources – Project Team Roles

NetSuite will work with Customer Team to assist with the delivery of this implementation.

| Role | Responsibilities |
|------|------------------|
| Project Manager | NetSuite will provide a Project Manager (PM) to the implementation. The PM will provide a leadership role on project team to serve as escalation point for the Customer and project team. Responsible for managing NetSuite resources and adherence to project plan as well as any risk and implementation issues that might need to be addressed. |
| Consultant | Primary contact for duration of Implementation Project. Will work extensively with the Customer Implementation Project Lead to develop the processes, system configuration and customizations necessary to meet the business requirements. Although NetSuite has a shared services model, this resource is the key point of contact for all implementation concerns – administrator meetings, deliverable production, training services coordination, project planning, administration and monitoring. |
| Trainer | Resource to the implementation which will facilitate the training delivery for all end-users. Works with the Implementation Manager in terms of understanding the business requirements, system configuration and level of customization to tailor their training delivery specific to each Customer. |
| Executive Sponsor | Vertical lead for Professional Services team, second level of escalation point for all project issue |

Statement of Work



## 4.2. Customer Roles

Customer is responsible for providing and ensuring the committed participation of all Customer resources required during this effort, including, but not limited to, the following personnel. Any person identified by Customer to work with NetSuite shall be considered by NetSuite to be a duly authorized representative of Customer fully capable of making decisions on business practices.

Below each list of responsibilities is the expected time each role will need to spend on the project. Please note that it is vital that each resource allocate adequate time to this project.

It is important to understand this is a list of project roles, not individuals, required to complete a NetSuite implementation project. Depending of the size of the Customer, a single individual may take responsibility for any number of roles.

| Customer Implementation Project Lead / NetSuite Administrator |
|---|
| **Responsibilities** |
| Responsible for overseeing the implementation and working with the NetSuite Professional Services Team on scheduling and planning guidance. Should have an understanding of the overall goals of the implementation and be able to make and or act upon most implementation decisions. This role will be responsible for all configuration tasks when implementation is completed. |
| Tactical Responsibilities: <br> • Attend all meetings <br> • Point of contact for all day to day project operations <br> • Coordinate subject matter experts and Customer project team <br> • Manage decision making resources <br> • Serve as gatekeeper for project issues log <br> • Point of contact for project status <br> • Manage Customer system requirements <br> • Learn Customer specific configuration <br> • Manage configuration decisions |
| **Estimated Time Commitment** |
| 3 to 4 days/week for the duration of the project |

© 2007 NetSuite, Inc.
Proprietary and Confidential

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/07GMT-5:00 Pg 15-22

Statement of Work


NETSUITE

| Sales Business Process Owner |
|---|
| Responsibilities |

Responsible for designing and approving business process flows for the entire sales process from lead routing to the close of a sale.

Tactical Responsibilities:
- Decision making on configuration
- Lead routing including the definition of sales territories.
- Forecasting rules
- Sales reporting relationships
- Quota management
- Commissions management
- Sales processes and approvals
- Sales Reporting

| Estimated Time Commitment |
|---|
| 1 to 3 days/week, depending on project phase |

| Customer Service/Support Process Owner |
|---|
| Responsibilities |

| Accounting Business Process Owner |
|---|
| Responsibilities |

Responsible for designing and approving business process flows for the entire accounting department.

Tactical Responsibilities:
- Decision making on configuration
- General Ledger structure
- Accounting processes and approvals
- Accounting and financial reporting

| Estimated Time Commitment |
|---|
| 1 to 3 days/week, depending on project phase |

© 2007 NetSuite, Inc.
Proprietary and Confidential

Statement of Work



| Inventory / Service / Accounting Item Business Process Owner |
| --- |
| **Responsibilities** |
| Responsible for designing and approving business needs around item and item inventory needs.

Tactical Responsibilities:
- Decision making on configuration
- Item record creation
- Inventory accounting
- Fulfillment Processes |
| **Estimated Time Commitment** |
| 1 to 3 days/week depending on project phase |

| Training Coordinator |
| --- |
| **Responsibilities** |
| Responsible for providing training on the NetSuite application and utilization of the NetSuite application in Customer team.

Tactical Responsibilities:
- Learn application functions and features
- Provide training on application
- Provide training materials |
| **Estimated Time Commitment** |
| 1 day/week in Planning, near full-time during Go-Live |

| Technical Coordinator |
| --- |
| **Responsibilities** |
| Data migration import and export resource responsible for all aspects of data and customization. Especially, migration tasks of cleansing data, considerations of merging data from all sources, determining master data source and compiling like data into one concise data file, ready for import:

- Drive decisions on data cleansing and integration into NetSuite
- Web development resource
- SuiteFlex™ |
| **Estimated Time Commitment** |
| 1 to 3 days/week, depending on project phase |

© 2007 NetSuite, Inc.
Proprietary and Confidential