**Statement of Work**


NETSUITE

| **Customer Extended Team** |
|---|
| Responsibilities |

Responsible for approving and testing the NetSuite functionality.

Tactical Responsibilities:
- Learn NetSuite application ahead of rollout
- Test configuration for usability
- Test processes against business processes and day to day management of organization
- Responsible for first line of defense for support questions

| Estimated Time Commitment |
|---|
| 1 to 3 days/week, depending on project phase |

| **Executive Sponsor** |
|---|
| Responsibilities |

Responsible for providing resources needed for successful implementation.

Tactical Responsibilities:
- Attend critical checkpoint meetings
- Promote process changes
- Serve as escalation point for project issues

| Estimated Time Commitment |
|---|
| .5 day/week to monitor project status |

## 4.3. Document sign off

Customer is responsible for acknowledging and responding to documents relating to this Implementation project. These documents could be requirements documents, escalation issues or end- of-project notices. Some documents will require Customer's signature / e-signature before we can continue with the implementation and Customer is responsible for responding in a timely and collaborative fashion.

## 4.4. Export of Customer Data

Customer acknowledges that certain software and technical data ("Restricted Data"), which may be in Customer's possession, custody, and/or control may be subject to export controls under the laws and regulations of the United States, the European Union and other jurisdictions. Customer will not provide NetSuite with any Restricted Data nor shall Customer cause or request NetSuite to export or re-export any such Restricted Data or to undertake any transaction in violation of any such laws or regulations. For avoidance of doubt, Customer's failure to abide by this item shall be considered a material breach of this SOW for which Customer will indemnify and hold NetSuite harmless.

© 2007 NetSuite, Inc.
Proprietary and Confidential

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)        01:07 04/24/07 ... F-5:00 Pg 18-22

Statement of Work

 **NETSUITE**
ONE SYSTEM NO LIMITS.

## 5. Project Assumptions

a. **SOW Expiration**: Unless otherwise agreed upon, the obligation of NetSuite to provide assistance to the Customer expires 12 months from the SOW date.

b. **Item updates**: It was decided that in Phase 1 of the implementation would not include any integration to update 3rd party vendor quantities for non-inventory items.

c. **Customer Resources Availability**: Project timeline estimates are based on availability of Customer resources and key decision makers. Lack of access to project stakeholders will impact project timelines and costs if decisions cannot be made in timely fashion.

d. **Report Customization**: NetSuite will provide training on how the standard reports function and on how to customize or create new reports; however, Customer is responsible for the generation of customized or modified reports.

e. **Search Customization**: NetSuite will provide training on how the standard searches function and on how to customize or create new searches; however, Customer is responsible for the generation of customized or modified searches, unless identified specifically for searches in the Configuration Section of 1.5.

f. **Customization Overview**: NetSuite will provide an overview on the general customization aspects of the forms and fields related to the functional areas being implemented as indicated in the SOW by the "(Area) Customization Overview". This overview is a knowledge transfer for the primary Administrator and included as a part of the Administrator Set-up Training indicated in Section 1.7. Specific form and/or field customizations related to specific business processes that are necessary and required deliverables of the project will be called out in detail within the Customization Sections of each of the major areas.

g. **SuiteFlex™ Customization**: Any SuiteFlex™ customization deliverables and/or requirements not identified in this SOW and discovered during the implementation process will be subject to a change order, priced according to complexity, and the Change Management Process outlined in the Assumption section of this document will be followed.

   1) Any SuiteFlex™ functionality delivered under this SOW will be supported by NetSuite Professional Services for a period of ten (10) days after such SuiteScript is accepted by Customer or ten (10) after project go-live. Beyond this period, any changes to the business processes supported by the code or to the level of functionality supplied will be subject to additional fees under a separate statement of work.

   2) In the event that NetSuite is required to create certain standard development tools, client-side and/or server-side SuiteScripts, and/or standard modules and routines for processing, developing and/or creating any deliverables under this SOW ("Tool(s)"). NetSuite reserves the right to reuse, copy, and distribute, in its sole discretion, and without royalty or other obligation, such Tool(s). To the extent required, Customer hereby grants NetSuite a non-exclusive, worldwide perpetual, irrevocable license to use and reuse any such Tool(s) in its discretion.

h. **Integration/Web Services**: Integration/Web Services is not covered by this SOW. In the event that requirements surface for this functionality during the implementation, the project team will scope the additional requirements and a separate SOW will be developed and the Change Management Process in the Assumptions section of this document.

© 2007 NetSuite, Inc.
Proprietary and Confidential



**Statement of Work**

i.   **Web Store HTML/CSS/JavaScript:** Although NetSuite directs the specifics of what needs to be configured for the implementation of the Web Store, NetSuite does not deliver programming (HTML/CSS/JavaScript) and/or graphic design services related to its completion. The Customer will be responsible to leverage the resources responsible to deliver these elements and coordinate them with the NetSuite Implementation Team.

j.   **Training Materials:** Any training materials will be the responsibility of the Customer to develop as part of the rollout plan. NetSuite will work with Customer to determine the training agenda and training content for the end user training sessions to support training from Customer's account.

k.   **Right to Developed Materials:** NetSuite hereby grants Customer a perpetual, non-transferable, non-exclusive, royalty-free license to use the developed materials mutually agreed to be developed by NetSuite and provided to Customer under this SOW. This license grant is for the same term and territory that NetSuite provides the Service under the License Agreement, including any extension, amendment or replacement thereof. All copyrights, patent rights, and any other intellectual property rights in such developed materials are retained by NetSuite.

l.   **Change Management Process:** In the event the Customer or NetSuite requests a Change in any of the specifications, requirements, or scope (including drawings and designs):

1)   The party seeking the change shall, by written notice, propose the applicable changes. Within forty-eight (48) hours of receipt of the written notice, each party's Project Leads shall meet, either in person or via telephone conference, to discuss the proposed changes ("Change Meeting"). The parties must mutually agree on any such changes and the changes shall be documented, in writing, and signed by both parties. In some cases a Change Request for additional funding may be required.

2)   In the event that the parties disagree about the proposed changes to the general scope, the parties shall, within forty-eight (48) hours from the date of the Change Meeting, identify a senior management officer who has decision-making authority for each of the respective Parties. The officers shall confer and work to reach a mutually agreeable conclusion that shall be documented, in writing, and signed by both parties.

**Statement of Work**



## 6 Pricing

The professional services described in this SOW are bid on a Fixed Price Implementation Basis. In the event there is a change in scope that impacts the fees below, the Change Management Process as outlined in the Assumptions section of this document, will be adhered to. The total fees for this Statement of Work are:

| | |
|---|---|
| Implementation: | $55,100 |
| Training: | $12,600 |
| Total: | $67,700 |

Any travel and living expenses incurred during travel to and from the Customer site will be the responsibility of the Customer in addition to this fee and will be billed as actual charges.

It is essential to NetSuite's ability to adhere to the schedule contemplated by this SOW that the Customer co-operates and responds promptly to NetSuite's requests for information relevant to the implementation described in this document.

Customer acknowledges and agrees to provide NetSuite with prompt and adequate responses to NetSuite's requests for information and other requests related to the services to be performed under this SOW. In the event that NetSuite has made a request and Customer has not responded promptly with the requested information, the NetSuite Consultant may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer. If Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW. In addition; all professional services fees associated with the SOW shall be considered earned in full as of the expiration of the thirty (30) day period. Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional professional services fees contemplated there under, even if listed in the original SOW.

NetSuite reserves the right to use third-parties (who are under a strict covenant of confidentiality with NetSuite), including, but not limited to, offshore sub-contractors to assist with the data migration, configuration, implementation and custom code development processes.

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/07 ᴄᴍT-5:00 Pg 21-22

Statement of Work

 **NETSUITE**
ONE SYSTEM. NO LIMIT.

## 7. Warranties, Disclaimers, Limitation of Liability

### 7.1. Warranties

.NetSuite warrants that (a) it and each of its employees, consultants and subcontractors, if any, that it uses to provide and perform Professional Services has the necessary knowledge, skills, experience, qualifications, rights and resources to provide and perform the services in accordance with this Agreement; and (b) the Professional Services will be performed for and delivered to Customer in a good, diligent, workmanlike manner in accordance with industry standards, laws and governmental regulations applicable to the performance of such services. If the Professional Services do not conform to the forgoing warranty, and Customer notifies NetSuite within ninety (90) days of the completion of the Professional Services, Customer's sole and exclusive remedy is to have NetSuite re-perform the non-conforming portions of the Professional Service. NetSuite will work diligently to correct any deficiencies and non-conformities until such deficiencies and non-conformities are corrected. NetSuite further warrants that its "best practices" referred to in Section 2.3 of this SOW meet or exceed the standards for practices generally prevailing in the CRM software industry.

### 7.2. Disclaimers

THE WARRANTIES STATED IN SECTION 7.1 (AND IN SECTION 8 OF THE LICENSE AGREEMENT) ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE PROFESSIONAL SERVICES PROVIDED TO CUSTOMER ARE ON AN "AS IS" AND "AS AVAILABLE" BASIS.

### 7.3. Limitations of Liability

CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, OR NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT. The maximum liability of NetSuite to any person, firm or corporation whatsoever arising out of or in the connection with any Professional Services shall be governed by Section 10 of the License Agreement. The essential purpose of this provision is to limit the potential liability of the parties arising from this SOW. The parties acknowledge that the limitations set forth in this Section are integral to the amount of consideration levied in connection with the Professional Services and that, were NetSuite to assume any further liability other than as set forth herein, such consideration would of necessity be set substantially higher. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer.

**Statement of Work**

 **NETSUITE**
ONE SYSTEM. NO LIMITS.

## 8. Signatures

The Parties acknowledge that they have had previous discussions related to the performance by NetSuite of Professional Services for Customer and the possible strategies which may be used by NetSuite to implement the functionality described in NetSuite's User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer. This SOW (including any Exhibits hereto) (and the License Agreement) shall constitute the entire understanding between Customer and NetSuite. This SOW expressly revokes and supersedes all prior agreements, understandings, verbal and/or written communications related to the Professional Services to be provided by NetSuite, and is intended as the final expression of the Parties agreement regarding the Professional Services to be provided by NetSuite. Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification (i) is a written instrument duly executed by the authorized representatives of both parties and (ii) references this SOW and identifies the specific Sections contained herein which are to be amended or modified.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives in one or more counterparts, each of which shall be deemed an original, and it shall be effective as of the last date executed below:

| Customer | NetSuite, Inc. |
|---|---|
| Name: Jeshua Kraesdale | Name: Todd E Guerrieri |
| Title: Chief Technology Officer | Title: Prof. Serv. |
| Signature: | Signature: |
| Date: April 19, 2007 | Date: 4/24/07 |

© 2007 NetSuite, Inc.
Proprietary and Confidential

**EXHIBIT D**

JUN-01-2007 05:10    From:                To:18668999451              Page:4/29

 **NETSUITE**

# Statement of Work for

## CIPC

## JIFFY WIRELESS

## 5/24/07

 **NETSUITE**

Statement of Work

# Statement of Work
# Table of Contents

1. PROJECT SCOPE ..................................................................... 3

2. PROJECT APPROACH ............................................................. 11

3. PROJECT SCHEDULE ............................................................. 15

4. PROJECT TEAM ..................................................................... 16

5. PROJECT ASSUMPTIONS ....................................................... 22

6. PRICING ................................................................................ 24

7. WARRANTIES, DISCLAIMERS, LIMITATION OF LIABILITY .............. 25

8. SIGNATURES ........................................................................ 26



Confidentiality Notice

The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished in delivering a successful project at Customer. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.



Statement of Work

# 1. Project Scope

This Statement of Work ("SOW") dated January 1, 2007 describes the services to be performed by NetSuite Inc. ("NetSuite") for CIPC/Jiffy Wireless ("Customer") (collectively "Parties") in conjunction with the License Agreement (the "License Agreement") executed between the Parties. Once executed by the Parties, this SOW shall be incorporated by reference into the License Agreement.

The terms and conditions and pricing listed in this SOW shall be valid for a period of thirty (30) days from the date that this SOW is provided by NetSuite to Customer and will expire unless executed by the Parties.

## 1.1. Purpose of this Section

This section of the SOW details the functional scope of this phase to the Customer's implementation project. The relevant functions within the NetSuite application are listed, with constraints identified for certain portions of the product. Only those functional areas listed within the section are considered in-scope for this phase of the implementation project.

## 1.2. Process Mapping

As a first step in the implementation project, NetSuite will perform a detailed Process Mapping exercise with the Customer, to more fully understand and document the Customer requirements in each functional area.

NetSuite will provide process mapping sessions using NetSuite best practices as the model. These sessions will be conducted via a web conference and will be scheduled as necessary.

The deliverable of these process mapping sessions is a "Business Requirements Document" that describes in detail the Customer's business processes. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.

## 1.3. Data Migration

NetSuite will import the following data from Customer's legacy systems into the NetSuite Application:

| Entity Data Element | Current System of Record for Data | Number of List Records to be Imported |
|---|---|---|
| Chart of Accounts | | Up to 0 List Records |
| Customers | | Up to 0 List Records |
| Leads | | Up to 0 List Records |
| Prospects | | Up to 0 List Records |
| Vendors | | Up to 0 List Records |
| Employees | | Up to 0 List Records |
| Partners | | Up to 0 List Records |
| Contacts | | Up to 0 List Records |
| Items | | Up to 0 List Records |
| Sales Tax Items | | Up to 0 List Records |
| Notes | | Up to 0 List Records |

 **NETSUITE**

Statement of Work

| Tasks | | Up to 0 List Records |
|---|---|---|
| Events | | Up to 0 List Records |
| Messages | | Up to 0 List Records |
| Cases | | Up to 0 List Records |
| Knowledge Base Topics | | Up to 0 List Records |
| Knowledge Base Solutions | | Up to 0 List Records |
| Custom Records | | Up to 0 List Records |
| **Transactional Data Element** | **Current System of Record for Data** | **Number of line items to be imported** |
| Opportunities | | Up to 0 Line Items |
| Sales Orders (open) | | Up to 0 Line Items |
| Invoices and Cash Sales (std.) | | Up to 0 Line Items |
| Invoices (with Rev Rec) | | Up to 0 Line Items |
| Customer Payments | | Up to 0 Line Items |
| Return Authorizations | | Up to 0 Line Items |
| Purchase Orders (open) | | Up to 0 Line Items |
| Vendor Bills | | Up to 0 Line Items |
| Credit Memos | | Up to 0 Line Items |
| Journal Entries | | Up to 0 Line Items |
| **Data Element** | **Current System of Record for Data** | **Number of Megabytes in your .QBW file** |
| Under 50 MB Quick Books .QBW File | QuickBooks | Customer's file size is # MB |
| Over 50 MB Quick Books .QBW File | QuickBooks | Customer's file size is # MB |
| Under 50 MB Quick Books .QBW File (QB Online) | QuickBooks Online can be back-converted to QuickBooks Pro / Premiere to generate a one-time .QBW file for Import | Customer's file size is # MB |

## 1.4. Data Migration Responsibility

Data migration was not initially identified as a requirement for this project. Customer will be responsible for the necessary data extraction, data consolidation, data cleansing, and data importation work required for all data migration. If such a requirement develops during this project and NetSuite data services are required, data migration work will need to be scoped and added to the project via authorized Change Order in which case the Change Management Process outlined in the Assumptions section of this document will be followed.

JUN-01-2007 05:11    From:                    To:18668993451              Page:8/29

 **NETSUITE**
UNLIMITED NO LIMITS

Statement of Work

## 1.5.  System Configuration

### 1.5.1.  Front Office: CRM

| Functional Area | Description/Constraints |
|---|---|
| Customer Relationship Management | • Customer record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• CRM forms and fields customization overview<br>• Activity management<br>   o Messages<br>   o Tasks<br>   o Phone Calls<br>   o Calendar Events<br>   o Email |
| Marketing Campaign Automation | • Campaign setup, configuration, and management<br>   o Audience configuration and management<br>   o HTML template creation (HTML provided by Customer)<br>• Campaign tracking and reporting |
| Sales Force Automation | • Sales Stage/Customer Status management<br>• SFA Forms and Fields Customization Overview<br>• Online Lead forms setup and configuration<br>• Sales Territory management/Lead routing rules<br>• Sales reporting |
| Issue Management | • Issue record setup, configuration, and management<br>   o Issue role and status management<br>   o Issue routing and review<br>• Issue tracking and reporting |
| CRM Configuration | • Configure up to 2 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Configure up to # CRM forms (example: task, case)<br>• Configure up to # Transaction forms (example: opportunity, estimate, sales order)<br>• Creation of up to 2 Entity fields<br>• Creation of up to 2 Transaction Body fields<br>• Creation of up to 2 Transaction Column fields<br>• |

JUN-21-2007 05:12   From:                    To:18668999451              Page:9/29



Statement of Work

1.5.2. Back Office: ERP

| Functional Area | Description/Constraints |
|---|---|
| Accounting | • General Ledger/COA<br>   o  Accounting Period Management<br>   o  Setup and configuration of Opening Account Balances<br>   o  Financial Reporting<br>• Accounts Receivable<br>   o  Invoicing<br>   o  Payments<br>   o  Customer Credits<br>• Accounts Payable<br>   o  Bills<br>   o  Checks<br>   o  Vendor Credits<br>• Departments, Classes, and Locations<br>• Accounting Forms and Fields Customization Overview<br>• Accounting reporting |
| Item Management | • Item record setup, configuration, and management<br>   o  Item pricing setup and configuration<br>• Item Forms and Fields Customization Overview<br>• |
| Order Management | • Order Entry process management<br>• Order Forms and Fields Customization Overview<br>• Fulfillment management<br>• Drop ship and Special Order management<br>• |
| Purchasing | • Purchase Order record setup, configuration, and management<br>• Purchasing/Vendor management |

1.5.3. Custom SuiteFlex™ Script Automation

 **NETSUITE**

Statement of Work

NetSuite will create the following custom script functionality using the NetSuite Tool "SuiteFlex™" within Customer's main Instance. For avoidance of doubt, Customer understands and agrees that during the scope of its work under this Section, NetSuite will not be altering or writing any source code whatsoever within the NetSuite application in an effort to achieve Customer's desired functionality:

### 1.5.4. Custom Records

NetSuite will create the following Custom Records within the account:

Customization Notes for Sections 1.5.3 and 1.5.4:
- The functionality and details outlined in this Section are general requirements and do not represent a technical design specification.
- Definition of the complete, detailed requirements and design related to this functionality will be finalized as soon as possible after the Implementation Kickoff.
- Customer is responsible to test all customizations and scripts.
- Scripts will not impact existing data in the NetSuite application.
- Any resulting modifications to the custom code functionality – naming conventions, increase in forms or fields, or workflow process - will result in a Change Order to this SOW, as outlined in Change Management Process in the Assumptions section of this document.

## 1.6. Administrator Set-up Training

NetSuite will provide ongoing training on how to administer the NetSuite application to the Customer Implementation Lead throughout the implementation process. This training will primarily take place via web conferencing and will focus on the areas summarized in Section 1.5, System Configuration.

## 1.7. End User Training

NetSuite will train end users on the implemented NetSuite functionality in the areas listed below. This training will take place via on-line web conferencing.

To maintain a productive learning environment, NatSuite recommends training sessions no larger than 10 participants per session. If training is required for more than 10 participants, an additional session may need to be created under the Change Management process outlined in Assumptions section of this document.

### 1.7.1. ERP End User Training

#### 1.7.1.1 Accounting End User Training Session



Statement of Work

| Accounting related roles: AP/AR/GL | Examples of topics covered: |
|---|---|
| • Accounts Payable<br>• Accounts Receivable<br>• General Accounting<br>• CFO | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Accounts Payable process<br>• Accounts Receivable process<br>• General Ledger and general accounting processes<br>• Order Management<br>• Searches/Reporting |

1.7.1.2   Warehouse/Shipping End User Training Session

| Warehouse/Shipping related roles: | Examples of topics covered: |
|---|---|
| • Warehouse Manager | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Receiving<br>• Shipping<br>• Inventory<br>• Searches/Reporting |

 NETSUITE

Statement of Work

### 1.7.2. CRM End User Training

#### 1.7.2.1 Sales Force Automation End User Training Session

| Sales Force Automation related roles: | Examples of topics covered: |
|---|---|
| • Sales Rep<br>• Sales Manager<br>• Sales Administrator | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Contacts versus Leads/Prospects/Customers<br>• Quote/Estimate and Sales Order Entry and Tips<br>• Searches/Reporting |

#### 1.7.2.2 Marketing End User Training Session

| Marketing related roles. | Examples of topics covered: |
|---|---|
| • Marketing Assistant<br>• Marketing Manager<br>• Marketing Administrators | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Developing a marketing Campaign<br>• Managing Documentation and Communication<br>• Searches/Reporting<br>• Up Sell Manager |

© 2007 NetSuite, Inc.
Proprietary and Confidential

JUN-01-2007 05:13    From:                    To:18668999451              Page:13/29

Statement of Work

 **NETSUITE**

### 1.7.3. Other End User Training

| Executive roles: | Examples of topics covered: |
|---|---|
| • CEO | • NetSuite Overview<br>• Basic Navigation<br>• Dashboard setup, utilizing shortcuts, KPI'S, reminders, etc<br>• Searches/Reporting |



Statement of Work

NETSUITE

# 2. Project Approach



this implementation approach overview is intended to be a guide, and not all components will apply to each project.

## 2.1. Implementation Approach Overview – Shared Responsibility

The NetSuite implementation approach is based on the concept of shared project responsibility. NetSuite works with a customer to plan the implementation – its functional scope, the schedule, the resources, and the budget. Upon completion of the plan, each party has a set of project responsibilities, which must be completed in a timely manner, to ensure the project meets its objectives.

Additionally, NetSuite consultants will teach a customer how to configure and maintain the system in order for a customer to become self-sufficient with the functionality. For example, NetSuite will show a customer how to create a billing schedule in order for Customer to enter their remaining billing schedules into the application. This is a fundamental principle of the NetSuite approach – shared project responsibility.

All implementations at NetSuite follow three phases as outlined in the figure above.

1) Planning Phase
2) Configuration Phase
3) Deployment Phase

## 2.2. The Planning Phase

### 2.2.1. Introductory Administrator / Sponsor Meeting

NetSuite will conduct a 1 to 2 hour introductory session with Customer Team via web conference. The purpose of this session is for the NetSuite implementation team to introduce itself to the Customer Executive Sponsor and Administrator and to introduce the people and processes involved in this NetSuite implementation will serve as the foundation for the project.

JUN-21-2007 05:13    From:                    To:19658999451                Page:15/29

 **NETSUITE**

Statement of Work

#### 2.2.2.  Implementation Kickoff

NetSuite will conduct a kick off session with Customer Team. This session will be delivered via web conferencing and will last between one and two hours and will set and prioritize the goals of the implementation project.

#### 2.2.3.  Project Planning

NetSuite will provide a standard format project plan as a framework for all implementations. This project plan will highlight the tasks that must be executed and resources that must be assigned in order to complete your NetSuite implementation.

#### 2.2.4.  Requirements Gathering, Business Process Mapping and Gap Analysis

NetSuite will build upon the solution(s) presented in the pre-sales process and gather the complete requirements for this implementation as outlined in Section 1.2, Process Mapping.

NetSuite will interview key business process owners and provide some business process questionnaires and business process flow diagrams to help facilitate this endeavor. In all cases, these requirements will be synthesized into a final Business Requirements Document.

The purpose of this exercise is:

1) To develop a detailed understanding of Customer's business processes prior to starting the implementation. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.
2) To identify gaps and document requirements between Customer's needs and NetSuite capabilities and to agree on solutions and workarounds.

NetSuite will require sign-off by the Customer Implementation Project Lead / Administrator on the finished Business Requirements Document prior to proceeding with the implementation.

Best Practice Note: Implementation overruns are frequently caused by insufficient business requirements specifications.

### 2.3.  Configuration Phase

#### 2.3.1.  NetSuite Configuration

NetSuite will work with the Customer's System Administrator to configure and customize the application through the User Interface. This will be a combined effort, where NetSuite will provide best practices guidance and knowledge transfer based upon the business process mapping in the planning stage, and the Customer will take the primary role in configuring the application.

#### 2.3.2.  Testing

Customer is responsible for all testing; user, system and regression testing of all configurations and customizations within their NetSuite system.

#### 2.3.3.  Administrator Setup

Training of the Customer's System Administrator on NetSuite best practices will occur throughout this phase and will specifically focus on how to implement and configure the application.

JUN-21-2007 05:14   From:                   To:18668995451              Page:16/29

 **NETSUITE**

Statement of Work

*Note – for Non Quickbooks import, use Section 2.3.4 and for QB import, use Section 2.3.5*

### 2.3.4.   Data Migration Overview

Data migration involves three (3) steps.

> Step 1: Extraction, Consolidation and Cleansing
> Step 2: Transformation and Loading
> Step 3: Error Resolution

#### 2.3.4.1   Phase 1: Data Extraction, Consolidation and Cleansing:

The Customer is responsible for the timely data extraction, data consolidation and data cleansing work required for all data migration outlined in this document in Section 1.3 Data Migration.  NetSuite will provide Customer with Comma Separated Value (CSV) templates early in the implementation phase for each data type to be migrated and will advise Customer on best practices for data consolidation.

Although the data may come from multiple sources, the Customer is responsible for consolidating the cleaned source data into one set of files for import.

#### 2.3.4.2   Phase 2 – Data Transformation and Loading:

NetSuite will convert the Customer's data, one (1) record type at a time, from Comma Separated Value (CSV) format into Small-to-Medium Business eXtensible Markup Language (smbXML) to facilitate the migration of the data.  Prior to the final loading of each record type, a small test of around ten (10) records will be performed.

All additional test data loads into the primary (or other) NetSuite account must be explicitly negotiated and described within the Statement of Work (SOW) in order to be performed.

#### 2.3.4.3   Phase 3 – Data Error Resolution:

Any errors that occur following the primary data load are consolidated by NetSuite into a concise data error report which is then sent to Customer's primary data migration contact. It is the responsibility of the primary data migration contact to quickly and accurately resolve these errors in order for the data migration to be completed in a timely fashion. NetSuite will not make any changes to the raw data set without written confirmation from the Customer.

Best Practice Note: A large number of delays in implementation are caused by delays in data migration. Please allocate adequate resources and time to this task.

OR

JUN-01-2007 05:14    From:                    To:19668999451                Page:17/29

 NETSUITE

Statement of Work

### 2.3.5. Data Migration Overview - QuickBooks

QuickBooks (.QBW file) data migrations are comprehensive and require a fresh NetSuite account to accomplish the migration. Each Quickbooks migration purchased comes with two (2) full imports, to be completed by the NetSuite Customer Support staff; one (1) for initial load and one (1) for re-load if there are any issues with that initial load. Some Customers elect to use their initial load as a test data load, and their reload as a final initial load of their Quickbooks data.

Though this can be an effective strategy, there are potential risks associated with this process that you must be aware of:

i) If there are any issues with the data after the second load, there will be additional fees associated with any subsequent loading of the .QBW file.

ii) Once there is data in a NetSuite account, a "Delete All Data" process must be run to wipe out *all* data and configuration work from the account in order to initiate the new QuickBooks (.QBW) data file load. Consequently, your account will need to be configured and customized *again* by our professional services staff and we will need to charge you accordingly.

### 2.3.6. End User Training

A member of the NetSuite training team will conduct role based end user training to your employees/users, as outlined in Section 1.8. This training is intended to ensure your users fully understand the NetSuite application and can perform their daily tasks utilizing your fully configured NetSuite application.

## 2.4. Deployment

Prior to the completion of the NetSuite implementation and the Go-Live process, the Deployment phase can begin. During this phase, NetSuite Professional Services will assist the Customer with the transition to the support organization for a period of up to two (2) weeks. NetSuite Professional Services may be contacted subsequently for additional billable work as required by Customer. At this point, the Netsuite application is configured and able to operate in a production mode and the project is completed.

JUN-01-2007 05:14    From:                    To:18668999451                    Page:18/29

 **NET**SUITE

ONE SYSTEM. NO LIMITS.

Statement of Work

## 3. Project Schedule

### 3.1. Creation of a Project Work Plan

Customer will be contacted within ten (10) business days to schedule the start of this project after the final signature on this SOW. The project start date will be determined in a collaborative manner as one of the first project milestones upon the initiation of the project. NetSuite resources will be scheduled according to the agreed upon project work plan and will remain on the project for that duration. Any additional need of NetSuite resources will be handled through the Change Management process outlined in the Assumptions section of this document.

The project work plan will drive the schedule of the Customer Implementation. It will highlight key milestones, assign resources to tasks, identify dependencies between tasks, and provide deadlines when work must be completed.

JUN-01-2007 05:14     From:                     To:18668999451               Page:19/29


**NETSUITE**
ONE SYSTEM. NO LIMITS.

Statement of Work

# 4. Project Team

It is our experience that when NetSuite and the Customer share responsibility for implementation, the project is successful. More importantly, this joint ownership greatly enhances the Customer's ability to manage the NetSuite application after the implementation project is completed.

This SOW is created with the assumption of joint staffing and joint ownership of the implementation project. The pricing and schedule reflect this important assumption. In the event the Customer is not able to fulfill their staffing obligation on the project, this will result in a Change Order to this SOW, as outlined in the Change Management Process outlined in the Assumptions section of this document.

The primary contact from NetSuite for the scheduled duration of this project will be an assigned Project Manager. NetSuite provides project support to the Customer Project Manager; however, Customer will manage their resources and expected project tasks.

## 4.1. NetSuite Resources – Project Team Roles

NetSuite will work with Customer Team to assist with the delivery of this implementation. NetSuite resources are not dedicated to any single implementation and are shared across many implementation projects.

| Role | Responsibilities |
|------|------------------|
| Project Manager | NetSuite will provide a Project Manager (PM) to the implementation. The PM will provide a leadership role on project team to serve as escalation point for the Customer and project team. Responsible for managing NetSuite resources and adherence to project plan as well as any risk and implementation issues that might need to be addressed. |
| Consultant | Primary contact for duration of Implementation Project. Will work extensively with the Customer Implementation Project Lead to develop the processes, system configuration and customizations necessary to meet the business requirements. Although NetSuite has a shared services model, this resource is the key point of contact for all implementation concerns – administrator meetings, deliverable production, training services coordination, project planning, administration and monitoring. |
| Trainer | Resource to the implementation which will facilitate the training delivery for all end-users. Works with the Implementation Manager in terms of understanding the business requirements, system configuration and level of customization to tailor their training delivery specific to each Customer. |



Statement of Work

| Executive Sponsor | Vertical lead for Professional Services team, second level of escalation point for all project issue |
|---|---|

## 4.2. Customer Roles

Customer is responsible for providing and ensuring the committed participation of all Customer resources required during this effort, including, but not limited to, the following personnel. Any person identified by Customer to work with NetSuite shall be considered by NetSuite to be a duly authorized representative of Customer fully capable of making decisions on business practices.

Below each list of responsibilities is the expected time each role will need to spend on the project. Please note that it is vital that each resource allocate adequate time to this project.

It is important to understand this is a list of project roles, not individuals, required to complete a NetSuite implementation project. Depending of the size of the Customer, a single individual may take responsibility for any number of roles.

| Customer Implementation Project Lead / NetSuite Administrator |
|---|
| Responsibilities |
| Responsible for overseeing the implementation and working with the NetSuite Professional Services Team on scheduling and planning guidance. Should have an understanding of the overall goals of the implementation and be able to make and or act upon most implementation decisions. This role will be responsible for all configuration tasks when implementation is completed.<br><br>Tactical Responsibilities:<br>• Attend all meetings<br>• Point of contact for all day to day project operations<br>• Coordinate subject matter experts and Customer project team<br>• Manage decision making resources<br>• Serve as gatekeeper for project issues log<br>• Point of contact for project status<br>• Manage Customer system requirements<br>• Learn Customer specific configuration<br>• Manage configuration decisions |
| Estimated Time Commitment |
| 3 to 4 days/week for the duration of the project |

| Marketing Business Process Owner |
|---|
| Responsibilities |
| Responsible for designing and approving business process flows for the entire marketing process from lead generation to lead routing.<br><br>Tactical Responsibilities:<br>• Decision making on configuration<br>• Marketing campaign design and implementation<br>• Marketing channel and lead source definition<br>• Email template creation<br>• Marketing reporting |

Statement of Work

 NETSUITE

| Estimated Time Commitment |
|---|
| 1 to 3 days/week, depending on project phase |

### Sales Business Process Owner

**Responsibilities**

Responsible for designing and approving business process flows for the entire sales process from lead routing to the close of a sale.

Tactical Responsibilities:
- Decision making on configuration
- Lead routing including the definition of sales territories.
- Forecasting rules
- Sales reporting relationships
- Quota management
- Commissions management
- Sales processes and approvals
- Sales Reporting

| Estimated Time Commitment |
|---|
| 1 to 3 days/week, depending on project phase |

### Customer Service/Support Process Owner

**Responsibilities**

Responsible for designing and approving business process flows for the entire customer service/support process from case inception to closing.

Tactical Responsibilities:
- Decision making on configuration
- Case management and reporting
- Case routing and escalation rules

| Estimated Time Commitment |
|---|
| 1 to 3 days/week, depending on project phase |

### Accounting Business Process Owner

**Responsibilities**

Responsible for designing and approving business process flows for the entire accounting department.

Tactical Responsibilities:
- Decision making on configuration
- General Ledger structure
- Accounting processes and approvals
- Accounting and financial reporting

Statement of Work



| Estimated Time Commitment |
| --- |
| 1 to 3 days/week, depending on project phase |

### Inventory / Service / Accounting Item Business Process Owner

| Responsibilities |
| --- |

Responsible for designing and approving business needs around item and item inventory needs.

Tactical Responsibilities:
- Decision making on configuration
- Item record creation
- Inventory accounting
- Fulfillment Processes

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week depending on project phase |

### Training Coordinator

| Responsibilities |
| --- |

Responsible for providing training on the NetSuite application and utilization of the NetSuite application in Customer team.

Tactical Responsibilities:
- Learn application functions and features
- Provide training on application
- Provide training materials

| Estimated Time Commitment |
| --- |
| 1 day/week in Planning, near full-time during Go-Live |

### Technical Coordinator

| Responsibilities |
| --- |

Data migration import and export resource responsible for all aspects of data and customization. Especially, migration tasks of cleansing data, considerations of merging data from all sources, determining master data source and compiling like data into one concise data file, ready for import:

- Drive decisions on data cleansing and integration into NetSuite
- Web development resource
- SuiteFlex™

| Estimated Time Commitment |
| --- |
| 1 to 3 days/week, depending on project phase |

© 2007 NetSuite, Inc.
Proprietary and Confidential

 **NET**SUITE

Statement of Work



| Customer Extended Team |
| --- |
| **Responsibilities** |
| Responsible for approving and testing the NetSuite functionality. <br><br> Tactical Responsibilities: <br> • Learn NetSuite application ahead of rollout <br> • Test configuration for usability <br> • Test processes against business processes and day to day management of organization <br> • Responsible for first line of defense for support questions |
| **Estimated Time Commitment** |
| 1 to 3 days/week, depending on project phase |



| Executive Sponsor |
| --- |
| **Responsibilities** |
| Responsible for providing resources needed for successful implementation. <br><br> Tactical Responsibilities: <br> • Attend critical checkpoint meetings <br> • Promote process changes <br> • Serve as escalation point for project issues |
| **Estimated Time Commitment** |
| .5 day/week to monitor project status |

### 4.3. Document sign off

Customer is responsible for acknowledging and responding to documents relating to this implementation project. These documents could be requirements documents, escalation issues or end- of-project notices. Some documents will require Customer's signature / e-signature before we can continue with the implementation and Customer is responsible for responding in a timely and collaborative fashion.

### 4.4. Export of Customer Data

© 2007 NetSuite, Inc.
Proprietary and Confidential

JUN-01-2007 05:16    From:           To:18668999451           Page:24/29

Statement of Work



Customer acknowledges that certain software and technical data ("Restricted Data"), which may be in Customer's possession, custody, and/or control may be subject to export controls under the laws and regulations of the United States, the European Union and other jurisdictions. Customer will not provide NetSuite with any Restricted Data nor shall Customer cause or request NetSuite to export or re-export any such Restricted Data or to undertake any transaction in violation of any such laws or regulations. For avoidance of doubt, Customer's failure to abide by this item shall be considered a material breach of this SOW for which Customer will indemnify and hold NetSuite harmless.

JUN-21-2007 05:17   From:          To:18669999451          Page:25/29

Statement of Work

 **NETSUITE**

## 5. Project Assumptions

a. **SOW Expiration.** Unless otherwise agreed upon, the obligation of NetSuite to provide assistance to the Customer expires 12 months from the SOW date.

b. **Customer Resources Availability:** Project timeline estimates are based on availability of Customer resources and key decision makers. Lack of access to project stakeholders will impact project timelines and costs if decisions cannot be made in timely fashion.

c. **Report Customization:** NetSuite will provide training on how the standard reports function and on how to customize or create new reports; however, Customer is responsible for the generation of customized or modified reports.

d. **Search Customization:** NetSuite will provide training on how the standard searches function and on how to customize or create new searches, however, Customer is responsible for the generation of customized or modified searches, unless identified specifically for searches in the Configuration Section of 1.5.

e. **Customization Overview:** NetSuite will provide an overview on the general customization aspects of the forms and fields related to the functional areas being implemented as indicated in the SOW by the "(Area) Customization Overview". This overview is a knowledge transfer for the primary Administrator and included as a part of the Administrator Set-up Training indicated in Section 1.7. Specific form and/or field customizations related to specific business processes that are necessary and required deliverables of the project will be called out in detail within the Customization Sections of each of the major areas.

f. **SuiteFlex™ Customization:** Any SuiteFlex™ customization deliverables and/or requirements not identified in this SOW and discovered during the implementation process will be subject to a change order, priced according to complexity, and the Change Management Process outlined in the Assumption section of this document will be followed.

   1) Any SuiteFlex™ functionality delivered under this SOW will be supported by NetSuite Professional Services for a period of ten (10) days after such SuiteScript is accepted by Customer or ten (10) after project go-live. Beyond this period, any changes to the business processes supported by the code or to the level of functionality supplied will be subject to additional fees under a separate statement of work.

   2) In the event that NetSuite is required to create certain standard development tools, client-side and/or server-side SuiteScripts, and/or standard modules and routines for processing, developing and/or creating any deliverables under this SOW ("Tool(s)"), NetSuite reserves the right to reuse, copy, and distribute, in its sole discretion, and without royalty or other obligation, such Tool(s). To the extent required, Customer hereby grants NetSuite a non-exclusive, worldwide perpetual, irrevocable license to use and reuse any such Tool(s) in its discretion.

g. **Integration/Web Services:** Integration/Web Services is not covered by this SOW. In the event that requirements surface for this functionality during the implementation, the project team will scope the additional requirements and a separate SOW will be developed and the Change Management Process in the Assumptions section of this document.



Statement of Work

h.  Web Store HTML/CSS/JavaScript: Although NetSuite directs the specifics of what needs to be configured for the implementation of the Web Store, NetSuite does not deliver programming (HTML/CSS/JavaScript) and/or graphic design services related to its completion. The Customer will be responsible to leverage the resources responsible to deliver these elements and coordinate them with the NetSuite Implementation Team.

i.  Training Materials: Any training materials will be the responsibility of the Customer to develop as part of the rollout plan. NetSuite will work with Customer to determine the training agenda and training content for the end user training sessions to support training from Customer's account.

j.  Right to Developed Materials. NetSuite hereby grants Customer a perpetual, non-transferable, non-exclusive, royalty-free license to use the developed materials mutually agreed to be developed by NetSuite and provided to Customer under this SOW. This license grant is for the same term and territory that NetSuite provides the Service under the License Agreement, including any extension, amendment or replacement thereof. All copyrights, patent rights, and any other intellectual property rights in such developed materials are retained by NetSuite.

k.  Change Management Process: In the event the Customer or NetSuite requests a Change in any of the specifications, requirements, or scope (including drawings and designs):

   1)  The party seeking the change shall, by written notice, propose the applicable changes. Within forty-eight (48) hours of receipt of the written notice, each party's Project Leads shall meet, either in person or via telephone conference, to discuss the proposed changes ("Change Meeting"). The parties must mutually agree on any such changes and the changes shall be documented, in writing, and signed by both parties. In some cases a Change Request for additional funding may be required.

   2)  In the event that the parties disagree about the proposed changes to the general scope, the parties shall, within forty-eight (48) hours from the date of the Change Meeting, identify a senior management officer who has decision-making authority for each of the respective Parties. The officers shall confer and work to reach a mutually agreeable conclusion that shall be documented, in writing, and signed by both parties.

l.  Financial Consolidation: This SOW includes services for the implementation of a single company in a single NetSuite production instance and does not include any financial consolidation of multiple subsidiaries (ei. Single Instance Consolidation"). In the event the Customer requires this functionality, a Change Order or separate SOW will be created.

JUN-21-2007 05:17    From:                    To:18668999451              Page:27/29

Statement of Work

 NETSUITE

## 6. Pricing

The professional services described in this SOW are bid on a Fixed Price Implementation Basis. In the event there is a change in scope that impacts the fees below, the Change Management Process as outlined in the Assumptions section of this document, will be adhered to. The total fees for this Statement of Work are:

| | |
|---|---|
| Implementation: | $31,613 |
| Training: | $5,750 |
| Total: | $37,363 |

Any travel and living expenses incurred during travel to and from the Customer site will be the responsibility of the Customer in addition to this fee and will be billed as actual charges.

It is essential to NetSuite's ability to adhere to the schedule contemplated by this SOW that the Customer co-operates and responds promptly to NetSuite's requests for information relevant to the implementation described in this document.

Customer acknowledges and agrees to provide NetSuite with prompt and adequate responses to NetSuite's requests for information and other requests related to the services to be performed under this SOW. In the event that NetSuite has made a request and Customer has not responded promptly with the requested information, the NetSuite Consultant may issue a "Final 30-Day Project Notice" ("Final Notice") to Customer. If Customer does not respond as requested to the Final Notice, Customer agrees that NetSuite shall be relieved of any further obligations which have not been completed under the SOW. In addition, all professional services fees associated with the SOW shall be considered earned in full as of the expiration of the thirty (30) day period. Any and all services requested by Customer following the expiration of the aforementioned thirty (30) day period will require Customer and NetSuite to execute a new SOW and Customer shall be responsible for any additional professional services fees contemplated there under, even if listed in the original SOW.

NetSuite reserves the right to use third-parties (who are under a strict covenant of confidentiality with NetSuite), including, but not limited to, offshore sub-contractors to assist with the data migration, configuration, implementation and custom code development processes.



Statement of Work

# 7. Warranties, Disclaimers, Limitation of Liability

## 7.1. Warranties

NetSuite warrants that (a) it and each of its employees, consultants and subcontractors, if any, that it uses to provide and perform Professional Services has the necessary knowledge, skills, experience, qualifications, rights and resources to provide and perform the services in accordance with this Agreement; and (b) the Professional Services will be performed for and delivered to Customer in a good, diligent, workmanlike manner in accordance with industry standards, laws and governmental regulations applicable to the performance of such services. If the Professional Services do not conform to the forgoing warranty, and Customer notifies NetSuite within ninety (90) days of the completion of the Professional Services, Customer's sole and exclusive remedy is to have NetSuite re-perform the non-conforming portions of the Professional Service. NetSuite will work diligently to correct any deficiencies and non-conformities until such deficiencies and non-conformities are corrected. NetSuite further warrants that its "best practices" referred to in Section 2.3 of this SOW meet or exceed the standards for practices generally prevailing in the CRM software industry.

## 7.2. Disclaimers

THE WARRANTIES STATED IN SECTION 7.1 (AND IN SECTION 8 OF THE LICENSE AGREEMENT) ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THE PROFESSIONAL SERVICES PROVIDED TO CUSTOMER ARE ON AN "AS IS" AND "AS AVAILABLE" BASIS.

## 7.3. Limitations of Liability

CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, OR NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT. The maximum liability of NetSuite to any person, firm or corporation whatsoever arising out of or in the connection with any Professional Services shall be governed by Section 10 of the License Agreement. The essential purpose of this provision is to limit the potential liability of the parties arising from this SOW. The parties acknowledge that the limitations set forth in this Section are integral to the amount of consideration levied in connection with the Professional Services and that, were NetSuite to assume any further liability other than as set forth herein, such consideration would of necessity be set substantially higher. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer.

© 2007 NetSuite, Inc.
Proprietary and Confidential

JUN-21-2007 05:18   From:              To:18668999451           Page:29/29



Statement of Work

## 8. Signatures



The Parties acknowledge that they have had previous discussions related to the performance by NetSuite of Professional Services for Customer and the possible strategies which may be used by NetSuite to implement the functionality described in NetSuite's User Guides and in other related documentation (available at www.netsuite.com) as well as possible "workarounds," which may be implemented to achieve special requirements identified by Customer. This SOW (including any Exhibits hereto) (and the License Agreement) shall constitute the entire understanding between Customer and NetSuite. This SOW expressly revokes and supersedes all prior agreements, understandings, verbal and/or written communications related to the Professional Services to be provided by NetSuite, and is intended as the final expression of the Parties agreement regarding the Professional Services to be provided by NetSuite. Any amendment or modification to this SOW shall not be valid, enforceable, or binding on the Parties unless such amendment or modification (i) is a written instrument duly executed by the authorized representatives of both parties and (ii) references this SOW and identifies the specific Sections contained herein which are to be amended or modified.

IN WITNESS WHEREOF, the Parties have executed this SOW by their duly authorized representatives in one or more counterparts, each of which shall be deemed an original, and it shall be effective as of the last date executed below:

| Customer: | NetSuite, Inc. |
|---|---|
| Name: Gretta P. Vermeulen | Name: for Angela Magee |
| Title: Chief of Finance | Title: |
| Signature: | Signature: |
| Date: May 31/2007 | Date: 5/31/2007 |

EXHIBIT E

Joshua CTO CIPC

Sent: Thursday, May 31, 2007 5:37 PM

To:   Gretta P. Vermeulen

 **NETSUITE**
ONE SYSTEM. NO LIMITS.

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
900 762 5524
www.netsuite.com

**Bill To**
Joshua Trousdale, Ph.D
CIPC Worldwide Holdings

555 West Hastings
Vancouver BC V5P 1X7
Canada

# Estimate

| | |
|---|---|
| Date | 5/25/2007 |
| Estimate # | 62644 |
| Acct. No. | 684475 |
| Expires | 6/1/2007 |
| Sales Rep | GETNER, ERROL M |
| Terms | Net 30 |
| Partner | |
| Subsidiary | NetSuite |
| Affiliate Code | |
| PO Number | |

| Item | Qty | Description | Term Mos. | Amount | Tax |
|---|---|---|---|---|---|
| Implementation Service | 1 | The price for the Implementation Service for the Jiffy Wireless brand is FIXED as per the Statement of Work dated May 24, 2007. | 2 | 20,000.00 | Yes |
| | | | Subtotal | 20,000.00 | |
| | | | Tax (Canadian GST 6%) | 1,200.00 | |
| | | | **Total** | **$21,200.00** | |

Please sign and fax this along with the signed SoW to 4803938969

I AGREE TO THE TERMS AND TERMS OF THIS ESTIMATE

_____    _____    5/31/2007
Print   Gretta P. Vermeulen    Signature                 Date

**EXHIBIT F**

Joshua CTO CIPC

From:         billing@netsuite.com
Sent:         Tuesday, June 19, 2007 4:47 PM
To:           Joshua CTO CIPC, EGetner@NetSuite.com
Subject:      Estimate #64289 from NetSuite, Inc.

2955 Campus Drive
Suite 100
San Mateo CA 94403-2511
United States
800 762 5524
www.netsuite.com
Bill To
Joshua Truesdale, Ph.D
CIPC Worldwide Holdings
535 West Hastings
Vancouver BC V5P 1X7
Canada

## Estimate

| | |
|---|---|
| Date | 6/19/2007 |
| Estimate # | 64289 |
| Acct. No. | 684475 |
| Expires | 6/29/2007 |
| Sales Rep | GETNER, ERROL M |
| Terms | See Notes |
| Partner | |
| Subsidiary | NetSuite |
| Affiliate Code | |
| PO Number | |

| Item | Qty | Description | Term Mos. | Amount | Tax |
|---|---|---|---|---|---|
| NetSuite User | 300 | General access user for NetSuite. | 9 | 267,300.00 | Yes |
| NetCARE Gold Customer Support Package | 1 | The NetCARE Gold Customer Support Package provides support during normal business hours, and priority queuing of calls and emails. Telephone support is provided via a toll free line. An unlimited number of cases, including weekend e-mail support, is included. NetSuite's goal is to respond to all NetCARE Gold Customer Support email cases within 1 business day. Integration Support is included. | 9 | 73,507.50 | Yes |

|  |  |
|---|---|
| Subtotal | 340,807.50 |
| Tax (Canadian GST 6%) | 20,448.45 |
| **Total** | **$361,255.95** |

The license for these 300 additional users would start on July 25 for 9 months having a co terminus with all other licenses.

PAYMENT TERMS: 1/3 each due: Sept 24, Dec 24, Feb 24

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE

_Gretta R. Vandenburg_        _____        June 27, 2007
Print                           Signature                Date

FILE COPY

FAXED

cc: File
Partner
IT

**EXHIBIT G**





## Amendment to Estimate # 64289 dated June 19, 2007

Payment terms are to be changed as follows (all other conditions remain the same)

From: 1/3 each Sept 24, Dec 24, Feb 24

To: 1/3 Net 60, 1/3 Net 210, 1/3 Net 270 days from date of this amendment.

Please signify your agreement by signing below:

X _____
Joshua Truesdale
Chief Technology Officer

X _____
Todd Giuntini
NetSuite Inc
R.M
6/29/07

PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
McMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Plaintiff
NETSUITE, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a Delaware corporation, and DOES One through Ten, inclusive,<br><br>Defendants. | CASE NO: 3:07-cv-05235-SI<br><br>**DECLARATION OF SERVICE:** PLAINTIFF NETSUITE, INC.'S REQUEST FOR ADMISSIONS TO DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 36 |

## DECLARATION OF SERVICE

I, Pamela L. Kelly, hereby declare that I am older than eighteen years of age and not a party to this action. My business address is McMahon Serepca LLP, 985 Industrial Road, Suite 201, San Carlos, California 94070-4157. On April 17, 2008, I served the following documents:

- **LETTER REGARDING PLAINTIFF NETSUITE, INC.'S REQUEST FOR ADMISSIONS TO DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 36**
- **PLAINTIFF NETSUITE, INC.'S REQUEST FOR ADMISSIONS TO DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 36**
- **DECLARATION OF SERVICE**

**by mail**.  I placed a true and correct copy of the above-listed documents into an envelope addressed to:

> Joshua Truesdale
> Chief Technology Officer
> CIPC Worldwide Holdings Corporation
> Harbour Centre
> 555 West Hastings Street, Suite 1560
> Vancouver, British Columbia  V6B 4N6
> Canada

**by email**.  I emailed an electronic copy of the above-listed documents to Joshua Truesdale at josh@cipccorp.com (the last email address known to NetSuite, Inc. for Joshua Truesdale).  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Carlos, State of California, this 17th day of April 2008.


_____
Pamela L. Kelly, Esq.