**EXHIBIT I**








