1    PETER C. McMAHON (State Bar No. 161841)
     PAMELA L. KELLY (State Bar No. 230721)
2    McMAHON SEREPCA LLP
     985 Industrial Road, Suite 201
3    San Carlos, CA  94070-4157
     Tel:  650-637-0600
4    Fax:  650-637-0700

5    Attorneys for Plaintiff
     NETSUITE, INC.

6

7            UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA

9           SAN FRANCISCO DIVISION

10

| | |
|---|---|
| NETSUITE, INC., a California corporation, ) | CASE NO: **3:07-cv-05235-SI** |
| ) | |
| Plaintiff, ) | |
| ) | **NETSUITE, INC.'S REQUEST FOR** |
| vs. ) | **JUDICIAL NOTICE IN SUPPORT OF** |
| ) | **NETSUITE, INC.'S MOTION FOR** |
| CIPC WORLDWIDE HOLDINGS ) | **TERMINATING AND MONETARY** |
| CORPORATION, a Delaware corporation, ) | **SANCTIONS AGAINST CIPC** |
| and DOES One through Ten, inclusive, ) | **WORLDWIDE HOLDINGS** |
| ) | **CORPORATION OR IN THE** |
| Defendants. ) | **ALTERNATIVE FOR SUMMARY** |
| ) | **JUDGMENT** |
| ) | |
| CIPC WORLDWIDE HOLDINGS ) | |
| CORPORATION ) | |
| ) | **Hearing:** |
| Counterclaimant, ) | **Date:**   July 18, 2008 |
| ) | **Time:**   9:00 a.m. |
| vs. ) | **Judge:**   Honorable Susan Illston |
| ) | |
| NETSUITE, INC. ) | |
| ) | |
| Counter-defendant. ) | |
| ) | |

1    Plaintiff NetSuite, Inc. ("NetSuite"), by and through its attorney, hereby requests
2  the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

3    1.    On October 12, 2007, defendant CIPC Worldwide Holdings Corporation
4  ("Defendant") filed its Notice of Removal of Case from San Mateo County Superior Court to the
5  United States District Court, California Northern District (San Francisco) (this "Court") pursuant
6  to 28 U.S.C. §§ 1332, 1441, and 1446 ("Notice of Removal"). Attached hereto as Exhibit A is a
7  true and correct copy of Defendant's Notice of Removal (Docket No. 1) without Exhibit "A"
8  referenced therein.

9    2.    As of October 12, 2007, Geoffrey M. Bentzel, Sharon S. Kirsch, and
10  William Faulkner of McManis Faulkner & Morgan ("Defendant's Counsel" or "Former
11  Counsel") represented Defendant.

12    3.    On October 17, 2007, Defendant filed its answer to NetSuite's complaint
13  for : 1) Breach of Contract; 2) Breach of the Implied Covenant of Good Faith and Fair Dealing;
14  and 3) Work, Labor, and Services (*Quantum Meruit*) ("Complaint") (Docket No. 4).

15    4.    On October 17, 2007, Defendant filed a counterclaim against NetSuite for:
16  1) Fraud & Rescission; 2) Promise Made Without Intent to Perform & Rescission; 3) Negligent
17  Misrepresentation & Rescission; 4) Mistake & Rescission; 5) Breach of Contract; and 6) Breach
18  of the Covenant of Good Faith and Fair Dealing ("Counterclaim"). Attached hereto as Exhibit B
19  is a true and correct copy of Defendant's Counterclaim (Docket No. 5).

20    5.    On November 2, 2007, Defendant's Counsel filed its motion, with
21  supporting papers, to withdraw as attorney for Defendant for non-payment of fees ("Motion to
22  Withdraw") (Docket No. 6), which was originally set for hearing on December 12, 2007.

23    6.    On November 6, 2007, NetSuite filed its answer to Defendant's
24  Counterclaim (Docket No. 11).

25    7.    On November 16, 2007, this case was reassigned from the Honorable
26  James Larson ("Judge Larson") to the Honorable Susan Illston ("Your Honor") (Docket No. 14).

27    8.    On November 20, 2007, the clerk of this Court rescheduled the hearing on
28  the Motion to Withdraw to January 18, 2008, set the case management conference ("CMC") for

1  the case to Friday, February 8, 2008, and notified the parties of their obligation to comply with

2  Your Honor's Case Management Order. Attached hereto as Exhibit C is a copy of the Notice

3  from the Court as well as Your Honor's Case Management Conference Order (Docket No. 15).

4        9.    On January 18, 2008, Your Honor granted the counsel for Defendant's

5  Motion to Withdraw, effective February 29, 2008. Attached hereto as Exhibit D is a true and

6  correct copy of Your Honor's order (Docket No. 25) as well as the Civil Pretrial Minutes from

7  the hearing (Docket No. 27).

8        10.    On January 18, 2008, Defendant's Counsel filed a letter addressed to

9  Defendant along with a certificate of service with this Court. Attached hereto as Exhibit E is a

10  true and correct copy of the January 18, 2008 letter (Docket No. 21) and certificate of service

11  (Docket No. 22).

12        11.    On March 10, 2008, Defendant's Former Counsel asked this Court to

13  remove references to McManis Faulkner & Morgan from the Court files and website as attorney

14  for record for CIPC. Attached hereto as Exhibit F is a true and correct copy of Former Counsel's

15  March 10, 2008 letter (Docket No. 29).

16        12.    On March 20, 2008, NetSuite's counsel filed NetSuite's Certification of

17  Interested Entities ("Certification") (Docket No. 30) and a certificate of service with this Court

18  (Docket No. 31).

19        13.    On March 21, 2008, NetSuite's counsel filed NetSuite's Separate Case

20  Management Statement ("CMS") (Docket No. 32), a supporting declaration from Mr. McMahon

21  (Docket No. 33), and a certificate of service (Docket No. 34) with this Court.

22        14.    Defendant has not filed a Certification with this Court.

23        15.    Defendant has not filed a CMS with this Court.

24        16.    Defendant has not filed any FRCP Rule 26 initial disclosures with this

25  Court.

26        17.    On March 28, 2008, Your Honor held a case management conference for

27  this case. Mr. McMahon attended, but neither Defendant nor its legal representative appeared

28  for the CMC. At the CMC Your Honor set a hearing for July 18, 2008 at 9 a.m. for a motion to

1   dismiss this case and ordered NetSuite to serve Requests for Admissions on Defendant.

2   Attached hereto as Exhibit G is a true and correct copy of the Civil Pretrial Minutes for the

3   March 28, 2008 CMC (Docket No. 35).

7   DATED: June 12, 2008                              McMAHON SEREPCA LLP

10                                         Pamela L. Kelly, Esq.

11                                          Attorneys for Plaintiff
                                           NETSUITE, INC.