**EXHIBIT A**

WILLIAM FAULKNER (83385)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:    wfaulkner@mfmlaw.com
    skirsch@mfmlaw.com
    gbentzel@mfmlaw.com

Attorneys for Defendant,
CIPC WORLDWIDE HOLDINGS
CORPORATION

**ORIGINAL
FILED**

OCT 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 5235

| | |
|---|---|
| NETSUITE, INC., a California corporation, | No. _____ |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |
| CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten inclusive, | |
| Defendants. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant CIPC WORLDWIDE HOLDINGS

CORPORATION ("CIPC") hereby removes to this Court the state court action described below

pursuant to 28 United States Code sections 1332, 1441, and 1446.

1.  On August 29, 2007, an action was commenced in the Superior Court of the State of

California in and for the County of San Mateo, entitled Netsuite, Inc., a California corporation,

Plaintiff, v. CIPC Worldwide Holdings Corporation, a corporation, and DOES One through Ten

inclusive, Defendants, as case number CIV465719.  A copy of the complaint is attached hereto

as Exhibit "A".

2.  The first date upon which defendant received a copy of the said complaint was September 12, 2007, when defendant was served with a copy of the complaint and a summons from the said state court. A copy of the summons is attached hereto as Exhibit "B".

3.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. section 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff, at page 6, paragraph 31, of the complaint, claims $498,266.46, plus interest, is owed plaintiff by defendant. Additionally, on page 7, paragraph 40, of the complaint, plaintiff also seeks to recover from defendant the sum of $20,000.00, plus interest.

4.  According to page 3, paragraph 2 of the complaint, plaintiff Netsuite, Inc. is a California corporation with its principal place of business in San Mateo County, California. Defendant CIPC was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the state of Delaware, with its principal place of business at 108 West 13th Street, Wilmington, Delaware 19801, and is therefore, for purposes of diversity jurisdiction, a citizen of the state of Delaware. CIPC is the only defendant that has been named in the complaint and served with the summons and complaint in this action.

DATED: October 12, 2007

McMANIS FAULKNER & MORGAN

_____
WILLIAM FAULKNER
SHARON KIRSCH
GEOFFREY BENTZEL

Attorneys for Defendant,
CIPC Worldwide Holdings, Corp.

**EXHIBIT B**

WILLIAM FAULKNER (83385)
SHARON KIRSCH (157157)
GEOFFREY BENTZEL (250073)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email:       wfaulkner@mfmlaw.com
             skirsch@mfmlaw.com
             gbentzel@mfmlaw.com

Attorneys for Defendant,
CIPC WORLDWIDE HOLDINGS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a corporation, and DOES One through Ten inclusive.<br><br>Defendants. | No. 3:07-cv-05235-JL<br><br>**COUNTERCLAIM OF DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION** |

Defendant and counterclaimant, CIPC Worldwide Holdings Corporation ("CIPC"), counterclaims against Plaintiff and counterdefendant, NetSuite, Inc. ("NetSuite") and alleges as follows:

## INTRODUCTION

CIPC brings these claims for fraud, rescission, promise made without intent to perform, negligent misrepresentation, mistake, breach of contract and breach of the covenant of good faith and fair dealing. By this action, CIPC seeks all legal and equitable relief to which it may be entitled, including without limitation injunctive and declaratory relief, rescission, compensatory damages, attorney's fees and costs, and prejudgment interest.

**JURISDICTION AND VENUE**

1.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332 and diversity jurisdiction under the provisions of 28 U.S.C. section 1441(b) and 1446(a), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Venue is proper under 28 U.S.C. Sections 1391 and 1400.

**THE PARTIES**

2.    CIPC is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Wilmington, Delaware.

3.    According to page 2, paragraph 3 of NetSuite's Complaint against CIPC, NetSuite is a corporation organized and existing under the laws of the State of California with its principal place of business in San Mateo County, California.

**FACTS**

4.    CIPC is one of the largest Voice-over-Internet Protocol (VoIP) providers for businesses in North America, doing business in the United States, Canada, Mexico and the United Kingdom. CIPC employs 512 people and generates approximately $200 million dollars in yearly revenue.

5.    CIPC is informed and believes and thereon alleges that NetSuite provides Customer Relationship Management ("CRM") and Enterprise Resource Planning ("ERP") software to businesses. In addition, NetSuite holds itself out as a provider of professional services to customers to assist them with the implementation and/or integration of its Online Application with each Customer's systems ("Professional Services").

6.    On August 26, 2006, CIPC began discussions with NetSuite about implementation of NetSuite's Online Application and Professional Services. CIPC gathered some information about NetSuite's product and reviewed it for several months. NetSuite offered CIPC an accounting and customer management platform that would allegedly allow it to merge CIPC's separate systems for customer service/management operations and billing. NetSuite promotes its platform with the phrase "One System, No Limits."

2

COUNTERCLAIM OF DEFENDANT CIPC WORLDWIDE HOLDINGS CORP.; DEMAND FOR JURY TRIAL; CASE NO. 3:07-cv-05235-JL

1    7.    On March 12, 2007, NetSuite assigned an account executive, Errol Getner, to the

2    CIPC account. Mr. Getner discussed with CIPC the usage of NetSuite's product to automate

3    CIPC's computer distribution division. After the discussions with Mr. Getner, CIPC entered into

4    an agreement with NetSuite which provided CIPC with a license to use the NetSuite platform

5    and for NetSuite to provide Professional Services to CIPC for maintenance of the platform. This

6    agreement was titled "NetSuite License Agreement" ("Agreement") was executed by CIPC on

7    March 31, 2007 and by NetSuite on April 25, 2007. (Attached hereto as Exhibit A is a true and

8    correct copy of the Agreement).

9    8.    Estimate No. 58630 was prepared with the Agreement, incorporated by reference

10    into the Agreement, and executed by the parties on March 30, 2007. (Attached hereto as Exhibit

11    B is a true and correct copy of Estimate No. 58630). In connection with Estimate No. 58630,

12    NetSuite sent Invoice No. 78559 to CIPC in the amount of $115,810.51. Included in Estimate

13    No. 58630 was one NetSuite License, fifteen NetSuite user accounts and the NetCARE Gold

14    Customer Support Package.

15    9.    The NetCARE Gold Customer Support Package included in Estimate No. 58630

16    "provides support during normal business hours, and priority queuing of calls and emails...[a]n

17    unlimited number of cases, including weekend e-mail support, is included. NetSuite's goal is to

18    respond to all NetCARE Gold Customer Support email cases within 1 business day." According

19    to NetSuite's website, this package offers "unparalleled service and responsiveness" and

20    customers choosing the package can be "assured of the fastest response time." (Attached hereto

21    as Exhibit C is a description of the NetCARE Gold Customer Support Package from NetSuite's

22    website, taken from http://www.netsuite.com/portal/services/support_main.shtml).

23    10.    CIPC sent payment for Invoice No. 78559 via wire transfer. Invoice No. 78559

24    charged CIPC the Canadian Goods and Services Tax (GST). To charge GST, a corporation must

25    be Canadian corporation with a Revenue Canada Business Number. To process the wire

26    transfer, CIPC asked for its Revenue Canada Business Number but NetSuite never provided one.

27    Without this number, the wire transfer could not be processed.

28

3

1    11.    The discussions between CIPC and Mr. Getner also produced an April 19, 2007

2    Statement of Work for CIPC Worldwide Holdings, Netsuite Implementation – Phase I, which set

3    forth the products and services initially purchased by CIPC from NetSuite and was incorporated

4    by reference into the Agreement. (Attached hereto as Exhibit D is a true and correct copy of said

5    April 19, 2007 Statement of Work).

6    12.    On April 26, 2007, NetSuite provided CIPC with usernames and passwords to

7    access the 15 user accounts provided for in Estimate No. 58630.  The CIPC user accounts with

8    NetSuite were accessible through NetSuite's website.  CIPC did not actively start using the

9    NetSuite platform at this point.

10    13.    An additional Statement of Work was agreed to by the parties on May 24, 2007.

11    (Attached hereto as Exhibit E is a true and correct copy of said May 24, 2007 Statement of

12    Work).  On May 31, 2007, NetSuite sent Estimate No. 62644 to CIPC, in connection with the

13    May 24, 2007 Statement of Work.  (Attached hereto as Exhibit F is a true and correct copy of

14    Estimate No. 62644).   Estimate No. 62644 billed CIPC in the amount of $21,200.00 for

15    Implementation Service of CIPC's Jiffy Wireless brand.

16    14.    On June 15, 2007, CIPC contacted NetSuite about a business campaign with a

17    popular Internet search company, which would be designed around the NetSuite platform.  To

18    fulfill its duties under this campaign, CIPC needed to provision another 300 user accounts and

19    would need access to these accounts in 3 weeks.  NetSuite assured CIPC that this could be done.

20    15.    On June 19, 2007, NetSuite provided a price quote for the additional 300 user

21    accounts in Estimate No. 64289.  (Attached hereto as Exhibit G is a true and correct copy of

22    Estimate No. 64289).  In addition to the 300 user accounts, CIPC was invoiced for the NetCARE

23    Gold Customer Support Package at a cost of $73,507.50.

24    16.    On June 27, 2007, CIPC executed the agreement to add the 300 user licenses with

25    the NetCARE Gold Customer Support Package.  (Exhibit G hereto).

26    17.    On June 28, 2007, CIPC provided a receipt to NetSuite which, for the second

27    time, confirmed that CIPC had paid $115,810.51 for Estimate No. 58630 (which included the

28    NetCARE Gold Customer Support Package) by wire transfer.

4

18.    On Friday, July 6, 2007, three days before CIPC was to commence its training on the 300 NetSuite user accounts, Josh Truesdale of CIPC attempted to create the 300 user accounts on the NetSuite website, but received an error message that CIPC had exceeded its number of user accounts. At 4:12 PM PST, Mr. Truesdale contacted NetSuite Gold Support to report that the 300 user accounts were not provisioned. Mr. Truesdale also spoke with Sam Glass in NetSuite's billing department.

19.    On Friday, July 6, 2007, after Mr. Truesdale spoke with a NetSuite support representative, a support case was opened with case number 591697. After seeing no activity on the support case for the next twenty minutes and during normal business hours, Mr. Truesdale called NetSuite's billing department after being advised by the NetSuite support representative that they were the only ones at NetSuite who could provision accounts. NetSuite's billing department's voice mail box was full and Mr. Truesdale was unable to reach a live agent. Other CIPC employees also tried to contact NetSuite Gold Support via e-mail but received no response.

20.    On July 7, 2007, CIPC was forced to cancel its training for the NetSuite user accounts and in order to meet its obligation to the popular Internet search company, contacted a partner to implement an emergency switch from the NetSuite platform.

21.    Due to NetSuite's failure to provide "Gold" customer support services as specified in Estimates No. 58630 and 64289, as well as the damage to its campaign with the popular Internet search company caused by further delay with the 300 user accounts, on July 8, 2007, CIPC decided to switch from NetSuite to SalesForce.com.

22.    On Monday, July 9, 2007, during normal business hours, CIPC again contacted NetSuite to advise it that the non-provision of the 300 user accounts still existed. On Tuesday, July 10, 2007, NetSuite sales representative Errol Getner explained to CIPC that NetSuite did not respond to CIPC's problem because all representatives from NetSuite that could help were in Cuba celebrating the company's Initial Public Offering. This contact with Mr. Getner on July 10 occurred at 4:28 PM PST. Mr. Getner also advised CIPC that everyone at NetSuite was out of the office and he had no way of assisting CIPC.

1    23. Having still received no response from NetSuite, at or around 5:00 PM PST on

2 July 10, CIPC faxed its official termination letter to NetSuite. On July 11, 2007, Michele

3 Gariepy, Director for Customer Service at NetSuite finally updated the CIPC support case in

4 their system and apologized for the delay. However, the problem with the 300 user accounts was

5 not fixed at this time.

6    24. Throughout the negotiation process before execution of the Agreement, NetSuite

7 told CIPC that it was a critical enterprise level account at NetSuite and would be supported at the

8 highest levels at NetSuite. To this end, NetSuite recommended that CIPC purchase its Gold

9 NetCARE Customer Support Package which would entitle CIPC to support during normal

10 business hours, priority queuing of calls and e-mails, an unlimited number of support cases,

11 weekend e-mail support, and a response within one business day.

12    25. To date, CIPC has spent over 8,000 logged man hours configuring and setting up

13 the NetSuite application.

14    26. NetSuite's failure to perform under the Agreement caused damages to CIPC in an

15 amount to be proven at trial but estimated to be at least $5,000,000.00. This figure includes, but

16 is not limited to, hourly costs for development staff in implementing the program, costs

17 associated with customization, installation and configuration of the substitute SalesForce.com

18 application, search appliances purchased from the search engine with whom CIPC was

19 conducting its campaign (purchased for integration with NetSuite) and loss of business for 5

20 days.

21                        **FIRST CAUSE OF ACTION**

22                          **(Fraud & Rescission)**

23    27. Plaintiff hereby incorporates by reference paragraphs 1 through 26 of the

24 Counterclaim as if fully set forth herein.

25    28. As reflected in Estimates Nos. 58630 and 64289, CIPC entered into agreements to

26 purchase NetSuite's NetCARE Gold Customer Support Package at the costs of $6,547.20 and

27 $73,507.50, respectively. In both estimates, NetSuite represented to CIPC that the NetCARE

28 Gold Customer Support Package entitled CIPC to customer support during normal business

6

1   hours, priority queuing of calls and e-mails, weekend e-mail support and a response within one

2   business day. These representations were in fact false.

3       29.     NetSuite knew that it was unable to provide the level of customer support that was

4   included in the NetCARE Gold Customer Support Package.

5       30.     NetSuite made these representations with the intention to deceive and defraud

6   CIPC and to induce CIPC to act in reliance on these representations. CIPC entered into

7   agreements to pay the additional sums for the NetCARE Gold Customer Support Package in

8   connection with Estimates Nos. 58630 and 64289 and to forego hiring other service providers to

9   support its campaign with a popular Internet search company.

10      31.     CIPC, at the time these representations were made by NetSuite and at the time

11  CIPC took the actions herein alleged, was ignorant of the falsity of NetSuite's representations

12  and believed them to be true. In reliance on these representations, CIPC was induced to and did

13  agree to purchase the NetCARE Gold Customer Support Package. If CIPC had known the actual

14  facts, it would not have taken such action. CIPC's reliance on NetSuite's representations was

15  justified because customer service is a substantial component of NetSuite's business and

16  NetSuite represented in paragraph 5.9 ("NetSuite's Support") of the Agreement that it had

17  "extensive experience helping Customers improve utilization and realization of benefits of the

18  Service...".

19      32.     As a proximate result of the fraudulent conduct of NetSuite as herein alleged,

20  CIPC was induced to enter into agreements to pay the additional sums for the NetCARE Gold

21  Customer Support Package for Estimates Nos. 58630 and 64289 and to forego hiring other

22  service providers to support its campaign with a popular Internet search company and has

23  therefore been damaged in an amount to be proven at trial.

24      33.     As a direct and proximate result of NetSuite's conduct, CIPC has incurred and

25  will continue to incur reasonable attorney's fees and costs, which it is entitled to recover

26  pursuant to the Agreement signed by representatives of CIPC and NetSuite.

27          WHEREFORE, CIPC prays for relief as set forth below.

28

7

COUNTERCLAIM OF DEFENDANT CIPC WORLDWIDE HOLDINGS CORP.; DEMAND FOR JURY TRIAL;
CASE NO. 3:07-cv-05235-JL

## SECOND CAUSE OF ACTION

### (Promise Made Without Intent to Perform & Rescission)

34.    CIPC hereby incorporates by reference paragraphs 1 through 33 of the Counterclaim as if fully set forth herein.

35.    Throughout the negotiation process between CIPC and NetSuite, NetSuite told CIPC that it was a critical, enterprise level account at NetSuite, and would be supported at the highest levels at NetSuite.  To this end, NetSuite recommended that CIPC purchase the NetCARE Gold Customer Support Package which would entitle CIPC to support during normal business hours, priority queuing of calls and e-mails, and an unlimited number of support cases, to include weekend e-mail support and a response within one business day.

36.    These promises were made by NetSuite with the intent to induce CIPC to purchase the NetSuite platform and the NetCARE Gold Customer Support Package.

37.    CIPC, at the time these promises were made and at the time CIPC took the actions herein alleged, was ignorant of NetSuite's secret intention not to perform.  CIPC could not, in the exercise of reasonable diligence, have discovered NetSuite's secret intention.  In reliance on the promises of NetSuite, CIPC agreed to purchase NetSuite licenses (to include implementation costs and training) and the NetCARE Gold Customer Support Package to the exclusion of other vendors of the same products and services.  If CIPC had known of the actual intention of NetSuite, CIPC would not have taken such action.

38.    NetSuite failed to fulfill their promises, as reflected by its total failure to respond to the problem regarding the provisioning of CIPC's 300 user accounts from July 6, 2007 through July 10, 2007.

39.    CIPC seeks rescission of the Agreement and return of all sums paid to NetSuite because CIPC has no other adequate remedy at law.  The service of this Answer and Counterclaim shall serve as notice required under California Civil Code section 1691.

40.    As a direct and proximate result of NetSuite's conduct, CIPC has been damaged in an amount to be proven at trial but estimated to be at least $5,000,000.00.

41.    As a further direct and proximate result of NetSuite's conduct, CIPC has incurred and will continue to incur reasonable attorney's fees and costs, which it is entitled to recover pursuant to the Agreement.

WHEREFORE, CIPC prays for relief as set forth below.

### THIRD CAUSE OF ACTION

### (Negligent Misrepresentation & Rescission)

42.    CIPC hereby incorporates by reference paragraphs 1 through 41 of the Counterclaim as if fully set forth herein.

43.    When NetSuite made the representations that CIPC would be supported at the highest levels at NetSuite, they had no reasonable ground for believing them to be true.

44.    NetSuite made these representations with the intention of inducing CIPC to act in reliance on these representations in the manner hereafter alleged, or with the expectation that CIPC would so act.

45.    CIPC, at the time these representations were made by NetSuite and at the time CIPC took the actions herein alleged, was ignorant of the falsity of NetSuite's representations and believed them to be true. In reliance on these representations, CIPC was induced to and did execute the Agreement for the NetCARE Gold Customer Support Package. If CIPC had known the actual facts, it would not have taken such action.    CIPC's reliance on NetSuite's representations was justified because NetSuite advertises that customer service is a substantial component of NetSuite's business.

46.    As a proximate result of the fraudulent conduct of NetSuite as herein alleged, CIPC was induced to execute the Agreement for the NetCARE Gold Customer Support Package.

47.    CIPC seeks rescission of the Agreement and return of all sums paid to NetSuite because CIPC has no other adequate remedy at law.    The service of this Answer and Counterclaim shall serve as notice required under California Civil Code section 1691.

48.    Furthermore, as a direct and proximate result of NetSuite's conduct, CIPC has been damaged in an amount to be proven at trial but estimated to be at least $5,000,000.00.

COUNTERCLAIM OF DEFENDANT CIPC WORLDWIDE HOLDINGS CORP.; DEMAND FOR JURY TRIAL; CASE NO. 3:07-cv-05235-JL

49.    As a further direct and proximate result of NetSuite's conduct, CIPC has incurred and will continue to incur reasonable attorney's fees and costs, which it is entitled to recover pursuant to the Agreement.

WHEREFORE, CIPC prays for relief as set forth below.

### FOURTH CAUSE OF ACTION

### (Mistake & Rescission)

50.    CIPC hereby incorporates by reference paragraphs 1 through 49 of the Counterclaim as if fully set forth herein.

51.    The agreement by CIPC to purchase the additional 300 user accounts was not real, mutual or free in that it was obtained solely through mistake as herein alleged. CIPC is informed and believes and thereon alleges that the July 25, 2007 start date listed on Estimate No. 64289 for the additional 300 users was a mistake because CIPC had made clear that the project with a popular Internet search company would start July 15, 2007 and end December 15, 2007 and needed time to set up and train before July 15.

52.    The mistake of fact has a material effect upon the agreed-upon exchange of performance that is adverse to CIPC in that it agreed to purchase the additional 300 user accounts under the belief that the accounts would be provisioned by July 6, 2007. CIPC will be deprived of the benefit of its bargain because it will be forced to pay for user accounts that were not timely provisioned by NetSuite.

53.    CIPC does not bear the risk of that mistake because NetSuite's ability to provision these 300 user accounts was in the sole control of NetSuite.

54.    The effect of the above-described mistake is such that enforcement of the agreement by CIPC to purchase the 300 user accounts would be unconscionable, in that CIPC will be deprived of the benefit of its bargain.

55.    CIPC seeks rescission of the Agreement and return of all sums paid to NetSuite under same because CIPC has no adequate remedy at law. Paragraph 6.3 of the Agreement specifically provides that if the Agreement is terminated by the breach of NetSuite, NetSuite shall refund the pro rata portion of any fee that may have been paid by CIPC for services not

10

1   provided by NetSuite. The service of this Answer and Counterclaim shall serve as the notice

2   required by California Civil Code section 1691.

3       56.   Furthermore, as a direct and proximate result of NetSuite's conduct, CIPC has

4   been damaged in an amount to be proven at trial but estimated to be at least $5,000,000.00.

5       57.   As a further direct and proximate result of NetSuite's conduct, CIPC has incurred

6   and will continue to incur reasonable attorney's fees and costs, which it is entitled to recover

7   pursuant to the Agreement.

8       WHEREFORE, CIPC prays for relief as set forth below.

9   **FIFTH CAUSE OF ACTION**

10  **(Breach of Contract)**

11      58.   CIPC hereby incorporates by reference paragraphs 1 through 33 of the

12  Counterclaim as if fully set forth herein.

13      59.   The Agreement was executed on March 31, 2007 by CIPC and by NetSuite on

14  April 23, 2007. Under the terms of the Agreement, Estimate No. 58630, which was executed by

15  the parties on March 30, 2007, was incorporated by reference into the agreement, set forth the

16  products and customer support services initially purchased by CIPC.

17      60.   Estimate No. 58630 provided for the purchase of NetSuite's NetCARE Gold

18  Customer Support Package, which entitled CIPC to support during normal business hours,

19  priority queuing of calls and e-mails, and an unlimited number of support cases, to include

20  weekend e-mail support and response within one business day.

21      61.   CIPC has performed all of the conditions, covenants, and promises required on its

22  part to be performed in accordance with the terms and conditions of the Agreement.

23      62.   On June 19, 2007, NetSuite provided a price quote to CIPC for the additional 300

24  user accounts in Estimate No. 64289. (Exhibit G hereto). In addition to these accounts, CIPC

25  was invoiced for the NetCARE Gold Package for the 300 user accounts at a cost of $73,507.50.

26  CIPC executed Estimate No. 64289 on June 27, 2007.

27      63.   From Friday, July 6, 2007 through Tuesday, July 10, 2007, NetSuite deliberately

28  and substantially breached its obligations under Estimate No. 64289 by failing to provide

11

1   customer support in accordance with the NetCARE Gold Customer Support Package.

2   Specifically, NetSuite's failure to provide assistance when CIPC could not access the 300 user

3   accounts, caused by its representatives being in Cuba to celebrate NetSuite's Initial Public

4   Offering, constituted a willful breach of the agreement. Notably, CIPC obtained this information

5   from Mr. Getner of NetSuite on Monday, July 10, 2007 at 4:28 PM PST, which is within normal

6   business hours, as was all contact on Friday, July 6, 2007. NetSuite further breached its

7   obligations under the NetCARE Gold Customer Support Package by failing to provide weekend

8   e-mail support.

9       64.    As a result of NetSuite's breach, CIPC has been damaged in an amount to be

10   proven at trial but estimated to be at least $5,000,000.00.

11      65.    As a direct and proximate result of NetSuite's conduct, CIPC has incurred and

12   will continue to incur reasonable attorney's fees and costs, which it is entitled to recover

13   pursuant to the Agreement.

14                          **SIXTH CAUSE OF ACTION**

15              **(Breach of the Covenant of Good Faith and Fair Dealing)**

16      66.    CIPC hereby incorporates by reference paragraphs 1 through 33 and 58 through

17   65 as if fully set forth herein.

18      67.    Every contract contains an implied covenant of good faith and fair dealing.

19   NetSuite was in control of the customer support that it could provide to CIPC under the

20   NetCARE Gold Support Package. By willfully breaching its promises to provide this level of

21   customer support, have breached the covenant of good faith and fair dealing.

22      68.    As a result of NetSuite's breach, CIPC has been damaged in an amount to be

23   proven at trial but estimated to be at least $5,000,000.00.

24      69.    As a direct and proximate result of NetSuite's conduct, CIPC has incurred and

25   will continue to incur reasonable attorney's fees and costs, which it is entitled to recover

26   pursuant to the Agreement.

27   ///

28   ///

1    WHEREFORE, CIPC prays for relief as set forth below.

2                    **PRAYER ON THE COUNTERCLAIM**

3        WHEREFORE, defendant and counterclaimant CIPC prays for judgment and relief as

4    follows:

5        1.    For general damages in an amount to be proved at trial;

6        2.    For compensatory damages in an amount to be proved at trial;

7        3.    For consequential damages in an amount to be proved at trial;

8        4.    Reasonable attorney's fees and costs of suit pursuant to contract;

9        5.    For Rescission of the Agreement and restitution of benefits conferred to

10              counterdefendant;

11       6.    For such other and further relief as the court may deem proper.

12                    **<u>DEMAND FOR JURY TRIAL</u>**

13       To the extent permitted by law, Defendant, CIPC Worldwide Holdings Corporation,

14   respectfully demands a trial by jury in the above-entitled cause.

15   DATED: October 17, 2007                    McMANIS FAULKNER & MORGAN

16
                                                /S/ Sharon Kirsch
17                                              _____
                                                WILLIAM FAULKNER
18                                              SHARON KIRSCH
                                                GEOFFREY BENTZEL
19
                                                Attorneys for Defendant and
20                                              Counterclaimant CIPC Worldwide Holdings
                                                Corporation
21

22

23

24

25

26

27

28
                                            13

EXHIBIT  A

## NetSuite License Agreement

This License Agreement ("Agreement") is entered into as of the date set forth below between NetSuite Inc., a California corporation ("NetSuite"), and CIPC WORLDWIDE HOLDINGS ("Customer").

1.   **Product.** NetSuite will provide Customer with an online business application and any new features that augment or enhance the current business application (the "Service"). NetSuite shall host the Service and may update the content, functionality, and user interface of the Service from time to time in its sole discretion and in accordance with this Agreement.

2.   **License Grant.** Subject to the terms and conditions of this Agreement, NetSuite grants Customer during the Term of this Agreement the non-exclusive, non-transferable (except in connection with an assignment under Section 12 herein) and terminable license to use the Service and to display content solely for Customer's internal business operations, provided such operations shall not include service bureau use, outsourcing, renting, or time-sharing the Service. Customer acknowledges and agrees that the license granted herein is not a concurrent user license and that the rights granted to Customer are provided to Customer on the condition that Customer does not (and does not allow any third party to) copy, modify, create a derivative work of, reverse engineer, reverse assemble, disassemble, or decompile the Service or any part thereof or otherwise attempt to discover any source code, modify the Service in any manner or form, or use unauthorized modified versions of the Service, including (without limitation) for the purpose of building a similar or competitive product or service or for the purpose of obtaining unauthorized access to the Service. Customer is expressly prohibited from sublicensing use of the Service to any third parties. Customer acknowledges and agrees that NetSuite shall own all rights, title and interest in and to all intellectual property rights in the Service. Except as provided in this Agreement, the license granted to Customer does not convey any rights in the Service, express or implied, or ownership in the Service or any intellectual property rights thereto. Any rights not expressly granted herein are reserved by NetSuite.

3.   **License From Customer.** Subject to the terms and conditions of this Agreement, Customer grants NetSuite the non-exclusive non-transferable (except in connection with an assignment under Section 12 herein) license to copy, store, record, transmit, maintain, display, view, print, or otherwise use Customer Data to the extent necessary to provide the Service to Customer. Customer agrees that the license to Customer Data shall survive the termination of this Agreement for one year, solely for the purpose of storing backup Customer Data at an offsite storage facility.

4.   **License Term, Fee and Payment.**
The initial term of this Agreement is for 12 months from 4/23/2007 ("Start Date") to 4/22/2008 ("End Date") ("Initial Term" which shall include extension thereof as provided by any subsequent agreement of the parties).
Customer shall pay a total fee of $115,813.51 for the services listed on the attached Estimate Number 58830, which is hereby fully incorporated herein by reference. The fee is due as follows: NET30.

After the Initial Term, this Agreement shall be automatically renewed for successive one year periods ("Renewal Term"), unless Customer provides NetSuite with notice of intent not to renew the Agreement by the End Date (or the end of any Renewal Term). Such notice shall be sent to billing@netsuite.com.

NetSuite reserves the right to change the amount of the fee for the Service to list prices generally applicable to other customers at the start of each Renewal Term. Any late payments shall be subject to a service charge equal to 1.5% of the amount due (calculated on a monthly basis) or the maximum amount allowed by law, whichever is less. In the event that NetSuite incurs any costs (including reasonable attorney's fees) for efforts in collecting overdue fees from Customer, Customer agrees to pay such costs. Customer further agrees to pay all foreign, federal, state, and local taxes, if applicable, to Customer's access to, use, or receipt of the Service.

5.   **Terms of Service.** Customer acknowledges and agrees to the following terms of service. In addition, Customer agrees that unless explicitly stated otherwise, any new features that augment or enhance the Service, and/or any new service(s) subsequently purchased by the Customer will be subject to this Agreement.

5.1.   **Customer Must Have Internet Access.** In order to use the Service, Customer must have or must obtain access to the World Wide Web, either directly or through devices that access Web-based content. Customer must also provide all equipment necessary to make such (and maintain such) connection to the World Wide Web.

5.2.   **Accuracy Of Customer's Registration Information.** Customer agrees to provide accurate, current and complete information ("Registration Data") about Customer as prompted by the registration form, which Customer will fill out online in order to gain access to the Service. Customer further agrees to use commercially reasonable efforts to maintain and promptly update the Registration Data to keep it accurate, current and complete. Customer acknowledges and agrees that if Customer provides information that is intentionally inaccurate, not current or incomplete in a material way, or NetSuite has reasonable grounds to believe that such information is untrue, inaccurate, not current or complete in a material way, NetSuite has the right to suspend Customer's account.

5.3.   **Email And Notices.** Customer agrees to provide NetSuite with Customer's e-mail address, to promptly provide NetSuite with any changes to Customer's e-mail address, and to accept emails (or other electronic communications) from NetSuite at the e-mail address Customer specifies. Customer further agrees that NetSuite may provide any and all notices,

## NetSuite License Agreement

statements, and other communications to Customer through either e-mail, posting on the Service (or other electronic transmission) or by mail or express delivery service.

5.4.    **Passwords, Access, And Notification.** Customer may designate up to the number of users under Customer's account, which corresponds to the number of Seats purchased by Customer, and Customer may provide and assign unique passwords and user names to each authorized user for each Seat purchased. Customer acknowledges and agrees that Customer is prohibited from sharing passwords and/or user names with unauthorized users. Customer will be responsible for the confidentiality and use of Customer's (including its employees') passwords and user names. Customer will also be responsible for all Electronic Communications, including those containing business information, account registration, account holder information, financial information, Customer Data, and all other data of any kind contained within emails or otherwise entered electronically through the Service or under Customer's account. NetSuite will act as though any Electronic Communications it receives under Customer's passwords, user name, and/or account number will have been sent by Customer. Customer agrees to immediately notify NetSuite if Customer becomes aware of any loss or theft or unauthorized use of any of Customer's passwords, user names, and/or account number.

5.5.    **Customer's Lawful Conduct.** The Service allows Customer to send Electronic Communications directly to NetSuite and to third-parties. Customer agrees to comply with all applicable local, state, federal, and foreign laws, treaties, regulations, and conventions in connection with its use of the Service, including without limitation those related to privacy, electronic communications, and anti-spam legislation. Customer will not send any Electronic Communications from the Service that is unlawful, harassing, libelous, defamatory, or threatening. Except as permitted by this Agreement, no part of the Service may be copied, reproduced, distributed, republished, displayed, posted or transmitted in any form or by any means. Customer agrees not to access the Service by any means other than through the interfaces that are provided by NetSuite. Customer shall not license, rent, sell, lease, transfer, assign, distribute, display, host, outsource, disclose, or otherwise commercially exploit or make the Service available to any third party other than an authorized user, including but not limited to, creating Internet Links to the Service which include log-in information, including but not limited to, user names, passwords, secure cookies, and/or "mirroring" or "framing" any part of the Service. Customer will not upload, post, reproduce or distribute any information, software or other material protected by copyright or any other intellectual property right (including rights of publicity and privacy) without first obtaining the permission of the owner of such rights. Customer will not in any way express or imply that any opinions contained in Customer's Electronic Communications are endorsed by NetSuite. Neither Customer, nor someone acting on Customer's behalf, will use the Service to target for solicitation any NetSuite customers for purposes of providing any competitive product. Customer will ensure that any use of the Service by Customer's employees (or users) is in accordance with the terms and conditions of this Agreement.

5.6.    **Third-Party Software.** Customer agrees to use software produced by third parties, including, but not limited to, "browser" software that supports a data security protocol compatible with the protocol used by NetSuite. Until notified otherwise by NetSuite, Customer agrees to use software that supports the Secure Socket Layer (SSL) protocol or other protocols accepted by NetSuite and to follow logon procedures for services that support such protocols. Customer acknowledges that NetSuite is not responsible for notifying Customer of any upgrades, fixes or enhancements to any such software or for any compromise of data transmitted across computer networks not owned or operated by NetSuite or telecommunications facilities, including, but not limited to, the Internet.

5.7.    **Transmission Of Data.** Customer understands that the technical processing and transmission of Customer's Electronic Communications is fundamentally necessary to Customer's use of the Service. Customer expressly consents to NetSuite's interception and storage of Electronic Communications and/or Customer Data, and Customer acknowledges and understands that Customer's Electronic Communications will involve transmission over the Internet, and over various networks, only part of which may be owned and/or operated by NetSuite. Customer acknowledges and understands that changes to Customer's Electronic Communications may occur in order to conform and adapt such data to the technical requirements of connecting networks or devices. Customer further acknowledges and understands that Electronic Communications may be accessed by unauthorized parties when communicated across the Internet, network communications facilities, telephone, or other electronic means. Customer agrees that NetSuite is not responsible for any Electronic Communications and/or Customer Data which are lost, altered, intercepted or stored without authorization during the transmission of any data whatsoever across networks not owned and/or operated by NetSuite.

5.8.    **Links.** The Service may provide, or third parties may provide, links to other World Wide Web sites or resources. Because NetSuite has no control over such sites and resources, Customer acknowledges and agrees that NetSuite is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any content, advertising, products, or other materials on or available from such sites or resources.

5.9    **NetSuite's Support.** NetSuite will make commercially reasonable efforts to promote Customer's successful utilization of the Service, including but not limited to providing Customer with User Guides, Knowledge Base and online help, as well as optional and "for fee" training classes. NetSuite also offers Customer Support and Professional Services consultation. Customer acknowledges that NetSuite has extensive experience helping Customers improve utilization and realization of benefits of the Service, and that not following the advice of NetSuite in these areas may substantially undermine Customer's successful utilization of the Service.

## NetSuite License Agreement

5.10  Proprietary Rights.  Customer acknowledges and agrees that the Service and any necessary software used in connection with the Service contain proprietary and confidential information that is protected by applicable intellectual property and other laws. Customer further acknowledges and agrees that content or information presented to Customer through the Service or by advertisers may be protected by copyrights, trademarks, service marks, patents or other proprietary rights and laws.

5.11  Trademark Information.  NetSuite™, the NetSuite logo™, NetCRM™, NetERP™, NetFlex, the NetCRM logo™, and other NetSuite service marks, logos and product and service names are marks of NetSuite (the "NetSuite Marks"). Customer agrees not to display or use the NetSuite Marks in any manner without the owner's express prior written permission.

5.12.  Confidential Information.  For purposes of this Agreement, confidential information shall include the terms of this Agreement, Customer Data, and any information that is clearly identified in writing at the time of disclosure as confidential ("Confidential Information"). Each party agrees: (a) to keep confidential all Confidential Information disclosed to it by the other party or by a third-party; (b) not to use the Confidential Information of the other party except to the extent necessary to perform its obligations hereunder; and (c) to protect the confidentiality thereof in the same manner as it protects the confidentiality of similar information and data of its own (at all times exercising at least a reasonable degree of care in the protection of such Confidential Information). NetSuite will restrict its employees' access to Customer's Confidential Information to only those employees necessary to successfully provide the Service. NetSuite may disclose Confidential Information on a need-to-know basis to its contractors who have executed written agreements requiring them to maintain such information in strict confidence and use it only to facilitate the performance of their services for NetSuite in connection with the performance of this Agreement. Confidential Information shall not include information which: (1) is known publicly; (2) is generally known in the industry before disclosure; (3) has become known publicly, without fault of the recipient, subsequent to disclosure by the disclosing party; or (4) the recipient becomes aware of from a third party not bound by non-disclosure obligations to the disclosing party and with the lawful right to disclose such information to the recipient. This Section 5.12 will not be construed to prohibit the disclosure of Confidential Information to the extent that such disclosure is required by law or order of a court or other governmental authority. The parties agree to give the other party prompt notice of the receipt of any subpoena or other similar request for such disclosure. With respect to any information received by either party from the other as a result of any other relationship between the parties other than as licensor and licensee under this Agreement (i.e., business development, partnership, alliance, etc.), the parties will abide by the terms and conditions of any Nondisclosure Agreement (or similar agreement) executed between the parties.

5.13.  Provisioning Of Account.  After execution of this Agreement, and subsequent to the time that Customer is provided a user name and password for the purpose of provisioning Customer's account, Customer will be required to agree to a "click wrap" agreement pertaining to "Terms of Service" before Customer can begin use of the Service. NetSuite hereby expressly agrees that to the extent that such click wrap Terms of Service differ from the terms of this Agreement, that the verbiage of this Agreement exclusively controls the obligations of the parties.

6.  Suspension/Termination.

6.1  Suspension For Delinquent Account.  NetSuite reserves the right to suspend Customer's access and/or use of the Service for any accounts for which any payment is due but unpaid but only after NetSuite has provided Customer three (3) email notices over no less than a thirty (30) day period. Customer agrees that NetSuite shall not be liable to Customer nor to any third party for any suspension of the Service resulting from Customer's nonpayment of fees as described in this Section 6.1.

6.2  Suspension For Ongoing Harm.  Customer agrees that NetSuite may with reasonably contemporaneous telephonic notice to Customer suspend Customer's access to the Service if NetSuite reasonably concludes that Customer use of the Service is causing immediate and ongoing harm to NetSuite or others. In the extraordinary event that NetSuite suspends Customer's access to the Service, NetSuite will use commercially reasonable efforts to resolve the issues causing the suspension of Service. Customer agrees that NetSuite shall not be liable to Customer or to any third party for any suspension of the Service under such circumstances as described in this Section 6.2.

6.3  In The Event of Breach.  Either party may terminate this Agreement upon thirty (30) days written notice to the other party in the event of a breach of any provision of this Agreement by the other party, provided that, during the thirty (30) day period, the breaching party fails to cure such breach. Upon termination or expiration of this Agreement, Customer shall have no rights to continue use of the Service. If this Agreement is terminated as a result of a breach on NetSuite's part, NetSuite shall refund the pro rata portion of any fee that may have been paid by Customer for the portion of the Service not furnished to Customer.

6.4  Handling Of Customer Data In The Event Of Termination.  Customer acknowledges and agrees that following termination and/or use of the Service, NetSuite may immediately deactivate Customer's account and that following a reasonable period of not less than 90 days shall be able to delete Customer's account and related Customer Data. However, in the event that Customer's Service with NetSuite terminates, NetSuite will grant Customer temporary, limited access to the Service for the sole purpose of permitting Customer to retrieve lawful Customer Data, provided that

NetSuite Enterprise License Agreement                                                    Page 3 of 9

## NetSuite License Agreement

Customer has paid in full all good faith undisputed amounts owed to NetSuite. Customer further agrees that NetSuite shall not be liable to Customer or to any third party for any termination of Customer access to the Service or deletion of Customer Data, provided that NetSuite is in compliance with the terms of this Section 6.4.

7.    **Modification To Or Discontinuation Of The Service.** NetSuite reserves the right at any time and from time to time to modify, temporarily or permanently, the Service (or any part thereof). In the event that NetSuite modifies the Service in a manner which removes a feature or functionality on which Customer materially relies, NetSuite, at Customer's request, shall use commercially reasonable efforts to substantially restore such functionality to Customer. In the event that NetSuite is unable to substantially restore such functionality, Customer shall have the right to terminate the Agreement and receive a pro-rata refund of the license fees paid under the Agreement for use of the Service which was paid for by Customer but not yet furnished by NetSuite as of the date of such termination. Customer acknowledges that NetSuite reserves the right to discontinue offering the Service at the conclusion of Customer's then current Term. Customer agrees that NetSuite shall not be liable to Customer or to any third party for any modification of the Service as described in this Section 7.

8.    Warranties

    8.1.    **Warranty Of Functionality.** NetSuite warrants to Customer during the Term of this Agreement that the Service will achieve in all material respects the functionality described in the User Guides and in other related documentation (available at www.netsuite.com or successor Web site) and that such functionality will be maintained in all material respects in subsequent upgrades to the Service. NetSuite does not warrant that the Service will be error-free. Customer's sole and exclusive remedy for NetSuite's breach of this warranty shall be that NetSuite shall be required to use commercially reasonable efforts to modify the Service to achieve in all material respects the functionality described in the User Guides and other related documentation and if NetSuite is unable to restore such functionality Customer shall be entitled to terminate the Agreement and shall be entitled to receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination. NetSuite shall have no obligation with respect to a warranty claim unless notified of such claim within sixty (60) days of the first instance of any material functionality problem, and such notice must be sent to billing@NetSuite.com.

    8.2.    **Service Level Warranty.** NetSuite warrants during the Term of this Agreement that the Service will meet the service levels outlined in Exhibit A hereto in any month. In the event that NetSuite fails to meet the service levels outlined in Exhibit A hereto, Customer's sole and exclusive remedy is that NetSuite will provide Customer with a credit as described in Exhibit A, which is hereby incorporated by reference. Any credit is expressly conditioned upon Customer providing NetSuite written notice of such failure sent to billing@NetSuite.com by the tenth day of the month following such service level failure.

    8.3.    **Security, Data Maintenance And Backup Warranty.** NetSuite warrants during the Term of this Agreement that NetSuite will use commercially reasonable efforts to ensure that Customer's Data will be safeguarded and maintained accurately. NetSuite also warrants that it will, at a minimum, utilize and maintain security and backup procedures as listed in Exhibit B hereto (and hereby incorporated by reference) to protect Customer Data. In the event of a breach of this provision, NetSuite will use commercially reasonable efforts to correct the Customer's Data or restore the Customer's Data within three (3) business days. In the event NetSuite is unable to correct or restore Customer's Data as provided in this Section 8.3, Customer's sole and exclusive remedy shall be it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

    8.4.    **Non-Infringement Warranty.** NetSuite warrants that it is the sole owner and has full power and authority to grant the license and use of the Service and other rights granted by the Agreement to Customer with respect to the Service and that neither the performance by Customer in its utilization of the Service, nor the license of and authorized use by Customer of the Service as described herein will in any way constitute an infringement or other violation of any copyright, trade secret, trademark, patent, invention, proprietary information, non-disclosure, or other rights of any third party.

    8.5.    **Other Warranty.** NetSuite warrants that the Service shall be free of viruses, Trojan horses, worms, spyware, or other malicious code or components.

9.    **Disclaimer Of Warranties.** EXCEPT AS STATED IN SECTION 8 ABOVE, NETSUITE DOES NOT REPRESENT THAT CUSTOMER'S USE OF THE SERVICE WILL BE SECURE, TIMELY, UNINTERRUPTED OR ERROR-FREE OR THAT THE SERVICE WILL MEET CUSTOMER'S REQUIREMENTS OR THAT ALL ERRORS IN THE SERVICE AND/OR DOCUMENTATION WILL BE CORRECTED OR THAT THE SYSTEM THAT MAKES THE SERVICE AVAILABLE WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. THE WARRANTIES STATED IN SECTION 8 ABOVE ARE THE SOLE AND EXCLUSIVE WARRANTIES OFFERED BY NETSUITE. THERE ARE NO OTHER WARRANTIES OR CONDITIONS, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. EXCEPT AS STATED IN SECTION 8 ABOVE, THE SERVICE IS PROVIDED TO CUSTOMER ON AN "AS IS" AND "AS AVAILABLE" BASIS, AND IS FOR COMMERCIAL USE ONLY. CUSTOMER ASSUMES ALL RESPONSIBILITY FOR DETERMINING WHETHER THE SERVICE OR THE INFORMATION GENERATED THEREBY IS ACCURATE OR SUFFICIENT FOR CUSTOMER'S PURPOSES

## NetSuite License Agreement

10.  Limitations Of Liability.  CUSTOMER ACKNOWLEDGES AND AGREES THAT THE CONSIDERATION WHICH NETSUITE IS CHARGING HEREUNDER DOES NOT INCLUDE CONSIDERATION FOR ASSUMPTION BY NETSUITE OF THE RISK OF CUSTOMER'S INCIDENTAL OR CONSEQUENTIAL DAMAGES. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO ANYONE FOR INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY DAMAGES, OR INDIRECT DAMAGES OF ANY TYPE OR KIND (INCLUDING LOSS OF CUSTOMER DATA, REVENUE, PROFITS, USE OR OTHER ECONOMIC ADVANTAGE), ARISING FROM BREACH OF WARRANTY OR BREACH OF CONTRACT, OR NEGLIGENCE, OR ANY OTHER LEGAL CAUSE OF ACTION ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT. The maximum liability of either party to any person, firm or corporation whatsoever arising out of or in the connection with any license, use or other employment of the Service, whether such liability arises from any claim based on breach or repudiation of contract, breach of warranty, tort, or otherwise, shall in no case exceed the equivalent of 12 months in license fees applicable at the time of the event. The essential purpose of this provision is to limit the potential liability of the parties arising from this Agreement. The parties acknowledge that the limitations set forth in this Section are integral to the amount of consideration levied in connection with the license of the Service and that, were NetSuite to assume any further liability other than as set forth herein, such consideration would of necessity be set substantially higher. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitations of liability for incidental or consequential damages, so the exclusions set forth above may not apply to Customer. THE LIMITATION OF LIABILITY SET FORTH IN THIS SECTION SHALL NOT APPLY TO EITHER PARTY'S INDEMNITY OBLIGATIONS SET FORTH IN SECTION 11 BELOW.

11.  Indemnification.

11.1.  Infringement. NetSuite will indemnify, defend and hold Customer harmless from and against any and all costs, liabilities, losses, and expenses (including, but not limited to, reasonable attorneys' fees) (collectively, "Losses") arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against Customer which arise out of or result from the infringement of any copyright, patent, trademark, or misappropriation of a trade secret relating to the Service; provided that Customer (a) promptly gives NetSuite notice of the claim, suit, action, or proceeding; (b) gives NetSuite sole control of the defense and related settlement negotiations; and (c) provides NetSuite with all reasonably available information and assistance necessary to perform NetSuite's obligations under this paragraph. If the Service is held to infringe any intellectual property right, NetSuite may, in its sole discretion and at its own expense, either procure a license that will protect Customer against such claim without cost to Customer or replace the Service with a non-infringing Service. Provided that NetSuite complies with this Section 11.1, Customer shall have no remedy against NetSuite, except it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

11.2.  Disclosure Of Customer Data. NetSuite will fully indemnify, defend and hold Customer harmless from and against any Losses arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against Customer which arise out of or result from NetSuite's gross negligence in preventing unauthorized access to confidential Customer Data, or NetSuite's willful disclosure of such confidential Customer Data, as determined by a court of competent jurisdiction in connection with a claim by a third party alleging a breach of confidentiality. In addition, NetSuite will indemnify Customer up to an amount equal to five (5) times the equivalent of 12 months of license fees applicable at the time of the event, from and against any Losses incurred by Customer with respect to any third party claim, suit, action, or proceeding arising out of or relating to NetSuite's breach of Section 5.12 of this Agreement (which breach that does not rise to the level of gross negligence in preventing unauthorized access to confidential Customer Data or NetSuite's willful disclosure of such confidential Customer Data as described in Section 11.2). NetSuite's indemnification obligation under this Section 11.2 are expressly premised upon Customer (a) promptly giving NetSuite notice of any such third party claim, suit, action, or proceeding; (b) giving NetSuite sole control of the defense and related settlement negotiations; and (c) promptly providing NetSuite with all reasonably available information and assistance necessary to perform NetSuite's obligations under this Section 11.2. Provided that NetSuite complies with this Section 11.2, Customer shall have no remedy against NetSuite, except it may at its option terminate the Agreement and receive a pro-rata refund of the license fees paid for under the Agreement for its use of the Service but which use has not yet been furnished by NetSuite as of the date of such termination.

11.3  Customer's Indemnity. Customer shall defend and hold NetSuite harmless from and against any and all Losses arising out of or in connection with a claim, suit, action, or proceeding brought by any third party against NetSuite which arise out of or result from a claim by a third-party (i) alleging that the Customer Data or any Trademarks, or any use thereof, infringes the intellectual property rights or other rights, or has caused harm to a third party, or (ii) arising out of Customer's breach of Section 5.5 and 5.12 above, provided that NetSuite (a) promptly provides Customer notice of the claim, suit, action or proceeding; (b) gives Customer sole control of the defense and related settlement negotiations; and (c) provides Customer with all reasonably available information and assistance necessary to perform Customer's obligations under this paragraph.

11.4.  Survival. The indemnification obligations contained in this Section 11 shall survive termination of this Agreement for one year.

12. Miscellaneous. This Agreement shall inure to benefit and bind the parties hereto, their successors and assigns, but

### NetSuite License Agreement

Exhibit A – SERVICE LEVEL AGREEMENT

NetSuite conducts maintenance and upgrades during scheduled times. The scheduled time for maintenance and upgrades is Friday and Saturday nights from 10 p.m. to 3 a.m. PST/PDT. NetSuite does not perform these upgrades during the first or last weekends of each month. Outside of this time NetSuite, Inc. guarantees 99.5% uptime. If in a calendar month these uptime commitments are not met, NetSuite shall credit Customer with one month of fees. Credit or refund shall include amounts for License fees and Customer Support.

NetSuite reserves the right on approximately a quarterly basis to issue new releases in which NetSuite adds functionality to the Service. Customer acknowledges that these periodic major releases can take several hours to complete.

In the event that NetSuite in its sole discretion determines that any unscheduled maintenance is necessary, NetSuite will use commercially reasonable efforts to notify Customer.

## NetSuite License Agreement

### Exhibit B – SECURITY

**Security Overview**

NetSuite's security strategy is to protect Customer Data at multiple levels, which includes data security, data integrity, and data privacy. NetSuite currently uses products by Oracle, Cisco Systems, Trend Micro, Veritas, and Network Associates.

To ensure the privacy, security, and availability of Customer Data and transactions, NetSuite employs the following technologies in delivering its service.

- Secure Data Center
- Encrypted User Authentication
- Internet Firewalls
- Network Translation and Proxy Services
- Secure Socket Layer Data Encryption (SSL)
- Redundant, Highly Available Routers and Switches
- Redundant, Highly Available, and Secure Web and Application Servers
- Redundant, Highly Available Power
- Redundant, Highly Available Data Access
- Regularly Scheduled Backups, Offsite Storage
- Highly Available Application
- Secure Operating Systems
- Data Security

**Data Center Security**

NetSuite's production systems are located in one of the leading co-location facilities in the United States. Production web, application, and database servers along with network equipment are housed in a suite at the co-location facility which provides 24x7 security. To access the suite there are several levels of security that must be passed where each entry point provides state of the art card readers, scanners, and other access devices. Access to the facilities requires photo, encoded ID, and palm print.

**Network Security**

NetSuite's network is protected by redundant firewalls and monitored for unauthorized access. Firewall logs are constantly monitored, and the logs are reviewed on a regular basis. Leading-edge firewall equipment has been chosen to protect the network. The network has been architected to be highly reliable and redundant. If a router, load balancer, or firewall should fail, there is redundancy built in that would allow failover to take place, without causing a loss of service to our customers.

**Data Security and Availability**

NetSuite's uses 128-bit domestic and 64 bit international SSL encryption to protect the customer's data as it leaves our site. NetSuite uses ssh encryption via RSA (ssh1) and DSA (ssh2) public keys for communication between servers. Oracle databases are protected by firewalls against unauthorized usage.

NetSuite's OS and databases do not share the same passwords. Database users are restricted to a controlled list; individual activities are restricted, logged and monitored.

Data is stored on highly redundant storage systems. The Oracle DB servers are configured in either a RAID 5 or RAID 1 (mirror) configuration. The main data, and archive and redo logs are written not only to this primary storage sub system on the server, but also written to network attached storage. The network attached storage has its own redundancy and is configured for cluster failover.

Each customer owns his/her data and can export it from NetSuite, and the administrator user can export at any time. Customers can export their data from NetSuite by doing a CSV or IIF export.

**Secure Application Access**

NetSuite's users access the application using password authentication which is encrypted via 128-bit SSL. The robust design of the application prevents a customer from accessing another customer's data. There are several layers of protected servers that stand between the web page where the customer logs in and the actual data.

**System Security**

NetSuite uses tightly controlled passwords on its servers and network equipment. NetSuite limits access to production systems to authorized personnel only. Passwords are changed on a regular basis. Security updates to the operating systems are tracked and updated as necessary.

## NetSuite License Agreement

**System Reliability**

NetSuite looks at its application as well as the infrastructure as a tightly integrated system. All aspects of the system are designed to be reliable to ensure continued availability in the event that a component fails. All web and application servers are configured in a redundant manner. NetSuite has spare servers ready to deploy at a moments notice in the event of an equipment failure. The networking equipment is also configured in a manner to permit replacement equipment to be available within a few hours. NetSuite chooses equipment of the highest quality to power our application.

NetSuite has in place an expert team to provide services for server and network management, monitoring, backups, and other necessary maintenance. System administrators respond to monitoring alerts 24x7 and repair critical failures immediately.

**Data and Backups**

Customer data is stored on a server that is configured with RAID 5 or RAID 1 (mirror) redundancy. In the event of a disk failure, the customer will not experience an interruption of service. In addition to the server configured with RAID 5 or RAID 1, data is also stored on network attached storage which has its own built in redundancy, thus providing an extra layer of data protection.

All customer data is automatically backed up daily to a tape library system. Tapes are taken offsite to a secure location that is designed to safeguard tapes under almost any environmental condition. The offsite facility exceeds industry storage requirements and is 100 miles away from the data center. Unless Customer provides written approval, NetSuite shall not update or provide any maintenance upgrades or updates to the systems during the last week or first week of any calendar quarter.

EXHIBIT  B

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ac=Item&t=IPM.Note&id=RgAAAABBx...



## FW: Estimate #58630 from NetSuite, Inc.

Getner, Errol [egetner@netsuite.com]

To help protect your privacy, Outlook Web Access has blocked some images, sounds, or forms that can communicate your information to
other Web sites. If you are sure that this message is from a trusted sender and you want to re-enable the blocked features, click here.

**Sent:** Monday, April 23, 2007 4:44 AM

**To:** Joshua Trousdale; Joshua Trousdale

**Attachments:** NetSuite - CIPC Enterprise license agreement.doc [104 KB] [Open as Web Page]

Good Day Josh:

We were very glad to receive your email to learn that you have agreed to adopt the NetSu
solution.

I have amended the Estimate (below) which I believe reflects the initial changes that you
suggested. I am attaching the revised Enterprise License Agreement to reflect these
changes.

To execute the transaction, kindly sign the:

- Estimate
- SoW
- License Agreement

Please Fax all documents to:

480.393.8989

With kindest regards,

Errol

PS: You will note that the advanced workshop in the Estimate is scheduled for San Mateo
(instead of Toronto as requested). I believe there is a discrepancy between my choices fo
estimate and the dates online.

We will find out which is correct and advise...it appears that the Toronto Intro Workshop i
May 14-17 and Advanced will be May 22-24 but I will confirm and get back with you.

Cheers,

E

-----Original Message-----
**From:** Billing
**Sent:** Monday, April 23, 2007 4:17 AM
**To:** Getner, Errol
**Subject:** Estimate #58630 from NetSuite, Inc.

## Estimate

Date          3/23/2007
Estimate #    58630

4/23/2007 8:58 AM

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

| | |
|---|---|
| Deleted Items (633) | 2955 Campus Drive |
| Drafts [10] | Suite 100 |
| Inbox (0) | San Mateo CA 94403-2511 |
| Junk E-Mail [20] | United States |
| Sent Items | 800 762 5524 |
| | www.netsuite.com |
| Click to view all folders | **Bill To** |
| | Joshua Trousdale, Ph.D |
| Personal (18) | CIPC Worldwide Holdings |
| | 555 West Hastings |
| Manage Folders | Vancouver BC V5P 1X7 |
| | Canada |

Acct. No.        684475
Expires          4/30/2007
Sales Rep       GETNER, ERROL M
Terms           Net 30
Partner
Affiliate Code
PO Number

| Item | Qty | Description | Term Mos. | Amount | 1 |
|---|---|---|---|---|---|
| NetSuite | 1 | NetSuite License includes<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated UPS or FedEx shipping<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>** Productivity tools including contacts/calendar/events<br>** NetCommerce publishing engine with integrated catalog, secure shopping cart and customer self-service<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer Center and Partner Center logins<br>** 5 Employee Self-Service Users<br>** 30,000 integrated mail/merges per month<br>** 120,000 emails per year with no single blast exceeding 20,000 recipients<br>** 100 GB/month Webstore/Site Bandwidth<br>** 10 GB of data storage<br>** 500 integrated Web store items<br>** 6,000 Webstore orders per year. Additional Webstore orders will be charged $0.50 per order, billed quarterly in arrears.<br>** All Oracle Database & Application Server O/S, licenses | 12 | 5,968.00 | Y |
| NetSuite User | 15 | General access user for NetSuite. | 12 | 17,820.00 | Y |
| NetCARE Gold Customer Support Package | 1 | The NetCARE Gold Customer Support Package provides support during normal business hours, and priority queuing of calls and emails. Telephone support is provided via a toll free line. An unlimited number of cases, including weekend e-mail support, is included. NetSuite's goal is to respond to all NetCARE Gold Customer Support email cases within 1 business day.<br>Integration Support is included. | 12 | 6,547.20 | Y |

4/23/2007 8:56 AM

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light     http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

| | | | | |
|---|---|---|---|---|
| Suite Foundations - Intro 4 Day - (May07) - Toronto | 2 | ENTER NAME OF PERSON ATTENDING This four-day introductory course is designed to provide NetSuite Super-Users with an overview of NetSuite, including setup and configuration, users and roles, and an intro to CRM, ERP and Customization. Through hands-on exercises, you will gain an understanding of the basic system set-up and an overview of the CRM and ERP functionality. Class will be held at NetSuite headquarters in Toronto, ON - May 14th - 17th, 2007 By acceptance of this Order, Training attendees acknowledge and accept NetSuite's training cancellation policies, detailed below: Cancellation of attendance within 14 days of Day 1 of the class, or failure of attendee to attend without cancellation 14 days prior to Day 1 of the class, will result in a 50% cancellation penalty. Attendance at a future class will require pre-payment of the remaining 50% balance due prior to seat confirmation . | 1 | 6,400.00 Y |
| Suite Foundations - Advanced 3 Day - (Jun07) - San Mateo | 2 | ENTER NAME OF PERSON ATTENDING This three-day course is a follow-on to Part I and is designed to provide NetSuite Super-Users with a deeper view of NetSuite. Through hands-on exercises, you will gain an understanding of advanced concepts in the area of CRM and ERP functionality as well as Customization. Class will be held at NetSuite headquarters in San Mateo, CA - June 12th-14th, 2007 By acceptance of this Order, Training attendees acknowledge and accept NetSuite's training cancellation policies, detailed below: Cancellation of attendance within 14 days of Day 1 of the class, or failure of attendee to attend without cancellation 14 days prior to Day 1 of the class, will result in a 50% cancellation penalty. Attendance at a future class will require pre-payment of the remaining 50% balance due prior to seat confirmation. | 1 | 4,800.00 Y |
| Implementation Service | 1 | The price for the Implementation Service is a FIXED BID per the Statement of Work dated April 19, 2007 | 3 | 57,700.00 Y |
| | | Subtotal | | 109,255.20 |
| | | Tax (Canadian GST 6%) | | 6,555.31 |
| | | Total | | $115,810.51 |

FW: Estimate #58630 from NetSuite, Inc. - Outlook Web Access Light    http://infonet.cipc.biz/owa/?ae=Item&t=IPM.Note&id=RgAAAABBx...

I AGREE TO THE FEES AND TERMS OF THIS ESTIMATE:

3/30/2007

Print          Signature          Date

Connected to Microsoft Ex

EXHIBIT  C



**NETSUITE**
ONE SYSTEM. NO LIMITS.

ome | Products | Customers | Industries | Services | Partners | Developers | News & Events | Resources

Home > Services > Support

ofessional Services

pport

aining



# SUPPORT

NetSuite offers three levels of support. To ensure that all our customers are always able to contact our support team and get assistance, we include our NetCARE 60 Day Free support package for with every purchase of NetSuite. And because we host your application at our world-class data center, all maintenance, version upgrades, and data back-ups are also included free of charge. For those customers who seek additional levels of support, we offer the NetCARE Gold and NetCARE Silver customer support options.

### NetCARE Gold

This package offers you unparalleled service and responsiveness. Customers who choose this package can always be assured of the fastest response times, as well as leading-edge tools and services.

- Extended hours of support
- Access to a dedicated, toll-free phone line that is password-protected and restricted to NetCARE Gold Customer Support members
- Access to NetAnswers online knowledge base, giving you over 1,000 self-service solutions, 24 hours a day, 7 days a week
- To keep you well informed of new functionalities or functionality improvements, we offer Web-based training classes with every major new release

### NetCARE Silver

This premier package offers fast response times, priority queuing of calls, and support for an unlimited number of cases, whether by phone or e-mail.

- Support team on hand to help you resolve technical, set-up or how-to questions
- Access to NetAnswers online knowledge base, giving you over 1,000 self-service solutions, 24 hours a day, 7 days a week

For more information on these support packages, including pricing, please have a NetSuite representative contact you.



**FREE TRIAL**

**SCHEDULE A DEMO**

**CONTACT ME**

**Related Links**

NetSuite Data Sheet

Compare Products

---

oout Us | Careers | Privacy | Contact Us | Site Map |

** counting / ERP Software**
- Financials / Accounting
- Time & Billing
- Order Management & Fulfillment
- Purchasing Management
- Inventory Management
- Front & Back Office Integration

**CRM Software**
CRM - Sales Force Automation (SFA)
CRM - Marketing Automation
CRM - Customer Service & Support
CRM - Partner Relationship Management
CRM - Customer Self-Service
CRM - Front & Back Office Integration

**Ecommerce Software**
Ecommerce - Web Store
Ecommerce - Web Analytics
Ecommerce - Web Site
Ecommerce - SEO
Ecommerce - Site Building
Ecommerce - Front & Back Office Integration

**Business Intelligence**
Executive Dashboards
Key Performance Indicators (KPIs)
Real-Time Analytics & Reporting
KPI Scorecards
Customer Dashboards
Front & Back Office Integration

opyright © 1998 - 2007 NetSuite Inc. All rights reserved. View Trademark Information

# EXHIBIT  D

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)     01:07 04/24/07GMT-5:00 Pg 01-22

 **NETSUITE**
ONE SYSTEM. NO LIMITS.

# Statement of Work for

## CIPC Worldwide Holdings

## Netsuite Implementation – Phase I

### April 19, 2007

© 2007 NetSuite, Inc.
Proprietary and Confidential

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-5:00 Pg 02-22

 NETSUITE
ONE SYSTEM. NO LIMITS.

Statement of Work

# Statement of Work
## Table of Contents

1. PROJECT SCOPE ............................................................. 3

2. PROJECT APPROACH ..................................................... 9

3. PROJECT SCHEDULE .................................................... 12

4. PROJECT TEAM ............................................................ 13

5. PROJECT ASSUMPTIONS ............................................. 18

6. PRICING ........................................................................ 20

7. WARRANTIES, DISCLAIMERS, LIMITATION OF LIABILITY ............. 21

8. SIGNATURES ................................................................ 22

Confidentiality Notice

The information contained in this document is confidential and proprietary to NetSuite. It is provided solely for the use of Customer to detail the approach and work to be accomplished in delivering a successful project at Customer. This information may not be used for any other purpose and may not be further distributed. Any recipient of this document who is unwilling to agree to these restrictions should return the document to NetSuite without reviewing the contents or making further distribution. Review of this document shall constitute agreement to the restrictions stated above.

Page 2 of 22 (V7.0)
© 2007 NetSuite, Inc.
Proprietary and Confidential

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)          01:07 04/24/07GMT-5:00 Pg 03-22

Statement of Work

 NETSUITE

## 1. Project Scope

This Statement of Work ("SOW") dated **January 1, 2007** describes the services to be performed by NetSuite Inc. ("NetSuite") for CIPC Worldwide Holdings ("Customer") (collectively "Parties") In conjunction with the License Agreement (the "License Agreement") executed between the Parties. Once executed by the Parties, this SOW shall be incorporated by reference into the License Agreement.

### 1.1. Purpose of this Section

This section of the SOW details the functional scope of this phase to the Customer's implementation project. The relevant functions within the NetSuite application are listed, with constraints identified for certain portions of the product. Only those functional areas listed within the section are considered in-scope for this phase of the implementation project.

### 1.2. Process Mapping

As a first step in the implementation project, NetSuite will perform a detailed Process Mapping exercise with the Customer, to more fully understand and document the Customer requirements in each functional area.

NetSuite will provide process mapping sessions using NetSuite best practices as the model. These sessions will be conducted via a web conference and will be scheduled as necessary.

The deliverable of these process mapping sessions is a "Business Requirements Document" that describes in detail the Customer's business processes. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.

### 1.3. Data Migration

NetSuite will import the following data from Customer's legacy systems into the NetSuite Application:

| Entity Data Element | Current System of Record for Data | Number of List Records to be Imported |
|---|---|---|
| Chart of Accounts | | Up to 0 List Records |
| Customers | | Up to 0 List Records |
| Leads | | Up to 0 List Records |
| Prospects | | Up to 0 List Records |
| Vendors | | Up to 0 List Records |
| Employees | | Up to 0 List Records |
| Partners | | Up to 0 List Records |
| Contacts | | Up to 50000 List Records |
| Items | | Up to 0 List Records |
| Sales Tax Items | | Up to 0 List Records |
| Notes | | Up to 0 List Records |
| Tasks | | Up to 0 List Records |
| Events | | Up to 0 List Records |
| Cases | | Up to 0 List Records |
| Knowledge Base Topics | | |

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/07GMT-5:00 Pg 04-22

Statement of Work



| Knowledge Base Solutions | | Up to 0 List Records |
|---|---|---|
| Custom Records | | Up to 0 List Records |
| Transactional Data Element | Current System [Record] for Data | Number of #lineItems to be imported |
| Opportunities | | Up to 0 Line Items |
| Sales Orders (open) | | Up to 0 Line Items |
| Invoices and Cash Sales (std.) | | Up to 0 Line Items |
| Invoices (with Rev Rec) | | Up to 0 Line Items |
| Customer Payments | | Up to 0 Line Items |
| Return Authorizations | | Up to 0 Line Items |
| Purchase Orders (open) | | Up to 0 Line Items |
| Vendor Bills | | Up to 0 Line Items |
| Credit Memos | | Up to 0 Line Items |
| Journal Entries | | Up to 0 Line Items |

## 1.4. Data Migration Responsibility

Customer will be responsible for the necessary data extraction, data consolidation and data cleansing work required for all data migration outlined above. NetSuite will provide Customer with templates for each data type to be migrated and will advise Customer on best practices for data consolidation and data planning.

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584236)        01:07 04/24/07GMT-6:00 Pg 05-22

Statement of Work

 NETSUITE

## 1.5. System Configuration

### 1.5.1. Front Office: CRM

| Functional Area | Description/Constraints |
|---|---|
| Customer Relationship Management | • Customer record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• CRM forms and fields customization overview<br>• Activity management<br>    ○ Messages<br>    ○ Tasks<br>    ○ Phone Calls<br>    ○ Calendar Events<br>    ○ Email<br>• Duplicate detection |
| Sales Force Automation | • Sales Stage/Customer Status management<br>• SFA Forms and Fields Customization Overview<br>• Online Lead forms setup and configuration<br>• Sales Territory management/Lead routing rules<br>• Estimate management<br>• Opportunity management<br>• Quota management<br>• Sales reporting |
| Incentive Compensation | • Commissions setup, configuration, and management<br>    ○ Creation of up to 2 Schedules<br>    ○ Creation of up to 2 Plans<br>• Partner Commissions/Royalties<br>• Commissions reporting |
| Partner Relationship Management (PRM) | • Partner record setup, configuration, and management<br>• Contact record setup, configuration, and management<br>• Activity management<br>    ○ Messages<br>    ○ Tasks<br>    ○ Phone Calls<br>    ○ Calendar Events<br>    ○ Email<br>• Partner Center setup |
| Advanced Partner Center | • Advanced Partner Center setup and role management |

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/07GMT-5:00 Pg 06-22

 NETSUITE

Statement of Work

| CRM Configuration | • Customize up to 1 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Customize up to 1 CRM forms (example: task, case)<br>• Customize up to 1 Transaction forms (example: opportunity, estimate, sales order)<br>• Creation of up to 1 Entity fields<br>• Creation of up to 1 CRM fields<br>• Creation of up to 1 Item fields<br>• Creation of up to 1 Transaction Body fields<br>• Creation of up to 1 Transaction Column fields |
|---|---|

© 2007 NetSuite, Inc.
Proprietary and Confidential

Fm:MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584236)    01:07 04/24/07GMT-5:00 Pg 07-22

Statement of Work



1.5.2.  Back Office: ERP

| Functional Area | Description/Constraints |
|---|---|
| Accounting | • General Ledger/COA<br>   o  Accounting Period Management<br>   o  Setup and configuration of Opening Account<br>      Balances<br>   o  Financial Reporting<br>• Accounts Receivable<br>   o  Invoicing<br>   o  Payments<br>   o  Customer Credits<br>• Accounts Payable<br>   o  Bills<br>   o  Checks<br>   o  Vendor Credits<br>• Departments, Classes, and Locations<br>• Accounting Forms and Fields Customization Overview<br>• Accounting reporting |
| Multi-currency | • Multi-currency setup and configuration<br>   o  Conversion adjustment account setup<br>   o  Multi-currency Item pricing setup |
| Item Management | • Item record setup, configuration, and management<br>   o  Item pricing setup and configuration<br>• Item Forms and Fields Customization Overview<br>• Item/Inventory reporting |
| Order Management | • Order Entry process management<br>• Order Forms and Fields Customization Overview<br>• Fulfillment management<br>• Drop ship and Special Order management |
| Purchasing | • Purchase Order record setup, configuration, and management<br>• Purchasing/Vendor management<br>• Purchasing reporting |
| ERP Configuration | • Customize up to 1 Entity forms (example: lead, customer, vendor, contact forms that might be created for different roles)<br>• Customize up to 1 Transaction forms (example: sales order, invoice, credit memo, cash sale)<br>• Customize up to 1 Item forms<br>• Creation of up to 1 Entity fields<br>• Creation of up to 1 Item fields<br>• Creation of up to 1 Transaction Body fields<br>• Creation of up to 1 Transaction Column fields |

© 2007 NetSuite, Inc.
Proprietary and Confidential

'm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153584235)    01:07 04/24/07GMT-6:00 Pg 08-22

Statement of Work

 NETSUITE

### 1.5. Administrator Set-up Training

NetSuite will provide ongoing training on how to administer the NetSuite application to the Customer
Implementation Lead throughout the implementation process. This training will primarily take place via
web conferencing and will focus on the areas summarized in Section 1.5, System Configuration.

Fm MyFax - Canadian Internet Phone Company Ltd. To:NetSuite (14153594235)        01:07 04/24/07GMT-5:00 Pg 09-22

Statement of Work



## 2. Project Approach



This implementation approach overview is intended to be a guide, and not all components will apply to each project.

### 2.1. Implementation Approach Overview – Shared Responsibility

The NetSuite implementation approach is based on the concept of shared project responsibility. NetSuite works with a customer to plan the implementation – its functional scope, the schedule, the resources, and the budget. Upon completion of the plan, each party has a set of project responsibilities, which must be completed in a timely manner, to ensure the project meets its objectives.

Additionally, NetSuite consultants will teach a customer how to configure and maintain the system in order for a customer to become self-sufficient with the functionality. For example, NetSuite will show a customer how to create a billing schedule in order for Customer to enter their remaining billing schedules into the application. This is a fundamental principle of the NetSuite approach – shared project responsibility.

All implementations at NetSuite follow three phases as outlined in the figure above:

    1) Planning Phase
    2) Configuration Phase
    3) Deployment Phase

### 2.2. The Planning Phase

#### 2.2.1. Introductory Administrator / Sponsor Meeting

NetSuite will conduct a 1 to 2 hour introductory session with Customer Team via web conference. The purpose of this session is for the NetSuite implementation team to introduce itself to the Customer Executive Sponsor and Administrator and to introduce the people and processes involved in this NetSuite implementation will serve as the foundation for the project.

Statement of Work

 NETSUITE

### 2.2.2.  Implementation Kickoff

NetSuite will conduct a kick off session with Customer Team. This session will be delivered via web conferencing and will last between one and two hours and will set and prioritize the goals of the implementation project.

### 2.2.3.  Project Planning

NetSuite will provide a standard format project plan as a framework for all implementations. This project plan will highlight the tasks that must be executed and resources that must be assigned in order to complete your NetSuite implementation.

### 2.2.4.  Requirements Gathering, Business Process Mapping and Gap Analysis

NetSuite will build upon the solution(s) presented in the pre-sales process and gather the complete requirements for this implementation as outlined in Section 1.2, Process Mapping.

NetSuite will interview key business process owners and provide some business process questionnaires and business process flow diagrams to help facilitate this endeavor. In all cases, these requirements will be synthesized into a final Business Requirements Document.

The purpose of this exercise is:

1) To develop a detailed understanding of Customer's business processes prior to starting the implementation. Customer is responsible for bringing fully documented workflow/business processes to these sessions and ensuring that common practices and organizational uniqueness have been fully identified.

2) To identify gaps and document requirements between Customer's needs and NetSuite capabilities and to agree on solutions and workarounds.

NetSuite will require sign-off by the Customer Implementation Project Lead / Administrator on the finished Business Requirements Document prior to proceeding with the implementation.

Best Practice Note: Implementation overruns are frequently caused by insufficient business requirements specifications.

## 2.3.  Configuration Phase

### 2.3.1.  NetSuite Configuration

NetSuite will work with the Customer's System Administrator to configure and customize the application through the User Interface.  This will be a combined effort, where NetSuite will provide best practices guidance and knowledge transfer based upon the business process mapping in the planning stage, and the Customer will take the primary role in configuring the application.

### 2.3.2.  Testing

Customer is responsible for all testing; user, system and regression testing of all configurations and customizations within their NetSuite system.

### 2.3.3.  Administrator Setup

Training of the Customer's System Administrator on NetSuite best practices will occur throughout this phase and will specifically focus on how to implement and configure the application.