PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
McMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Plaintiff
NETSUITE, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a Delaware corporation, and DOES One through Ten, inclusive,<br><br>Defendants. | CASE NO: **3:07-cv-05235-SI**<br><br>**DECLARATION OF SERVICE:** NETSUITE, INC.'S MOTION FOR TERMINATING AND MONETARY SANCTIONS AGAINST CIPC WORLDWIDE HOLDINGS CORPORATION OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT |
| CIPC WORLDWIDE HOLDINGS CORPORATION<br><br>Counter-claimant,<br><br>vs.<br><br>NETSUITE, INC.<br><br>Counter-defendant. | **Hearing**<br>**Date:** July 18, 2008<br>**Time:** 9:00 a.m.<br>**Courtroom:** 10, 19th Floor<br>**Judge:** Honorable Susan Illston |

DECLARATION OF SERVICE

1

# DECLARATION OF SERVICE

I, Pamela L. Kelly, hereby declare that I am older than eighteen years of age and not a party to this action. My business address is McMahon Serepca LLP, 985 Industrial Road, Suite 201, San Carlos, California 94070-4157. On June 13, 2008, I attempted to serve the following documents:

- Notice of Motion and NetSuite, Inc.'s Motion For Terminating And Monetary Sanctions Against CIPC Worldwide Holdings Corporation Or In The Alternative For Summary Judgment
- Memorandum Of Points And Authorities In Support Of NetSuite, Inc.'s Motion For Terminating And Monetary Sanctions Against CIPC Worldwide Holdings Corporation Or In The Alternative For Summary Judgment
- NetSuite, Inc.'s Request For Judicial Notice In Support Of NetSuite, Inc.'s Motion For Terminating And Monetary Sanctions Against CIPC Worldwide Holdings Corporation Or In The Alternative For Summary Judgment
- Declaration Of Pamela L. Kelly In Support Of NetSuite, Inc.'s Motion For Terminating And Monetary Sanctions Against CIPC Worldwide Holdings Corporation Or In The Alternative For Summary Judgment
- Declaration of Service

**by email**. I sent electronic copies of the above-listed documents, as email attachments, to Joshua Truesdale at josh@cipccorp.com (the last email address known to NetSuite, Inc. for Joshua Truesdale) in three (3) separate transmissions. I received three (3) electronic messages indicating that the transmissions failed. Attached hereto as **Exhibit A** are true and correct of the three (3) emails and first page of each of the three (3) error messages.

The address that I attempted to send the emails to is the last email address known to NetSuite, Inc. for Joshua Truesdale. I know of no valid mailing address for CIPC Worldwide Holdings Corporation or for Joshua Truesdale.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Carlos, State of California, this 13th day of June 2008.

_____
Pamela L. Kelly, Esq.

**EXHIBIT A**

# Pamela L. Kelly

| | |
|---|---|
| From: | Pamela L. Kelly [pam@msllp.com] |
| Sent: | Friday, June 13, 2008 1:22 PM |
| To: | 'josh@cipccorp.com' |
| Subject: | NetSuite, Inc. v. CIPC Worldwide Holdings Corp: US District Ct, No. District of CA, Case No. C07-05235SI (Transmission 1 of 3) |
| Importance: | High |

Mr. Truesdale,

Please see attached for the following documents for NetSuite, Inc.'s Motion for Terminating And Monetary Sanctions Or In The Alternative For Summary Judgment Against CIPC Worldwide Holdings Corporation:

- Notice of Motion and Motion
- Memorandum of Points and Authorities in support of the Motion
- Declaration of Service for the Motion


NetSuite v CIPC - NS Notice of…


NetSuite v CIPC - NS Declarati…


NetSuite v CIPC - NS MPA ISO M…

Please note that because of the file sizes, I will be sending the documents in three (3) separate emails. This is transmission one (1) of three (3).

Regards,
Pam Kelly

---

Pamela L. Kelly, Esq.
McMahon Serepca LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: (650) 637-0600 - Fax: (650) 637-0700
E-mail: pam@msllp.com
www.msllp.com

---

NOTICE TO THE RECIPIENT: THIS EMAIL AND ANY DOCUMENTS ATTACHED TO IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS EMAIL OR ITS ATTACHMENTS IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

IN ACCORDANCE WITH TREASURY REGULATIONS CIRCULAR 230, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER ADDRESSED HEREIN.

**Pamela L. Kelly**

| | |
|---|---|
| From: | MAILER-DAEMON@yahoo.com |
| Sent: | Friday, June 13, 2008 1:24 PM |
| To: | pam@msllp.com |
| Subject: | failure notice |

```
Hi. This is the qmail-send program at yahoo.com.
I'm afraid I wasn't able to deliver your message to the following addresses. This is a
permanent error; I've given up. Sorry it didn't work out.

<josh@cipccorp.com>:
64.202.166.12 does not like recipient.
Remote host said: 553 sorry, relaying denied from your location [68.142.201.178] (#5.7.1)
Giving up on 64.202.166.12.

--- Below this line is a copy of the message.

Return-Path: <pam@msllp.com>
Received: (qmail 29979 invoked from network); 13 Jun 2008 20:23:26 -0000
Received: from unknown (HELO PAM) (pam@msllp.com@68.122.1.219 with login)
   by smtp109.biz.mail.mud.yahoo.com with SMTP; 13 Jun 2008 20:21:53 -0000
X-YMail-OSG:
2MBUsn4VM1niKrP6.xRjMse6wW0kdgFBxZU7REJYtSTzR07yHBEjNJVRchgttp0BVoDw1U_o44BnJstN_WmQAHOBSM
qZajvl65xlasn2pLaGbtyF0ERzf4bt.FgWOHR7PF_16ibK1JMTQHgbRkVJJurFeWqD9BlWM0c-
X-Yahoo-Newman-Property: ymail-3
Return-Receipt-To: "Pamela L. Kelly" <pam@msllp.com>
Reply-To: <pam@msllp.com>
From: "Pamela L. Kelly" <pam@msllp.com>
To: <josh@cipccorp.com>
Subject: NetSuite, Inc. v. CIPC Worldwide Holdings Corp: US District Ct, No. District of
CA, Case No. C07-05235SI (Transmission 1 of 3)
Date: Fri, 13 Jun 2008 13:22:23 -0700
Organization: McMahon Serepca LLP
Message-ID: <!~!
UENERkVCMDkAAQACAAAAAAAAAAAAAAAAAAAAAAAABgAAAAAAAAsGU4z/Vg6U6FAYYAx2aMusKAAAAQAAAA17n/insf5kG9pI
tPSIoADQEAAAAA@msllp.com>
MIME-Version: 1.0
Content-Type: multipart/mixed;
       boundary="----=_NextPart_000_0000_01C8CD58.85542700"
X-Priority: 1 (Highest)
X-MSMail-Priority: High
X-Mailer: Microsoft Outlook, Build 10.0.6838
Importance: High
Thread-Index: Ach9ZVhIuOE4xSdhQOGpzYiX9pAdtw==
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3198
Disposition-Notification-To: "Pamela L. Kelly" <pam@msllp.com>

This is a multi-part message in MIME format.

------=_NextPart_000_0000_01C8CD58.85542700
Content-Type: multipart/alternative;
       boundary="----=_NextPart_001_0001_01C8CD58.85573440"


------=_NextPart_001_0001_01C8CD58.85573440
Content-Type: text/plain;
       charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

Mr. Truesdale,

Please see attached for the following documents for NetSuite, Inc.'s = Motion for
Terminating And Monetary Sanctions Or In The Alternative For Summary Judgment Against CIPC
```

1

# Pamela L. Kelly

| | |
|---|---|
| From: | Pamela L. Kelly [pam@msllp.com] |
| Sent: | Friday, June 13, 2008 1:26 PM |
| To: | 'josh@cipccorp.com' |
| Subject: | NetSuite, Inc. v. CIPC Worldwide Holdings Corp: US District Ct, No. District of CA, Case No. C07-05235SI (Transmission 2 of 3) |
| Importance: | High |

Mr. Truesdale,

Please see attached for the following documents for NetSuite, Inc.'s Motion for Terminating And Monetary Sanctions Or In The Alternative For Summary Judgment Against CIPC Worldwide Holdings Corporation:

- Request for Judicial Notice
- Exhibits A-B to Request for Judicial Notice
- Exhibits C-G to Request for Judicial Notice

  

NetSuite v CIPC - NS RJN ISO M...   NetSuite v CIPC - NS RJN Exh A...   NetSuite v CIPC - NS RJN Exh C...

Please note that because of the file sizes, I will be sending the documents in three (3) separate emails. This is transmission two (2) of three (3).

Regards,
Pam Kelly

---

Pamela L. Kelly, Esq.
McMahon Serepca LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: (650) 637-0600 - Fax: (650) 637-0700
E-mail: pam@msllp.com
www.msllp.com

---

NOTICE TO THE RECIPIENT: THIS EMAIL AND ANY DOCUMENTS ATTACHED TO IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS EMAIL OR ITS ATTACHMENTS IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

IN ACCORDANCE WITH TREASURY REGULATIONS CIRCULAR 230, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER ADDRESSED HEREIN.

## Pamela L. Kelly

| | |
|---|---|
| From: | MAILER-DAEMON@yahoo.com |
| Sent: | Friday, June 13, 2008 1:32 PM |
| To: | pam@msllp.com |
| Subject: | failure notice |

```
Hi. This is the qmail-send program at yahoo.com.
I'm afraid I wasn't able to deliver your message to the following addresses. This is a
permanent error; I've given up. Sorry it didn't work out.

<josh@cipccorp.com>:
208.109.80.149 does not like recipient.
Remote host said: 553 sorry, relaying denied from your location [68.142.200.236] (#5.7.1)
Giving up on 208.109.80.149.

--- Below this line is a copy of the message.

Return-Path: <pam@msllp.com>
Received: (qmail 82512 invoked from network); 13 Jun 2008 20:29:47 -0000
Received: from unknown (HELO PAM) (pam@msllp.com@68.122.1.219 with login)
   by smtp101.biz.mail.mud.yahoo.com with SMTP; 13 Jun 2008 20:25:09 -0000
X-YMail-OSG:
XGI8zmUVM1l3qX3ifnyB8Pq8U.cvcTnPEn0Nb8SRFMgB19E60iOGmAWuqbY8jvdrQeOPhad9xRAR4eIcBYTYrrU62h
fjawDUeAKV2e91IQ2AvMGWS4F7QjoZ4RT4eul_FH25ahpwhxLX9UQOntzOhIXbDK2HAH7T6mo-
X-Yahoo-Newman-Property: ymail-3
Return-Receipt-To: "Pamela L. Kelly" <pam@msllp.com>
Reply-To: <pam@msllp.com>
From: "Pamela L. Kelly" <pam@msllp.com>
To: <josh@cipccorp.com>
Subject: NetSuite, Inc. v. CIPC Worldwide Holdings Corp: US District Ct, No. District of
CA, Case No. C07-05235SI (Transmission 2 of 3)
Date: Fri, 13 Jun 2008 13:25:40 -0700
Organization: McMahon Serepca LLP
Message-ID: <!~!
UENERkVCMDkAAQACAAAAAAAAAAAAAAAAAABgAAAAAAAAsGU4z/Vg6U6FAYYAx2aMusKAAAAQAAAAEXcNkWjwfUupHa
dG5waCAAEAAAAA@msllp.com>
MIME-Version: 1.0
Content-Type: multipart/mixed;
    boundary="----=_NextPart_000_0005_01C8CD58.FA36F160"
X-Priority: 1 (Highest)
X-MSMail-Priority: High
X-Mailer: Microsoft Outlook, Build 10.0.6838
Importance: High
Thread-Index: Ach9ZVhIuOE4xSdhQOGpzYiX9pAdtw==
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3198
Disposition-Notification-To: "Pamela L. Kelly" <pam@msllp.com>

This is a multi-part message in MIME format.

------=_NextPart_000_0005_01C8CD58.FA36F160
Content-Type: multipart/alternative;
    boundary="----=_NextPart_001_0006_01C8CD58.FA36F160"


------=_NextPart_001_0006_01C8CD58.FA36F160
Content-Type: text/plain;
    charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

Mr. Truesdale,

Please see attached for the following documents for NetSuite, Inc.'s = Motion for
Terminating And Monetary Sanctions Or In The Alternative For Summary Judgment Against CIPC
```

1

## Pamela L. Kelly

| | |
|---|---|
| From: | Pamela L. Kelly [pam@msllp.com] |
| Sent: | Friday, June 13, 2008 1:45 PM |
| To: | 'josh@cipccorp.com' |
| Subject: | NetSuite, Inc. v. CIPC Worldwide Holdings Corp: US District Ct, No. District of CA, Case No. C07-05235SI (Transmission 3 of 3) |
| Importance: | High |

Mr. Truesdale,

Please see attached for the following documents for NetSuite, Inc.'s Motion for Terminating And Monetary Sanctions Or In The Alternative For Summary Judgment Against CIPC Worldwide Holdings Corporation:

- Declaration of Pamela L. Kelly
- Exhibit A to Declaration
- Exhibits B-G to Declaration
- Exhibit H to Declaration
- Exhibit I to Declaration

    

NetSuite v CIPC - NS PLK Decl ...   NetSuite v CIPC - NS PLK Decl ...   NetSuite v CIPC - NS PLK Decl ...   NetSuite v CIPC - NS PLK Decl ...   NetSuite v CIPC - NS PLK Decl ...

Please note that because of the file sizes, I will be sending the documents in three (3) separate emails. This is transmission three (3) of three (3).

Regards,
Pam Kelly

Pamela L. Kelly, Esq.
McMahon Serepca LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: (650) 637-0600 - Fax: (650) 637-0700
E-mail: pam@msllp.com
www.msllp.com

NOTICE TO THE RECIPIENT: THIS EMAIL AND ANY DOCUMENTS ATTACHED TO IT HAS BEEN SENT TO YOU BY A LAW FIRM, AND MAY CONTAIN INFORMATION PRIVILEGED BY LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISSEMINATION OR OTHER DISTRIBUTION OF THIS EMAIL OR ITS ATTACHMENTS IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR AND DESTROY THIS DOCUMENT AND ANY OTHER ACCOMPANYING PAGES IMMEDIATELY. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

IN ACCORDANCE WITH TREASURY REGULATIONS CIRCULAR 230, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER ADDRESSED HEREIN.

**Pamela L. Kelly**

| | |
|---|---|
| From: | MAILER-DAEMON@yahoo.com |
| Sent: | Friday, June 13, 2008 1:53 PM |
| To: | pam@msllp.com |
| Subject: | failure notice |

```
Hi. This is the qmail-send program at yahoo.com.
I'm afraid I wasn't able to deliver your message to the following addresses. This is a
permanent error; I've given up. Sorry it didn't work out.

<josh@cipccorp.com>:
208.109.80.149 does not like recipient.
Remote host said: 553 sorry, relaying denied from your location [68.142.200.253] (#5.7.1)
Giving up on 208.109.80.149.

--- Below this line is a copy of the message.

Return-Path: <pam@msllp.com>
Received: (qmail 82455 invoked from network); 13 Jun 2008 20:52:29 -0000
Received: from unknown (HELO PAM) (pam@msllp.com@68.122.1.219 with login)
   by smtp105.biz.mail.mud.yahoo.com with SMTP; 13 Jun 2008 20:44:02 -0000
X-YMail-OSG:
bcKqdhwVM1lohoInv.McxBLzs4srw8fOSmadB6JgoxaaehW7ojpV.o.vUlZ2apsEg8J0Ux0i7jEFAgx6NgCX0U.u1e
SR.ruRCWD1ztNQNpX3evp2brG4qtSx20MmWdm4BBzx05WiJIWwas2jh38UJcJ0xMnGckqRAVY-
X-Yahoo-Newman-Property: ymail-3
Return-Receipt-To: "Pamela L. Kelly" <pam@msllp.com>
Reply-To: <pam@msllp.com>
From: "Pamela L. Kelly" <pam@msllp.com>
To: <josh@cipccorp.com>
Subject: NetSuite, Inc. v. CIPC Worldwide Holdings Corp: US District Ct, No. District of
CA, Case No. C07-05235SI (Transmission 3 of 3)
Date: Fri, 13 Jun 2008 13:44:33 -0700
Organization: McMahon Serepca LLP
Message-ID: <!~!
UENERkVCMDkAAQACAAAAAAAAAAAAAAAABgAAAAAAAsGU4z/Vg6U6FAYYAx2aMusKAAAAQAAAAGfig2llaTkao2h
kFSx0LnAEAAAAA@msllp.com>
MIME-Version: 1.0
Content-Type: multipart/mixed;
      boundary="----=_NextPart_000_000A_01C8CD5B.9D7815F0"
X-Priority: 1 (Highest)
X-MSMail-Priority: High
X-Mailer: Microsoft Outlook, Build 10.0.6838
Importance: High
Thread-Index: Ach9ZVhIuOE4xSdhQOGpzYiX9pAdtw==
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.3198
Disposition-Notification-To: "Pamela L. Kelly" <pam@msllp.com>

This is a multi-part message in MIME format.

------=_NextPart_000_000A_01C8CD5B.9D7815F0
Content-Type: multipart/alternative;
      boundary="----=_NextPart_001_000B_01C8CD5B.9D7B2330"


------=_NextPart_001_000B_01C8CD5B.9D7B2330
Content-Type: text/plain;
      charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

Mr. Truesdale,

Please see attached for the following documents for NetSuite, Inc.'s = Motion for
Terminating And Monetary Sanctions Or In The Alternative For Summary Judgment Against CIPC
```

1