1  PETER C. McMAHON (State Bar No. 161841)
   PAMELA L. KELLY (State Bar No. 230721)
2  McMAHON SEREPCA LLP
   985 Industrial Road, Suite 201
3  San Carlos, CA  94070-4157
   Tel: 650-637-0600
4  Fax: 650-637-0700

5  Attorneys for Plaintiff
   NETSUITE, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation, | CASE NO: 3:07-cv-05235-SI |
| Plaintiff, | DECLARATION OF SERVICE: PLAINTIFF NETSUITE, INC.'S REQUEST FOR ADMISSIONS TO DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 36 |
| vs. | |
| CIPC WORLDWIDE HOLDINGS CORPORATION, a Delaware corporation, and DOES One through Ten, inclusive, | |
| Defendants. | |

**DECLARATION OF SERVICE**

I, Pamela L. Kelly, hereby declare that I am older than eighteen years of age and not a party to this action.  My business address is McMahon Serepca LLP, 985 Industrial Road, Suite 201, San Carlos, California  94070-4157.  On April 17, 2008, I served the following documents:

- **LETTER REGARDING PLAINTIFF NETSUITE, INC.'S REQUEST FOR ADMISSIONS TO DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 36**
- **PLAINTIFF NETSUITE, INC.'S REQUEST FOR ADMISSIONS TO DEFENDANT CIPC WORLDWIDE HOLDINGS CORPORATION UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 36**
- **DECLARATION OF SERVICE**

CERTIFICATE OF SERVICE

1

1  **by email**. I emailed an electronic copy of the above-listed documents to Joshua Truesdale at
2  josh@cipccorp.com (the last email address known to NetSuite, Inc. for Joshua Truesdale). I did
3  not receive, within a reasonable time after the transmission, any electronic message or other
4  indication that the transmission was unsuccessful.

5  **by mail**. I placed a true and correct copy of the above-listed documents into an envelope
6  addressed to:

> Joshua Truesdale
> Chief Technology Officer
> CIPC Worldwide Holdings Corporation
> Harbour Centre
> 555 West Hastings Street, Suite 1560
> Vancouver, British Columbia  V6B 4N6
> Canada

I then sealed the envelope, drove to the U.S. Post Office on Laurel Avenue in San Carlos, California, handed the envelope to a U.S. Postal Agent, completed Customs Form #LC189783499US, paid $4.66 – the First Class International rate – to send the envelope to Canada, and then watched the U.S. Agent affix the postage to the envelope.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Carlos, State of California, this 17th day of April 2008.

_____
Pamela L. Kelly, Esq.