1  PETER C. McMAHON (State Bar No. 161841)
   PAMELA L. KELLY (State Bar No. 230721)
2  McMAHON SEREPCA LLP
   985 Industrial Road, Suite 201
3  San Carlos, CA  94070-4157
   Tel: 650-637-0600
4  Fax: 650-637-0700

5  Attorneys for Plaintiff
   NETSUITE, Inc.
6
                    UNITED STATES DISTRICT COURT
7
         NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)
8

9
   NETSUITE, INC., a California corporation,   )  CASE NO: **3:07-cv-05235-SI**
10                                              )
           Plaintiff,                           )
11                                              )
                                                )  **DECLARATION OF SERVICE:**
12    vs.                                       )  NETSUITE, INC.'S LETTER TO THE
                                                )  COURT REGARDING ITS MOTION
13  CIPC WORLDWIDE HOLDINGS                     )  FOR TERMINATING SANCTIONS
   CORPORATION, a Delaware corporation,         )  OR SUMMARY JUDGMENT
14 and DOES One through Ten, inclusive,         )
                                                )
15                                              )
           Defendants.                          )
16 _____         )
                                                )
17                                              )
   CIPC WORLDWIDE HOLDINGS                      )
18 CORPORATION                                  )  **Hearing**
                                                )  **Date:**       July 18, 2008
19         Counter-claimant,                    )  **Time:**       9:00 a.m.
                                                )  **Courtroom:**  10, 19th Floor
20    vs.                                       )  **Judge:**      Honorable Susan Illston
                                                )
21                                              )
   NETSUITE, INC.                               )
22                                              )
                                                )
23         Counter-defendant.                   )
                                                )
24 _____

25

26

27

28

                         DECLARATION OF SERVICE

                                    1

**DECLARATION OF SERVICE**

I, Pamela L. Kelly, hereby declare that I am older than eighteen years of age and not a party to this action. My business address is McMahon Serepca LLP, 985 Industrial Road, Suite 201, San Carlos, California 94070-4157. On July 3, 2008, I served the following documents:

- LETTER TO THE COURT REGARDING NETSUITE, INC.'S MOTION FOR TERMINATING AND MONETARY SANCTIONS / SUMMARY JUDGMENT AGAINST DEFENDANT CIPC WORLDWIDE HOLDING CORPORATION
- DECLARATION OF SERVICE

**by mail**. I mailed a copy of the above-listed documents to Joshua Truesdale at defendant CIPC Worldwide Holdings Corporation's last known address. I placed a true and correct copy of the above-listed documents into an envelope addressed to:

Joshua Truesdale
Chief Technology Officer
CIPC Worldwide Holdings Corporation
108 West 13th Street
Wilmington, DE 19801

I then sealed the envelope, affixed sufficient postage, and deposited it into the U.S. mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Carlos, State of California, this 3rd day of July 2008.

_____
Pamela L. Kelly, Esq.