**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-07-5235 SI          Judge:   SUSAN ILLSTON

Title: NETSUITE INC., -v- CIPC WORLDWIDE HOLDINGS

Attorneys: McMahon          (No appearance by deft)

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

**PROCEEDINGS**

1)  Pltfs. Motion for Terminating & Monetary Sanctions - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   (X )Court

Disposition :  ( x) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED PART

Case continued to     @ 2:30 p.m. for Further Case Management Conference

Case continued to  8/29/08  @ 9:00 a.m.   for Motion for Entry of Default Judgment

Case continued to     @ 3:30 p.m.  for Pretrial Conference

Case continued to     @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Plaintiff shall send out requests for admissions.