PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
McMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Plaintiff
NETSUITE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSUITE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION, a Delaware corporation, and DOES One through Ten, inclusive,<br><br>Defendants.<br><br>CIPC WORLDWIDE HOLDINGS CORPORATION<br><br>Counter-Claimant,<br><br>vs.<br><br>NETSUITE, INC.<br><br>Counter-Defendant. | CASE NO: **3:07-cv-05235-SI**<br><br>**[PROPOSED] ORDER RE:<br>JUDGMENT AND DAMAGES AWARD** |

ORDER

1

## ORDER

Plaintiff NetSuite, Inc.'s ("NetSuite") Motion For Entry of Default Judgment and Damages Award ("Motion"), filed on September 2, 2008, came on regularly for a hearing on October 10, 2008. Having considered NetSuite's Motion, the Memorandum of Points and Authorities in support thereof, the Declarations in support thereof, the arguments of counsel at the hearing on this matter, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

(1) Judgment is entered in favor of NetSuite, and against Defendant CIPC Worldwide Holdings Corporation;

(2) NetSuite is entitled to damages in the amount of $591,824.46, inclusive of interest; and

(3) NetSuite is awarded attorneys' fees and costs in the amount of $26,732.67.

**IT IS SO ORDERED.**

Dated: October 28, 2008

_____
SUSAN ILLSTON
United States District Judge